JUDGE CASTEL

10 CIV 5713

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMBLAZE LTD.,

        Plaintiff,

   v.

APPLE INC.,

        Defendant.

Civil Action No.

RECEIVED JUL 28 2010 U.S.D.C. S.D.N.Y. CASHIERS

**FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Emblaze Ltd. ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, discloses that there are no parent corporations or publicly held corporations that hold ten percent or more of Plaintiff's stock/membership interest.

Dated: July 28, 2010
New York, New York

COHEN PONTANI LIEBERMAN & PAVANE LLP

Edward M. Weisz (EW 4461)
Martin B. Pavane (MP 4871)
Roger S. Thompson (RT 2117)
551 Fifth Avenue, Suite 1210
New York, New York 10176
Tel.: (212) 687-2770
Fax: (212) 972-5487
mpavane@cplplaw.com
eweisz@cplplaw.com
rthompson@cplplaw.com
*Attorneys for Plaintiff Emblaze Ltd.*

1