UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD,<br><br>       Plaintiff,<br><br>   vs.<br><br>APPLE INC., a California Corporation,<br><br>       Defendant. | Case No:  C 11-1079 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      The parties have brought a joint motion to continue deadlines associated with the initial case management conference for ninety days or fourteen days after a ruling from the Southern District of New York on Plaintiff's motion for reconsideration regarding that court's decision to transfer the case to this Court.  The Court hereby GRANTS the parties' motion to continue the deadlines for ninety days.  IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for June 2, 2011 is CONTINUED to the next available date of September 15, 2011 at 2:30 p.m.  The deadline to file the report required under Federal Rule of Civil Procedure 26(f) ("Rule 26(f) report"), complete initial disclosures or state objections in the Rule 26(f) report and file a joint Case Management Conference Statement is continued from May 24, 2011 to no later than September 5, 2011.  As to the joint Case Management Conference Statement that must be filed no later than September 5, 2011, the parties shall meet and confer and prepare a joint statement that shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing

//

//

1 | the statement as well as for arranging the conference call.  All parties shall be on the line
2 | and shall call (510) 637-3559 at the above indicated date and time.
3 |     IT IS SO ORDERED.

5 | Dated: May 19, 2011      _____
6 |     SAUNDRA BROWN ARMSTRONG
    United States District Judge