```
 1  KENNETH L. STEINTHAL (SBN: 268655)
    steinthalk@gtlaw.com
 2  SARAH E. BARROWS (SBN: 253278)
    barrowss@gtlaw.com
 3  GREENBERG TRAURIG, LLP
    153 Townsend St, 8th Floor
 4  San Francisco, California 94107
    Telephone: (415) 655-1300
 5  Facsimile: (415) 707-2010
```

FILED

MAY 26 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD, | Case No. C-11-01079-SBA |
| Plaintiff(s), | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JULIE P. BOOKBINDER, PRO HAC VICE |
| v. | |
| APPLE INC., | |
| Defendant. | |

Julie P. Bookbinder, an active member in good standing of the Bar of the State of New York and the Bar of the State of New Jersey, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California, *pro hac vice*, representing defendant in the above-entitled action.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to terms and conditions of Civil Local Rule 11-3. All papers filed by Ms. Bookbinder must indicate her appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

1

1
2  Dated: 5-25-11
3
4

                                         _____
                                         Judge Saundra Brown Armstrong
                                         United States District Court

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JULIE P. BOOKBINDER, PRO HAC VICE;
CASE NO. C-11-01079-SBA