MARTIN L. FINEMAN (CA State Bar Number 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6575
Facsimile:     (415) 276-6599
Email:         martinfineman@dwt.com

*Attorneys for Plaintiff Emblaze, Ltd.*

**FILED**

AUG 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | CASE NO. 4:11-cv-01079-SBA <br><br> **SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** <br><br><br> The Hon. Saundra Brown Armstrong |

    Plaintiff Emblaze Ltd. hereby substitutes Martin B. Pavane and Lisa A. Ferrari of Cozen O'Connor, 277 Park Avenue, New York, New York 10172, telephone: (212) 883-4900, facsimile: (212) 986-0604, email: mpavane@cozen.com and lferrari@cozen.com, as its counsel of record in the above-referenced action in place and instead of Roger S. Thompson of Cohen Pontani Lieberman & Pavane LLP. Cohen Pontani Lieberman & Pavane LLP has disbanded and is no longer in existence. Martin B. Pavane and Lisa A. Ferrari were previously admitted *pro hac vice* in this action while partners at Cohen Pontani Lieberman & Pavane LLP.

    Martin L. Fineman and Davis Wright Tremaine LLP shall remain as co-counsel of record for Plaintiff Emblaze Ltd.

I consent to the above substitution:

EMBLAZE LTD.

By: Naftali Shani (signature attached)

Its Chairman

1  I consent to the above substitution:

2  COZEN O'CONNOR

3

4  By: <u>Signature page attached</u>
       Martin B. Pavane

5

6

7  DATED: August 5, 2011                    DAVIS WRIGHT TREMAINE LLP

8

9
                                            By: <u>/s Martin L. Fineman</u>
10                                               Martin L. Fineman

11                                          MARTIN L. FINEMAN (CA State Bar No. 104413)
12                                          505 Montgomery Street, Suite 800
                                            San Francisco, CA 94111
13                                          Telephone: (415) 276-6575
                                            Facsimile: (415) 276-6599
14
                                            *Attorneys for Plaintiff*
15                                          *Emblaze Ltd.*

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Cozen O'Connor, by its attorneys Martin B. Pavane and Lisa A. Ferrari, is substituted as counsel of record for Plaintiff Emblaze Ltd. in the above-referenced action, and that Roger S. Thompson and Cohen Pontani Lieberman & Pavane LLP are relieved as counsel of record for Plaintiff Emblaze Ltd.

Martin L. Fineman and Davis Wright Tremaine LLP shall remain as co-counsel of record for Plaintiff.

Dated: 8/11/11

*Saundra B Armstrong*

Honorable Saundra Brown Armstrong
U.S. District Judge of the United States District
Court, Northern District of California