1  KENNETH STEINTHAL (SBN 268655)
   steinthal@gtlaw.com
2  SARAH BARROWS (SBN 253278)
   barrowss@gtlaw.com
3  GREENBERG TRAURIG, LLP
   153 Townsend Street, 8th Fl.
4  San Francisco, CA 94107
   Telephone: (415) 655-1300
5  Facsimile: (415) 707-2010

6  James J. DeCarlo (Admitted *Pro Hac Vice*)
   decarloj@gtlaw.com
7  Scott J. Bornstein (Admitted *Pro Hac Vice*)
   bornsteins@gtlaw.com
8  Julie P. Bookbinder (Admitted *Pro Hac Vice*)
   bookbinderj@gtlaw.com
9  GREENBERG TRAURIG, LLP
   MetLife Building
10 200 Park Avenue, 34th Floor
   New York, New York 10166
11 Tel.: (212) 801-9200
   Fax: (212) 801-6400
12
   ***Attorneys for Defendant,***
13 ***Apple Inc.***

14 [JOINT FILING - SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

15

16              UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                     OAKLAND DIVISION

19

20 EMBLAZE LTD.,                         CASE NO. 4:11-CV-01079 SBA

21       Plaintiff(s),                   [~~PROPOSED~~] ORDER TO
                                         RESCHEDULE SETTLEMENT
22       v.                              CONFERENCE WITH MAGISTRATE
                                         JUDGE JOSEPH C. SPERO TO
23 APPLE INC., a California Corporation, FEBRUARY 8, 2012

         Defendant(s).
24
                                         **Hon. Magistrate Judge Joseph C. Spero**
25

26

27

28

[~~PROPOSED~~] ORDER TO RESCHEDULE SETTLEMENT        -1-        Case No. 4:11-CV-01079 SBA
CONFERENCE WITH MAGISTRATE JUDGE SPERO TO
FEBRUARY 8, 2012

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the settlement conference in Case No. 4:11-cv-01079-SBA scheduled for January 25, 2012 at 9:30 a.m., is hereby rescheduled to February 8, 2012, at 9:30 a.m.  The deadline to lodge a Settlement Conference Statement is now January 25, 2012.

Dated: __12/21/11_____



_____
Honorable
Magistrate Judge, United States District
Court, Northern District of California

[PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO TO FEBRUARY 8, 2012      -2-      Case No. 4:11-CV-01079 SBA