KENNETH STEINTHAL (SBN 268655)
steinthal@gtlaw.com
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Scott J. Bornstein (Admitted *Pro Hac Vice*)
bornsteins@gtlaw.com
Julie P. Bookbinder (Admitted *Pro Hac Vice*)
bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant,*
*Apple Inc.*

[JOINT FILING - SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>　　Plaintiff(s),<br><br>　　v.<br><br>APPLE INC., a California Corporation,<br><br>　　Defendant(s). | CASE NO. 4:11-CV-01079 SBA<br><br>**ORDER TO CHANGE TIME TO COMPLETE MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO**<br><br>**Hon. Saundra Brown Armstrong** |

**1**                                       **ORDER**

**2**         Pursuant to the stipulation of the parties and good cause appearing therefor,

**3**         **IT IS HEREBY ORDERED** that the deadline to hold the mandatory settlement

**4** conference in Case No. 4:11-cv-01079-SBA with Magistrate Judge Spero is hereby extended

**5** until February 29, 2012.

**6**

**7** Dated: _1/10/12

**8**                                         _/s/ Saundra B Armstrong_

**9**                                         Honorable Saundra Brown Armstrong
United States District Court Judge, Northern

**10** District of California

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CHANGE TIME TO COMPLETE MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO -3- Case No. 4:11-CV-01079 SBA