KENNETH STEINTHAL (SBN 268655)
steinthal@gtlaw.com
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Scott J. Bornstein (Admitted *Pro Hac Vice*)
bornsteins@gtlaw.com
Julie P. Bookbinder (Admitted *Pro Hac Vice*)
bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

***Attorneys for Defendant,***
***Apple Inc.***

[JOINT FILING - SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., | CASE NO. 4:11-CV-01079 SBA |
| Plaintiff(s), | [~~PROPOSED~~] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE JOSEPH C. SPERO TO FEBRUARY 28, 2012 |
| v. | |
| APPLE INC., a California Corporation, | |
| Defendant(s). | Hon. Magistrate Judge Joseph C. Spero |

1    **[~~PROPOSED~~] ORDER**

2        Pursuant to the stipulation of the parties and good cause appearing therefor,

3        **IT IS HEREBY ORDERED** that the settlement conference in Case No. 4:11-cv-

4    01079-SBA scheduled for February 8, 2012 at 9:30 a.m., is hereby rescheduled to February 28,

5    2012, at 9:30 a.m.  The deadline to lodge a Settlement Conference Statement is now February

6    14, 2012.

7    Dated: ___1/17/2012_____

8    _____

9    Honorable
     Magistrate of the United States

10   Court, Northern District of California

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28