# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD., | Case No. 11-cv-01079 SBA (NC) |
| Plaintiff, | **ORDER RE: JOINT DISCOVERY LETTER** |
| v. | Re: Dkt. No. 93 |
| APPLE, INC., | |
| Defendant. | |

The parties filed a joint discovery letter brief in which Apple requests an order compelling Emblaze to produce "full and complete" responses to Apple's Revised Interrogatory No. 9, as well as documents responsive to Apple's First Set of Requests for Production, Apple's Second Set of Requests for Production, and Apple's First Set of Requests for Admission. *See* Dkt. No. 93.

The parties need not submit any additional briefing with respect to this discovery dispute, but Apple must lodge copies of its requests for production and admission, as well as the revised interrogatory at issue, no later than March 28, 2012. Also by March 28, 2012, Emblaze must lodge its responses to the requests at issue. The Court will conduct a telephonic hearing on the matter on April 2, 2012 at 2:00 p.m. Each party must contact courtroom deputy Lili Harrell at 415.522.2039 to confirm its participation in the hearing.

Case No. 11-cv-01079 SBA (NC)
ORDER RE: JOINT
DISCOVERY LETTER

1     IT IS SO ORDERED.

3  Date: March 23, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge