UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., | CASE NO. 4:11-cv-01079-SBA |
| Plaintiff, | |
| v. | The Hon. Saundra Brown Armstrong |
| APPLE INC., a California Corporation, | |
| Defendant. | |

## ORDER

This matter having been before the Court on Plaintiff Emblaze Ltd.'s Unopposed Motion to Amend Pleadings;

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 15(a), Civil L.R. 7-2, and the Scheduling Order entered in this action [D.E. 68], that Plaintiff Emblaze Ltd.'s Motion to Amend Pleadings is GRANTED.  Plaintiff is directed to file and serve its First Amended Complaint within five (5) days of the date of this Order.

Dated: _4/23/12

_____
Honorable Saundra Brown Armstrong
U.S. District Judge of the United States District
Court, Northern District of California