MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6575
Facsimile:      (415) 276-6599
Email:           martinfineman@dwt.com

MARTIN B. PAVANE *(admitted pro hac vice)*
LISA A. FERRARI *(admitted pro hac vice)*
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone:     (212) 883-4900
Facsimile:      (212) 986-0604
Email:           mpavane@cozen.com
                    lferrari@cozen.com

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

|  |  |  |
|---|---|---|
| EMBLAZE LTD. | ) | Case No: 4:11-cv-01079-SBA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | FIRST AMENDED |
| | ) | COMPLAINT FOR PATENT |
| APPLE INC., A CALIFORNIA CORPORATION, | ) | INFRINGEMENT |
| Defendant. | ) | (Trial by Jury Demanded) |

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Emblaze, Ltd. ("Emblaze"), formerly known as Geo Interactive Media Group, Ltd.,

for its Complaint against Defendant, Apple Inc. ("Apple"), alleges as follows:

I.      **PARTIES**

1.      Emblaze is an Israeli corporation doing business world wide in development and

marketing of innovative high-tech technologies and products.  Emblaze's main offices are situated at

Emblaze House, 22 Zarhin Street, Ra'anana, Israel 43662.

2.      Emblaze is a publicly held company with shares registered and traded on the main

London stock exchange continuously since 1996.

3.       Upon information and belief, Apple is a California corporation, doing business worldwide, with its principal offices situated in this district, at One Infinite Loop, Cupertino, California 95014.

**II.      JURISDICTION AND VENUE**

4.       Subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338(a), in that this action arises under the patent laws of the United States (35 U.S.C. § 1, *et seq*.).

5.       Venue lies in this Court pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

**III.     COUNT I — PATENT INFRINGEMENT**

6.       Emblaze is the owner of several United States Patents, including U.S. Patent No. 6,389,473 ("the '473 Patent"). A true and correct copy of the '473 Patent is attached hereto as Exhibit A.

7.       The '473 patent claims methods for real-time broadcasting over a network, such as over the Internet.

8.       Emblaze developed the technology described and claimed in the '473 patent and has used this technology in its products.

9.       Emblaze first unveiled the technology described and claimed in the '473 patent in a live video streaming broadcast from the White House during Easter, 1998.  Emblaze's live streaming technology allows transmission of live audio and video to multiple devices, saves on data traffic, does not require devoted streaming servers, and allows reliable streaming even through firewalls.

10.      Upon information and belief, Apple has used and continues to use, sold and/or offered to sell in New York and elsewhere and/or imported into New York and elsewhere products incorporating "HTTP Live Streaming Standard technology" that have been and can be used for real-time broadcasting and that infringe at least claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40, and 41 of the '473 patent in violation of 35 U.S.C. § 271.

11.      Apple announced the introduction of its HTTP Live Streaming Standard technology into its products on or about mid-2009, and such technology is embedded into Apple's best selling products in this district and world wide (e.g., all Apple devices including Apple Stream Segmenter software or Apple File Segmenter software (components of HTTP Live Streaming included with

MAC OS X version 10.6 and later, and available for download on the internet), including Macbook Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro; all Apple devices including Apple's Safari browser version 5 and later for Mac OS, and available for download on the internet, included in Macbook Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro; all Apple devices including Apple's Quicktime X and later, and available for download on the internet, included in Macbook Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro; all Apple devices including Apple iOS 3.0 and later, included in iPod touch 3rd and 4th generations (1st and 2nd generations of iPod touch software upgradable to support HTTP Live Streaming), iPhone 3GS, 4 and 4S (iPhone and iPhone 3G software upgradable to support HTTP Live Streaming), iPad 1 and 2, and Apple TV 4.0, 4.3 and 4.4); all devices including iTunes 10.1 and later.

12.    Upon information and belief, the acts of infringement by Apple are willful, intentional and in conscious disregard of Emblaze's rights under the '473 patent.

13.    Shortly after Apple announced Apple's adoption of the HTTP Live Streaming Standard technology into its products, Emblaze informed Apple that Apple's HTTP Live Streaming Standard technology infringes the '473 patent and offered Apple a license to practice under the '473 patent.

14.    To date, Apple has declined to take a license under the '473 patent.

15.    As a result of Apple's infringement of the claims of the '473 patent, Apple has made and will continue to make unlawful gains and profits, and Emblaze has been and will continue to be deprived of revenue that it would otherwise have generated but for such infringement.

16.    Emblaze has been and will continue to be irreparably harmed by Apple's infringement of the '473 patent.

17.    The extent of Emblaze's damages cannot be determined except by an accounting.

**IV.    JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Emblaze requests a trial by jury.

**V.    PRAYER FOR RELIEF**

Wherefore, Emblaze prays for relief as follows:

A.      A judgment that Apple has infringed the '473 Patent in violation of 35 U.S.C. §§ 271(a)-(c);

B.      An order enjoining and restraining Apple, its officers, directors, agents, servants, employees, affiliates, attorneys and all others in active concert or participation with Apple, from infringing the '473 Patent, pursuant to 35 U.S.C. § 283;

C.      A judgment awarding Emblaze its damages, but not less than a reasonable royalty, resulting from Apple's infringement, pursuant to 35 U.S.C. § 284;

D.      An accounting of Apple's revenue from the sale, licensing or other distribution of Apple's infringing products;

E.      A judgment that Apple's acts of infringement have been in willful, knowing, and deliberate disregard of Emblaze's patent rights, and awarding Emblaze enhanced damages pursuant to 35 U.S.C. § 284;

F.      A judgment awarding Emblaze its costs, disbursements, and attorneys' fees incurred in prosecuting this action pursuant to 35 U.S.C. §§ 284 and/or 285;

G.      A judgment awarding Emblaze pre- and post-judgment interest on any monetary award; and

H.      Such other relief as the Court may deem just, equitable, and proper.

DATED: April 27, 2012           DAVIS WRIGHT TREMAINE LLP

By:     /s Martin L. Fineman
        Martin L. Fineman

        MARTIN L. FINEMAN (CA State Bar No. 104413)
        505 Montgomery Street, Suite 800
        San Francisco, CA 94111
        Telephone:    (415) 276-6575
        Facsimile:    (415) 276-6599
        Email:        mfineman@dwt.com

COZEN O'CONNOR
Martin B. Pavane *(admitted pro hac vice)*
Lisa A. Ferrari *(admitted pro hac vice)*
277 Park Avenue
New York, New York 10172
Telephone:      (212) 883-4900
Facsimile:      (212) 986-0604
Email:          mpavane@cozen.com
                lferrari@cozen.com

Attorneys for Plaintiff
Emblaze Ltd.

NYC_MIDTOWN\1948468\1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 27th day of April, 2012, I caused to be served a complete and

3

correct copy of the foregoing **FIRST AMENDED COMPLAINT FOR PATENT**

4

**INFRINGEMENT**, with attached **EXHIBIT A**, on defendants, *via* ECF, which will send notice to

5

the following counsel of record:

6

7

Kenneth L. Steinthal, Esq. (steinthal@gtlaw.com)
Sarah E. Barrows, Esq. (barrows@gtlaw.com)

8

GREENBERG TRAURIG LLP
4 Embarcadero Center, Suite 3000

9

San Francisco, California 94111-5983

10

James J. DeCarlo, Esq. (decarloj@gtlaw.com)

11

Scott J. Bornstein, Esq. (bonsteins@gtlaw.com)
Julia P. Bookbinder, Esq. (bookbinderj@gtlaw.com)

12

GREENBERG TRAURIG LLP
MetLife Building

13

200 Park Avenue
New York, New York 10166

14

15

Michael A. Nicodema, Esq. (nicodemam@gtlaw.com)
GREENBERG TRAURIG LLP

16

200 Park Avenue
Florham Park, New Jersey 07932

17

*Attorneys for Defendant Apple Inc.*

18

19

/s Nancy Gonsalves

20

21

22

23

24

25

26

27

28