UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant(s). | CASE NO. 4:11-CV-01079 SBA <br><br> **ORDER GRANTING DEFENDANT APPLE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO DESIGNATE ADDITIONAL TERMS FOR CLAIM CONSTRUCTION** |

Based upon the Court's consideration of Defendant Apple's Unopposed Motion for Administrative Leave to Designate Additional Terms for Claim Construction (the "Motion") and all other related submissions thereto, and having found good cause exists for the Court to construe all terms proposed in the Motion, and further having found that the parties have diligently sought to minimize the scope of the number of claim construction disputes as directed by this Court's Patent Standing Orders, it is the opinion of this Court that the Motion is **GRANTED**. The parties are permitted to designate for construction eighteen terms.

**IT IS SO ORDERED.**

Dated: _5/11/12

By: _____
The Honorable Saundra B. Armstrong
United States Court District Judge

DEFENDANT APPLES' PRELIMINARY         -1-         CASE NO. 4:11-CV-01079 SBA
CLAIM CONSTRUCTIONS AND EVIDENCE
IN SUPPORT FOR US PATENT NO. 6,389,473