| | |
|---|---|
| 1 | KENNETH STEINTHAL (SBN 268655)<br>steinthalk@gtlaw.com |
| 2 | SARAH BARROWS (SBN 253278)<br>barrowss@gtlaw.com |
| 3 | GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000 |
| 4 | San Francisco, CA 94111-5983<br>Telephone: (415) 655-1300 |
| 5 | Facsimile: (415) 707-2010 |
| 6 | James J. DeCarlo (Admitted *Pro Hac Vice*) |
| 7 | decarloj@gtlaw.com<br>Michael A. Nicodema (Admitted *Pro Hac Vice*) |
| 8 | nicodemam@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 9 | MetLife Building<br>200 Park Avenue, 34th Floor |
| 10 | New York, New York 10166<br>Tel.: (212) 801-9200 |
| 11 | Fax: (212) 801-6400 |
| 12 | *Attorneys for Defendant,*<br>*Apple Inc.* |

[JOINT FILING – SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>  Plaintiff(s),<br><br>APPLE INC., a California Corporation,<br><br>  Defendant(s). | CASE NO.  4:11-CV-01079 SBA<br><br>ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT<br><br><br>**Hon. Saundra Brown Armstrong** |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline to answer or otherwise respond to the First Amended Complaint currently falling on May 14, 2012 shall be extended to May 21, 2012. Defendant Apple Inc. shall have until May 21, 2012 to answer or otherwise respond to the First Amended Complaint of Plaintiff Emblaze.

Dated: _5/11/12

_Saundra B Armstrong_
Honorable Saundra Brown Armstrong
Judge of the United States Court, Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO EXTEND DEADLINE OR ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT
*SFO 596,098,821v1 5-10-12*

-3-

Case No. 4:11-CV-01079 SBA