KENNETH STEINTHAL (SBN 268655)
steinthalk@gtlaw.com
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant,*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff; <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | CASE NO.   4:11-CV-01079 SBA <br><br> **[PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO EMBLAZE'S SECOND AMENDED COMPLAINT UNTIL JANUARY 11, 2013** <br><br> **HON. SAUNDRA BROWN ARMSTRONG** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for Apple to respond to Emblaze's Second Amended Complaint in Case No. 4:11-cv-01079-SBA is hereby extended from the previous date of January 2, 2013 to the new deadline of January 11, 2013.

Dated: 12/10/12

_____
Honorable Saundra Brown Armstrong
United States District Court Judge,
Northern District of California