KENNETH STEINTHAL (SBN 268655)
steinthalk@gtlaw.com
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant,*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br>             Plaintiff; <br><br>     v. <br><br> APPLE INC., a California Corporation, <br><br>             Defendant. | **CASE NO.   4:11-CV-01079 SBA** <br><br> **ORDER TO EXTEND EMBLAZE'S DEADLINE TO ANSWER AND/OR OPPOSE ANY MOTION TO DISMISS EMBLAZE'S SECOND AMENDED COMPLAINT UNTIL FEBRUARY 1, 2013** <br><br> **HON. SAUNDRA BROWN ARMSTRONG** |

[PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OPPOSE APPLE'S MOTION TO DISMISS EMBLAZE'S SECOND AMENDED COMPLAINT UNTIL FEBRUARY 1, 2013

CASE NO. 4:11-CV-01079 SBA

1  Pursuant to the stipulation of the parties and good cause appearing therefore,

2  **IT IS HEREBY ORDERED** that the deadline for Emblaze to file an answer to any

3  counterclaims and/or an opposition to any motion Apple might file in response to Emblaze's Second

4  Amended Complaint in Case No. 4:11-cv-01079-SBA is now February 1, 2013; Apple will have

5  until February 15, 2013 to file any reply in support of any motion it files.

6

7  Dated: _12/20/12

                                                       _Saundra B Armstrong_

8                                       Honorable Saundra Brown Armstrong
   United States District Court Judge,
9  Northern District of California

[PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OPPOSE
APPLE'S MOTION TO DISMISS EMBLAZE'S SECOND AMENDED
COMPLAINT UNTIL FEBRUARY 1, 2013

CASE NO. 4:11-CV-01079 SBA

- 1 -