UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>              Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California Corporation,<br><br>              Defendant. | Case No:  C 11-1079 SBA<br><br>**ORDER** |

Pursuant to the parties' stipulation (Dkt. 147), IT IS HEREBY ORDERED THAT the Markman hearing scheduled for February 27, 2013 is CONTINUED to **April 18, 2013 at 10:00 a.m**.  IT IS FURTHER ORDERED THAT the Case Management Conference scheduled for February 27, 2013 is CONTINUED to **April 18, 2013 at 10:00 a.m**.

IT IS SO ORDERED.

Dated: 2/19/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge