Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

| ESI Search Term | Date Restriction | Relevance |
|---|---|---|
| anytext co (473) near/5 anytext co (patent)<br>anytext co "6,389,473"<br>anytext co "6389473"<br>anytext co "09/275, 703"<br>anytext co (230) near/5 anytext co (patent)<br>anytext co "6,397,230"<br>anytext co "6397230"<br>anytext co "08/919, 027"<br>anytext co (432) near/5 anytext co (patent)<br>anytext co "5, 841, 432"<br>anytext co "5841432"<br>anytext co "IL123819"<br>anytext co "IL115263" | Earliest time for available ESI through May 14, 2002 | These search terms relate specifically to the numbers assigned to by the PTO (and reasonable variations) to the patent-in-suit and the patents that the patent-in-suit incorporates by reference. Additionally, these terms include the application numbers for those patents and the numbers for the corresponding Israeli filings. Each search term is directly related to this case and is highly likely to return discoverable, relevant information. |
| anytext co (968) near/5 anytext co (patent)<br>anytext co "5,751,968"<br>anytext co "5751968"<br>anytext co (147) near/5 anytext co (patent)<br>anytext co "6,138,147"<br>anytext co "6138147"<br>anytext co (841) near/5 anytext co (patent)<br>anytext co "5,610,841" | Earliest time for available ESI through May 14, 2002 | These search terms relate specifically to the patent numbers assigned to specific pieces of prior art that Apple has relied on for its defenses, including its defense that the patent-in-suit is invalid as anticipated under 35 U.S.C. § 102, invalid as obvious under 35 U.S.C. § 103, or rendered unenforceable to inequitable conduct based on Emblaze's failure to disclose these references to the PTO. This search is also narrow, as it is tailored to locate three separate prior art patents based on three reasonable variations of each patent number. |

\* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.

Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

| | | |
|---|---|---|
| anytext co "5610841" | | |
| anytext co ("white house") near/10 ("egg" or "easter" or "South Lawn")*<br>anytext co ("Easterlink" or "earthlink") | 01/01/1996 to 12/31/1998 | These search terms relate to Emblaze's contention that it debuted streaming video technology that embodied the patent-in-suit at the White House Easter Egg Roll event on April 13, 1998. The event occurred on the south lawn of the White House, was sponsored by Earthlink, and was referred to by Earthlink as "Easterlink." These searches are narrow and target those specific terms. These terms are also targeted to obtain information relating to Emblaze's conversations, planning, and build-up to the event in April, 1998, which is directly relevant to Apple's invalidity defenses in this case, specifically to the on-sale bar provisions of 35 U.S.C. § 102(b). To date, Emblaze has not produced any documents relating to the Easter Egg roll prior to the event, any of which would be relevant to Apple's defenses in this case. |
| Anytext co ("White House" or "egg" or "Easter") and anytext co ("Above Net" or "Avenew" or "AOL" or "CERFnet" or "DemoNet" or "E-Z Net" or "Megsilnet" or "Exodus" or "GenerationXcellent" or "Global Communications Services" or "IDT" or "PSInet" or "Sprint" or "UUNet" or "Intergraph" or "Silicon Graphics" or "Sun Microsystems") | 01/01/1996 to 12/31/1998 | These search terms relate to the parties, companies, and technology partners who were directly involved with the Easter Egg Roll event. Any information containing these terms in Emblaze's files within the limited date range requested are likely to relate to the event, the technology used at the event, or the build-up to the event. Once again, searches using these terms should return relevant documents that relate to Apple's defenses and that would shed further light on Emblaze's products and technologies as they existed in the weeks and months leading up to the Easter Egg Roll event. These search terms also relate directly to Apple's invalidity defenses, especially to the on-sale bar provisions of 35 U.S.C. § 102(b). To date, Emblaze has not produced any documents relating to the Easter Egg roll prior to the event, any of which would be relevant to Apple's defenses in |

* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.

Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

|  |  |  |
|---|---|---|
|  |  | this case. |
| Anytext co Bruce near/2 Edwards | 01/01/1996 and 12/31/1999 | This search term relates specifically to a former executive of Emblaze's predecessor. Bruce Edwards was, at a minimum, the President of GEO Interactive in the United States and was repeatedly quoted in articles between the 1996 and 1999 time frame to which this search is limited. Documents that were formerly maintained by Bruce Edwards, that feature quotations attributed to him, or otherwise refer to Bruce Edwards are discoverable and highly likely to be relevant in this case. This is especially true where any documents returned by this search relate to statements by Emblaze or Mr. Edwards regarding streaming technologies, or the development and/or operation of Emblaze's products prior to the Easter Egg Roll event, as those documents certainly relate to Apple's defenses in this case. |
| Anytext co ("White House" or "egg" or "Easter") and anytext co ((Howard near/2 Lefkowitz) or (Kirsten near/2 Kappos) or (Mark near/2 Wagnon) or (James near/2 DeRose) or (Bryan near/2 Miles) or (Larry near/2 Gentry) or (Mike near/2 Brown) or (Scott near/2 Mann) or (Stan near/2 Leshner) or (Susan near/2 Magee) or (Thomas near/2 Sullivan) or (John near/2 Coulter) or (Matt near/2 Rinella) or (David near/2 Beckemeyer) or (David near/2 Huang) or (Erika near/2 Barnes) or | 01/01/1996 and 12/31/1998 | These search terms relate to individuals who were directly involved with the Easter Egg Roll event. Any information containing these terms in Emblaze's files within the limited date range requested are likely to relate to the event, the technology used at the event, or the build-up to the event. Searches using these terms will return relevant documents that relate to Apple's defenses and that would shed further light on Emblaze's products and technologies as they existed in the weeks and months leading up to the Easter Egg Roll event. This information relates directly to Apple's invalidity defenses, especially to the on-sale bar provisions of 35 U.S.C. § 102(b). To date, Emblaze has not produced any documents relating to the Easter Egg roll prior to the event, any of which would be relevant to Apple's defenses in this case. |

\* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.

Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

| | | |
|---|---|---|
| (Heather near/2 Meeker) or (Kurt near/2 Rahn) or (Kathleen near/2 Gonsalez) or (Roland near/2 Guerrero) or (Annie near/2 Ho) or (Nathaniel near/2 Perkins) or (Richard near/2 Quiroga) or (Roger or near/2 Wilson) or (Gary near/2 Jacob) or (Joel near/2 Solloway) or (Jeff near/2 Martin) or (Melinda or near/2 Bates) or (Egg near/2 Lady) or (Margaret near/2 Whillock) or (Marc near/2 Hoberman) or (Stephanie near/2 Hurst) or (Elizabeth near/2 Jones) or (Tracy near/2 Pakulniewicz) or (Isabel near/2 White) or (Patty near/2 Wilson) or (Kevin near/2 Moran)) | | |
| | | Apple agrees to withdraw this search request subject to its reservation to renew the request should it be determined to be calculated to lead to the discovery of admissible evidence. |
| anytext co VDOLive<br>anytext co VDO near/2 Live<br>anytext co VDOnet<br>anytext co VDO near/2 net | 01/01/1996 to 03/24/1999 | These search terms relate specifically to prior art relating to the patent-in-suit. VDOLive (and the included alternatives) was the name of a company involved in streaming media. Several former employees of VDOLive became named inventors of the patent-in-suit and/or employees of Emblaze. Any documents containing these terms would be highly relevant to this litigation, including to Apple's invalidity defenses as well as inequitable conduct. These terms are narrow in and of themselves and are date-limited |

\* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.

Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

|  |  | to a reasonable time period prior to the filing of the patent in suit. |
|---|---|---|
| anytext co Webradio<br>anytext co mediastreamsegmenter<br>anytext co mediafilesegmenter<br>anytext co m3u8<br>anytext co segmenter<br>anytext co (HTTP) near/5 anytext co (live) near/5 anytext co (stream!)*<br>anytext co (WebTV) near/5 anytext co (stream, streams, streaming)<br>anytext co (Realtime) near/5 anytext co (Transport) near/5 anytext co (Protocol)* |  | These search terms relate specifically to technology or terms discussed in the patent-in-suit and related documents. Each of these terms are specific to the case and relate to both Apple's accused technologies and their components, as well as technologies used or created by Emblaze that relate to streaming audio and video. These terms are likely to return relevant results that relate to Apple's defenses, including non-infringement and invalidity. |
| anytext co (Emblaze) near/2 ("audio live" or "video live" or "video pro" or "audio pro" or "pro software" or "video 1.0" or "audio 1.0")*¥<br>anytext co (Emblaze or GEO) ¥ near/10 anytext co (Las Vegas or Cannes or VideoPro or Seminar or Cambrix or Publishing or Disney or Intel or McDonalds or "Arthur Anderson" or Lucent or MTV or Cousey or Showcase) ¥<br>anytext co (Comdex or MILIA) ¥<br>anytext co ("San Francisco") near/5 anytext co (Jewish) near/5 anytext co (publishing) ¥<br>anytext co ("Jweekly") ¥ | 01/01/1996 to 03/24/1999 | These search terms relate specifically to Emblaze's products that pre-date the patent-in-suit as well as Emblaze's public sale, demonstration, and/or use (including within the United States) prior to the date Emblaze filed the patent-in-suit. These terms are narrow by themselves and Apple's search requests are further date limited to capture documents that pre-date the patent-in-suit as well as documents created or discussed within a reasonable time after the patent-in-suit was filed. Each term is related to Apple's invalidity defenses, including but not limited to Apple's contention that Emblaze's patent-in-suit is invalid under the 35 U.S.C. § 102(b) on-sale bar. |

\* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.

Exhibit 1: Apple Proposed Keyword Search Terms for All Emblaze Electronically Stored Information

| | | |
|---|---|---|
| anytext co (David) near/5 anytext co (Cousey) ¥<br>anytext co (Cousey.com) ¥ | | |
| anytext co "VocalTec"<br>anytext co (Alon) near/2 (Cohen)<br>anytext co (Lior) near/2 (Haramaty) | 01/01/1996 to 12/31/1999 | These search terms relate specifically to the patent numbers assigned to specific pieces of prior art that Apple has relied on for its defenses, including its defense that the patent-in-suit is invalid as anticipated under 35 U.S.C. § 102, invalid as obvious under 35 U.S.C. § 103, or rendered unenforceable to inequitable conduct based on Emblaze's failure to disclose these references to the PTO. This search is also narrow, as it is tailored to locate documents relating to that prior art: the inventor of that prior art was Alon Cohen, the product and company was often referred to as VocalTec, and one of the chief executives for that company was Lior Haramaty. |
| anytext co (Sanford)<br>anytext co (Colb) | 01/01/1996 to 12/31/1999 | These search terms seek documents relating to the law firm Sanford & Colb, which handled Emblaze's patent prosecution in Israel. These terms are likely to return discoverable and highly relevant information, in particular relating to Apple's inequitable conduct defense as well as that the patent is not enabled or adequately described under 35 U.S.C. §112. |
| Anytext co "Soroker Agmon"<br>Anytext co "venable"± | 01/01/2009 to 6/30/2010 | Inequitable Conduct connected to Emblaze's request to correct entity status pursuant to 37 C.F.R. 1.28 filed on January 21, 2010 associated with the '473 Patent. |

\* Apple requests Emblaze search for these terms in both English and Hebrew.
± Emblaze has not agreed to search email ESI with this term.
¥ These requests relate to the products and events specifically identified in Apple's 5th Set of RFPs.