# Exhibit 2: Proposed Emblaze Custodians

| Custodian Name: | Relevance |
|---|---|
| Edan Ayal | Mr. Ayal is a Co-inventor; author of EMB001867 (document created on May 6, 2012 and produced to Apple on May 18, 2012). |
| Alex Benedek | Emblaze employee responsible for IT between 1996 and 2000; Benedek also posted a video discussing Emblaze's product(s) on YouTube on 6/11/2012 relating to the COMDEX 1997 trade show. |
| Sharon Carmel | Co-inventor; Emblaze Co-Founder and CTO |
| Tzur Daboosh | Co-inventor; Emblaze Co-Founder; listed on Emblaze's initial disclosures as co-inventor of patent-in-suit knowledgeable about development of the patented subject matter, currently available products in the marketplace and state of the art at the time of the invention. |
| Moshe Dgani | Emblaze employee; listed on Emblaze's initial disclosures as a potential witness who may be called to testify about the relevant technology and its structure and operation, the marketplace for products using the technology, and the use of the technology by Emblaze. |
| Bruce Edwards | Former President at GEO Interactive, predecessor company of Emblaze. |
| Ziv Eliraz | Co-inventor; Emblaze Vice President of Business Development. |
| Hagit Gal | Emblaze Executive Director |
| Dror Ginsberg | Co-inventor; former Emblaze CTO. |
| Eli Reifman | Co-founder and former Emblaze Chairman |
| Naftali Shani | Co-inventor; Emblaze Executive Chairman; listed on Emblaze's initial disclosures as co-inventor of patent-in-suit knowledgeable about development of the patented subject matter, currently available products in the marketplace and state of the art at the time of the invention. |
| Amir Wolf | Emblaze employee knowledgeable about development of the patented subject matter, currently available products in the marketplace and state of the art at the time of the invention. |