KENNETH L. STEINTHAL (SBN 268655)
steinthal@gtlaw.com
SARAH E. BARROWS (SBN 253278)
barrowss@gtlaw.com
DANA K POWERS (SBN 252159)
powersdk@gtlaw.com
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Attorneys for Defendant,
Apple Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant(s). | CASE NO. 4:11-CV-01079 SBA <br><br> **DEFENDANT APPLE INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF** |

## DEFENDANT APPLE INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 34, Defendant Apple Inc. ("Apple") requests that Plaintiff Emblaze Ltd. produce copies of the documents and things set forth below within thirty (30) days at the offices of Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, subject to the following definitions and instructions.

## DEFINITIONS

1. "Plaintiff," "you," "your," or "Emblaze" shall mean Emblaze Ltd., including without limitation its predecessors in interest (including without limitation Geo Interactive

1  Media Group Ltd.), agents, representatives, employees, consultants, attorneys, or entities acting

2  in conjunction, joint venture, or partnership with Plaintiff, or any entities acting under its

3  direction or control.

4      2. "Apple" shall mean Apple Inc. and any of the agents, employees, shareholders,

5  officers, former employees, former officers, directors, subsidiaries, parent corporations,

6  attorneys or other persons or entities acting on its behalf.

7      3. "Patent-in-Suit" or "'473 Patent" shall mean United States Patent No. 6,389,473,

8  including the applications and prosecution history leading to that patent and all patents and

9  patent applications claiming priority to or related to the Patent-in-Suit, including without

10  limitation, any parent or priority application to the '473 Patent, reexaminations, divisionals,

11  continuations, continuations-in-part, foreign counterpart patents, and foreign counterpart patent

12  applications whether pending or abandoned.

13      4. "'230 Patent" shall mean United States Patent No. 6,397,230, including the

14  applications and prosecution history leading to that patent and all patents and patent

15  applications claiming priority to or related to the '230 Patent, including without limitation,

16  reexaminations, divisionals, continuations, continuations-in-part, foreign counterpart patents,

17  and foreign counterpart patent applications whether pending or abandoned.

18      5. "'432 Patent" shall mean United States Patent No. 5,841,432, including the

19  applications and prosecution history leading to that patent and all patents and patent

20  applications claiming priority to or related to the '432 Patent, including without limitation,

21  reexaminations, divisionals, continuations, continuations-in-part, foreign counterpart patents,

22  and foreign counterpart patent applications whether pending or abandoned.

23      6. "Accused Instrumentality" shall mean every Apple product, product feature, system,

24  system feature, method, method feature, activity, and/or action that Emblaze contends infringes

25  any claim of the Patent-in-Suit.

26      7. "Emblaze Instrumentality" shall mean every product, product feature, system,

27  system feature, method, and/or method feature developed or created by or for Emblaze that

28  Emblaze contends is disclosed and/or claimed in the Patent-in-Suit, including without

limitation all versions of the software identified in, and forming all or a part of the software appendix of the '473 Patent.

8. "Prior Art" includes by way of example and without limitation, subject matter as described in 35 U.S.C. § 103 and 35 U.S.C. § 102, including but not limited to patents, printed publications, prototypes, know-how, uses, sales, and offers for sale. Thus, for example, "Prior Art" includes information, knowledge, documents, and things concerning the subject matter of the Patent-in-Suit that were made or existed in the United States or abroad before the effective filing date of each claim of the Patent-in-Suit or the alleged date of invention of the same.

9. "Person" or "persons" shall mean entities and natural persons, including: all governmental entities, agencies, officers, departments, or affiliates of the United States of America, or any other governmental entity; and any corporation, foundation, partnership, proprietorship, association, organization, or group of natural persons.

10. "Communication" shall mean any oral, written, or electronic transmittal of information or request for information made from one person to another person, whether made in person, electronically, by telephone, or by any other means and includes any document(s) made only for the purpose of recording a communication, a fact, an idea, a statement, an inquiry, an opinion, a belief, or otherwise.

11. "Agreement" shall mean any contract, transaction, license, or other arrangement of any kind, whether conditional, executed, executory, express, or implied, and whether oral or written, in which rights are granted or obligations are assumed. The term "agreement" shall encompass completed, actual, contemplated, or attempted agreements or renewals of agreements.

12. "Document(s)" shall mean anything that would be a "writing" or "recording" as defined by Rule 1001(1) of the Federal Rules of Evidence or a "document" as set forth in Rule 34(a) of the Federal Rules of Civil Procedure, including, without limitation, the originals, and all nonidentical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation, correspondence, memoranda, notes, diaries, minutes, statistics, letters, telegrams, contracts, reports, studies, checks, statements,

tags, labels, invoices, brochures, periodicals, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, e-mails, offers, notations of any sort of conversations, working papers, applications, permits, surveys, indices, telephone calls, voice messages, meetings, printouts, teletypes, telefax, invoices, work sheets, and all drafts, alterations, modifications, changes and amendments of the foregoing), graphic or oral representations of any kind (including without limitation, photographs, charts, microfiche, microfilm, videotape, recordings, motion pictures, plans, drawings, surveys), and electronic, mechanical, or electric records or representations of any kind (including without limitation, tapes, cassettes, discs, recordings, and e-mail).

13. "Thing(s)" shall mean any tangible item, and shall be construed as broadly as possible under the Federal Rules of Civil Procedure.

14. As used herein, the terms "relate" and "refer" are used in their broadest possible sense and include all matters comprising, constituting, containing, concerning, embodying, reflecting, involving, discussing, describing, analyzing, identifying, stating, referring to, dealing with, or in any way pertaining to, for each request whichever definition makes the request most inclusive.

15. As used herein, "and" and "or" shall each be construed disjunctively or conjunctively as necessary in order to bring within the scope of the request all responses that might otherwise be construed to be outside its scope.

16. As used herein, the singular form of a noun or a pronoun shall be considered to include within its meaning the plural form of a noun or a pronoun so used, and vice versa; the use of the masculine form of a pronoun shall be considered to include also within its meaning the feminine form of the pronoun so used, and vice versa; the use of any tense of any verb shall be considered to include within its meaning all other tenses of the verb so used.

17. In producing documents and things responsive to these requests, Emblaze shall furnish all documents within its possession, custody, or control, regardless of whether these documents are possessed directly by Emblaze, or by its present or past agents, employees, representatives, investigators, or attorneys.

## INSTRUCTIONS

1.  All documents must be produced in a form that renders them susceptible to copying.

2.  All electronic documents and records must be produced in a reasonably usable form.

3.  Documents from any single file should be produced in the same order as they were found in such file.  If copies of documents are produced in lieu of the originals, such copies should be legible and bound or stapled in the same manner as the original.

4.  Each document should be segregated and identified by the request to which it is primarily responsive or produced as it is kept in the ordinary course of business.

5.  All requests herein are directed to those documents within your possession, custody or control, or within the possession, custody or control of your agents, servants and employees and your attorneys.  They are also directed to those firms, corporations, partnerships, or trusts that you control and to documents in the possession, custody or control of employees, agents and representatives of such entities.

6.  If any of the documents requested herein are no longer in your possession, custody or control, identify each such requested document by date, type of document, person(s) from whom sent, person(s) to whom sent, and person(s) receiving copies and provide a summary of its pertinent contents.

7.  If any document requested herein has been destroyed or is no longer in existence, for any reason, describe the content of such document as completely as possible, the date of such destruction and the name of the person who ordered or authorized such destruction.

8.  With respect to any document that you are withholding because the document is asserted to be immune from discovery, state separately with respect to each document:

        (a)    the general nature of such document, i.e., whether it is a letter, memorandum, report, pamphlet, etc.;

        (b)    the date on which each such document or thing was created, reproduced or transcribed;

(c)  the name, title, and business address of each person who signed or prepared each such document and the name and business address of each person who has edited, corrected, revised or amended the document;

(d)  the name and business address of each person to whom each such document was communicated or made available, or otherwise known to you as being an intended or actual recipient of a copy thereof;

(e)  the name and business address of each person having knowledge of the contents of the document;

(f)  the name and business address of each person having possession, custody, or control of the document or any identical or non-identical copy;

(g)  the number of pages;

(h)  a brief description of the nature and subject matter of the document in sufficient detail to permit other parties to this action to assess the applicability of the asserted privilege or immunity;

(i)  the paragraph(s) of the request to which the document is responsive; and

(j)  the grounds for the claimed immunity.

9.  There shall be a continuing duty on Emblaze to furnish additional documents in response to these Document Requests in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.  Any additional information relating in any way to these requests that you acquire, or that becomes known to you, up to and including the time of trial, shall be furnished to Apple promptly after such information is acquired by you or becomes known to you.

10. If you find any request or any term used in a request to be vague, ambiguous, subject to varying interpretations, or unclear, state what portion of the request or term you find to be vague, ambiguous, subject to varying interpretations, or unclear and state the construction employed by you in responding to the request.

## DOCUMENT REQUESTS

1.  All documents and things evidencing, relating or referring to contributions or edits made to the Wikipedia entry for HTTP Live Streaming (http://en.wikipedia.org/wiki/HTTP_Live_Streaming) on or about February 4, 2011, shown in attached Exhibit A.

2.  All documents and things evidencing, relating or referring to the person(s) or entity who created, operated and/or is operating the username "NetPlot" on Wikipedia.org, shown in Exhibit B, including but not limited to any communications with such person(s) or entity.

3.  All documents and things evidencing, relating or referring to contributions or edits made to the Wikipedia entry for HTTP Live Streaming by the user "NetPlot" as shown in Exhibit C.

4.  All documents and things evidencing, relating or referring to the contributions or edits made to the Wikipedia entry for HTTP Live Streaming by the user "NetPlot" on February 4, 2011, at 10:07, including the addition of the text "The technology is based on the Emblaze Real Time Streaming technology that was first released on 1998." as shown in Exhibit D.

5.  All documents and things evidencing, relating or referring to the contributions or edits made to the Wikipedia entry for HTTP Live Streaming by the user "NetPlot" on February 4, 2011, at 10:37, including the addition of the hyperlink with the label ""Network Media Streaming" by Emblaze" that links to the URL "http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum .htm&r=1&f=G&l=50&s1=6,389,473.PN.&OS=PN/6,389,473&RS=PN/6,389,473" as shown in Exhibit E.

6.  All documents and things evidencing, relating or referring to the contributions or edits made to the Wikipedia entry for HTTP Live Streaming by the user "NetPlot" on February 4, 2011, at 10:45, including the change of the text "Real Time" to "Network Media" as shown in Exhibit F.

7.  All documents and things evidencing, relating or referring to any third party identified in Plaintiff's response to Interrogatory No. 1 of Apple's Revised First Set of Interrogatories to Plaintiff regarding 35 U.S.C. § 271(a), having an agency relationship with

Apple or evidencing that Apple exercises direction and control over such third-party including, but not limited to, evidence of instructions, directions, written communications, contracts and/or Agreements.

8. All documents and things evidencing, relating or referring to the first public demonstration, use, disclosure (whether confidential or not), sale, offer for sale, or give-away of any alleged invention related to each asserted claim of the Patent-in-Suit being asserted against Apple.

9. All documents and things evidencing, relating or referring to, supporting, or contradicting the complete ownership, assignment, and license history of the Patent-in-Suit, including, but not limited to, all documents and things evidencing, relating or referring to all offers to sell, transfer, license, or assign the Patent-in-Suit; and demonstrating each entity or person that has or has had an ownership or license interest in the Patent-in-Suit; including documents and things which evidence the dates of the alleged assignment, license, transfer of rights, or transfer of ownership  the Patent-in-Suit occurred.

10. To the extent not produced in response to the proceeding request, all documents and things evidencing, relating or referring to the assignment by the alleged inventors of the alleged inventions of the Patent-in-Suit to Emblaze.

11. To the extent not produced in response to the proceeding requests, all documents and things evidencing, relating, referring to or otherwise reflecting the terms of any assignment, license, transfer of rights, or transfer of ownership of the Patent-in-Suit.

12. To the extent not produced in response to the proceeding requests, all documents and things evidencing, relating or referring to the identity of all person(s) identified in your answer to Interrogatory No. 5 of Apple's Revised First Set of Interrogatories to Plaintiff.

13. All documents and things evidencing, relating or referring to the destruction of documents that refer or relate to the preparation and prosecution of any patent application for Emblaze.

Dated: May 16, 2011

**GREENBERG TRAURIG, LLP**

By: _[signature]_

Scott J. Bornstein
bornsteins@gtlaw.com
James J. DeCarlo
decarloj@gtlaw.com
Julie P. Bookbinder
bookbinderj@gtlaw.com
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

Kenneth L. Steinthal
stenthalk@gtlaw.com
Sarah E. Barrows
barrowss@gtlaw.com
Dana K. Powers
powersdk@gtlaw.com
153 Townsend Street, 8th Floor
San Francisco, California 94107

*Attorneys for Defendant Apple Inc.*

# Exhibit A

# HTTP Live Streaming

From Wikipedia, the free encyclopedia

**HTTP Live Streaming** (also known as **HLS**) is an HTTP-based media streaming communications protocol implemented by Apple Inc. as part of their QuickTime X and iPhone software systems. The technology is based on the Emblaze Network Media Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an extended M3U playlist containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any firewall or proxy server that lets through standard HTTP traffic, unlike UDP-based protocols such as RTP. This also allows a Content delivery network to easily be implemented for any given stream.

Apple has documented HTTP Live Streaming as an Internet-Draft, the first stage in the process of submitting it to the IETF as a proposed Internet standard.

## Contents

- 1 Server implementations
- 2 Usage
- 3 See also
- 4 External links

## Server implementations

- TVersity supports HTTP Live streaming in conjunction with on-the-fly transcoding for playback of any video content on iOS devices.
- Helix Universal Server from RealNetworks supports iPhone OS 3.0 and later for live and on-demand HTTP Live or On-Demand streaming of H.264 and AAC content to iPhone, iPad and iPod.
- Wowza Media Server from Wowza Media Systems supports live and on-demand streaming.
- Akamai supports Http Dynamic Streaming for live and on-demand streams.

## Usage

- Adobe Systems demonstrated an update to its Adobe Flash Media Server product supporting HTTP Live Streaming at the NAB Show in April 2011
- Apple Inc. used this on September 1, 2010 to stream their iPod Keynote event live over the internet, and on October 20, 2010 to stream their 'Back to the Mac' Keynote event live over the internet.
- LiveStation streams numerous TV channels such as France 24, RT, and Al Jazeera English.[1] (http://m.livestation.com/channels)
- Google added HTTP Live Streaming support in Android 3.0 Honeycomb. [2] (http://developer.android.com/sdk/android-3.0-highlights.html)

# See also

- Adaptive bit rate
- "Network Media Streaming" by Emblaze (http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1& Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G& l=50&s1=6,389,473.PN.&OS=PN/6,389,473&RS=PN/6,389,473)

# External links

- GravityLab Multimedia, an Apple HTTP Live Streaming Service Provider (http://www.gravlab.com /index.php) .
- Daniel Eran Dilger (Wednesday, July 8, 2009). "Apple launches HTTP Live Streaming standard in iPhone 3.0" (http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html) . Apple Insider. http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html. Retrieved 2009-07-10.
- Chris Foresman (July 9, 2009). "Apple proposes HTTP streaming feature as protocol standard" (http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars) . Ars Technica. http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars. Retrieved 2009-07-10.
- Internet-Draft: HTTP Live Streaming: draft-pantos-http-live-streaming (http://tools.ietf.org/html/draft-pantos-http-live-streaming)
- Backbone Networks supports http live streaming in its Internet Radio Automation system (http://www.prweb.com/releases/http-live-streaming/shoutcast/prweb2972154.htm)
- Apple to Provide Live Video Streaming of September 1 Event (http://www.apple.com/pr/library/2010/08 /31alert.html) .

Retrieved from "http://en.wikipedia.org/wiki/HTTP_Live_Streaming"
Categories: HTTP | Multimedia | Network protocols

- This page was last modified on 14 April 2011 at 12:38.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit B

# Users

From Wikipedia, the free encyclopedia

The following is a list of all usernames currently in use on Wikipedia, or those in a specified group. A starting name can be specified. If you are a new user seeking to create an account on Wikipedia, please make sure your desired name is not displayed after searching for it below. See also: Wikipedia:Username policy.

Accounts with special designated roles on Wikipedia will have their group memberships displayed beside their names within parentheses.

If the user "Example" were an administrator, the user would appear in the list below as:

- Example (administrator)

For a list of active users (one action in the latest 30 days), see Special:ActiveUsers.

---

**Users**

Display users starting at: [NetPlot]    Group: [(all)]
☐ Show only users with edits  ☐ Sort by creation date
[Go]

---

(first | last) View (previous 1 | next 1) (20 | 50 | 100 | 250 | 500)

- NetPlot (Created on 4 February 2011 at 09:57)

(first | last) View (previous 1 | next 1) (20 | 50 | 100 | 250 | 500)
Retrieved from "http://en.wikipedia.org/wiki/Special:ListUsers"

# Exhibit C

# User contributions

From Wikipedia, the free encyclopedia
For NetPlot (talk | block log | uploads | logs | filter log)

---
**Search for contributions**

○ Show contributions of new accounts only
◉ User: `NetPlot`     Namespace: `all`     ☐ Deleted only

☐ Only show edits that are latest revisions

Tag filter: [               ]

From year (and earlier): [   ]     From month (and earlier): `all`     [ Search ]

---

- 10:45, 4 February 2011 (diff | hist) HTTP Live Streaming
- 10:37, 4 February 2011 (diff | hist) HTTP Live Streaming
- 10:07, 4 February 2011 (diff | hist) HTTP Live Streaming



NetPlot:  Subpages ·
User rights (http://en.wikipedia.org/w/index.php?title=Special:ListUsers&limit=1&username=NetPlot) ·
Edit count (http://toolserver.org/~soxred93/count/index.php?name=NetPlot&lang=en&wiki=wikipedia) ·
Articles created (http://toolserver.org/~soxred93/pages/index.php?name=NetPlot&namespace=0&redirects=noredirects) ·
SUL (http://toolserver.org/~vvv/sulutil.php?user=NetPlot) ·
Global contributions (http://toolserver.org/%7Eluxo/contributions/contributions.php?user=NetPlot&blocks=true)

---

Retrieved from "http://en.wikipedia.org/wiki/Special:Contributions/NetPlot"

# Exhibit D

# HTTP Live Streaming

From Wikipedia, the free encyclopedia
(Difference between revisions)

**Revision as of 15:47, 2 February 2011 (edit)**
146.102.100.77 (talk)
(→External links)
← Previous edit

**Revision as of 10:07, 4 February 2011 (edit) (undo)**
NetPlot (talk | contribs)
Next edit →

**Line 1:**

'''HTTP Live Streaming''' (also known as '''HLS''') is an [[HTTP]]-based [[media streaming]] [[protocol (computing)|communications protocol]] implemented by [[Apple Inc.]] as part of their [[QuickTime X]] and [[iPhone]] software systems. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rates. At the start of the streaming session, it downloads an [[extended M3U]] [[playlist]] containing the metadata for the various sub-streams which are available.

**Line 1:**

'''HTTP Live Streaming''' (also known as '''HLS''') is an [[HTTP]]-based [[media streaming]] [[protocol (computing)|communications protocol]] implemented by [[Apple Inc.]] as part of their [[QuickTime X]] and [[iPhone]] software systems. **The technology is based on the Emblaze Real Time Streaming technology that was first released on 1998.** It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an [[extended M3U]] [[playlist]] containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any [[Firewall (computing)|firewall]] or [[proxy server]] that lets through standard HTTP traffic, unlike UDP-based protocols such as [[Real-time Transport Protocol|RTP]]. This also allows a [[Content delivery network]] to easily be implemented for any given stream.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any [[Firewall (computing)|firewall]] or [[proxy server]] that lets through standard HTTP traffic, unlike UDP-based protocols such as [[Real-time Transport Protocol|RTP]]. This also allows a [[Content delivery network]] to easily be implemented for any given stream.

# Revision as of 10:07, 4 February 2011

**HTTP Live Streaming** (also known as **HLS**) is an HTTP-based media streaming communications protocol implemented by Apple Inc. as part of their QuickTime X and iPhone software systems. The technology is based on the Emblaze Real Time Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an extended M3U playlist containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any firewall or proxy server that lets through standard HTTP traffic, unlike UDP-based protocols such as RTP. This also allows a Content delivery network to easily be implemented for any given stream.

Apple has documented HTTP Live Streaming as an Internet-Draft, the first stage in the process of submitting it to the IETF as a proposed Internet standard.

# Contents

- 1 Server implementations
- 2 Usage
- 3 See also
- 4 External links

# Server implementations

- Helix Universal Server from RealNetworks supports iPhone OS 3.0 and later for live and on-demand HTTP Live or On-Demand streaming of H.264 and AAC content to iPhone, iPad and iPod.

# Usage

- Apple Inc. used this on September 1, 2010 to stream their iPod Keynote event live over the internet, and on October 20, 2010 to stream their 'Back to the Mac' Keynote event live over the internet.
- LiveStation streams numerous TV channels such as France 24, RT, and Al Jazeera English.[1] (http://m.livestation.com/channels)

# See also

- Adaptive bit rate

# External links

- GravityLab Multimedia, an Apple HTTP Live Streaming Service Provider (http://www.gravlab.com /index.php) .
- Daniel Eran Dilger (Wednesday, July 8, 2009). "Apple launches HTTP Live Streaming standard in iPhone 3.0" (http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html) . Apple Insider. http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html. Retrieved 2009-07-10.
- Chris Foresman (July 9, 2009). "Apple proposes HTTP streaming feature as protocol standard" (http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol- standard.ars) . Ars Technica. http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming- feature-as-a-protocol-standard.ars. Retrieved 2009-07-10.
- Internet-Draft: HTTP Live Streaming: draft-pantos-http-live-streaming (http://tools.ietf.org/html/draft- pantos-http-live-streaming)
- Backbone Networks supports http live streaming in its Internet Radio Automation system (http://www.prweb.com/releases/http-live-streaming/shoutcast/prweb2972154.htm)
- Apple to Provide Live Video Streaming of September 1 Event (http://www.apple.com/pr/library/2010/08 /31alert.html)
- LiveSport24 Watch ALL Football Live Streams and Live Sport Streams (http://www.livesport24.net) .

Retrieved from "http://en.wikipedia.org/wiki/HTTP_Live_Streaming"
Categories: HTTP | Multimedia | Network protocols

# Exhibit E

# HTTP Live Streaming

From Wikipedia, the free encyclopedia
(Difference between revisions)

| | |
|---|---|
| **Revision as of 10:07, 4 February 2011 (edit)** | **Revision as of 10:37, 4 February 2011 (edit) (undo)** |
| NetPlot (talk \| contribs) | NetPlot (talk \| contribs) |
| ← Previous edit | Next edit → |

**Line 14:** **Line 14:**

==See also==   ==See also==

* [[Adaptive bit rate]]   * [[Adaptive bit rate]]

+ * [http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l=50&s1=6,389,473.PN.&OS=PN/6,389,473&RS=PN/6,389,473 "Network Media Streaming" by Emblaze]

== External links ==   == External links ==

---

## Revision as of 10:37, 4 February 2011

**HTTP Live Streaming** (also known as **HLS**) is an HTTP-based media streaming communications protocol implemented by Apple Inc. as part of their QuickTime X and iPhone software systems. The technology is based on the Emblaze Real Time Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an extended M3U playlist containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any firewall or proxy server that lets through standard HTTP traffic, unlike UDP-based protocols such as RTP. This also allows a Content delivery network to easily be implemented for any given stream.

Apple has documented HTTP Live Streaming as an Internet-Draft, the first stage in the process of submitting it to the IETF as a proposed Internet standard.

## Contents

- 1 Server implementations
- 2 Usage
- 3 See also
- 4 External links

## Server implementations

- Helix Universal Server from RealNetworks supports iPhone OS 3.0 and later for live and on-demand HTTP Live or On-Demand streaming of H.264 and AAC content to iPhone, iPad and iPod.

# Usage

- Apple Inc. used this on September 1, 2010 to stream their iPod Keynote event live over the internet, and on October 20, 2010 to stream their 'Back to the Mac' Keynote event live over the internet.
- LiveStation streams numerous TV channels such as France 24, RT, and Al Jazeera English.[1] (http://m.livestation.com/channels)

# See also

- Adaptive bit rate
- "Network Media Streaming" by Emblaze (http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1& Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G& l=50&s1=6,389,473.PN.&OS=PN/6,389,473&RS=PN/6,389,473)

# External links

- GravityLab Multimedia, an Apple HTTP Live Streaming Service Provider (http://www.gravlab.com /index.php) .
- Daniel Eran Dilger (Wednesday, July 8, 2009). "Apple launches HTTP Live Streaming standard in iPhone 3.0" (http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html) . Apple Insider. http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html. Retrieved 2009-07-10.
- Chris Foresman (July 9, 2009). "Apple proposes HTTP streaming feature as protocol standard" (http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars) . Ars Technica. http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars. Retrieved 2009-07-10.
- Internet-Draft: HTTP Live Streaming: draft-pantos-http-live-streaming (http://tools.ietf.org/html/draft-pantos-http-live-streaming)
- Backbone Networks supports http live streaming in its Internet Radio Automation system (http://www.prweb.com/releases/http-live-streaming/shoutcast/prweb2972154.htm)
- Apple to Provide Live Video Streaming of September 1 Event (http://www.apple.com/pr/library/2010/08 /31alert.html) .
- LiveSport24 Watch ALL Football Live Streams and Live Sport Streams (http://www.livesport24.net) .

Retrieved from "http://en.wikipedia.org/wiki/HTTP_Live_Streaming"
Categories: HTTP | Multimedia | Network protocols

# Exhibit F

# HTTP Live Streaming

From Wikipedia, the free encyclopedia
(Difference between revisions)

**Revision as of 10:37, 4 February 2011 (edit)**
NetPlot (talk | contribs)
← Previous edit

**Revision as of 10:45, 4 February 2011 (edit) (undo)**
NetPlot (talk | contribs)
Next edit →

Line 1: | Line 1:

"HTTP Live Streaming" (also known as "'HLS'") is an [[HTTP]]-based [[media streaming]] [[protocol (computing)|communications protocol]] implemented by [[Apple Inc.]] as part of their [[QuickTime X]] and [[iPhone]] software systems. The technology is based on the Emblaze **Real Time** Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an [[extended M3U]] [[playlist]] containing the metadata for the various sub-streams which are available.

"HTTP Live Streaming" (also known as "'HLS'") is an [[HTTP]]-based [[media streaming]] [[protocol (computing)|communications protocol]] implemented by [[Apple Inc.]] as part of their [[QuickTime X]] and [[iPhone]] software systems. The technology is based on the Emblaze **Network Media** Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an [[extended M3U]] [[playlist]] containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any [[Firewall (computing)|firewall]] or [[proxy server]] that lets through standard HTTP traffic, unlike UDP-based protocols such as [[Real-time Transport Protocol|RTP]]. This also allows a [[Content delivery network]] to easily be implemented for any given stream.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any [[Firewall (computing)|firewall]] or [[proxy server]] that lets through standard HTTP traffic, unlike UDP-based protocols such as [[Real-time Transport Protocol|RTP]]. This also allows a [[Content delivery network]] to easily be implemented for any given stream.

## Revision as of 10:45, 4 February 2011

**HTTP Live Streaming** (also known as **HLS**) is an HTTP-based media streaming communications protocol implemented by Apple Inc. as part of their QuickTime X and iPhone software systems. The technology is based on the Emblaze Network Media Streaming technology that was first released on 1998. It works by breaking the overall stream into a sequence of small HTTP-based file downloads, each download loading one short chunk of an overall potentially unbounded transport stream. As the stream is played, the client may select from a number of different alternate streams containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, it downloads an extended M3U playlist containing the metadata for the various sub-streams which are available.

Since its requests use only standard HTTP transactions, HTTP Live Streaming is capable of traversing any firewall or proxy server that lets through standard HTTP traffic, unlike UDP-based protocols such as RTP. This also allows a Content delivery network to easily be implemented for any given stream.

Apple has documented HTTP Live Streaming as an Internet-Draft, the first stage in the process of submitting it to the IETF as a proposed Internet standard.

# Contents

- 1 Server implementations
- 2 Usage
- 3 See also
- 4 External links

## Server implementations

- Helix Universal Server from RealNetworks supports iPhone OS 3.0 and later for live and on-demand HTTP Live or On-Demand streaming of H.264 and AAC content to iPhone, iPad and iPod.

## Usage

- Apple Inc. used this on September 1, 2010 to stream their iPod Keynote event live over the internet, and on October 20, 2010 to stream their 'Back to the Mac' Keynote event live over the internet.
- LiveStation streams numerous TV channels such as France 24, RT, and Al Jazeera English.[1] (http://m.livestation.com/channels)

## See also

- Adaptive bit rate
- "Network Media Streaming" by Emblaze (http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1& Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G& l=50&s1=6,389,473.PN.&OS=PN/6,389,473&RS=PN/6,389,473)

## External links

- GravityLab Multimedia, an Apple HTTP Live Streaming Service Provider (http://www.gravlab.com /index.php) .
- Daniel Eran Dilger (Wednesday, July 8, 2009). "Apple launches HTTP Live Streaming standard in iPhone 3.0" (http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html) . Apple Insider. http://www.appleinsider.com/articles/09/07 /08/apple_launches_http_live_streaming_standard_in_iphone_3_0.html. Retrieved 2009-07-10.
- Chris Foresman (July 9, 2009). "Apple proposes HTTP streaming feature as protocol standard" (http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars) . Ars Technica. http://arstechnica.com/web/news/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard.ars. Retrieved 2009-07-10.
- Internet-Draft: HTTP Live Streaming: draft-pantos-http-live-streaming (http://tools.ietf.org/html/draft-pantos-http-live-streaming)
- Backbone Networks supports http live streaming in its Internet Radio Automation system (http://www.prweb.com/releases/http-live-streaming/shoutcast/prweb2972154.htm)
- Apple to Provide Live Video Streaming of September 1 Event (http://www.apple.com/pr/library/2010/08 /31alert.html) .

- LiveSport24 Watch ALL Football Live Streams and Live Sport Streams (http://www.livesport24.net) .

Retrieved from "http://en.wikipedia.org/wiki/HTTP_Live_Streaming"
Categories: HTTP | Multimedia | Network protocols

# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California; I am over the age of 18 years and not a party to the within action; my business address is **153 Townsend Street, 8th Fl., San Francisco, CA 94107.**

On the date given below, I served the below listed document(s) on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope addressed as follows:

1. **DEFENDANT APPLE INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF.**

**Martin B. Pavane**
**Edward M. Weisz**
**Roger S. Thompson**
**COHEN PONTANI LIEBERMAN &**
**PAVANE LLP**
**551 Fifth Avenue**
**New York, NY 10176**
**Telephone: (212) 687-2770**

*Attorneys for Plaintiff*
*Emblaze, Ltd.*

☐ **(BY FIRST CLASS MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at San Francisco, California, in the ordinary course of such business.

☒ **(BY OVERNIGHT DELIVERY)**
I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2011, at San Francisco, California.

Kimberly Stratford