SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant,*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant(s). | CASE NO. 5:11-CV-01079 PSG <br><br> **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendant Apple Inc. ("Apple") submits this administrative motion for an order to seal the following documents or portion of document:

1. Exhibit 16 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians;

2. Exhibit 17 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians;

3. Exhibit 19 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians;

4. Exhibit 20 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians; and

5. Exhibit 21 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians.

Exhibit 16 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed

Keyword Searches and Identify Available Electronic Data for Relevant Custodians contains materials and refer to information that EMBLAZE has designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order entered in this case. (Dkt. No. 80). Apple expects that pursuant to Civil Local Rule 79-5(d), EMBLAZE will file a declaration seeking to establish good cause to permit the sealing of this exhibit.

Exhibit 17 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians contains materials and refer to information that EMBLAZE has designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order entered in this case. (Dkt. No. 80). Apple expects that pursuant to Civil Local Rule 79-5(d), EMBLAZE will file a declaration seeking to establish good cause to permit the sealing of this exhibit.

Exhibit 19 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians contains materials and refer to information that EMBLAZE has designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order entered in this case. (Dkt. No. 80). Apple expects that pursuant to Civil Local Rule 79-5(d), EMBLAZE will file a declaration seeking to establish good cause to permit the sealing of this exhibit.

Exhibit 20 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians contains materials and refer to information that EMBLAZE has designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order entered in this case. (Dkt. No. 80).

Apple expects that pursuant to Civil Local Rule 79-5(d), EMBLAZE will file a declaration seeking to establish good cause to permit the sealing of this exhibit.

Exhibit 21 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians contains materials and refer to information that EMBLAZE has designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order entered in this case. (Dkt. No. 80). Apple expects that pursuant to Civil Local Rule 79-5(d), EMBLAZE will file a declaration seeking to establish good cause to permit the sealing of this exhibit.

Pursuant to General Order No. 62, Apple will lodge with the Court for *in camera* review the aforementioned exhibits 16, 17, 19, 20 and 21 to the Declaration of Sarah Barrows in Support of Apple's Motion to Compel Emblaze to Search its Electronically Stored Information With Apple's Proposed Keyword Searches and Identify Available Electronic Data for Relevant Custodians.

Dated: April 5, 2013

/s/ __Sarah Barrows__
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
*Attorneys for Defendant Apple Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28