SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

***Attorneys for Defendant,***
***Apple Inc.***

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff; <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | CASE NO. 5:11-CV-01079 PSG <br><br> **[~~PROPOSED~~] ORDER ALLOWING PERMISSION TO BRING TO COURT CERTAIN MULTIMEDIA EQUIPMENT** |

---

**IT IS HEREBY ORDERED** that Defendant Apple, Inc. shall be permitted to use a multimedia system for the presentation of evidence. Defendant shall be permitted to bring into the Court on April 17, 2013 certain multimedia equipment.

The equipment will include the following:

(1)   (5) Laptop computers with built-in cameras;

(2)   (2) sets of Computer Cables and Power Cords;

(3)   (1) Printer/Copier;

(4)   Extension Cords;

(5)   Small Computer Table;

(6)   Projector and Screen; and

(7)   Computer Speakers.

**SO ORDERED** this  10th  day of    April   , 2013.

_____
The Honorable Magistrate Judge of the Northern District of California Paul S. Grewal

[PROPOSED] ORDER ALLOWING PERMISSION TO BRING TO COURT CERTAIN MULTIMEDIA EQUIPMENT    -1-    CASE NO. 5:11-CV-01079 PSG