UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EMBLAZE LTD., | ) | Case No.: 11-1079 PSG |
|---|---|---|
| Plaintiff, | ) ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) ) | |

In this patent infringement suit, Plaintiff Emblaze Ltd. ("Emblaze") claims Defendant Apple Inc. ("Apple") infringes its patent. Consistent with Pat. L.R. 4-3(c), the parties seek construction of terms and phrases in claims in the patents-in-suit.[1] To avoid unnecessary delay, the court at this time will simply issue its constructions without its full reasoning and analysis:

| **CLAIM TERM** | **CONSTRUCTION** |
|---|---|
| "real-time broadcasting" | simultaneous transmission of data to one or more clients matching the human perception of time or proceeding at the same rate as a physical or external process |
| "providing at the transmitting computer a data stream having a given data rate" | the transmitting computer provides a data stream having a given amount of data per unit of time |

---

[1] *See* Docket No. 111.

1

Case No.: 11-1079
ORDER

| "data stream having a given data rate" | a data stream having a given amount of data per unit of time |
|---|---|
| "slice" | a discrete segment of the data stream |
| "each slice having a predetermined data size associated therewith" | each slice having a data size, which may be a time duration, assigned in advance of the stream being divided |
| "encoding the slices in a corresponding sequence of files" | forming each slice as a file, wherein a file includes compressed data from the slice and a file descriptor, and wherein the sequence of files corresponds to the sequence of slices |
| "sequence of files, each file having a respective index" | sequence of files, wherein each file has an indicator that represents a respective slice's location in the sequence |
| "uploading the sequence to a server at an upload rate generally equal to the data rate of the stream" | transmitting the files from the transmitting computer to the server at an upload rate generally equal to the data rate of the stream |
| "such that one or more client computers can download the sequence over the network from the server at a download rate generally equal to the data rate" | such that one or more client computers are able to select individual files corresponding to the slices for download over the network at a download rate generally equal to the data rate |
| "decode the sequence" | decompressing any compressed data in the sequence |
| "play back the data stream responsive to the indices of the files" | playing back the data stream based on the indices of the files to be played back |
| "at a replay rate generally equal to the data rate" | the rate at which the client plays back the data stream is generally equal to the data rate of the stream |
| "uploading and updating an index file containing the index of the file in the sequence that was most recently uploaded" | uploading to a server an index file, and updating the index file with the index of the most recently uploaded file |
| "encoding slices at a different plurality of different quality levels" | forming slices at more than one quality level |
| "determining a data bandwidth of the network between the server and the client computer" | the client determines a data rate at which a client can download a file from the server |
| "wherein dividing the stream into the sequence | the stream is divided into a sequence of slices, |

2
Case No.: 11-1079
ORDER

| | |
|---|---|
| of slices comprises dividing the stream into a sequence of time slices, each having a predetermined duration associated therewith" | where the predetermined data size of the slices is established by setting the time duration of the slices |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teaching in *Phillips v. AWH Corp.*,[2] and its progeny.  So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

**IT IS SO ORDERED.**

Dated:   April 19, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).