SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

***Attorneys for Defendant,
Apple, Inc.***

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff; <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No.   11-CV-01079 PSG <br><br> **APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** <br><br> Date:     [PROPOSED] July 30, 2013 <br> Time:     10:00AM <br> Location: Courtroom 5, 4th Floor <br> Before:   Hon. Paul Singh Grewal |

DEFENDANT APPLE INC.'S APPLICATION
FOR ORDER SHORTENING TIME                                      CASE NO. 11-CV-01079 PSG

Defendant Apple Inc. hereby applies for an Order Shortening Time for the filing and hearing of its Motion for Leave to Amend Apple's Invalidity Contentions to be heard by this Court on July 30, 2013 at 10:00 a.m. in Courtroom 5, the Honorable Paul Singh Grewal presiding. Pursuant to Civil L.R. 6-3, Apple has attached the July 12, 2013 Declaration of James J. DeCarlo in support this application ("DeCarlo Declaration"). The DeCarlo Declaration establishes that the hearing of this motion on shortened time is necessary because the Court's fact discovery cut-off date is August 30, 2013 and therefore an expedited hearing would help the parties honor this Court's discovery schedule and ensure Apple's Motion for Leave is considered timely.  During a meet and confer held today, Emblaze would not agree to Apple's proposed shortening of time, nor would Emblaze agree that a standard motion period would not be raised as grounds for prejudice in connection with Apple's Motion to Amend due to the short time between a standard motion date of late August and the close of discovery, presently set for August 30, 2013.  Emblaze's position highlights the propriety of this application to shorten time.

Dated: July 12, 2013                                                  GREENBERG TAURIG, LLP


By: /s/ Sarah Barrows
SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
Stephen Ullmer (SBN 277537)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Apple Inc.*

DEFENDANT APPLE INC.'S APPLICATION
FOR ORDER SHORTENING TIME               - 2 -               CASE NO. 11-CV-01079 PSG