1 | SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
2 | Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
3 | GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
4 | San Francisco, CA 94111-5983
Telephone: (415) 655-1300
5 | Facsimile: (415) 707-2010

6 | James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
7 | Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
8 | GREENBERG TRAURIG, LLP
MetLife Building
9 | 200 Park Avenue, 34th Floor
New York, New York 10166
10 | Telephone: (212) 801-9200
Facsimile: (212) 801-6400

***Attorneys for Defendant,
Apple, Inc.***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br>   Plaintiff; <br><br>   v. <br><br> APPLE INC., a California corporation, <br><br>   Defendant. | Case No.   11-CV-01079 PSG <br><br> **[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** <br><br> Date:    [PROPOSED] July 30, 2013 <br> Time:    10:00AM <br> Location: Courtroom 5, 4th Floor <br> Before:   Hon. Paul Singh Grewal |

**[PROPOSED] ORDER**

Having considered the Application for Order Shortening Time for Hearing on Apple's Motion for Leave to Amend Apple's Invalidity Contentions, and the Barrows Declaration in support of the same, and finding good cause therefor,

It is HEREBY ORDERED that the Application is GRANTED. The Hearing on the Motion to Compel is set for Tuesday, July 30, 2013, at 10:00 a.m. in Courtroom 5. Defendant having filed and served its underlying Motion papers on July 12, 2013, Plaintiff shall file its Opposition Brief by July __, 2013. Defendant shall file its Reply Brief, if any, by July __, 2013.

Dated: July __, 2013                              _____
                                                  Hon. Paul S. Grewal, United States Magistrate Judge