# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant. | CASE NO. 5:11-cv-01079-PSG<br><br>**DECLARATION OF NAFTALI SHANI IN OPPOSITION TO APPLE'S MOTION FOR RELIEF PURSUANT TO FED. R. CIV. P. 37**<br><br>The Hon. Paul S. Grewal |

I, NAFTALI SHANI, declare as follows:

1.    I am the individual at plaintiff Emblaze Ltd. ("Emblaze") who previously filed Declarations with the Court concerning Emblaze's ESI search efforts [*See* D.E. 202, 205 and 208]. I make the statements herein based upon my personal knowledge or, where stated, upon information and belief.

2.    Visual Source Safe ("VSS") is a source control software package designed for software development projects.   During most of the period in which Emblaze was engaged in software development, Emblaze utilized VSS to maintain such documents.

3.    Emblaze's VSS is part of Emblaze's general file server and has back-up capability. That is, VSS has been backed up together with the other data on Emblaze's server.   The earliest available back-up tapes are from 2009.

4.    Emblaze searched its VSS for documents responsive to Apple's document requests in the second half of 2011, after Emblaze was provided a copy of Apple's First Requests for Production.

5.    Emblaze searched VSS again in June 2013 when it searched Emblaze's general file server in response to the Court's Order granting Apple's motion to compel ESI searching. I personally instructed Emblaze's IT manager to do a search of Emblaze's VSS, including the back-up tapes for

VSS, using the search terms provided by Apple in connection with its motion.

6.   Emblaze did not understand the Court's May 29, 2013 Order [D.E. 198], which called for Emblaze to identify "custodians" of potentially responsive documents, and to describe the data possessed by each custodian, to call for the specific identification of VSS. Nonetheless, Emblaze identified data in VSS when it identified the data contained in custodian Moshe Dgani's files as "[d]ata concerning product planning, product design, [and] product release notes." [D.E. 202].

7.   I am personally aware that Emblaze retrieved documents from VSS in response to both of Emblaze's searches of VSS, and that responsive documents were provided to counsel for production to Apple.

8.   Sharon Carmel, who was deposed on July 23, 2013, retired from the Board of Directors of Emblaze on October 1, 2002, and has not been an employee of Emblaze since.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 15, 2013
        Tel Aviv, Israel

_____
Naftali Shani