MARTIN L. FINEMAN (CA State Bar Number 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6575
Facsimile:     (415) 276-6599
Email:         martinfineman@dwt.com

MARTIN B. PAVANE *(admitted pro hac vice)*
LISA A. FERRARI *(admitted pro hac vice)*
MARILYN NEIMAN *(admitted pro hac vice)*
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone:     (212) 883-4900
Facsimile:     (212) 986-0604
Email:         mpavane@cozen.com
               lferrari@cozen.com
               mneiman@cozen.com

*Attorneys for Plaintiff Emblaze Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EMBLAZE LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>        Defendant. | CASE NO.  5:11-cv-01079-PSG<br><br>**DECLARATION OF LISA A. FERRARI IN OPPOSITION TO APPLE'S MOTION FOR RELIEF PURSUANT TO FED. R. CIV. P. 37**<br><br>**DATE:  August 20, 2013**<br>**TIME:  10:00 a.m.**<br><br>Before: Hon. Paul S. Grewal |

LISA A. FERRARI, being duly sworn, deposes and says:

1.      I am a member of Cozen O'Connor, counsel to plaintiff Emblaze Ltd. ("Emblaze") in the above action.  The statements made herein are based upon my personal knowledge or, where stated, upon information and belief.

DECLARATION OF LISA A. FERRARI IN
OPPOSITION TO APPLE'S MOTION FOR
RELIEF PURSUANT TO FED. R. CIV. P. 37
LEGAL\17099641\1

1

*Emblaze Ltd. v. Apple, Inc.,*
Case No. 5:11-CV-01079 PSG

2.　　Apple served Notices of Deposition addressed to inventors named in the patent in suit on May 16, 2013.

3.　　Emblaze received documents from Sharon Carmel and Ziv Eliraz on July 22, 2013. Emblaze's counsel reviewed the documents for privilege, and responsive, non-privileged documents were produced to Apple on July 26, July 30, and August 1, 2013.

4.　　In connection with Emblaze's June 2013, search of ESI, Emblaze reviewed and produced to Apple more than 8,500 pages, on June 24, 2014, and June 26, 2013.

5.　　In connection with Emblaze's ESI searching, Emblaze's counsel undertook a comprehensive review of what Emblaze had already produced to Apple so as to ensure that all non-privileged, responsive documents were produced before the start of depositions in Israel. In the course of that review, we discovered the existence of documents that Emblaze had provided to us for review and production, but which had not yet been produced to Apple. It is our belief that these documents were misplaced when we moved offices in July 2011 to our current law firm, at which time a massive amount of files were transported from one office to another.

6.　　In the last five weeks, Apple has produced approximately 165,000 documents to Emblaze, including a production of documents dated from 2010.

7.　　At his deposition on August 13, 2013, Apple's witness Roger Pantos testified that when Apple developed the HLS protocol, it considered "RTP, RTSP, that family of protocols." Pantos Rough Tr. 176:2-3. Mr. Pantos also testified that Apple's Quick Time Streaming Service (QTSS) uses the RTSP protocol. Pantos Rough Tr. 213:18-20. Apple consented to Emblaze's references to these transcript pages in Emblaze's opposition to Apple's motion. Because Apple has not yet reviewed this transcript for designations under the Protective Order, Apple did not consent to the inclusion of the transcript pages themselves.

8.　　Attached as Exhibit A is a true and correct copy of a letter from the undersigned to Sarah Barrows, dated June 21, 2013.

9.　　Attached as Exhibit B is a true and correct copy of an email from Martin Pavane to Sarah Barrows, dated June 25, 2013.

DECLARATION OF LISA A. FERRARI IN
OPPOSITION TO APPLE'S MOTION TO
SHORTEN TIME
LEGAL\17099641\1

2

*Emblaze Ltd. v. Apple, Inc.,*
Case No. 5:11-CV-01079 PSG

10.    Attached as <u>Exhibit C</u> is a true and correct copy of excerpts from the July 24, 2013, deposition of Hagit Gal.

11.    Attached as <u>Exhibit D</u> is a true and correct copy of excerpts from the July 25, 2013, deposition of Ziv Eliraz.

12.    Attached as <u>Exhibit E</u> is a true and correct copy of excerpts from the July 23, 2013, deposition of Sharon Carmel.

13.    Attached as <u>Exhibit F</u> is a true and correct copy of a list of search terms in Hebrew that Apple provided to Emblaze in connection with Emblaze's ESI searches.

14.    Attached as <u>Exhibit G</u> is a true and correct copy of pages 1-2 and 35 of a document produced by Apple, titled "HTTP Live Streaming Overview" (bearing Bates numbers APPLE002275-APPLE002312 in its entirety).

15.    Attached as <u>Exhibit H</u> is a true and correct copy of excerpts from the June 20, 2013, deposition of William May.

16.    Attached as <u>Exhibit I</u> is a true and correct copy of a letter from Sarah Barrows to Martin Pavane, dated June 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2013

By: /s/ Lisa A. Ferrari
    Lisa A. Ferrari