# EXHIBIT B

# Boezi, Mark

| | |
|---|---|
| **From:** | Pavane, Martin |
| **Sent:** | Tuesday, June 25, 2013 5:48 PM |
| **To:** | 'barrowss@gtlaw.com' |
| **Cc:** | 'Jim DeCarlo (decarloj@gtlaw.com)'; Ferrari, Lisa; Nemiroff, Andrew P.; Boezi, Mark; Gonsalves, Nancy; Neiman, Marilyn |
| **Subject:** | Emblaze v. Apple -- schedule for depositions in Israel |

Sarah –

We seem to have worked out a schedule for the depositions in Israel. Here are the particulars.

As Lisa explained in her recent correspondence, and as I discussed with Jim at the conclusion of the William May deposition, we do not control the below-listed people, other than Hagit Gal. Therefore, while the non-employees have all told us that they will appear on the dates and times set forth below, we cannot guarantee their attendance. Of course, if we do hear that any of them have changed their minds either as to appearing at all or as to the date and time, we will let you know promptly. But as of now the below schedule has been confirmed with all the deponents.

Please let me know promptly if Apple has any issue with this schedule.

Also, for security, please let me know who will be attending from your side, and if you will be videotaping any of these depositions.

Best –

Marty

**SCHEDULE FOR DEPOSITIONS IN ISRAEL**

**VENUES:**

Emblaze's offices:
9 Hamenofim Street, Herzeliya Pituach, Akershtein Building A, T: 09-7699302

Turgeman offices:
3 Daniel Frisch Street, Tel-Aviv, 25th floor, T: 03-6092609


**DATES, TIMES, AND VENUES**

17 July

| Time | Individual | Purpose | Venue |
|---|---|---|---|
| 10:00 | Dror Ginzberg | Deposition | Turgeman offices |

18 July

| Time | Individual | Purpose | Venue |
|---|---|---|---|
| 10:00 | Tzur Daboosh | Deposition | Turgeman offices |

1

19 July

| Time | Individual | Purpose | Venue |
| --- | --- | --- | --- |
| 10:00 | Hagit Gal | Deposition | Turgeman offices |

22 July

| Time | Individual | Purpose | Venue |
| --- | --- | --- | --- |
| 10:00 | Edan Ayal | Deposition | Turgeman office |

23 July

| Time | Individual | Purpose | Venue |
| --- | --- | --- | --- |
| 10:00 | Sharon Carmel | Deposition | Turgeman office |

25 July

| Time | Individual | Purpose | Venue |
| --- | --- | --- | --- |
| 10:30 | Ziv Eliraz | Deposition | Turgeman offices |

**Martin Pavane**| **Cozen O'Connor**
Vice Chair, Intellectual Property Group
Vice Chair, ANDA and Biologics Practice Group
277 Park Avenue | New York, NY  10172 | P: 212.883.4994 | F: 646-588-1478
mpavane@cozen.com  |  www.cozen.com
 *Please consider the environment before printing this email.*

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.