# EXHIBIT D

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EMBLAZE, LTD.,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     ) Case No.:
                                        ) 5:11-cv-01079 (PSG)
APPLE, INC., a California               )
corporation,                            )
                                        )
            Defendant.                  )
_____ )


** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

** SUBJECT TO A PROTECTIVE ORDER **


VIDEOTAPED DEPOSITION OF

ZIV ELIRAZ

TEL AVIV, ISRAEL

JULY 25, 2013


REPORTED BY: BRENDA MATZOV, CA CSR NO. 9243

JOB NO.: 119644

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 2

1         Videotaped deposition of ZIV ELIRAZ, taken
2   in the above-entitled cause pending in the United
3   States District Court, Northern District of California,
4   Oakland Division, pursuant to notice, before BRENDA
5   MATZOV, CA CSR 9243, at S. Turgeman, Attorneys at Law,
6   3 Daniel Frisch Street, 25th Floor, Tel Aviv, Israel,
7   on Thursday, the 25th day of July, 2013, at 10:50 a.m.
8
9   APPEARANCES:
10  FOR PLAINTIFF:
11       COZEN O'CONNOR, LLP
           By:  MARTIN B. PAVANE, ESQ.
12         277 Park Avenue
           New York, New York 10172
13         (212) 883-4900 / Fax (212) 986-0604
           mpavane@cozen.com
14
15  FOR DEFENDANT:
16       GREENBERG TRAURIG, LLP
           By:  DOUGLAS R. WEIDER, ESQ.
17         200 Park Avenue
           Florham Park, New Jersey 07932
18         (973) 360-7900 / Fax (973) 301-8410
           weiderd@gtlaw.com
19
20  ALSO PRESENT:
21       DORON MATZOV, Videographer
22       ARNON GICELTER, Emblaze In-House Counsel
23       NAFTALI SHANI, Emblaze
24       MOSHE DGANI, Emblaze
25       GIL BANYAS, Advocate

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 3

```
 1                        I N D E X
 2    WITNESS
 3    Ziv Eliraz (Sworn)
 4
 5    EXAMINATION                                    PAGE
 6    By Mr. Weider                                     8
 7
 8
 9
10                       E X H I B I T S
11    NUMBER         DESCRIPTION                    MARKED
12    Exhibit 1      Document Entitled "Confidential
                     Product Release Schedule,"
13                   Dated June 19, 1998
                     (No Bates Number)                 29
14
      Exhibit 2      Document Entitled "Emblaze
15                   VideoPro Launch Plan"
                     (No Bates Number)                 32
16
      Exhibit 3      PowerPoint Presentation
17                   Printout Entitled "Emblaze
                     Business Strategy and Plan,"
18                   Dated September 24, 1998
                     (No Bates Number)                 33
19
      Exhibit 4      Website Article Printout
20                   Entitled "Emblaze Systems
                     Completes a Successful Trial
21                   of High Quality Wireless
                     Multimedia Over the Verizon
22                   Wireless 1XRTT Express Network,"
                     Dated January 16, 2002
23                   (No Bates Number)                 49
24
25
```

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 20

1   the New York office, what was that person's name?
2      A.   Moti Dolgin.
3      Q.   And is that who you reported to in the
4   New York office?
5      A.   Yes.  Yes.  He didn't stay a long -- around
6   for long as far as I remember, though.  There was --
7   they changed and brought in someone else.
8      Q.   Who was the other person they brought in?
9      A.   His name was Sas -- Sasson Darwish.
10     Q.   How long did you continue at Emblaze for?
11     A.   Until late 2002.
12     Q.   Did you continue in New York between mid 1999
13  until when you left in late 2002?
14     A.   Yes.  Yeah.
15     Q.   Did your responsibilities change at all
16  between mid 1999 and late 2002?
17     A.   The title was always the same.  And the goal
18  was always to try and find strategic alliances for our
19  products or customers to use our products.
20     Q.   In both -- I'm going to spend some time
21  a little bit later exploring some of those alliances,
22  but just to shift direction a little bit.
23          Were you contacted at some point by Mr. Shani
24  with respect to whether or not you had any documents
25  relating to your time at Emblaze?

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 21

1     A.   I think that we met a few months ago. And
2 he specifically -- I met him. And I think he asked
3 me if I had a -- a copy of Emblaze AudioLive, which
4 I didn't. I know I produced documents this week.
5 So they asked me if I had AudioLive. I said I didn't.
6        And then this week when we met, I think that,
7 you know, the issue came up again. They asked if I
8 had -- I guess the issue of Creator came up. I said
9 I had a copy of it shrink wrapped. And -- and asked
10 if I had any -- you know, anything else. I just looked
11 around the house. Whatever I found I put in a box, and
12 I sent to them.
13     Q.   So this conversation you had with Mr. Shani
14 was a couple months ago?
15     A.   More than a -- more than a couple months ago,
16 I think. I think it was -- again, don't know when, but
17 at least -- you know, let's say -- not -- not three
18 years ago and not two months ago. Somewhere in between.
19     Q.   Six months ago?
20     A.   I don't -- I don't remember.
21     Q.   When he -- when you say he asked you if you
22 had a copy of AudioLive, was he asking you if you
23 actually had a copy of the software?
24     A.   Yes.
25     Q.   Do you remember him asking you anything else

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 22

1  other than if you had a copy of the AudioLive software?
2       A.   Again, I'm -- when I -- when I told him I had
3  Creator this week, obviously he was very upset.  So he
4  may have asked me if I had anything else.  I just --
5  I don't remember.  I remember them specifically asking
6  about AudioLive.
7       Q.   And I take it you -- this last time around,
8  you looked through your house and you gathered
9  whatever --
10      A.   Yes.
11      Q.   -- you could find?
12      A.   Yeah.  It was deep in the basement.
13      Q.   I'm going to show you now what was previously
14  marked as Carmel 9, Carmel 10, and Carmel 11.  And
15  I'm not going to re-mark them at your deposition.
16  I'm just going to show them to you.
17           I'll rep -- these -- these are -- I -- I
18  can represent that they -- this was in the box that
19  was brought here.  And I'm -- I'm showing you them.
20           These appear -- from your inspection of them,
21  these are the manuals that you had in your box as part
22  of the Creator product?
23      A.   Obviously, I didn't look through these and
24  them.  I -- I sort of -- it was late at night.  I'm
25  very busy with my company.  So I just took whatever