# EXHIBIT E

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EMBLAZE, LTD.,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     ) Case No.:
                                        ) 5:11-cv-01079 (PSG)
APPLE, INC., a California               )
corporation,                            )
                                        )
            Defendant.                  )
_____)

** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

** SUBJECT TO A PROTECTIVE ORDER **

VIDEOTAPED DEPOSITION OF

SHARON CARMEL

TEL AVIV, ISRAEL

JULY 23, 2013

REPORTED BY: BRENDA MATZOV, CA CSR NO. 9243

JOB NO.: 119640

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 2

```
 1          Videotaped deposition of SHARON CARMEL, taken
 2   in the above-entitled cause pending in the United States
 3   District Court, Northern District of California, Oakland
 4   Division, pursuant to notice, before BRENDA MATZOV, CA
 5   CSR 9243, at S. Turgeman, Attorneys at Law, 3 Daniel
 6   Frisch Street, 25th Floor, Tel Aviv, Israel, on Tuesday,
 7   the 23rd day of July, 2013, at 9:17 a.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFF:
12           COZEN O'CONNOR, LLP
                 By:  MARTIN B. PAVANE, ESQ.
13           277 Park Avenue
                 New York, New York 10172
14           (212) 883-4900 / Fax (212) 986-0604
                 mpavane@cozen.com
15
16   FOR DEFENDANT:
17           GREENBERG TRAURIG, LLP
                 By:  DOUGLAS R. WEIDER, ESQ.
18           200 Park Avenue
                 Florham Park, New Jersey 07932
19           (973) 360-7900 / Fax (973) 301-8410
                 weiderd@gtlaw.com
20
21   ALSO PRESENT:
22           DORON MATZOV, Videographer
23           ARNON GICELTER, Emblaze In-House Counsel
24           NAFTALI SHANI, Emblaze
25           HAGIT GAL, Emblaze
```

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

```
                                                              Page 3
 1                        I N D E X
 2    WITNESS
 3    Sharon Carmel (Sworn)
 4
 5    EXAMINATION                                              PAGE
 6    By Mr. Weider                                               7
 7
 8
 9
10
11                       E X H I B I T S
12    NUMBER          DESCRIPTION                            MARKED
13    Exhibit 1       Website Article Printout Entitled
                      "GEO Interactive Media Group, Ltd.,
14                    to Seek Admission to AIM," Dated
                      September 30, 1996
15                    (No Bates Number)                          24
16    Exhibit 2       U.S. Patent Number 5,841,432
                      Entitled "Method and System
17                    of Building and Transmitting
                      a Data File for Realtime Play
18                    of Multimedia, Particularly
                      Animation, and a Data File
19                    for Realtime Play of Multimedia
                      Applications," Dated November 24,
20                    1998
                      (No Bates Number)                          30
21
      Exhibit 3       Document Entitled "GEO Annual
22                    Report & Accounts," Dated
                      December 31, 1996
23                    (Bates EMB011953 to EMB011993)             34
24
25
```

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 8

1  until you complete your answers before I ask the next
2  question.  And if you would, please try to wait until
3  I finish the question.  Even if you anticipate what
4  I'm going to ask you, please wait until I finish the
5  question completely before you answer.
6          Do you understand that?
7     A.  Yes, I do.
8     Q.  If at any point you don't understand one of
9  my questions, please ask me to rephrase it.  If you
10 answer, I'm going to assume you understood the question.
11         Do you understand that?
12    A.  Yes.
13    Q.  Any reason you can't give your best testimony
14 here today?
15    A.  No.
16         MR. PAVANE:  Before you begin, let me just --
17 I told you I wanted to just put a short statement on
18 the record about documents.
19         So Mr. Carmel turned some documents over to
20 us I think -- I guess it was yesterday.  I looked at
21 those documents.  All of the documents that he produced
22 relate to the patent filings.  And they either include
23 publicly available information that you already have or
24 there are privileged communications between Mr. Carmel
25 and -- and -- and, in some cases, some other people

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 9

1  and the lawyers who were handling the patent -- patent
2  filings.
3           So what we're going to do is obviously,
4  eventually, I'm going to get the -- those documents
5  back to the States, or copies of them, and make sure
6  that privileged documents are on the log.  To the
7  extent they're not, we'll add them.
8           And with respect to the materials that have
9  already been produced, I guess we could produce them
10 again and just indicate they're from Mr. Carmel's files.
11 So that'll -- that takes care of that part.
12          With respect to the witness who's testifying
13 on Thursday, Mr. Ziv Eliraz, he also turned over some
14 files to -- to Emblaze.  And I have not yet looked
15 at those, although I have been told roughly what's in
16 there.  And I -- I indicated that to you off the record
17 before we started.  I'm not going to go over that again
18 now.  But I'm having those sent over here as well.
19          And after I just get a chance to thumb through
20 them and make sure there's no privileged documentation,
21 it's my suggestion that I'm going to just give you the
22 original box -- I'm not going to bother taking time to
23 copy it -- so that you can have also a chance to look
24 through it.  If -- if we can make copies -- if there's
25 time, we'll make copies.  If there's no time, we will

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 10

```
 1   not do that.  We'll just let you look at the originals.
 2   And maybe you'll tell us what you want copies of for
 3   Mr. Eliraz's deposition if somebody wants them.
 4           MR. WEIDER:  Well, and then the other thing
 5   I think we spoke about, that there may -- it sounds
 6   like there could potentially be some documents germane
 7   to Mr. Carmel's deposition.  So if we could get these
 8   over lunchtime, I can look through it, and if there
 9   are a couple we can use with Mr. Carmel.
10           MR. PAVANE:  That's fine.  I think they're
11   on the way over.
12           Are we arranging to have them brought over?
13           MR. SHANI:  Yes.
14           MR. PAVANE:  Okay.  So yes, we will do that.
15       Q.  BY MR. WEIDER:  Mr. Carmel, what's your
16   education?
17       A.  High education, like 12 years of school
18   in high school.
19       Q.  And what did you do after high school?
20       A.  Basically, my -- my military duty for about
21   three years.
22       Q.  And what type of work did you do when you
23   were in the military?
24       A.  We -- I was in a -- in a unit that develops
25   computer-based training.
```

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 146

1  there anyone else from Emblaze with you at that meeting?
2       A.   I believe that Mr. Edwards' wife, Lydia, was
3  also working for the company, was also attending the
4  meeting.
5       Q.   And one person from EarthLink?
6       A.   That's what I don't remember.  I don't
7  remember the person from EarthLink.  I remember the --
8  the meeting room.  I remember us sitting there.  I
9  don't remember that at the meeting I saw the person
10 from EarthLink.  I do remember seeing the person from
11 EarthLink, you know, in the offices.  This is where,
12 you know, not everything is really connected.  So,
13 you know -- again, remember this is 15 years ago.
14           MR. PAVANE:  By the way, these are the
15 document -- copies of the documents that --
16           MR. WEIDER:  Okay.
17           MR. PAVANE:  Do you want these now or no?
18           MR. WEIDER:  Yeah.  Can we go off the record
19 for a second?
20           THE VIDEOGRAPHER:  Off the record at 2:38.
21           (Brief discussion held off the record.)
22           THE VIDEOGRAPHER:  Back on the record at 2:38.
23           MR. PAVANE:  Just -- just for the record,
24 during the lunch break, Mr. Weider looked through a box
25 of documents that was produced by Ziv Eliraz to Emblaze.

Magna Legal Services

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 147

1  And he selected certain documents that he wanted copies
2  of, which we've now provided. And he's also marked from
3  that box -- I think it's 10, 11, and 12 of Carmel, which
4  are manuals. That's all.
5      (Exhibit 12 marked.)
6      Q. BY MR. WEIDER: I'm showing you what's been
7  marked as Carmel 12. It's a Washington Times article
8  dated Monday, April 13, 1998. And it's regarding the
9  Easter egg roll --
10     A. (Examining.) Uh-huh.
11     Q. -- broadcast.
12         I -- I want to refer your attention to a --
13  a particular passage. If you go to the third column
14  of the article.
15     A. Third column. Yes.
16     Q. Yeah. You see there's a sentence there
17  that says:
18         "The companies began to work on the event
19  about six weeks ago, though discussions began last
20  December."
21         Do you see that?
22     A. Uh-huh.
23     Q. Is it possible the initial contact you
24  received from Mr. Edwards regarding the project
25  could have been as far back as December of 1997?

***CONFIDENTIAL - ATTORNEYS EYES ONLY***

Page 172

 1              (Exhibit 16 marked.)
 2       Q.   BY MR. WEIDER:  I'm going to show you
 3   what we just marked as Carmel 16, which is called
 4   the wireless -- let me get the right name of it in
 5   front of me.  It's referred to as the:
 6              "Emblaze Wireless Media Platform 1.0 White
 7   Paper."
 8              And it's EMB 661 through EMB 701.
 9              Have you seen Carmel 16 before?
10       A.   (Examining.)  It looks familiar.  But I can't
11   tell you that I've seen it in the last decade.  So I
12   don't remember the details.  Just FYI, I see it's dated
13   January 20, 2001.  I basically stopped acting as a CTO
14   and having any executive role rather than being on the
15   board of directors starting, I think, March 2001.  So
16   that was very close to my department -- departure as
17   an executive in the company.
18       Q.   This document we've -- been marked as Carmel
19   16, why don't you just take a moment to just sort of
20   look at the index and the topics.
21              I mean, does this at least generally relate
22   to the technology that you were working on with respect
23   to the mobile area?
24       A.   I think that, initially, with mobile we
25   started just by regular streaming.  I do not recall --