# EXHIBIT F

Lisa A. Ferrari
June 24, 2013
Page 3

| Term | English Term | Hebrew Translation |
|---|---|---|
| 1. | White House | הבית הלבן [and] בית לבן |
| 2. | Egg | ביצה |
| 3. | Easter | חג הפסחא |
| 4. | South Lawn | מדשאה דרומית |
| 5. | HTTP | HTTP |
| 6. | Live | חי |
| 7. | Stream | זרם |
| 8. | Emblaze | אמבלייז |
| 9. | GEO Interactive | גיאו אינטראקטיב |
| 10. | Las Vegas | לאס וגאס |
| 11. | Cannes | קאן |
| 12. | San Francisco | סן פרנסיסקו |
| 13. | Jewish | יהודי |
| 14. | Publishing | מוציא לאור |
| 15. | Patent | פטנט |

*SFO 596164259v4*