# EXHIBIT G

# HTTP Live Streaming Overview

Networking & Internet



2011-04-01



APPLE002275

 Apple Inc.
© 2011 Apple Inc.
All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without prior written permission of Apple Inc., with the following exceptions: Any person is hereby authorized to store documentation on a single computer for personal use only and to print copies of documentation for personal use provided that the documentation contains Apple's copyright notice.

The Apple logo is a trademark of Apple Inc.

No licenses, express or implied, are granted with respect to any of the technology described in this document. Apple retains all intellectual property rights associated with the technology described in this document. This document is intended to assist application developers to develop applications only for Apple-labeled computers.

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014
408-996-1010

App Store is a service mark of Apple Inc.

Apple, the Apple logo, Apple TV, Final Cut, Final Cut Studio, iPhone, iPod, iPod touch, Mac, Mac OS, QuickTime, and Safari are trademarks of Apple Inc., registered in the United States and other countries.

iPad is a trademark of Apple Inc.

DEC is a trademark of Digital Equipment Corporation.

IOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

Intel and Intel Core are registered trademarks of Intel Corportation or its subsidiaries in the United States and other countries.

**Even though Apple has reviewed this document, APPLE MAKES NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THIS DOCUMENT, ITS QUALITY, ACCURACY, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. AS A RESULT, THIS DOCUMENT IS PROVIDED "AS IS," AND YOU, THE READER, ARE ASSUMING THE ENTIRE RISK AS TO ITS QUALITY AND ACCURACY.**

IN NO EVENT WILL APPLE BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM ANY DEFECT OR INACCURACY IN THIS DOCUMENT, even if advised of the possibility of such damages.

THE WARRANTY AND REMEDIES SET FORTH ABOVE ARE EXCLUSIVE AND IN LIEU OF ALL OTHERS, ORAL OR WRITTEN, EXPRESS OR IMPLIED. No Apple dealer, agent, or employee is authorized to make any modification, extension, or addition to this warranty.

Some states do not allow the exclusion or limitation of implied warranties or liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

APPLE002276

20. Is this a real-time delivery system?

    No. It has inherent latency corresponding to the size and duration of the media files containing stream segments. At least one segment must fully download before it can be viewed by the client, and two may be required to ensure seamless transitions between segments. In addition, the encoder and segmenter must create a file from the input; the duration of this file is the minimum latency before media is available for download. Typical latency with recommended settings is in the neighborhood of 30 seconds.

21. What is the latency?

    Approximately 30 seconds, with recommended settings. See question #15.

22. Do I need to use a hardware encoder?

    No. Using the protocol specification, it is possible to implement a software encoder.

23. What advantages does this approach have over RTP/RTSP?

    HTTP is less likely to be disallowed by routers, NAT, or firewall settings. No ports need to be opened that are commonly closed by default. Content is therefore more likely to get through to the client in more locations and without special settings. HTTP is also supported by more content-distribution networks, which can affect cost in large distribution models. In general, more available hardware and software works unmodified and as intended with HTTP than with RTP/RTSP. Expertise in customizing HTTP content delivery using tools such as PHP is also more widespread.

    Also, HTTP Live Streaming is supported in Safari and the media player framework on iOS. RTSP streaming is not supported.

24. Why is my stream's overall bit rate higher than the sum of the audio and video bitrates?

    MPEG-2 transport streams can include substantial overhead. They utilize fixed packet sizes that are padded when the packet contents are smaller than the default packet size. Encoder and multiplexer implementations vary in their efficiency at packing media data into these fixed packet sizes. The amount of padding can vary with frame rate, sample rate, and resolution.

25. How can I reduce the overhead and bring the bit rate down?

    Using a more efficient encoder can reduce the amount of overhead, as can tuning the encoder settings.

    Note: Optimization in the stream segmenter is now on by default.

26. Do all media files have to be part of the same MPEG-2 Transport Stream?

    No. You can mix media files from different transport streams, as long as they are separated by EXT-X-DISCONTINUITY tags. See the protocol specification for more detail. For best results, however, all video media files should have the same height and width dimensions in pixels.

27. Where can I get help or advice on setting up an HTTP audio/video server?

    You can visit the Apple Developer Forum at http://devforums.apple.com/.

    Also, check out *Best Practices for Creating and Deploying HTTP Live Streaming Media for the iPhone and iPad*.

APPLE002309