# EXHIBIT H

Page 1

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3      OAKLAND DIVISION
4
5  EMBLAZE LTD.,
                                )
6              Plaintiff,   )  Case: 4:11-CV-01079
   -vs-                         )         SBA
7                               )
   APPLE, INC., a California    )
8  corporation,                 )
                                )
9              Defendants.      )
   _____)
10
11
12
13      DEPOSITION OF WILLIAM MAY
14         Palo Alto, California
15         Thursday, June 20, 2013
16
17
18
19
20
21
22
23  Reported By:
24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25  JOB NO. 62321

1
2
3
4        Thursday, June 20, 2013
5              9:30 a.m.
6
7
8        Videotaped Deposition of
9    WILLIAM MAY, held at Greenberg &
10   Traurig, 1900 University Avenue,
11   East Palo Alto, California, pursuant
12   to Subpoena before Linda Vaccarezza,
13   a Certified Shorthand Reporter of
14   the State of California.
15
16
17
18
19
20
21
22
23
24
25

1  A P P E A R A N C E S:

2      COZEN O'CONNOR

3      Attorneys for Plaintiff

4          277 Park Avenue

5          New York, New York 10172

6      BY:  MARTIN PAVANE, ESQ.

7

8

9      GREENBERG TRAURIG

10     Attorneys for Defendant

11         200 Park Avenue

12         New York, New York, 10166

13     BY:  JAMES DECARLO, ESQ.

14

15

16

17

18

19

20

21

22

23

24

25

1  Q. That's the intent, certainly, right?

2  A. That certainly is the intent.

3  Q. The -- in that same -- on Page 35,
4 there's a Question 23. And as I understand it this
5 is responding to a question that's explaining the
6 advantages of HTTP over RTP and RTSP. Is that
7 correct?

8  A. Yes.

9  Q. And you still consider that to be
10 accurate?

11  A. Yes, I believe that those statements
12 are accurate.

13  Q. And Question 24, could you read that
14 question and the answer to yourself and I will ask
15 you a question.

16  A. The question is --

17  Q. You can read it to yourself. You
18 don't have to read it out loud.

19  A. All right.

20    Yes, I'm ready.

21  Q. So what is padding?

22  A. So what padding is is as there are
23 multiple steps to creating a transport stream and
24 when -- what some transport stream multiplexers do is
25 they will add -- start again.