UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 20, 2013                                    Time in Court: 48 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Emblaze Ltd. v. Apple, Inc.**
**CASE NUMBER**: **CV11-01079 PSG**
Plaintiff Attorney(s) present: Martin Fineman and Martin Pavane
Defendant Attorney(s) present: James DeCarlo, Sarah Barrows and Ryan Moran

### PROCEEDINGS:
**1.) Defendant Apple, Inc.'s Motion for Leave to Supplement Invalidity Contentions (Doc. 216)**
**2.) Defendant Apple, Inc.'s Motion for Relief Pursuant to Fed. R. Civ. P. 37 (Doc. 231)**

Counsel present oral arguments.
The court takes matters under submission; written order after hearing to be issued.

///