

August 20, 2013

**Martin B. Pavane**
Direct Phone   212-883-4994
Direct Fax   646-588-1478
mpavane@cozen.com

**VIA ECF**

Hon. Paul Singh Grewal
U.S. Magistrate Judge
U.S. District Court for the Northern District of
California
280 South 1st Street #4050
San Jose, CA 95113

Re:   *Emblaze Ltd. v. Apple Inc.,* 5:11-cv-01079-PSG

Dear Judge Grewal:

I write regarding today's hearing on Apple's motions to amend its invalidity contentions and for Rule 37 relief.  At the conclusion of the hearing, Mr. DeCarlo made two factual assertions to which I was not given an opportunity to respond.  I am concerned the Court was left with a misimpression, which I wish to avoid.

First, Mr. DeCarlo pointed out that Emblaze had designated inventor testimony given in Israel as Rule 30(b)(6) testimony, leaving the impression that Emblaze always intended to do that and therefore that Emblaze controlled these witnesses.  That is not the case.  At the time of the depositions in Israel, Emblaze and Apple were discussing who would testify on the various topics in Apple's Rule 30(b)(6) notice.  I personally attended the depositions of the inventors in Israel, and the decision to designate inventor testimony as Emblaze's Rule 30(b)(6) representative was made only after I met with the inventors just before those depositions and determined that some of the inventors had more knowledge than any of Emblaze's current employees concerning certain topics in Apple's Rule 30(b)(6) notice.  I then so notified Mr. Weider, Apple's counsel who attended the depositions in Israel, and after those depositions were completed I sent Mr. Weider an email indicating which topics had been covered by the inventor testimony.

Second, pointing at me, Mr. DeCarlo also mentioned that the U.S. lawyers who prosecuted the patent in suit had destroyed their file.  First, that was a different law firm; my current and previous law firms played no role in the prosecution of the patent in suit.  Second, the testimony of that law firm showed that it had destroyed Emblaze's files along with many other client files as part of a routine file destruction; there was nothing nefarious.

277 Park Avenue New York, NY 10172
212.883.4900   888.864.3013   212.986.0604 Fax   cozen.com

LEGAL\17119941\2

Hon. Paul Singh Grewal
August 20, 2013
Page 2
_____

Thank you for considering this clarification.

Respectfully submitted,
COZEN O'CONNOR

By:    Martin B. Pavane