IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | ) |
| Plaintiff, | ) Case No. 5:11-cv-01079-PSG |
| v. | ) |
| APPLE INC., | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation and Local Rules 6-2, 7-1(a)(5), 7-2, 7-3, 7-12, and 37-3, IT IS HEREBY ORDERED that the deadline for the parties to file discovery motions is hereby extended up to and including September 11, 2013. Any Opposition to the discovery motions filed on September 11, 2013 must be filed by September 25, 2013, and any Reply in support of the discovery motion must be filed by October 2, 2013.

Dated: September 5, 2013

_____
Honorable Paul S. Grewal
U.S. Magistrate Judge
U.S. District Court
Northern District of California