IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:11-cv-01079-PSG |

**[PROPOSED] ORDER (MODIFIED)**

Upon consideration of the motion of plaintiff Emblaze Ltd. pursuant to Local Civil Rule 6-3, and the accompanying Declaration of Lisa A. Ferrari in support of same, and finding good cause therefor,

IT IS HEREBY ORDERED that the motion is GRANTED. The hearing on Apple's motion for a protective order is set for Friday, October 11, 2013, at 10:00 a.m. in Courtroom 5. Plaintiff shall file its Opposition Brief by 10/4/2013. Defendant shall file its Reply, if any, by 10/9/2013.

Dated: 9/30/2013

Honorable Paul S. Grewal
U.S. Magistrate Judge
U.S. District Court
Northern District of California