Sarah Barrows (SBN 253278)
barrows@gtlaw.com
Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

***Attorneys for Defendant,
Apple, Inc.***

[JOINT FILING – SEE SIGNATURE PAGE FOR DEFENDANT'S COUNSEL]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff; <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No. 11-CV-01079 PSG <br><br> **STIPULATION REGARDING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF REGARDING DOCUMENTS FILED UNDER SEAL** <br><br> Hon. Paul Singh Grewal |

Pursuant to Local Rule 7-12 of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between the parties, Plaintiff Emblaze Ltd. ("Emblaze") and Defendant Apple Inc. ("Apple"), through their undersigned counsel, that Emblaze does not oppose the administrative relief sought in Apple's Unopposed Motion for Administrative Relief Regarding Documents Filed Under Seal. Specifically, Emblaze does not oppose Apple's request to seal information and documents relating to Emblaze's Motion to Compel (D.E. 246), Exhibit 5 to the Barrows Declaration in support of Apple's Opposition to Emblaze's Motion to Compel (D.E. 258-5), and the Buckley Declaration in support of Apple's Opposition to Emblaze's Motion to Compel (D.E. 259). Filed herewith is Apple's Unopposed Motion for Administrative Relief Regarding Documents Filed Under Seal, the Declaration of Ryan Moran In Support Of Apple's Unopposed Motion For Administrative Relief Regarding Documents Filed Under Seal, and a [Proposed] Sealing Order.

Dated: October 20, 2013                    GREENBERG TRAURIG, LLP


                                           By: /s/ Sarah Barrows
                                           SARAH BARROWS (SBN 253278)
                                           barrowss@gtlaw.com
                                           Stephen Ullmer (SBN 277537)
                                           ullmers@gtlaw.com
                                           GREENBERG TRAURIG, LLP
                                           4 Embarcadero Center, Suite 3000
                                           San Francisco, CA 94111-5983
                                           Telephone: (415) 655-1300
                                           Facsimile: (415) 707-2010


                                           James J. DeCarlo (Admitted *Pro Hac Vice*)
                                           decarloj@gtlaw.com
                                           Michael A. Nicodema (Admitted *Pro Hac Vice*)
                                           nicodemam@gtlaw.com
                                           GREENBERG TRAURIG, LLP
                                           MetLife Building
                                           200 Park Avenue, 34th Floor
                                           New York, New York 10166
                                           Tel.: (212) 801-9200
                                           Fax: (212) 801-6400

| | |
|---|---|
| 1 | |
| 2 | *Attorneys for Defendant, Apple Inc.* |
| 3 | ___/s/ Martin Pavane___<br>Martin L. Fineman (CA State Bar No. 104413) |
| 4 | DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800 |
| 5 | San Francisco, California 94111<br>Telephone: (415) 276-6500 |
| 6 | Facsimile: (415) 276-6599<br>Email: martinfineman@dwt.com |
| 7 | |
| 8 | Martin B. Pavane (Admitted Pro Hac Vice)<br>Lisa A. Ferrari (Admitted Pro Hac Vice) |
| 9 | Marilyn Neiman (Admitted Pro Hac Vice)<br>COZEN O'CONNOR |
| 10 | 277 Park Avenue<br>New York, New York 10172 |
| 11 | Telephone: (212) 883-4900 |
| 12 | Facsimile: (212) 208-4363<br>Email: mpavane@cozen.com |
| 13 | lferrari@cozen.com<br>mneiman@cozen.com |
| 14 | |
| 15 | Counsel for Plaintiff |