SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
GREENBERG TAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

***Attorneys for Defendant,
Apple Inc.***

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff; <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | CASE NO. 11-CV-01079 PSG <br><br> **DECLARATION OF DOUGLAS WEIDER IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STRIKE THEORIES FROM EMBLAZE'S INFRINGEMENT EXPERT REPORT** <br><br> **HON. PAUL SINGH GREWAL** <br><br> Hearing Date: January 21, 2014 <br> Time: 10:00 a.m. |

I, Douglas R. Weider, hereby declare:

1. I am a Shareholder in the New Jersey office of Greenberg Traurig, LLP, ("Greenberg"), 200 Park Avenue, Florham Park, NY 07932, and am counsel of record in this case, representing defendant Apple Inc.

2. On November 22, 2013, I met and conferred via telephone with Martin B. Pavane, counsel for plaintiff Emblaze Ltd., in accordance with the Civil Local Rules and the San Jose Judges' Standing Order Regarding Case Management in Civil Cases. The parties were unable to resolve the disputes implicated in Apple's Motion to Strike Theories From Emblaze's Infringement Expert Report. I also received confirmation from Mr. Pavane that the noticed hearing date of January 21, 2014 would not cause undue prejudice to Emblaze.

3. Attached hereto as Exhibit 1-A is a true and correct copy of the Expert Report of Infringement from Emblaze's expert Dr. Vijay Madisetti, dated November 8, 2013. This exhibit has been marked CONFIDENTIAL and is FILED UNDER SEAL.

4. Attached hereto as Exhibit 1-B is a copy of Exhibit 1-A that counsel for Apple has highlighted to identify the portions of the expert report that Apple moves to strike as described in Apple's Motion to Strike Theories From Emblaze's Infringement Expert Report filed herewith. This exhibit has been marked CONFIDENTIAL and is FILED UNDER SEAL.

5. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Emblaze's Revised Patent Disclosures, dated January 31, 2012.

6. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Emblaze's Patent Disclosures, dated October 21, 2011.

7. Attached hereto as Exhibit 4 is a true and correct copy of a letter dated November 23, 2011 from my colleague (and counsel for Apple) Jim DeCarlo to Martin B. Pavane and Lisa A. Ferrari, counsel for Emblaze, with the subject heading "Re: *Emblaze Ltd. v. Apple Inc.* Case No. 4:11-cv-01079-SBA."

8. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated January 20, 2012 from Martin B. Pavane, counsel for Emblaze, to my colleague (and counsel for Apple) Jim DeCarlo, with the subject heading "Re: *Emblaze Ltd. v. Apple Inc.* Case No. 4:11-cv-01079-SBA."

9. Attached hereto as Exhibit 6 is a true and correct copy of Apple's Reply In Support of Apple's Motion Under Fed. R. Civ. P. 12(b)(6), which was filed in this case on June 14, 2012 as D.E. 116.

10. Attached hereto as Exhibit 7 is Apple's Second Supplemental Response to Plaintiff's Second Set of Interrogatories, dated August 30, 2013.

I declare under penalty of perjury the foregoing is true and correct.

DATED: November 25, 2013                         GREENBERG TRAURIG, LLP


                                                 By: /s/ Douglas R. Weider

                                                 Douglas R. Weider
                                                 Attorney for Defendant,
                                                 Apple Inc.