Sarah Barrows (SBN 253278)
barrowss@gtlaw.com
Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone:(415) 655-1300
Facsimile:(415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:(212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Defendant,*
*Apple Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant(s). | CASE NO. 5:11-cv-01079 PSG |

**[PROPOSED] ORDER STRIKING INFRINGEMENT THEORIES FROM EMBLAZE'S INFRINGEMENT EXPERT REPORT**

Before the Court is Defendant Apple Inc.'s ("Apple") Motion to Strike Infringement Theories from Emblaze's Infringement Expert Report. Having considered Apple's Motion to Strike and the memorandums and authorities submitted by the parties, the Court hereby

GRANTS Apple's Motion to Strike and ORDERS that Emblaze shall be precluded from citing, testifying about, offering testimony on, or otherwise relying on the below-listed infringement theories contained in the report of Emblaze expert Dr. Vijay Madisetti ("the Madisetti Report"). The infringement theories stricken are:

(1) All references in the Madisetti Report to alleged infringement based upon a theory that Apple induced third parties to infringe elements of the asserted claims.

(2) All references in the Madisetti Report to alleged infringement based on the doctrine of equivalence.

(3) Infringement theories based on Apple's alleged infringement with respect to iPhone 5, 5S, 5C, the iPad 3, 4, Air, and Mini, iPod Touch 5.0, and Apple TV versions greater than 4.4.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Paul S. Grewal
U.S. Magistrate Judge U.S. District Court
Northern District of California