# EXHIBIT 1-A
# [FILED UNDER SEAL]