# EXHIBIT 1-B
# [FILED UNDER SEAL]