EXHIBIT 3

MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        martinfineman@dwt.com

MARTIN B. PAVANE (admitted *pro hac vice*)
LISA A. FERRARI (admitted *pro hac vice*)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone:    (212) 883-4900
Facsimile:    (212) 986-0604
Email:        mpavane@cozen.com
              lferrari@cozen.com

*Attorneys for Plaintiff Emblaze, Ltd.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| EMBLAZE LTD.,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>APPLE INC., a California Corporation,<br><br>　　　　　Defendant. | CASE NO. 4:11-CV-01079-SBA<br><br>**PLAINTIFF EMBLAZE LTD.'S PATENT DISCLOSURES** |

　　　　Pursuant to the Court's Local Rules of Practice for Patent Cases, plaintiff Emblaze Ltd.
("Plaintiff" or "Emblaze"), by its attorneys, hereby provides the Patent Disclosures required by
paragraphs 3-1 and 3-2 of the Patent Local Rules.

**PATENT DISCLOSURES**

**3-1. DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

**(a) The Infringed Claims:**

    Each claim of each patent in suit that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. § 271 asserted.

**Response:**

    Claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of Emblaze's U.S. Patent No. 6,389,473 ("the '473 patent") are infringed by defendant (Apple).

    Subsection (a) of 35 U.S.C. § 271 is asserted for claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of Emblaze's '473 patent.

    Subsection (b) of 35 U.S.C. § 271 is asserted for claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of Emblaze's '473 patent.

**(b) The Infringing Products:**

    Separately for each asserted claim, each accused apparatus, product, device, process, method, act or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware. This identification shall be as specific as possible. Each product, device, and apparatus shall be identified by name or model number, if known. Each method or process shall be identified by name, if known, or by any product, device or apparatus which, when used, allegedly results in the practice of the claimed method or process.

**Response:**

    Each of claims 1, 21, 23, 24 and 25 of the '473 patent is infringed by: All Apple devices including Apple Stream Segmenter software (component of HTTP Live Streaming included with Mac OS X version 10.6 and later, and available for download on the Internet), including Macbook Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro.

    Each of claims 1, 21, 23, 24 and 25 of the '473 patent is infringed by: All Apple devices including Apple File Segmenter software (component of HTTP Live Streaming included with Mac OS X version 10.6 and later, and available for download on the Internet), including Macbook Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro.

    Each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of the '473 patent is infringed by: HTTP Live Streaming supported by Apple's Safari browser

1   version 5 and later for Mac OS, and available for download on the Internet, included in Macbook

2   Air, Macbook, Macbook Pro, Mac mini, iMac and Mac Pro.

3          Each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and

4   41 of the '473 patent is infringed by:  HTTP Live Streaming supported by Apple's Quicktime X and

5   later, and available for download on the Internet, included in Macbook Air, Macbook, Macbook Pro,

6   Mac mini, iMac and Mac Pro.

7          Each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and

8   41 of the '473 patent is infringed by:  HTTP Live Streaming supported Apple iOS 3.0 and later,

9   included in iPod touch 3rd and 4th generations (1st and 2nd generations of iPod touch software

10  upgradable to support HTTP Live Streaming), iPhone 3GS, 4 and 4S (iPhone and iPhone 3G

11  software upgradable to support HTTP Live Streaming), iPad 1 and 2, and Apple TV 4.0, 4.3 and 4.4.

12         Defendant has not yet produced all of the documents requested by Plaintiff as of the service

13  of the responses herein.  Plaintiff therefore may not be fully aware of the entire scope of defendant's

14  infringement and of all of the Accused Instrumentalities.  To the extent Plaintiff is unaware of any

15  Accused Instrumentality of defendant, Plaintiff reserves the right to amend these responses after

16  defendant produces the requested documents.

17

18  **(c) Chart of Infringed Claims:**

19         A chart identifying specifically where each limitation of each asserted claim is found within
    each Accused Instrumentality, including for each limitation that such party contends is governed by

20  35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in the Accused
    Instrumentality that performs the claimed function.

21  **Response:**

22         See Chart attached hereto as Exhibit A.

23

24

25

26

27

**(d) Indirect Infringement:**

For each claim which is alleged to have been indirectly infringed, an identification of any direct infringement and a description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement. Insofar as alleged direct infringement is based on joint acts of multiple parties, the role of each such party in the direct infringement must be described.

**Response:**

Defendant submitted HTTP Live Streaming as a draft standard to the Internet Engineering Task Force on January 5, 2009. The current draft, HTTP Live Streaming draft-pantos-http-live-streaming-07, was submitted on September 30, 2011. Defendant induces Adobe Systems Inc., 345 Park Avenue, San Jose, CA 95110-2704; Microsoft, One Microsoft Way, Redmond, WA 98052-6399; and Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043 to infringe each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40, 41 of the '473 patent by having proposed HTTP Live Streaming as a standard for transferring streams of multimedia data. Adobe Systems Inc., provides encoding software that formats content for storage on servers consistent with Apple's proposed HTTP Live Streaming standard and client software that allows clients to download the content from the servers using HTTP Live Streaming. Microsoft provides encoding software that formats content for storage on servers consistent with Apple's proposed HTTP Live Streaming standard so that clients can download the content from the servers using HTTP Live Streaming. Google provides client with software that allows the clients to download content from servers using HTTP Live Streaming.

Defendant induces each of the following third parties to infringe the asserted claims of the '473 patent by providing each of them with, or requiring each of them to use, HTTP Live Streaming (Defendant requires iPhone and iPad applications that send large amounts of audio or video data over cellular networks to use HTTP Live Streaming, and provides support for HTTP Live Streaming on iPhone, iPad, and iPod touch (requires iOS version 3.0 or later), Apple TV (version 2 and later), and Mac OS X computers):

1. Clients, through devices that support Apple's HTTP Live Streaming, e.g., the devices listed above, contribute to the infringement of each of claims 2, 8, 9, 10, 12, 13, 14, 26, 27, 28 and 29 of the '473 patent by performing or accounting for the following limitations: "downloading the

sequence using an Internet protocol over the network from the server to the one or more client computers" in claim 2, "the one or more client computers decode the sequence and play back the data stream responsive to the indices of the files, at a replay rate generally equal to the data rate" in claim 8, "wherein the one or more client computers read the index file to play back the sequence" in claim 9, "wherein downloading the sequence comprises selecting a file in the sequence earlier than the file whose index is contained in the index file and downloading at least a portion of the encoded sequence of files beginning with the selected file" in claim 10, "wherein downloading the sequence comprises determining a data bandwidth of the network between the server and the client computer and selecting one of the quality levels responsive to the determined bandwidth" in claim 12, "wherein downloading the sequence comprises downloading the sequence using a protocol selected from a group consisting of HTTP, UDP and RTP" in claim 13, "wherein the one or more client computers comprise a plurality of client computers, and wherein downloading the sequence comprises downloading to the plurality of client computers substantially simultaneously" in claim 14, "wherein the one or more client computers decode the sequence and play back the data stream responsive to the indices thereof, at a data replay rate generally equal to the data rate" in claim 26, "wherein the one or more client computers download the sequence using an Internet download protocol" in claim 27, "wherein the Internet download protocol is selected from a group consisting of HTTP,UDP and RTP" in claim 28, and "wherein the one or more client computers comprise a plurality of client computers, which download the sequence substantially simultaneously" in claim 29.

The remainder of the limitations in each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40, 41 of the '473 patent are performed by or incorporated in devices operated by the following third parties that contribute to the infringement by using Apple's HTTP Live Streaming to stream content to users:

2. ABC News, 47 West 66th Street, New York, NY 10023.

3. Akamai Technologies, Inc., 8 Cambridge Center, Cambridge, MA 02142.

4. Brightcove, Inc., One Cambridge Center, Cambridge, MA 02142.

5. CBS Corporation, 51 West 52nd Street, New York, NY 10019-6188.

6. ESPN, Inc., ESPN Plaza, Bristol CT 06010.

7. Internet Video Archive, LLC, 207 White Horse Pike, Haddon Heights, NJ 08035.

8. Major League Baseball, 245 Park Avenue, 31st floor, New York, NY 10167.

Upon information and belief, there are additional third parties, unknown to Plaintiff due to defendant's incomplete document production at this time, that also perform one or more steps of the method recited in the asserted claims of the '473 patent, and/or make, use or sell apparatus recited in the asserted claims of the '473 patent.  Plaintiff reserves the right to identify such additional third parties when defendant completes its document production.

**(e) Literal and Equivalents Infringement:**
Whether each limitation of each asserted claim is alleged to be literally present or present under the doctrine of equivalents in the Accused Instrumentality.

**Response:**

All of the elements of the asserted claims of the '473 patent are literally present in the identified infringing products.  Because the Court has not yet construed the asserted claims of the '473 patent, Plaintiff reserves its right to amend its infringement contentions to take into account any claim constructions by the Court that differ from Plaintiff's including by relying on infringement by equivalents rather than literal infringement.  To the extent any of the elements of the asserted claims may not be literally present in defendant's infringing products, the elements are present under the Doctrine of Equivalents.

**(f) Priority Date:**
For any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled.

**Response:**

Claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of Emblaze's '473 patent are entitled to the priority date of March 24, 1998 of Israeli Patent Application No. 123819.

**(g) Plaintiff's Patented Products:**

If a party claiming patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party shall identify, separately for each asserted claim, each such apparatus, product, device, process, method, act or other instrumentality that incorporates or reflects that particular claim.

**Response:**

The broadcast of the White House Easter Egg Roll by Geo Interactive Media Group Ltd., now Emblaze Ltd., was performed with software that incorporates or reflects the invention recited in claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of the '473 patent.

The web radio software and service provided by WebRadio.com Inc., now Emblaze Ltd., incorporates or reflects the invention recited in claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41 of the '473 patent.

Emblaze Pro software, including Emblaze Audio Live and Video Live, incorporates or reflects each of claims 1, 2, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 27, 28, 29, 36, 37, 38, 40 and 41.

**(h) Willful Patent Infringement:**

If a party claiming patent infringement alleges willful infringement, the basis for such allegation.

**Response:**

Although Plaintiff informed defendant in writing on October 29, 2009 of defendant's infringement, defendant's infringement continued thereafter unabated and to a greater extent.

Because defendant has not yet produced all of the documents requested by Plaintiff as of the service of the responses herein, Plaintiff is unaware of whether defendant became aware of Emblaze's '473 patent on an earlier date.  Accordingly, Plaintiff reserves its right to amend this response after defendant produces the requested documents.

## 3-2 DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE

(a)   Documents sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed invention prior to the date of application for the patent in suit: EMB000021-EMB000099.

(b)   All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to Patent L.R. 3-1(f), whichever is earlier:  None.

(c)   A copy of the file history for each patent in suit: EMB000100-EMB000445.

(d)   All documents evidencing ownership of the patent rights by the party asserting patent infringement: EMB000101, EMB000415-EMB000417, EMB000446-EMB000465.

(e)   If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show the operation of any aspects or elements of such instrumentalities the patent claimant relies upon as embodying any asserted claims: EMB000026-EMB000099, EMB000466-EMB000540, EMB000544-EMB000886, EMB000901, and EMB000922-EMB000926.


Dated: October 21, 2011

By: /s/Martin B. Pavane

Martin B. Pavane (admitted *pro hac vice*)
Lisa A. Ferrari (admitted *pro hac vice*)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Tel.: (212) 883-4900
Fax: (212) 986-0604
Email: mpavane@cozen.com
           lferrari@cozen.com


Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

*Attorneys for Plaintiff Emblaze Ltd.*

### PROOF OF SERVICE

I, Mark H. Boezi, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of New York, in the office of an attorney admitted *pro hac vice* to this Court, at whose direction the service was made.  I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action.  I am an employee of COZEN O'CONNOR, and my business address is 277 Park Avenue, New York, New York 10172.  I caused to be served the following documents:

**PLAINTIFF EMBLAZE LTD.'S PATENT DISCLOSURES, WITH EXHIBIT A**

I caused the above documents to be served on the following attorneys of record by the following means:

> Kenneth L. Steinthal, Esq. (steinthalk@gtlaw.com)
> Sarah E. Barrows, Esq. (barrowss@gtlaw.com)
> Dana K. Powers, Esq. (powersdk@gtlaw.com)
> GREENBERG TRAURIG, LLP
> 153 Townsend Street, 8th floor
> San Francisco, California 94107

> Scott J. Bornstein, Esq. (bornsteins@gtlaw.com)
> James J. DeCarlo, Esq. (decarloj@gtlaw.com)
> Julie P. Bookbinder, Esq. (bookbinderj@gtlaw.com)
> GREENBERG TRAURIG, LLP
> 200 Park Avenue
> 34th floor
> New York, New York 10166

☑   I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on October 21, 2011, following the ordinary business practice.

☐   I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.

☐   I consigned a true and correct copy of said document for facsimile transmission on _____.

☐   I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.

☐   A true and correct copy of said document was emailed on _____ to the emails listed above.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 21, 2011 at New York, New York.

/s/ Mark H. Boezi
Mark H. Boezi

Exhibit A

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| 1. A method for real-time broadcasting from a transmitting computer to one or more client computers over a network, comprising: | "HTTP Live Streaming lets you send audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (Mac OS X).  HTTP Live Streaming supports both live broadcasts and prerecorded content (video on demand)." (See HTTP Live Streaming Overview: Introduction).<br><br>"Conceptually, HTTP Live Streaming consists of three parts: the server component, the distribution component, and the client software.  The **server component** [transmitting computer]* is responsible for taking input streams of media and encoding them digitally, encapsulating them in a format suitable for delivery, and preparing the encapsulated media for distribution.  The **distribution component** [server] consists of standard web servers. They are responsible for accepting client requests and delivering prepared media and associated resources to the client. For large-scale distribution, edge networks or other content delivery networks can also be used.  The **client software** [client computer] is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream. Client software is included on iOS 3.0 and later and computers with Safari 4.0 or later installed." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview).<br><br>"If your app delivers video over cellular networks, and the video exceeds either 10 minutes duration or 5 MB of data in a five minute period, you are required to use HTTP Live Streaming." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, |

---

* Bracketed matter added for clarity.

NYC_MIDTOWN\1902847\2 301394.000

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | Requirements for Apps). |
| providing at the transmitting computer a data stream having a given data rate; | "The media encoder takes a real-time signal from an audio-video device, encodes the media, and encapsulates it [media data stream] for transport [transport stream]. Encoding should be set to a format supported by the client device, such as H.264 video and HE-AAC audio. Currently, the supported delivery format is MPEG-2 Transport Streams for audio-video, or MPEG elementary streams for audio-only." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Media Encoder).<br><br>"Audio sample rate of 22.05 kHz and audio bit rate of 40 kbps is recommended in all cases." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Preparing Media for Deliver to iOS-Based Devices and Tables 2-1 to 2-4 show recommended encoder settings for streams used with iOS-based devices). |
| dividing the stream into a sequence of slices, each slice having a predetermined data size associated therewith; | "The stream segmenter is a process—typically software—that reads the Transport Stream from the local network and divides it into a series of small media files of equal duration. Even though each segment is in a separate file, video files are made from a continuous stream which can be reconstructed seamlessly." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Stream Segmenter).<br><br>"If you already have a media file encoded using supported codecs, you can use a file segmenter to encapsulate it in an MPEG stream and break it into segments of equal length. The file segmenter allows you to use a library of existing audio and video files for sending video on demand via HTTP Live Streaming. The file |

2

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | segmenter performs the same tasks as the stream segmenter, but it takes files as input instead of streams." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, File Segmenter).

"The `mediastreamsegmenter` command-line tool takes an MPEG-2 transport stream as an input and produces a series of equal-length files from it, suitable for use in HTTP Live Streaming." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Media Stream Segmenter).

"HTTP Live Streaming sends audio and video as a series of small files, typically of about 10 seconds duration, called media segment files. An index file, or playlist, gives the clients the URLs of the media segment files. The playlist can be periodically refreshed to accomodate live broadcasts, where media segment files are constantly being produced." (See HTTP Live Streaming Overview: Introduction, At a Glance). |
| encoding the slices in a corresponding sequence of files, each file having a respective index; and | "In a typical configuration, a hardware encoder takes audio-video input, encodes it as H.264 video and AAC audio, and outputs it in an MPEG-2 Transport Stream, which is then broken into a series of short media files by a software stream segmenter. These files are placed on a web server." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview and Figure 1-1).

"HTTP Live Streaming sends audio and video as a series of small files, typically of about 10 seconds duration, called media segment files. An index file, or playlist, gives the clients the URLs of the media segment files. The playlist can be periodically refreshed to accomodate live broadcasts, where media segment files are constantly being produced." (See HTTP Live Streaming Overview: Introduction, At a |

NYC_MIDTOWN\19028472 301394.000

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | Glance). |
| | "For live streams, Apple provides a free tool to make media segment files and playlists from live MPEG-2 transport streams carrying H.264 video, AAC audio, or MP3 audio. There are a number of hardware and software encoders that can create MPEG-2 transport streams carrying MPEG-4 video and AAC audio in real time." (See HTTP Live Streaming Overview: Introduction, At a Glance). |
| | "The URL of the index file is accessed by clients, which then request the indexed files in sequence." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Overview). |
| | "The segmenter also creates an index file containing references to the individual media files. Each time the segmenter completes a new media file, the index file is updated. The index is used to track the availability and location of the media files. The segmenter may also encrypt each media segment and create a key file as part of the process." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Server Components, Stream Segmenter). |
| uploading the sequence to a server at an upload rate generally equal to the data rate of the stream, such that the one or more client computers can download the sequence over the network from the server at a download rate generally equal to the data rate. | "In a typical configuration, a hardware encoder takes audio-video input, encodes it as H.264 video and AAC audio, and outputs it in an MPEG-2 Transport Stream, which is then broken into a series of short media files by a software stream segmenter. These files are placed on a web server." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Overview and Figure 1-1). |
| | "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." |

NYC_MIDTOWN\1902847\2 301394.000

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Overview). |
| | "The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component). |
| | The Apple disclosure describes streaming live events without special server software (See HTTP Live Streaming Overview: Introduction). |
| | "When you specify the bitrates for stream variants, it is important that the BANDWIDTH attribute closely match the actual bandwidth required by a given stream. If the actual bandwidth requirement is substantially different than the BANDWIDTH attribute, automatic switching of streams may not operate smoothly or even correctly." (See HTTP Live Streaming: Using HTTP Live Streaming, Stream Alternates). |
| | It is inherent that the data rate of Apple's stream for "live" streaming would result in uploading at generally the same rate as downloading to maintain the "live" aspect of the broadcast, the "live" streaming taking into account latency issues from the uploading, downloading and storing of the segments. Therefore, to maintain "live" streaming, Apple's HTTP Live Streaming must have an upload rate "generally equal to" a data rate of the stream and a download rate also "generally |

5

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | equal to" the data rate.  In particular, question 5 in the Apple disclosure's FAQ describes the following with respect to the data rate from the server to the client: "Note: If the data rate exceeds the available bandwidth, there is more latency before startup and the client may have to pause to buffer more data periodically. During a broadcast using an index file that provides a moving window into the content, the client will eventually fall behind in such cases, causing one or more segments to be dropped. In the case of VOD, no segments are lost, but inadequate bandwidth does cause slower startup and periodic stalling while data buffers."  The Apple disclosure thus describes dropping segments to catch a client up to the "live" action if there is not enough bandwidth on the client end to keep up with the rate of the "live" data stream. |
| 2.  A method according to claim 1, and comprising down-loading the sequence using an Internet protocol over the network from the server to the one or more client computers. | "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Overview).<br><br>"The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component).<br><br>"Many existing streaming services require specialized servers to distribute content to end users. These servers require specialized skills |

6

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | to set up and maintain, and in a large-scale deployment this can be costly. HTTP Live Streaming avoids this by using standard HTTP to deliver the media." (See HTTP Live Streaming Overview: Introduction). |
| 8. A method according to claim 2, wherein the one or more client computers decode the sequence and play back the data stream responsive to the indices of the files, at a replay rate generally equal to the data rate. | "The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component). "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview). "The HTTP Live Streaming protocol supports live broadcast sessions … For live sessions, as new media files are created and made available the index file is updated. … This type of session is suitable for continuous broadcasts." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Session Types). "When you specify the bitrates for stream variants, it is important that the BANDWIDTH attribute closely match the actual bandwidth required by a given stream. If the actual bandwidth requirement is substantially different than the BANDWIDTH attribute, automatic switching of streams may not |

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | operate smoothly or even correctly." (See HTTP Live Streaming: Using HTTP Live Streaming, Stream Alternates). It is inherent that a replay rate of Apple's stream for "live" streaming must be "generally equal" to the data rate of the stream to maintain the "live" aspect of the replay. |
| 9.  A method according to claim 8, wherein uploading the sequence comprises uploading and updating an index file containing the index of the file in the sequence that was most recently uploaded, and wherein the one or more client computers read the index file to play back the sequence. | "An index file, or playlist, gives the clients the URLs of the media segment files. The playlist can be periodically refreshed to accommodate live broadcasts, where media segment files are constantly being produced." (See HTTP Live Streaming Overview: Introduction, At a Glance). "The stream segmenter is a process -- typically software -- that reads the Transport Stream from the local network and divides it into a series of small media files of equal duration. Even though each segment is in a separate file, video files are made from a continuous stream which can be reconstructed seamlessly.  The segmenter also creates an index file containing references to the individual media files.  Each time the segmenter completes a new media file, the index file is updated.  The index is used to track the availability and location of the media files.  The segmenter may also encrypt each media segment and create a key file as part of the process." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Stream Segmenter). "The HTTP Live Streaming protocol supports live broadcast sessions ...  For live sessions, as new media files are created and made available the index file is updated. ... This type of session is suitable for continuous broadcasts." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Session Types). "The client software begins by fetching the index file, based on a URL identifying the |

8

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component).<br><br>"During ongoing broadcasts, the client loads a new version of the index file periodically. The client looks for new media files and encryption keys in the updated index and adds these URLs to its queue." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component). |
| 10.  A method according to claim 9, wherein downloading the sequence comprises select-ing a file in the sequence earlier than the file whose index is contained in the index file and downloading at least a portion of the encoded sequence of files beginning with the selected file. | "For VOD sessions, media files are available representing the entire duration of the presentation.  The index file is static and contains a complete list of all files created since the beginning of the presentation.  This kind of session allows the client full access to the entire program.  It is possible to create a live broadcast of an event that is instantly available for video on demand.  To convert a live broadcast to VOD, do not remove the old media files from the server or delete their URLs from the index file, and add an #EXT-X-ENDLIST tag to the index when the broadcast ends.  This allows clients to join the broadcast late and still see the entire event.  It also allows an event to be archived for rebroadcast with no additional time or effort." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Session Types). |
| 11.  A method according to claim 2, wherein encoding the slices comprises encoding slices at a plurality of different quality levels, such that the files corresponding to a given one of | "HTTP Live Streaming supports multiple alternate streams at different bit rates, and the client software can switch streams intelligently as network bandwidth changes." (See HTTP Live Streaming Overview: Introduction). |

9

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| the slices have a different, respective data size for each of the quality levels. | "A master index file may reference alternate streams of content.  References can be used to support delivery of multiple streams of the same content with varying quality levels for different bandwidths or devices.  HTTP Live Streaming supports switching between streams dynamically if the available bandwidth changes.  The client software uses heuristics to determine appropriate times to switch between the alternates.  Currently, these heuristics are based on recent trends in measured network throughput.   The master index file points to alternate streams of media by including a specially tagged list of other index files, as illustrated in Figure 2-1."  (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Stream Alternates and Figure 2-1). |
| 12.  A method according to claim 11, wherein downloading the sequence comprises deter-mining a data bandwidth of the network between the server and the client computer and select-ing one of the quality levels responsive to the determined bandwidth. | "[C]lient software can switch streams intelligently as network bandwidth changes."  (See HTTP Live Streaming Overview: Introduction).<br><br>"A master index file may reference alternate streams of content.  References can be used to support delivery of multiple streams of the same content with varying quality levels for different bandwidths or devices.  HTTP Live Streaming supports switching between streams dynamically if the available bandwidth changes.  The client software uses heuristics to determine appropriate times to switch between the alternates.  Currently, these heuristics are based on recent trends in measured network throughput.   The master index file points to alternate streams of media by including a specially tagged list of other index files, as illustrated in Figure 2-1."  (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Stream Alternates and Figure 2-1).<br><br>"If your playlist contains alternate streams, they can not only operate as bandwidth or device alternates, but as failure fallbacks. Starting with iPhone OS 3.1, if the client is |

10

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
|  | unable to reload the index file for a stream (due to a 404 error, for example), the client attempts to switch to an alternate stream.  In the event of an index load failure on one stream, the client chooses the highest bandwidth alternate stream that the network connection supports.  If there are multiple alternates at the same bandwidth, the client chooses among them in the order listed in the playlist.  You can use this feature to provide redundant streams that will allow media to reach clients even in the event of severe local failures, such as a server crashing or a content distributor node going down." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Failover Protection).<br><br>"The current implementation of the client observes the effective bandwidth while playing a stream.  If a higher-quality stream is available and the bandwidth appears sufficient to support it, the client switches to a higher quality.  If a lower-quality stream is available and the current bandwidth appears insufficient to support the current stream, the client switches to a lower quality." (See HTTP Live Streaming Overview: FAQ No. 8 (How does the client software determine when to switch streams?)). |
| 13.  A method according to claim 2, wherein downloading the sequence comprises downloading the sequence using a protocol selected from a group consisting of HTTP, UDP and RTP. | "HTTPS is commonly used to deliver key files." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Caching and Delivery Protocols).<br><br>"HTTP Live Streaming allows you to send live or prerecorded audio and video, with support for encryption and authentication, from an ordinary web server to any device running iOS 3.0 or later (including iPad and Apple TV), or any computer with Safari 4.0 or later installed." (See HTTP Live Streaming Overview: HTTP Streaming Architecture). |
| 14.  A method according to claim 2, wherein the one or more client computers comprise a plurality of client computers, | "The **distribution component** consists of standard web servers. They are responsible for accepting client requests and delivering prepared media and associated resources to the |

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| and wherein downloading the sequence comprises download-ing to the plurality of client computers substantially simul-taneously. | client. For large-scale distribution, edge networks or other content delivery networks can also be used." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview).<br><br>"HTTP Live Streaming supports both live broadcasts and…" (See HTTP Live Streaming Overview: Introduction).<br><br>"An index file, or playlist, gives the clients the URLs of the media segment files." (See HTTP Live Streaming: Introduction, At a Glance). |
| 21. A method according to claim 1, wherein uploading the sequence comprises uploading a sequence using an Internet Protocol. | "The Apple stream segmenter is capable of running on any Intel-based Mac. We recommend using a Mac with two Ethernet network interfaces, such as a Mac Pro or an Xserve. One network interface can be used to obtain the encoded stream from the local network, while the second network interface can provide access to a wider network." (See HTTP Live Streaming Overview: FAQ No. 15 (What are the hardware requirements or recommendations for servers?). |
| 23. A method according to claim 1, wherein dividing the stream into the sequence of slices comprises dividing the stream into a sequence of time slices, each having a predeter-mined duration associated there-with. | "The stream segmenter is a process -- typically software -- that reads the Transport Stream from the local network and divides it into a series of small media files of equal duration. Even though each segment is in a separate file, video files are made from a continuous stream which can be reconstructed seamlessly. The segmenter also creates an index file containing references to the individual media files. Each time the segmenter completes a new media file, the index file is updated. The index is used to track the availability and location of the media files. The segmenter may also encrypt each media segment and create a key file as part of the process." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Stream Segmeter).<br><br>"The main point to consider is that shorter segments result in more frequent refreshes of |

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | the index file, which might create unnecessary network overhead for the client. Longer segments will extend the inherent latency of the broadcast and initial startup time. A duration of 10 seconds of media per file seems to strike a reasonable balance for most broadcast content." (See HTTP Live Streaming Overview: FAQ No. 3 (What duration should media files be?)). |
| 24. A method according to claim 1, wherein the data stream comprises multimedia data. | "HTTP Live Streaming lets you send audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (Mac OS X)." (See HTTP Live Streaming Overview: Introduction). |
| 25. Apparatus for real-time broadcasting of a data stream having a given data rate over a network, comprising: | "HTTP Live Streaming lets you send audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (Mac OS X). HTTP Live Streaming supports both live broadcasts and prerecorded content (video on demand)." (See HTTP Live Streaming Overview: Introduction). "Conceptually, HTTP Live Streaming consists of three parts: the server component, the distribution component, and the client software. The **server component** [transmitting computer] is responsible for taking input streams of media and encoding them digitally, encapsulating them in a format suitable for delivery, and preparing the encapsulated media for distribution. The **distribution component** [server] consists of standard web servers. They are responsible for accepting client requests and delivering prepared media and associated resources to the client. For large-scale distribution, edge networks or other content delivery networks can also be used. The **client software** [client computer] is responsible for determining the appropriate media to request, downloading those resources, and then |

13

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | reassembling them so that the media can be presented to the user in a continuous stream. Client software is included on iOS 3.0 and later and computers with Safari 4.0 or later installed." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview).<br><br>"If your app delivers video over cellular networks, and the video exceeds either 10 minutes duration or 5 MB of data in a five minute period, you are required to use HTTP Live Streaming." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Requirements for Apps). |
| a transmitting computer, which divides the stream into a sequence of slices, each slice having a predetermined data size associated therewith, | "The media encoder [in the transmitting computer] takes a real-time signal from an audio-video device, encodes the media, and encapsulates it for transport. Encoding should be set to a format supported by the client device, such as H.264 video and HE-AAC audio. Currently, the supported delivery format is MPEG-2 Transport Streams for audio-video, or MPEG elementary streams for audio-only." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Media Encoder).<br><br>"The stream segmenter is a process—typically software—that reads the Transport Stream from the local network and divides it into a series of small media files of equal duration. Even though each segment is in a separate file, video files are made from a continuous stream which can be reconstructed seamlessly." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Stream Segmenter).<br><br>"The `mediastreamsegmenter` command-line tool takes an MPEG-2 transport stream as an input and produces a series of equal-length files from it, suitable for use in HTTP Live Streaming." (See HTTP Live Streaming |

14

## EXHIBIT A
## CLAIM CHART

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | Overview: Using HTTP Live Streaming, Media Stream Segmenter). "If you already have a media file encoded using supported codecs, you can use a file segmenter to encapsulate it in an MPEG stream and break it into segments of equal length. The file segmenter allows you to use a library of existing audio and video files for sending video on demand via HTTP Live Streaming. The file segmenter performs the same tasks as the stream segmenter, but it takes files as input instead of streams." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Server Components, File Segmenter). |
| and encodes the slices in a corresponding sequence of files, each file having a respective index, | "In a typical configuration, a hardware encoder takes audio-video input, encodes it as H.264 video and AAC audio, and outputs it in an MPEG-2 Transport Stream, which is then broken into a series of short media files by a software stream segmenter. These files are placed on a web server." (See HTTP Live Streaming Overview:  HTTP Streaming Architecture, Overview and Figure 1-1). "HTTP Live Streaming sends audio and video as a series of small files, typically of about 10 seconds duration, called media segment files. An index file, or playlist, gives the clients the URLs of the media segment files. The playlist can be periodically refreshed to accomodate live broadcasts, where media segment files are constantly being produced." (See HTTP Live Streaming Overview: Introduction, At a Glance). "For live streams, Apple provides a free tool to make media segment files and playlists from live MPEG-2 transport streams carrying H.264 video, AAC audio, or MP3 audio. There are a number of hardware and software encoders that can create MPEG-2 transport streams carrying MPEG-4 video and AAC audio in real time." |

15

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | (See HTTP Live Streaming Overview: Introduction, At a Glance). |
| | "The URL of the index file is accessed by clients, which then request the indexed files in sequence." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview). |
| | "The segmenter also creates an index file containing references to the individual media files. Each time the segmenter completes a new media file, the index file is updated. The index is used to track the availability and location of the media files. The segmenter may also encrypt each media segment and create a key file as part of the process." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Server Components, Stream Segmenter). |
| and which uploads the sequence to a server at an upload rate generally equal to the data rate, such that one or more client computers can download the sequence over the network from the server at a download rate generally equal to the data rate. | "In a typical configuration, a hardware encoder takes audio-video input, encodes it as H.264 video and AAC audio, and outputs it in an MPEG-2 Transport Stream, which is then broken into a series of short media files by a software stream segmenter. These files are placed on a web server." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview and Figure 1-1). |
| | "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview). |
| | "The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each |

16

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component). |
| | The Apple disclosure describes streaming live events without special server software (See HTTP Live Streaming Overview: Introduction). |
| | "When you specify the bitrates for stream variants, it is important that the BANDWIDTH attribute closely match the actual bandwidth required by a given stream. If the actual bandwidth requirement is substantially different than the BANDWIDTH attribute, automatic switching of streams may not operate smoothly or even correctly." (See HTTP Live Streaming: Using HTTP Live Streaming, Stream Alternates). |
| | It is inherent that the data rate of Apple's stream for "live" streaming would result in uploading at generally the same rate as downloading to maintain the "live" aspect of the broadcast, the "live" streaming taking into account latency issues from the uploading, downloading and storing of the segments. Therefore, to maintain "live" streaming, Apple's HTTP Live Streaming must have an upload rate "generally equal to" a data rate of the stream and a download rate also "generally equal to" the data rate.  In particular, question 5 in the Apple disclosure's FAQ describes the following with respect to the data rate from the server to the client: "Note: If the data rate exceeds the available bandwidth, there is more latency before startup and the client may have to pause to buffer more data periodically. During a broadcast using an index file that provides a moving window into the content, |

17

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | the client will eventually fall behind in such cases, causing one or more segments to be dropped. In the case of VOD, no segments are lost, but inadequate bandwidth does cause slower startup and periodic stalling while data buffers."  The Apple disclosure thus describes dropping segments to catch a client up to the "live" action if there is not enough bandwidth on the client end to keep up with the rate of the "live" data stream. |
| 26. Apparatus according to claim 25, wherein the one or more client computers decode the sequence and play back the data stream responsive to the indices thereof, at a data replay rate generally equal to the data rate. | "The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component). "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview). "The HTTP Live Streaming protocol supports live broadcast sessions …  For live sessions, as new media files are created and made available the index file is updated. … This type of session is suitable for continuous broadcasts." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Session Types). "When you specify the bitrates for stream variants, it is important that the BANDWIDTH attribute closely match the actual bandwidth required by a given stream. If the actual |

18

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | bandwidth requirement is substantially different than the BANDWIDTH attribute, automatic switching of streams may not operate smoothly or even correctly." (See HTTP Live Streaming: Using HTTP Live Streaming, Stream Alternates).<br><br>It is inherent that a replay rate of Apple's stream for "live" streaming must be "generally equal" to the data rate of the stream to maintain the "live" aspect of the replay. |
| 27. Apparatus according to claim 26, wherein the one or more client computers download the sequence using an Internet download protocol. | "The client software is responsible for determining the appropriate media to request, downloading those resources, and then reassembling them so that the media can be presented to the user in a continuous stream." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview).<br><br>"The client software begins by fetching the index file, based on a URL identifying the stream. The index file in turn specifies the location of the available media files, decryption keys, and any alternate streams available. For the selected stream, the client downloads each available media file in sequence. Each file contains a consecutive segment of the stream. Once it has a sufficient amount of data downloaded, the client begins presenting the reassembled stream to the user." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Client Component).<br><br>"Many existing streaming services require specialized servers to distribute content to end users. These servers require specialized skills to set up and maintain, and in a large-scale deployment this can be costly. HTTP Live Streaming avoids this by using standard HTTP to deliver the media." (See HTTP Live Streaming Overview:  Introduction). |
| 28. Apparatus according to claim 27, wherein the Internet download protocol is selected | "HTTPS is commonly used to deliver key files." (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Caching and |

19

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| from a group consisting of HTTP,UDP and RTP. | Delivery Protocols).<br><br>"HTTP Live Streaming allows you to send live or prerecorded audio and video, with support for encryption and authentication, from an ordinary web server to any device running iOS 3.0 or later (including iPad and Apple TV), or any computer with Safari 4.0 or later installed." (See HTTP Live Streaming Overview: HTTP Streaming Architecture). |
| 29. Apparatus according to claim 26, wherein the one or more client computers comprise a plurality of client computers, which download the sequence substantially simultaneously. | "The **distribution component** consists of standard web servers. They are responsible for accepting client requests and delivering prepared media and associated resources to the client. For large-scale distribution, edge networks or other content delivery networks can also be used." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, Overview).<br><br>"HTTP Live Streaming supports both live broadcasts and…" (See HTTP Live Streaming Overview: Introduction). |
| 36. Apparatus according to claim 25, wherein the data stream comprises multimedia data. | "HTTP Live Streaming lets you send audio and video over HTTP from an ordinary web server for playback on iPhone, iPad, iPod touch, and desktop computers." (See HTTP Live Streaming Overview: Introduction). |
| 37. Apparatus according to claim 36, wherein the predetermined data size of each of the slices corresponds to a time duration of the slice. | "The stream segmenter is a process -- typically software -- that reads the Transport Stream from the local network and divides it into a series of small media files of equal duration. Even though each segment is in a separate file, video files are made from a continuous stream which can be reconstructed seamlessly.  The segmenter also creates an index file containing references to the individual media files.  Each time the segmenter completes a new media file, the index file is updated.  The index is used to track the availability and location of the media files.  The segmenter may also encrypt each media segment and create a key file as part of the process." (See HTTP Live Streaming Overview: HTTP Streaming Architecture, |

20

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
| | Server Components, Stream Segmeter). "The main point to consider is that shorter segments result in more frequent refreshes of the index file, which might create unnecessary network overhead for the client. Longer segments will extend the inherent latency of the broadcast and initial startup time. A duration of 10 seconds of media per file seems to strike a reasonable balance for most broadcast content." (See HTTP Live Streaming Overview: FAQ No. 3 (What duration should media files be?)). |
| 38. Apparatus according to claim 25, wherein the transmitting computer uploads the encoded sequence using an Internet upload protocol. | "The Apple stream segmenter is capable of running on any Intel-based Mac. We recommend using a Mac with two Ethernet network interfaces, such as a Mac Pro or an Xserve. One network interface can be used to obtain the encoded stream from the local network, while the second network interface can provide access to a wider network." (See HTTP Live Streaming Overview: FAQ No. 15 (What are the hardware requirements or recommendations for servers?). |
| 40. Apparatus according to claim 25, wherein the slices are encoded at a plurality of different quality levels, such that the files corresponding to a given one of the slices have a different, respective data size for each of the quality levels. | "HTTP Live Streaming supports multiple alternate streams at different bit rates, and the client software can switch streams intelligently as network bandwidth changes." (See HTTP Live Streaming Overview: Introduction). "A master index file may reference alternate streams of content. References can be used to support delivery of multiple streams of the same content with varying quality levels for different bandwidths or devices. HTTP Live Streaming supports switching between streams dynamically if the available bandwidth changes. The client software uses heuristics to determine appropriate times to switch between the alternates. Currently, these heuristics are based on recent trends in measured network throughput. The master index file points to alternate streams of media by including a specially tagged list of other index files, as |

21

**EXHIBIT A**
**CLAIM CHART**

| Claim of Emblaze's U.S. Patent No. 6,389,473 | Apple's "HTTP Live Streaming Overview", Revision 2011-04-01 |
|---|---|
|  | illustrated in Figure 2-1."  (See HTTP Live Streaming Overview: Using HTTP Live Streaming, Stream Alternates and Figure 2-1). |
| 41. Apparatus according to claim 25, wherein the network comprises the Internet. | "HTTP Live Streaming lets you send audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (Mac OS X)." (See HTTP Live Streaming Overview: Introduction).<br><br>"[T] the client software may also be compatible with typical MP3 playlists used for streaming Internet radio." (See HTTP Live Streaming Overview: HTTP Streaming Architeture, Index Files (Playlists)).<br><br>"When you send video to a mobile device such as iPhone or iPad, the client's Internet connection may move to or from a cellular network at any time." See HTTP Live Streaming Overview: Using HTTP Live Streaming, Video Over Cellular Networks). |