# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CAND 435 (CAND Rev. 03/2013)

## TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS | 4. TODAY'S DATE |
|---|---|---|---|
| Atty: Sarah Barrows / Contact: Ron Beebe | (415) 655-1320 | beeber@gtlaw.com | 01/24/2014 |

| 4. MAILING ADDRESS: | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| Four Embarcadero Center, Suite 3000 San Francisco, CA 94111 | Emblaze v. Apple Inc. | 5:11cv01079 |

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR

Summer Fisher

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL ☐ CJA: Do not use this form; use Form CJA24

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2014 | PSG | Motion to Strike | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ORDER & CERTIFICATION (11 & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: [signature]

12. DATE: 01/24/2014

DISTRIBUTION: ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY

CAND 435
(Rev. 03/13)

# INSTRUCTIONS

Use this form to order the transcription of proceedings. *CJA counsel should use Form CJA24.* Before completing this form, please visit cand.uscourts.gov/transcripts for complete transcript ordering information. **THESE INSTRUCTIONS SUPPLEMENT THE WEBSITE INFORMATION.**

1. Complete a separate order form for each case number for which transcripts are ordered.
2. Complete a separate order form for each court reporter who reported proceedings in the case.
3. Complete Items 1-12. Keep a copy of your completed order form for your records.
4. E-file this form in the U.S. District Court CM/ECF system. If you are not an ECF registered user, mail or otherwise deliver a hard copy to the attention of "Court Reporter Supervisor" c/o the Clerk's Office at the Court division where the proceeding(s) was/were held.
5. Email the court reporter (email list available at cand.uscourts.gov/courtreportercontact) on or before the date this Transcript Order Form is filed to obtain the amount of the required deposit. Deliver payment to the court reporter promptly. Upon receipt of the deposit, the court reporter will begin work on the transcript.
6. Unless prepayment is waived, delivery time is computed from the date the court reporter receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from the date of receipt of the DCN number.
7. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

## ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

Items 5-6. Only one case number may be listed per order.

Item 7. Visit cand.uscourts.gov/transcripts for instructions for determining the name of the court reporter who reported the proceeding or if the proceeding was audiorecorded. If minutes have not been filed, contact judge's courtroom deputy.

Item 8. Check appeal OR non-appeal AND criminal OR civil. *In forma pauperis:* a court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis*.

Item 9a. List specific date(s) of the proceedings for which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing.

Item 9b. Select desired FORMAT(S) for transcript. There is an additional charge for each format ordered. Visit cand.uscourts.gov/transcriptrates for details. Unlock ECF/web access is included at no extra charge with each of the other formats.

Item 9c. There are 6 DELIVERY TYPES to choose from (times are computed from date of receipt of the deposit fee or DCN number). **NOTE:** Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged.

TRANSCRIPT DELIVERY TIMES:
ORDINARY — 30 calendar days.
14-DAY — 14 calendar days.
EXPEDITED — 7 calendar days.
DAILY (NEXT DAY) — Following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
HOURLY (SAME DAY) — within two (2) hours.
REALTIME — A draft unedited, uncertified transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

Item 11. Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable.
Item 12. Enter the date of signing.