Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

Martin B. Pavane (Pro Hac Vice)
Lisa A. Ferrari (Pro Hac Vice)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 986-0604
Email: lferrari@cozen.com
mpavane@cozen.com

Attorneys for Plaintiff
EMBLAZE LTD.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 11-01079 (SBA) <br><br> **PLAINTIFF EMBLAZE'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT APPLE'S MOTION FOR PROTECTIVE ORDER** |

Plaintiff Emblaze Ltd. respectfully seeks permission to appear at the hearing on Defendant Apple Inc.'s motion for a protective order. The hearing on the motion for protective order is scheduled for October 11, 2013 at 10:00 a.m.

Emblaze's lead counsel is in New York, New York. The expense of attending this hearing in person would be considerable. The issues presented by the motion are limited. Therefore, there is good cause for permitting attendance by telephone.

Emblaze's local counsel is available to attend the hearing in person.

1
PLAINTIFF EMBLAZE'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT APPLE'S MOTION FOR PROTECTIVE ORDER – Emblaze v. Apple, Inc. - Case No. c 11-01079 SBA

DWT 22715433v1 0093982-000001

Therefore, Emblaze respectfully requests permission for its New York lead counsel to attend the hearing by telephone.

Dated: October 4, 2013.

Respectfully Submitted,

COZEN O'CONNOR

DAVIS WRIGHT TREMAINE LLP

By: /s/ Martin L. Fineman
    Martin L. Fineman

Attorneys for Plaintiff
EMBLAZE LTD.

2
PLAINTIFF EMBLAZE'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT APPLE'S MOTION FOR PROTECTIVE ORDER – Emblaze v. Apple, Inc. - Case No. c 11-01079 SBA

DWT 22715433v1 0093982-000001