Martin L. Fineman (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: martinfineman@dwt.com

Martin B. Pavane (*admitted pro hac vice*)
Lisa A. Ferrari (*admitted pro hac vice*)
Marilyn Neiman (*admitted pro hac vice*)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 986-0604
E-mail: mpavane@cozen.com
lferrari@cozen.com
mneiman@cozen.com

Attorneys for Plaintiff
EMBLAZE LTD.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 11-01079 (PSG) <br><br> **PLAINTIFF EMBLAZE'S REQUEST TO SLIGHTLY RESCHEDULE HEARING** <br><br> Date: February 11, 2014 <br> Time: 10:00 a.m. <br> Before the Honorable Paul S. Grewal |

On Friday, February 7, 2014 at 4:30 p.m., the Court advanced the hearing on Defendant Apple, Inc.'s motion to stay the above-entitled case to tomorrow, February 11, 2014 at 10:00 a.m. Plaintiff Emblaze Ltd. hereby respectfully requests that the hearing take place on Thursday, February 13, 2014 (or any day this week other than February 11, 2014). Lead counsel in New York who will argue the motion will be traveling at the time the motion hearing has been advanced to. Counsel for Emblaze has asked counsel for Apple to stipulate to change the date of

1

PLAINTIFF EMBLAZE'S REQUEST TO SLIGHTLY RESCHEDULE HEARING
Case No. C 11-01079 (PSG)
DWT 23524940v1 0093982-000001

the hearing to another day this week and are awaiting a response.

Dated: February 10, 2014.

                Respectfully Submitted,

                COZEN O'CONNOR

                DAVIS WRIGHT TREMAINE LLP

                By: /s/
                    Martin L. Fineman

                Attorneys for Plaintiff
                EMBLAZE LTD.