# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: February 11, 2014                                Time in Court: 31 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Emblaze Ltd. v. Apple Inc.**
**CASE NUMBER**: **CV11-01079 PSG**
Plaintiff Attorney(s) present (*telephonically*): Martin Fineman & Andrew Nemiroff.  Also present: Naftali Shani, Hagit Gal & Arnon Gicelter
Defendant Attorney(s) present: James De Carlo & Ryan Moran

### PROCEEDINGS:
### Defendant's Motion to Stay Pending a Decision from the United States Supreme Court in the Akamai Case (Dkt. 317)

The court takes matter under submission; written order to be issued.
The court will permit Apple to submit multiple summary judgment briefs.
Deadline to file motion for summary judgment briefs and oppositions are extended by 1 day.

///