# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California; I am over the age of 18 years and not a party to the within action; my business address is **Four Embarcadero Center, Suite 3000, San Francisco, CA 94111.**

On the date given below, I served the below listed document(s) on the interested parties in this action by emailing the true copy thereof as follows:

1. DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,389,473 AS TO SPECIFIC ACCUSED CONTENT PROVIDERS (NON-AKAMAI CONFIDENTIAL INFORMATION HAS BEEN REDACTED).

2. EXHIBIT 1 TO THE DECLARATION OF STEPHEN ULLMER IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,389,473 AS TO SPECIFIC ACCUSED CONTENT PROVIDERS.

3. EXHIBIT 9 TO THE DECLARATION OF STEPHEN ULLMER IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,389,473 AS TO SPECIFIC ACCUSED CONTENT PROVIDERS.

4. DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,389,473 AS TO ALL ACCUSED STREAMS (NON-AKAMAI CONFIDENTIAL INFORMATION HAS BEEN REDACTED).

5. EXHIBIT 9 TO THE DECLARATION OF STEPHEN ULLMER IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,389,473 AS TO ALL ACCUSED STREAMS.

**David Judson**
**mail@davidjudson.com**
**Akamai Technologies, Inc.**
**8 Cambridge Center**
**Cambridge, MA 02142**

☐ **(BY FIRST CLASS MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at San Francisco, California, in the ordinary course of such business.

☐ **(BY OVERNIGHT DELIVERY)**

I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **(BY E-MAIL)**
Based on court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY FACSIMILE)**
I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I caused such envelope to be delivered by hand to the offices listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2014, at San Francisco, California.

**Ronald Beebe**

PROOF OF SERVICE -2- Case No.: 5:11-cv-01079