SARAH BARROWS (SBN 253278)
barrowss@gtlaw.com
William S. Coats (SBN 094864)
coatsw@gtlaw.com
Stephen Ullmer (SBN 277537)
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone:(415) 655-1300
Facsimile:(415) 707-2010

James J. DeCarlo (Admitted *Pro Hac Vice*)
decarloj@gtlaw.com
Michael A. Nicodema (Admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone:(212) 801-9200
Facsimile: (212) 801-6400

***Attorneys for Defendant,***
***Apple Inc.***

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff(s); <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant(s). | CASE NO. 5:11-CV-01079 PSG <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF DEADLINE TO FILE DECLARATIONS IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

[~~PROPOSED~~] **ORDER**

Having considered Apple's stipulated request for an extension of the deadline to file declarations in support of Apple's Administrative Motions to File Documents Under Seal and the Ullmer Declaration in support of the same, and finding good cause therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED:

Apple's request for an extension of the deadline to file declarations in support of Apple's Administrative Motions to File Documents Under Seal is GRANTED, and the deadline is hereby extended to February 26, 2014.

Dated: February 21, 2014

_____
Hon. Paul S. Grewal, United States Magistrate Judge