UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., ) | Case No. 5:11-cv-01079-PSG |
| ) | |
| Plaintiff, ) | **ORDER GRANTING-IN-PART EMBLAZE'S MOTION FOR RELIEF PURSUANT TO CIVIL L.R. 6-3** |
| v. ) | |
| APPLE INC., ) | **(Re: Docket No. 355)** |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff Emblaze Ltd.'s request for an extension of time to respond to Defendant Apple Inc.'s motions for summary judgment.[1] Emblaze's motion is GRANTED, but only IN PART. Emblaze shall file any opposition(s) by March 7, 2014. Any reply briefing shall be filed by March 14, 2014. The hearing date will be continued for one week – until Tuesday, April 8, 2014.

---

[1] *See* Civil L.R. 6-3; Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.").

1
Case No. 5:11-cv-01079-PSG
ORDER GRANTING-IN-PART EMBLAZE'S MOTION FOR RELIEF PURSUANT TO
CIVIL L.R. 6-3

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge