UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD )
      Plaintiff(s), ) Case No: 5:11-cv-1079-psg
)
v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
APPLE INC., ) (CIVIL LOCAL RULE 11-3)
)
      Defendant(s). )

I, ANDREW P. NEMIROFF, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Emblaze Ltd in the above-entitled action. My local co-counsel in this case is Martin L. Fineman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY 10172 | Local Co-Counsel's Address of Record:<br>Davis Wright Tremaint LLP<br>505 Montgomery #800<br>San Francisco, CA 94111 |
|---|---|
| My Telephone # of Record:<br>212-883-4906 | Local Co-Counsel's Telephone # of Record:<br>415-276-6500 |
| My Email Address of Record:<br>anemiroff@cozen.com | Local Co-Counsel's Email Address of Record:<br>martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4297156.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/24/14

                      APPLICANT
                      Andrew P. Nemiroff

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew P. Nemiroff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                       *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com