UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:11-cv-01079-PSG <br><br> **ORDER GRANTING SEALING OF AKAMAI'S EXHIBIT** <br><br> (Re: Docket No. 347-12) |

The court notes that Akamai submitted a well-supported declaration[1] supporting the sealing of a single exhibit.[2]  It may be sealed.

---

[1] *See* Docket No. 367 at ¶ 5 (The document entitled Engineering Product Design: Universal Streaming: RTMP to HLS Version 1.1 "includes internal and non-public product design and implementation details, product management details, internal discussion regarding constraints and limitations in the existing design, details regarding future extensions of the product, details regarding features of the design that are not exposed to customers, testing constraints, and other non-public engineering details.  In addition, the document provides specific details regarding Akamai's internal database schema used to collect data from Akamai servers that implement this design.  Using information in that schema, an attacker theoretically could learn how to query Akamai internal systems and thus obtain additional information from the Akamai services platform.  Any such attack on Akamai systems would pose significant security concerns including exposing customer data, which Akamai has an obligation to maintain confidential, to improper scrutiny.").

[2] *See* Docket No. 347-12, Ex. 9.

1

Case No. 5:11-cv-01079-PSG
ORDER GRANTING SEALING OF AKAMAI'S EXHIBIT

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge