# MADISETTI DECLARATION
# EXHIBIT 1

