IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | ) |
|     Plaintiff, | ) Case No. 5:11-cv-01079-PSG |
| v. | ) |
| APPLE INC., | ) |
|     Defendant. | ) |

**[~~PROPOSED~~] ORDER**

Upon consideration of the Stipulation of plaintiff Emblaze Ltd. ("Emblaze") and defendant Apple Inc. ("Apple") pursuant to Local Civil Rules 6-2 and 7-12, and the accompanying Declaration of Lisa A. Ferrari in support of same, and finding good cause therefor,

IT IS HEREBY ORDERED that the Stipulation is APPROVED. Emblaze having filed its motion to amend infringement contentions on March 24, 2014, Apple shall file its opposition on April 2, 2014, and Emblaze shall file its reply, if any, on April 4, 2014.

IT IS FURTHER ORDERED that the motion shall be heard on April 8, 2014, at 1:30 p.m., the date on which Apple's motions for summary judgment [D.E. 343, 346, 348 and 350] are currently scheduled to be heard.

Dated: 3/25/2014

_____
Honorable Paul S. Grewal
U.S. Magistrate Judge
U.S. District Court
Northern District of California