# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 8, 2014                                 Time in Court: 3 hours and 1 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Emblaze Ltd. v. Apple Inc.**
**CASE NUMBER**: **CV11-01079 PSG**

Plaintiff Attorney(s) present: Martin Pavane and Lisa Ferrari.  Also present: Naftali Shani, Arnon Gicelter, Moshe Dgani and Hagit Gal
Defendant Attorney(s) present: Mark Fowler, Erin Gibson, Rob Williams, Krista Celentano, John Allcock and Robert Buergi.  Also present: Noreen Krall

### PROCEEDINGS:

**1.) Defendant Apple Inc's Motion for Summary Judgment of No Willful Infringement of U.S. Patent No. 6,389,473 (Dkt. 343)**
**2.) Defendant Apple Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,389,473 as to All Accused Streams (Dkt. 346)**
**3.) Defendant Apple Inc.'s Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,389,473 as to Specific Accused Content Providers (Dkt. 348)**
**4.) Defendant Apple Inc.'s Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. §§102 & 103 (Dkt. 350)**
**5.) Plaintiff Emblaze's Motion for Leave to Amend Infringement Contentions (Dkt. 401)**

Court to issue written order.

///