

May 19, 2014

**Martin B. Pavane**
Direct Phone   212-883-4994
Direct Fax     646-588-1478
mpavane@cozen.com

**VIA ECF**

Hon. Paul Singh Grewal
U.S. Magistrate Judge
U.S. District Court for the Northern District of California
280 South 1st Street #4050
San Jose, CA 95113

Re:   *Emblaze Ltd. v. Apple Inc.,* 5:11-cv-01079-PSG

Dear Judge Grewal:

We are counsel for plaintiff Emblaze Ltd. ("Emblaze") in the above-referenced matter.

We submit this letter to address a statement made by counsel for Apple Inc. ("Apple"), Mr. Fowler, during the April 8, 2014 hearing before the Court on Apple's multiple motions for summary judgment.  Specifically, Mr. Fowler stated during the hearing that "no one opines that HLS infringes" the patent-in-suit. (See Transcript of April 8, 2014 Hearing, p. 34:19).  We are concerned that Mr. Fowler's statement left the Court with a misimpression that should be clarified.

While Emblaze does not opine that content providers that practice HLS to provide video on demand ("VOD") streams infringe the patent-in-suit, it has always been Emblaze's and its expert's position that anyone who practices HLS to provide <u>live streams</u> necessarily infringes the patent-in-suit. (*See, e.g.*, Attached as Exhibit A: Emblaze's Expert Report of Infringement, ¶¶ 60-80; and Exhibit B: Deposition of Emblaze's expert, Dr. Vijay Madisetti, Jan. 10, 2014, pp. 353:5-356:13).

Respectfully submitted,

COZEN O'CONNOR

By:   Martin B. Pavane