# EXHIBIT A

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE, LTD.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC., A CALIFORNIA CORPORATION,<br>　　　　Defendant. | **Case No: 11-1079 PSG** |

## EXPERT REPORT OF INFRINGEMENT (VIJAY MADISETTI)

17619105.1

efficient web servers from which clients could download portions of the broadcast (called "slices," that are encoded as files) as it was occurring in real-time.

58.     The '473 patent also describes how a transmitting computer can encode the live multimedia stream at multiple quality levels through use of compression techniques, segment the multiple streams into slices, each slice being associated with a predetermined duration or size, and upload the segments of the live streams to a server at a data rate that is generally equal to the data rate at which the transmitting computer produces these live segmented streams.  The use of a given data rate, e.g., a constant, maximum or average data rate, allows efficient encoding of indexed file sequences that can then be downloaded by a client device by examination of an index file that is frequently updated, i.e., with the location of the latest file corresponding to the latest segment of the live stream on the server. The client device can also choose among streams of a different quality levels  depending on the bandwidth conditions between the server and the client device.

59.     The '473 patent opened the door to inexpensive and efficient IP-based streaming of live events over the internet in a manner that allows individual client devices to choose the quality level (determined by the level of compression) of the stream being rendered on the client device, and to download individual files in the stream for display at the client device.

**B.     Apple's HTTP LIVE STREAMING PROTOCOL ("HLS Protocol")**

60.     Apple's HLS Protocol allows the sending of audio and video over the internet using the Hypertext Transfer Protocol ("HTTP") from an ordinary web server to iOS-based devices including iPhone, iPad, iPod Touch, and Apple TV, and also to Mac OS-based desktop and laptop computers.  HLS supports both live broadcasts and pre-recorded content

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

streaming and supports alternate bit streams at different data rates, so that client devices can switch streams intelligently as network bandwidth conditions change.



61. The iOS and Mac OS operating systems include software that allows HLS-formatted live and Video On Demand ("VOD") streams to be played on Accused Products

62. As per Apple's technical documentation, in accordance with the HLS protocol, audio and/or video content is transmitted as a series of small files, each typically of about 10 seconds duration, called media segment files. The HLS protocol also requires the generation of an index file, or playlist, that includes Uniform Resource Locators ("URLs") or Uniform Resource Identifiers ("URIs") for the media files in each stream, and these playlists (one for each stream) are downloaded by the client devices so that the media files for a stream can be retrieved from the web server and played in the correct sequence at the client device. For live broadcasts, the playlist (or playlists where multiple streams at different data rates are generated, which is the typical case) is periodically refreshed as new media segments are

27

created. The data rate is a static value that represents the amount of data produced over a period of time, while the bit rate is a dynamic value that represents the instantaneous speed of a particular link (in terms of bits transferred) at a particular point in time. (*See, e.g.,* Dep. Tr. of Backus at 110:4-15; Dep. Tr. of May at 73:12-74:5).

63. Apple describes HLS as consisting of three main parts: the server component, the distribution component and client software. According to Apple, the server component is responsible for taking input media streams and compressing them digitally and encapsulating them in a format suitable for delivery, and preparing the encapsulated media for distribution. The distribution component consists of standard web servers, which accept the client requests and deliver the media files to the client. For large scale distribution, edge networks or Content Delivery Networks (CDNs) are typically used.

64. Using the playlists retrieved from the web server, the client software on determines the appropriate media files to request and download, and then displays them to the user as a continuous stream of multimedia video and/or audio. This client software for implementing HLS on the client device is natively included in Apple's operating system software for all of the Accused Products as sold, i.e., in the iOS and Mac OS operating systems.

65. In accordance with Apple's HLS protocol, the video is typically encoded as MPEG-4 (H.264 video and AAC audio) that is packaged in an MPEG-2 transport stream. The MPEG-2 stream is broken down into segments that are saved as a series or sequence of media files - .ts or .aac files – .ts is described as a video/audio file, and .aac as an audio file (for audio only broadcasts).

17619105.1

66. Also in accordance with the HLS protocol, an index file is created that contains the list of available media files. The index file is called a .M3U8 playlist by Apple. Typically several playlists are generated, one for each different stream. The URL of the index file is accessed by the client device, which can then request the individual files in the index in sequence for play out locally on the client device contemporaneously with a live broadcast.

67. In APPLE002275-2312 ("Apple Overview"), Apple describes an example of an index file, in the form of a .M3U8 playlist, that describes three 10 second media files. (*See* APPLE002288).

```
#EXTM3U
#EXT-X-TARGETDURATION:10
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:10,
http://media.example.com/segment0.ts
#EXTINF:10,
http://media.example.com/segment1.ts
#EXTINF:10,
http://media.example.com/segment2.ts
#EXT-X-ENDLIST
```

68. As noted in the .M3U8 index file from Apple, three files, each corresponding to a segment of 10 second duration, are shown. The files are indexed in order of their production. During live broadcasts, these files are sent to downstream web caches on the edge of the CDN for rapid distribution to clients.

69. In the case of a live broadcast using the HLS Protocol, the #EXT-X-ENDLIST tag is not present, and a new version of the index file is downloaded by the client periodically to ensure that it continues to receive the latest files corresponding to the live stream. In accordance with the HLS protocol, the absence of the #EXT-X-ENDLIST tag indicates that the stream is live. (*See, e.g.,* Dep Tr. of Backus at 196:23-197:1).

29

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

70. Apple describes how a master index file may reference alternate streams of content at different quality levels. HLS supports switching among the streams dynamically depending on the bandwidth conditions of the link to the client device to insure to maximize the client experience, i.e., to provide the client device with the best quality stream of the live event at any given time. Apple's client software, i.e., the operating system software in the client device, uses heuristics to determine appropriate times to switch between the available alternate streams of varying quality levels.

Figure 2-1 Stream alternates

71. As shown above, the master index file points to alternate streams of media by including a specially tagged list of other index files. Both the master index file and the alternate index files are reloaded or refreshed periodically during a live broadcast. Apple also provides tools and guidance for creating a set of stream alternates at varying quality levels.

72. To implement multiple alternate levels, with backup failover servers, Apple recommends the followings structure for the playlist file. (*See* APPLE002275-2312.)

17619105.1

```
#EXTM3U
#EXT-X-STREAM-INF:PROGRAM-ID=1, BANDWIDTH=200000
http://ALPHA.mycompany.com/lo/prog_index.m3u8
#EXT-X-STREAM-INF:PROGRAM-ID=1, BANDWIDTH=200000
http://BETA.mycompany.com/lo/prog_index.m3u8

#EXT-X-STREAM-INF:PROGRAM-ID=1, BANDWIDTH=500000
http://ALPHA.mycompany.com/md/prog_index.m3u8
#EXT-X-STREAM-INF:PROGRAM-ID=1, BANDWIDTH=500000
http://BETA.mycompany.com/md/prog_index.m3u8
```

73.     Apple guides third parties as follows (*See, e.g.,* APPLE002275-2312; APPLE108121-108157 ("IETF Specification" or "HLS Specification"); Dep. Tr. of May at 54:19-55:1; 99:9-14; Dep. Tr. of Biderman at 63:7-12).

　　i.　　Where possible, encode enough variants to provide the best quality across a wide range of connection speeds.  For example, encode variants at 150 kilobits per second ("kbps"), 350 kbps, 550 kbps, 900 kbps and 1500 kbps.

　　ii.　　When possible, use relative path names in variant playlists, and in the individual .M3U8 playlist files.

　　iii.　　The audio track in all stream should be exactly the same to prevent audio artifacts when the stream to the client device changes.

　　iv.　　When data rates for stream variants are specified, it is important that the BANDWIDTH attribute match the actual bandwidth required by the given stream. If the actual bandwidth is substantially different that the BANDWIDTH attribute, automatic switching of streams may not occur smoothly or even correctly.

　　v.　　For cellular connections, Apple requires the use of HLS and instructs that cellular-capable clients should be provided an alternate stream at 64 kbps.

31

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

      vi.      Apple also instructs that if applications in the iTunes store deliver video over cellular networks and the video exceeds either 10 minutes of duration or 5GB of data, then the application must use HTTP Live Streaming.

    74.    Apple recommends the following encoder settings for iPhone, iPod touch, iPad and Apple TV for 16:9 and 4:3 aspect ratios (*See, e.g.,* APPLE002275-2312 at 2299-2300):

**Table 2-1**    Encoder settings for iPhone, iPod touch, iPad, and Apple TV, 16:9 aspect ratio

| Connection | Dimensions | Total bit rate | Video bit rate | Keyframes |
|---|---|---|---|---|
| Cellular | 480 x 320 | 64 kpbs | audio only | none |
| Cellular | 480 x 224 | 150 kpbs | 110 kbps | 30 |
| Cellular | 480 x 224 | 240 kpbs | 200 kbps | 45 |
| Cellular | 480 x 224 | 440 kpbs | 400 kbps | 90 |
| WiFi | 640 x 360 | 640 kpbs | 600 kbps | 90 |

**Table 2-2**    Encoder settings for iPhone, iPod touch, iPad, and Apple TV, 4:3 aspect ratio

| Connection | Dimensions | Total bit rate | Video bit rate | Keyframes |
|---|---|---|---|---|
| Cellular | 480 x 320 | 64 kpbs | audio only | none |
| Cellular | 480 x 300 | 150 kpbs | 110 kbps | 30 |
| Cellular | 480 x 300 | 240 kpbs | 200 kbps | 45 |
| Cellular | 480 x 300 | 440 kpbs | 400 kbps | 90 |
| WiFi | 640 x 480 | 640 kpbs | 600 kbps | 90 |

17619105.1

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

Table 2-4     Additional encoder settings for iPad and Apple TV only, 4:3 aspect ratio

| Connection | Dimensions | Total bit rate | Video bit rate | Keyframes |
|---|---|---|---|---|
| WiFi | 640 x 480 | 1240 kpbs | 1200 kbps | 90 |
| WiFi | 960 x 720 | 1840 kpbs | 1800 kbps | 90 |
| WiFi | 960 x 720 | 2540 kpbs | 2500 kbps | 90 |
| WiFi | 1280 x 960 | 4540 kpbs | 4500 kbps | 90 |

75.     Apple also provides HLS-based streams on their own servers for third parties to test their clients using Apple-provided index files.  These streams can be accessed and downloaded by clients at the URLs identified below, and demonstrate Apple's support for streams at multiple data rates and resolutions (*See e.g.,* APPLE002275-2312; APPLE108121-108157).

76.     I verified that Apple provides a server that hosts files encoded using the Apple HLS standard at the following site, where files are provided at multiple data rates [last visited on Oct 13, 2013].

https://developer.apple.com/streaming/examples/basic-stream.html

There are a series of HTTP streams available for testing on Apple's developer site. These examples show proper formatting of HTML to embed streams, `.M3U8` files to index the streams, and `.ts` media segment files. The streams can be accessed at the following URLs:

- http://devimages.apple.com/iphone/samples/bipbopgear1.html
- http://devimages.apple.com/iphone/samples/bipbopgear2.html
- http://devimages.apple.com/iphone/samples/bipbopgear3.html
- http://devimages.apple.com/iphone/samples/bipbopgear4.html
- http://devimages.apple.com/iphone/samples/bipbopall.html

The samples show the same NTSC test pattern at four different resolutions and data rates. The last sample streams at multiple data rates. The stream starts with sample 1 and switches to the fastest sample the connection supports.

You must install iOS version 3.0 or later to play these samples on your iPhone or iPod touch. Safari 4.0 or later is required for playback on the desktop.

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

77. Apple instructs developers how to deploy HLS so that clients can download files for rendering the video and audio streams. (*See* APPLE002275-2312).

> To actually deploy HTTP Live Streaming, you need to create either an HTML page for browsers or a client app to act as a receiver. You also need the use of a web server and a way to either encode live streams as MPEG-2 transport streams or to create MP3 or MPEG-4 media files with H.264 and AAC encoding from your source material.
>
> You can use the Apple-provided tools to segment the streams or media files, and to produce the index files and variant playlists (see "Download the Tools" (page 17)).
>
> You should use the Apple-provided media stream validator prior to serving your streams, to ensure that they are fully compliant with HTTP Live Streaming.
>
> You may want to encrypt your streams, in which case you probably also want to serve the encryption key files securely over HTTPS, so that only your intended clients can decrypt them.

78. Apple recommends the use of a duration of 10 seconds per media file segment. (*See* APPLE002275-2312 at 2305).

> **3. What duration should media files be?**
>
> The main point to consider is that shorter segments result in more frequent refreshes of the index file, which might create unnecessary network overhead for the client. Longer segments will extend the inherent latency of the broadcast and initial startup time. A duration of 10 seconds of media per file seems to strike a reasonable balance for most broadcast content.

79. Apple instructs third parties on the appropriate configuration for their HLS servers. (*See* APPLE002275-2312 at 2308).

> **15. What are the hardware requirements or recommendations for servers?**
>
> See question #1 for encoder hardware recommendations.
>
> The Apple stream segmenter is capable of running on any Intel-based Mac. We recommend using a Mac with two Ethernet network interfaces, such as a Mac Pro or an XServe. One network interface can be used to obtain the encoded stream from the local network, while the second network interface can provide access to a wider network.

80. Anyone who is practicing HLS and infringing the '473 patent is operating within the IETF Specification.

34

17619105.1