# EXHIBIT B

Page 263

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


5:11-CV-01079

------------------------------------------------X

EMBLAZE, LTD.,

     Plaintiff(s),

vs.

APPLE, INC., a California corporation,

     Defendant(s).

------------------------------------------------X


* * * C O N F I D E N T I A L * * *


VOLUME II OF II

CONTINUATION OF THE

VIDEOTAPED DEPOSITION OF VIJAY MADISETTI, Ph.D.


Atlanta, Georgia

January 10, 2014


MAGNA LEGAL SERVICES

1200 Avenue of the Americas

New York, New York 10026


Reported by:

JoRita B. Meyer, RPR, RMR, CRR, CCR

Job No. 138580



Page 353

1   segments are files, you see that there.  You

2   have the -- you have in section 4 the full

3   compliance with HLS specification, on page

4   number 7.

5         Q.   So it's -- I'm sorry.  Where is your

6   reference to files?

7         A.   Yeah, you can see that, for example,

8   on page 7 of 19, there's a description there

9   of -- under section 3 called "HLS Playback,"

10  and it clearly discloses that there are

11  variants, which are described with the master

12  playlist and the child playlist, that point to

13  the files for playback.  It also describes what

14  the segments are as files.

15             I confirmed that in the download that

16  I showed you, the av-p.ts on page 7.

17             So all the steps with respect to the

18  actions of the transmitting computer and the

19  encoding as files are all compliant.  And it

20  also describes extensively their compliance

21  with the HLS player and HLS specifications.

22             And I have opined that any

23  implementation that complies with the HLS

24  specification also infringes the '473 patent's

25  asserted claims.  So this implementation does



1  comply with the HLS standard and --

2      Q.   So your position is that any -- any

3  stream that provides segments that comply with

4  the HLS protocol is, by definition, infringing

5  the '473 patent?

6      A.   Yes, because it has the necessary

7  steps of providing a stream at given data rates

8  and segmenting them, encoding them as files,

9  and satisfying the rate control, and offering

10  them through clients who can download a

11  particular level as offered by the server.  And

12  I believe I make that statement in my report as

13  well.

14      Q.   Could you turn to the HLS protocol

15  document?

16      A.   Sure.  One instance, on page 34.  On

17  page 34, in paragraph 80 of my report, I opine

18  that anyone who is practicing HLS and

19  infringing the '473 patent is also operating

20  within the IETF specification from Apple.

21      Q.   I'm sorry.  Can you -- where are you

22  reading from?

23      A.   Could you refer me to which page I

24  was looking at?

25      Q.   You just read off --



Page 355

1            DR. ORCHARD:   80.

2            THE WITNESS:   Page 80.

3            DR. ORCHARD:   Paragraph 80.

4            THE WITNESS:   Paragraph 80.   Thank

5       you, sir.

6            So I was reading from paragraph 80

7       on page 31 of my expert report of

8       infringement, which is Exhibit Number 3,

9       that based on my analysis in the

10      preceding sections, anyone who is

11      practicing HLS, which is high-level

12      streaming, which is Apple's IETF

13      standard, and infringing the '473

14      patent, is operating within the IETF

15      specification.

16           So practicing HLS implies that

17      you're practicing the asserted claims of

18      the '473 patent.

19 BY MR. WEIDER:

20      Q.   So you understand a statement in

21 which you say that anyone who is infringing the

22 patent is operating within the specification to

23 be saying the same thing as anyone who is

24 operating within the specification is

25 necessarily infringing the patent?



Page 356

```
 1        A.    I think it should be worded -- it
 2   could be worded better.
 3             What I meant is that it should say
 4   that anyone practicing HLS would be infringing,
 5   necessarily infringing the '473 patent.
 6        Q.    But it doesn't say that, does it,
 7   Dr. Madisetti?
 8        A.    Sorry.  But that's one of the
 9   corrections.  That's one of the typos that I
10   have.  It should say:  Anyone who is practicing
11   HLS is infringing -- and operating within the
12   IETF specification is infringing the '473
13   patent.
14        Q.    Let's go look at the HLS.  And the
15   IETF specification here refers to the HLS
16   protocol, correct?
17        A.    Yes.  The different versions of the
18   HLS protocol that I've been talking about, yes.
19        Q.    And let's take a look, if you would,
20   at section 6.2.1 of the IETF specification, the
21   version -- the latest version that we were
22   looking at before.
23        A.    So with respect to this document, I
24   mean, which --
25        Q.    I'm going to come back to the
```

