# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

- - -

EMBLAZE LTD.                    :
                               :
        Plaintiff,             :
                               :
    v.                         : Case No.
                               : 5:11-cv-01079-PSG
APPLE, INC., a                 :
California Corporation,        :
                               :
        Defendant.             :


- - -

January 13, 2014

- - -

HIGHLY CONFIDENTIAL


        Oral and videotaped deposition of
CATHARINE M. LAWTON, taken pursuant to notice, was
held at the law offices of Greenberg Traurig, 77
West Wacker Drive, Suite 3100, Chicago, Illinois,
commencing at 9:35 a.m., on the above date, before
Victoria C. Christiansen, a Professional Court
Reporter in and for the State of Illinois.


- - -


MAGNA LEGAL SERVICES
1635 Market Street, 8th Floor
Philadelphia, Pennsylvania 19103
(866) 624-6221



```
                                                       Page 2

 1                         APPEARANCES:
 2

          COZEN O'CONNOR
 3        BY: MS. LISA A. FERRARI, ESQUIRE
          277 Park Avenue
 4        New York, New York 10172
          212-297-2699
 5        lferrari@cozen.com
          Representing the Plaintiff
 6
 7        GREENBERG TRAURIG
          BY: MR. JAMES J. DeCARLO, ESQUIRE
 8        200 Park Avenue, P.O. Box 677
          Florham Park, New Jersey 07932
 9        973-360-7938
          decarloj@gtlaw.com
10
                       -and-
11
          GREENBERG TRAURIG
12        BY: MS. SARAH E. BARROWS (Via Telephone)
          4 Embarcadero Center
13        Suite 3000
          San Francisco, California 94111-5983
14        barrowss@gtlaw.com
          Representing the Defendant
15
                               -  -  -
16
17   ALSO PRESENT:
          MR. NAFTALI SHANI, Emblaze Ltd.
18
          MR. RYAN MORAN (Via Telephone)
19           IP Litigation Counsel, Apple, Inc.
20        MR. RICHARD LETTIERE, Ocean Tomo
21
22   VIDEOTAPED BY:  WELDON ANDERSON, Legal Videographer
                     MAGNA LEGAL SERVICES
23
24   REPORTED BY:  VICTORIA C. CHRISTIANSEN, RPR, CSR
                     Illinois CSR No. 84-3192
25
```



Page 64

1    moving around a bit, but do keep your opinion in

2    front of you, as well, because we'll be going back

3    and forth to that.  I'm also going to hand you

4    Exhibit 7.

5         MR. DeCARLO:  Bless you.

6    BY THE WITNESS:

7         A.    Okay.  So Exhibit 3 is the deposition of

8    Naftali Shani dated August 1st of 2013; Exhibit

9    4 --

10   BY MR. DeCARLO:

11        Q.    Yeah.  We don't -- we've -- she has the

12   list of what they are.

13        A.    Oh, she does?

14        Q.    Yeah.

15        A.    Okay.

16        Q.    Thanks.

17        MR. DeCARLO:  Where's my list?

18                (WHEREUPON, said documents were

19                  tendered to counsel.)

20        MS. FERRARI:  Thank you.

21        MR. DeCARLO:  Thanks.

22   BY MR. DeCARLO:

23        Q.    So one of the things that you claim to

24   have relied upon in rendering your opinion is the

25   expert report of David Teece, is that correct?



Page 65

1      A.      Yes.

2      Q.      And did you rely on him for anything

3   concerning your opinions about the quote, unquote

4   "digital convergence" that you set forth in your

5   expert report?

6      A.      Yes.  Certainly I had discussions with

7   Dr. Teece, and his opinions are quite consistent

8   with my understanding and the information that I

9   set forth in my report regarding the subject of

10  digital convergence, network effects and so on, and

11  the numerous sources that I cite in that regard in

12  my report.

13     Q.      So is there any information that

14  Dr. Teece provided to you that is not reflected

15  either in his report or in your report that you

16  intend to rely upon in rendering your opinion

17  before the jury?

18     A.      Nothing's coming to mind.  Certainly it

19  was my objective to provide a complete statement of

20  my opinion and the bases for my opinions, and I can

21  say the same is true with respect to Dr. Teece.

22             So as I'm sitting here, I can't think

23  of -- of -- of anything.  If something comes to

24  mind, I'll certainly mention it.

25     Q.      Thank you.



Page 335

```
 1   STATE OF ILLINOIS )

 2                     )  SS:

 3   COUNTY OF DuPAGE  )

 4

 5             I, VICTORIA C. CHRISTIANSEN, a Certified

 6   Shorthand Reporter of the State of Illinois, do

 7   hereby certify:

 8             That previous to the commencement of the

 9   examination of the witness, the witness was duly

10   sworn to testify the whole truth concerning the

11   matters herein;

12             That the foregoing deposition transcript

13   was reported stenographically by me, was thereafter

14   reduced to typewriting under my personal direction

15   and constitutes a true record of the testimony

16   given and the proceedings had;

17             That the said deposition was taken

18   before me at the time and place specified;

19             That I am not a relative or employee or

20   attorney or counsel, nor a relative or employee of

21   such attorney or counsel for any of the parties

22   hereto, nor interested directly or indirectly in

23   the outcome of this action.

24             IN WITNESS WHEREOF, I do hereunto set my

25   hand at Chicago, Illinois, this 21st day of
```



 1   January, 2014.

 2

 3                VICTORIA C. CHRISTIANSEN,

 4                Certified Shorthand Reporter.

 5

 6

 7   C.S.R. Certificate No. 84-3192.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

