MARK FOWLER (Bar No. 124235)
*mark.fowler@dlapiper.com*
ROBERT BUERGI (Bar No. 242910)
*robert.buergi@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

JOHN ALLCOCK (Bar No. 98895)
*john.allcock@dlapiper.com*
ERIN GIBSON (Bar No. 229305)
*erin.gibson@dlapiper.com*
ROBERT C. WILLIAMS (Bar. No. 246990)
*robert.williams@dlapiper.com*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

SARAH BARROWS (Bar No. 253278)
*barrowss@gtlaw.com*
WILLIAM SLOAN COATS (Bar No. 94864)
*coatsw@gtlaw.com*
STEPHEN ULLMER (Bar No. 277537)
*ullmers@gtlaw.com*
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Tel.: 415.655.1300
Fax: 415.707.2010

JAMES J. DECARLO (*Pro Hac Vice*)
*decarloj@gtlaw.com*
MICHAEL A. NICODEMA (*Pro Hac Vice*)
*nicodemam@gtlaw.com*
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel: 212.801.9200
Fax: 212.801.6400

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>Plaintiff;<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 5:11-CV-01079 PSG<br><br>**DECLARATION OF ERIN GIBSON IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF CATHARINE LAWTON**<br><br>Date: June 17, 2014<br>Time: 10 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Erin Gibson, submit this declaration in support of Defendant Apple Inc.'s Motion to Exclude Opinions and Testimony of Catharine Lawton, and declare as follows:

1. I am a partner with DLA Piper LLP (US) ("DLA Piper"), counsel for Defendant Apple Inc. ("Apple") in this action. If called as a witness, I could and would testify competently to the information set forth in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Catharine M. Lawton, dated November 9, 2013.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Catharine Lawton, dated January 13, 2014.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Expert Rebuttal Report of James E. Malackowski, dated December 20, 2013.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from a document titled "Apple TV Recent Buyer Study," dated May 2008.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from a document titled "iPhone Early Buyer," dated July 2007.

7. Attached as Exhibit 6 is a true and correct copy of a document titled "Video-Over-Internet Consumer Survey: Multi-tasking and Taking Control," published by Accenture.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on May 20, 2014, at San Diego, California.

/s/ *Erin Gibson*
Erin Gibson