# EXHIBIT 6

Video-Over-Internet Consumer Survey 2013

# Multi-tasking and Taking Control

Winning the trust of the sophisticated consumer

High performance. Delivered.



accenture

consulting | technology | outsourcing



Consumers' video consumption habits are maturing and becoming more sophisticated. As they do so, Accenture's third annual Video-Over-Internet Consumer Survey indicates that, in a video world many thought would be dominated by emerging players by now, broadcasters have gained consumer trust, showing they are reaping the benefits of their investments.

The 2013 Accenture Video-Over-Internet Consumer Survey focuses on understanding consumers' online video behaviors, perceptions and aspirations in this dynamic and fast-developing world. The survey seeks both to monitor trends in the evolution of consumer behavior and aspirations, and also to identify and test hypotheses of new behavior and aspirations each year. Research was conducted in February and March of 2013 with 3501 consumers in Brazil, France, Italy, Spain, the United Kingdom and the United States. The respondent base is a well-balanced sample of geographies as well as men and women of varying ages[1].

The significant evolution in this year's video-over-Internet viewership is underpinned by five specific trends:

- Consumption habits are becoming more sophisticated
- Multi-tasking is substantially increasing as the tablet becomes an important companion device
- Subscription services are strong but feeling pressure
- As consumers seek simple access, confusion persists
- Broadcasters are "striking back," making big strides in gaining consumer trust

On the following pages, we explore Accenture's research findings in more detail and discuss the implications they have for companies as they navigate this highly tumultuous journey to win the lion's share of consumers' video-over-Internet viewership.

Figure 1: Share of respondents consuming online video over Internet by country



| USA | Brazil | France | Italy | Spain | UK |
|-----|--------|--------|-------|-------|-----|
| 30% | 14% | 14% | 14% | 14% | 14% |

Source: Accenture Video Solutions Survey 2013

1. The survey was conducted online in local language. The sample is representative of the national population except in Brazil where it is representative of the online population. The field-work survey is handled by an external agency on behalf of Accenture.

© 2013 Accenture.  All rights reserved. | Video-Over-Internet Consumer Survey 2013   1

# Consumption habits
## Becoming more sophisticated

Online video viewing has matured to a mainstream activity for consumers of all ages and geographies. Our data shows a greater sophistication of consumers' use and preferences as they mature in their online video watching. Online viewership is both high and consistent relative to 2012: Overall, 90 percent of consumers globally now watch video content over the Internet, including movies, TV programs, videos on demand and more on some device (Figure 2).

Consumers are using all available connected devices for video viewing, from the PC to TV, phone and tablet. The PC/laptop has very high penetration with 89 percent of consumers watching video content on their PC or laptop compared to 81 percent in 2012. It remains the most used device for watching video content over the Internet.

In particular, our research shows that watching online video on a tablet is growing dramatically. In 2013 a third of consumers are watching online videos on a tablet compared to just a fifth (21%) in 2012. It is showing strong use across all types of video content watching.

The frequency with which consumers are watching video content over the Internet is also increasing. The most significant growth is evident in high frequency categories: those watching videos daily or three to five times per week (Figure 3). More than one-quarter of consumers watch video content over the Internet on a PC every day and another 22 percent do so at least 3 times per week. Those watching on connected TV every day jumped from 21 percent to 30 percent in one year, and mobile phone video watching frequency increased from 7 percent watching daily to 12 percent.

Figure 2: Proportion of consumers who watch video content over the Internet on any device



| | |
|---|---|
| Overall | 90% |
| Brazil | 96% |
| Spain | 95% |
| Italy | 94% |
| France | 91% |
| USA | 86% |
| UK | 85% |

Source: Accenture Video Solutions Survey 2013

Figure 3: Frequency of watching online video content by devices



| | On PC/laptop | On TV/connected through STB | On mobile phone/smartphone | On TV/ without STB | On tablet |
|---|---|---|---|---|---|
| Every day | 23% / 27% | 21% / 30% | 7% / 12% | 23% / 22% | 4% / 7% |
| 3–5 times a week | 21% / 22% | 10% / 11% | 8% / 10% | 10% / 10% | 5% / 8% |
| Once a week | 15% / 16% | 7% / 7% | 9% / 9% | 7% / 7% | 5% / 7% |
| Once a month | 9% / 9% | 3% / 3% | 6% / 6% | 4% / 3% | 3% / 4% |
| Less often than once a month | 13% / 15% | 8% / 7% | 14% / 16% | 9% / 7% | 5% / 7% |

☐ 2012   ■ 2013

Source: Accenture Video Solutions Survey 2013

Clear evidence of consumers' growing sophistication in their viewing habits is that the type of content being watched correlates with certain IP enabled devices. Full-length movies/series and live content are most watched on TV, while user-generated content and short clips are mostly watched on mobile devices. TVs were the devices with the greatest percentage growth for live content watching (i.e., sports, news, TV programs) from 2012 to 2013 (Figure 4). More people are watching full-length movies and TV series on PCs/laptops than in 2012 as this percentage grew from 41 to 47.

The content type showing the greatest growth on smartphone/mobile phones is short videos/clips.

In alignment with the overall growth of tablets for online video consumption, tablets showed growth in viewing habits for all types of online video content. The percent of consumers watching full-length movies and TV series on a tablet grew from 27 percent in 2012 to 33 percent in 2013. Watching user-generated content grew from 46 percent in 2012 to 51 percent in 2013. The tablet is becoming a "go to" device for video watching.

As consumers get more comfortable in using more than one device it becomes important for broadcasters and content providers to follow them across all devices, offering compelling (but relevant to the device) content propositions and a consistent user experience. Our survey shows that customers' expectations are high and there is room to improve their viewership experience. When asked how they would rate the current situation with regard to consistency in user experience when accessing video services across devices, only 45 percent of consumers indicated they are satisfied (Figure 5).

## Figure 4: Consumption of various content by device type

What type of video content do you usually watch over the Internet on each of the following devices?



Source: Accenture Video Solutions Survey 2013

## Figure 5: Consistency in user experience when accessing video services across devices



Source: Accenture Video Solutions Survey 2013



# Multi-tasking
## On the rise

Multi-tasking—using other devices on a regular basis while simultaneously watching TV on a TV set—has increased substantially since 2012, an indication (at least in part) that consumer behavior is changing toward multitasking. Our survey data shows growth in regular use of multiple devices while simultaneously watching TV: computers/laptops, mobile phones/smartphones, books/newspapers, tablets and game consoles. However, the tablet is the most rapidly growing device for use for multi-tasking while watching TV on a TV set. Consumers' regular use of tablets while watching TV grew from 11 percent in 2012 to 44 percent in 2013 (Figure 6).

The tablet's importance to multi-tasking is also evident in how it is being used for multi-tasking. The tablet is a device used more in correlation to what is being watched on TV than other devices (Figure 7). It is the lowest—with the exception of game consoles—for multi-tasking unrelated to the content of the TV being watched: 17 percent use a tablet for activities unrelated to the content on the TV while watching TV, while 14 percent use it for searching content on the TV (e.g., searching for background information on the TV program) and 14 percent use it for social media activities such as tweeting about the program they are watching. While the PC is used more often across all three of these categories, its use for tasks unrelated to the TV content is far greater than its use for TV-related multi-tasking.

The dramatic increase in multi-tasking year after year proves a decreasing level of engagement of the users with the traditional linear TV (an important alarm for content providers and broadcasters, who need to adapt and reinvent the formats they broadcast). On the other hand, this new behavior also presents important opportunities. In fact, the tablet is becoming a preferred companion device for consumers while watching TV, providing new opportunities for broadcasters to increase engagement and therefore preference. It also provides opportunities to develop new social and community functionalities and experiment with new monetization models, such as advertising, direct marketing, secondary rights, and more.



Figure 6: Multitasking—devices used regularly while simultaneously watching TV (on a TV set)

Computer/laptop 61% / 77%
Mobile/smartphone 42% / 68%
Book/newsletter 27% / 58%
Tablets 11% / 44%
Game consoles 9% / 34%

2012
2013

Source: Accenture Video Solutions Survey 2013



Figure 7: Multitasking—type of activities by devices while simultaneously watching TV (on a TV set)

Computer/laptop 43% / 37% / 29%
Mobile/smartphone 38% / 21% / 23%
Book/newsletter 28% / 17%
Tablets 17% / 14% / 14%
Game consoles 13% / 7% / 6%

- For activities unrelated to TV content
- Searching content on the TV
- For social media activities about TV program

Source: Accenture Video Solutions Survey 2013

# Subscription services
## Strong but feeling pressure

The majority of consumers (62%) are willing to pay for a monthly subscription to access on-demand content on a PC, TV or tablet (Figure 8). Despite the difficult economic climate where ancillary or secondary expenses are drastically reduced there is an element of resilience in paying for online video services. However, most consumers report they will pay the equivalent of less than $10 on a monthly basis—an amount less than in 2012. The propensity to pay remains particularly strong in regular subscription and TV license fee models more than in pay per view. While 37 percent of consumers pay for access to video content through a regular subscription or TV license fee, just 10 percent of respondents reported paying per view for video on-demand, down from 12 percent in 2012. These results show an important media consumption trend, where the transactional model is no longer the preferred way to pay for entertainment.

This year's survey also reflects consumers increasing scrutiny over the content for which they will pay a premium. Our data shows that as online consumption is maturing, and consumers are getting more sophisticated, they want to pay less for content overall, but they will pay more for getting specifically what they want. In other words, if providers demonstrate value in premium content, consumers are willing to pay. Otherwise they will opt for consuming content for free. In our survey, two-thirds of consumers said they mainly watch free video content.

Similarly, 45 percent of consumers would be interested in an à la carte menu for their video/TV access to show only their top 10 most watched channels (Figure 9). Among those interested in an à la carte menu, 70 percent said they would expect at least a 25 percent reduction in their monthly TV bill for this approach. 41 percent said they would expect a reduction of 50 percent or more.

In short, consumers confirm that they have an appetite for online video and are willing to pay for good content, making watching online content a clear and viable alternative to other forms of entertainment.



Figure 8: Willingness to pay for accessing video content

Source: Accenture Video Solutions Survey 2013



Figure 9: Interest for à la carte menu

Source: Accenture Video Solutions Survey 2013

# Access
## Consumer confusion and frustration remains

In search of simplicity, consumers remain confused about how to best access online video on TV. Connected TV remains the ideal method for accessing online video on TV. However preference for using connected TV for online videos has slipped from 36 percent in 2012 to 31 percent in 2013 (Figure 10). Furthermore, the percentage of consumers who are not sure or don't know their preferred method for accessing online video on TV has risen from 23 percent to 28 percent. Intuitively, one would expect consumers to prefer to watch online video on a TV with direct Internet connection that eliminates the need for a set-top box.

Instead, preference for connected TV is decreasing as more consumers just "don't know" their ideal method. Despite efforts by manufacturers to evangelize the benefits of connected TV this has not reduced consumer confusion in the past 12 months.

In consumers' quest for simplicity, installation could also remain a barrier. Consumers find the installation aspect of accessing video content over the Internet to be easiest on PCs, tablets and mobile phones—19 percent say technical installation and maintenance to access video content over the Internet is very easy on a connected TV versus 31 percent on the PC/laptop.

Finally, it is reasonable to consider that while some consumers would like to see the set-top box go away, features such as DVR and innovations around the next generation set-top box as the home entertainment platform, as well as innovative services, such as the UK's YouView, are providing new interests in set-top box adoption.

In addition to access issues, consumers indicate other frustrations with watching videos online. Top concerns include video quality, stream download and advertising (Figure 11). We have seen from last year's survey that while quality counts, consumers raised a number of frustrations when watching video over Internet: advertising during the program, download time and picture quality.

These concerns are consistent across all countries, similar to our 2012 findings. Consumers are getting more sophisticated in their choices and expectations. They are asking for a high quality online video experience, an important requirement that broadcasters and online video providers must take into account to retain or capture customers. This is especially so when consumers are telling us that viewership quality is more important than cost or range of content.

Consumer expectations for ease of access and quality are high and in this environment our data shows there is not yet a clear winner for the access gateway.

While connected TV works to capture the promise of simplicity, there is still not a solution available that is as simple as just turning on the TV—and that leaves consumers confused about the best choice.

Figure 10: Preferred access for "video over the Internet service" on TV screen



Source: Accenture Video Solutions Survey 2013

Figure 11: Frustrations and concerns when watching video content over the Internet



Source: Accenture Video Solutions Survey 2013

© 2013 Accenture.  All rights reserved. | Video-Over-Internet Consumer Survey 2013   7

# Trust
## Broadcasters are striking back

Numerous trends in the survey indicate that broadcasters are "striking back." International online video services (i.e., Netflix, YouTube) still dominate, but use of local/national online video service (i.e., local/national broadcaster or video website) is gradually increasing. Forty percent of consumers use local/national online video service, indicating a gradual increase since 2012 when 37 percent used local/national (Figure 12).

Half of consumers (53%) globally would value receiving all video services from a single provider offering fully integrated services (single content catalog and bill) across different devices (Figure 13). They value this more than a provider offering a unified front end to services provided by others. Just 36 percent said it was important or very important to receive all video services from a single provider that would provide a unified front end to the services provided by third party content provider (single content catalogue, e.g., portal, but multiple billing relationships).



Figure 12: Local/national vs. international online video services

- 2012: 37% Local Content / 63% International
- 2013: 40% / 60%
- France: 47% / 53%
- UK: 43% / 57%
- USA: 42% / 58%
- Spain: 39% / 61%
- Brazil: 36% / 64%
- Italy: 34% / 66%

■ Local Content   ■ International

Source: Accenture Video Solutions Survey 2013



Figure 13: Importance of receiving all video services from a single provider

…if this provider would provide a unified front end to the services provided by third party content provider (single content catalogue e.g. portal, but multiple billing relationships)

26% | 38% | 27% | 9%
**36%**

…if this provider would provide a fully integrated services (single content catalogue and bill)

17% | 30% | 35% | 18%
**53%**

■ Not important   ■ Somewhat important   ■ Important   ■ Very important

Source: Accenture Video Solutions Survey 2013

Perhaps most compelling is that traditional TV broadcasters are the most trusted source for video over Internet service on the TV screen, displacing Telecom/ISP/broadband companies which, in aggregate, ranked highest in 2012 (Figure 14). When asked, "Who would you trust more (i.e. would you be willing to pay) to offer you a video over the Internet service on your TV screen?," more than half of consumers cited the traditional TV broadcaster. This is up from 32 percent in 2012. Trust in telecom/ISP/broadband companies declined from 43 percent in 2012 to 29 percent in 2013.

This trend toward greater trust of broadcasters is country-agnostic (Figure15). In 2012 all countries surveyed, with the exception of the UK and Italy, showed a distinct preference for telecom providers. In 2013 all countries show a clear majority preference for broadcasters. Spain, in particular, has dramatically flipped in its preference in just one year.

The growing use of local online video services, coupled with the growth in broadcaster trust, signal that broadcasters' competitive strategy and investments are working. In the short term at least, broadcast has "stemmed the bleeding" against international players and new market entrants.

However, our data gives no indication that broadcasters can rest on their laurels. A clear strategy and relentless pursuit of innovation remain imperative to success.

Broadcasters' investments in local and premium content seem to be capturing viewers' attention as they show a growing appetite for local content. The country view of local versus international online video services subscription provides strong indication of this important trend. In countries where local broadcasters have a strong focus on developing local and relevant premium content such as the UK and France, we see local preference growing to 43 percent and 47 percent respectively (Figure 12).

## Figure 14: Most trusted to offer video over the Internet service on TV screen



Traditional TV broadcaster: 32% (2012), 53% (2013)
Telecoms/ISP/broadband company: 43% (2012), 29% (2013)
A brand new Internet brand/company: 12% (2012), 12% (2013)
TV or gaming console manufacturer: 13% (2012), 5% (2013)

■ 2012   ■ 2013

Source: Accenture Video Solutions Survey 2013

## Figure 15: A matter of trust

Who would you trust more (i.e. would you be willing to pay) to offer you a video over the Internet service on you TV screen?
% who ranked in first mention



| | USA | UK | France | Italy | Spain | Brazil |
|---|---|---|---|---|---|---|
| Traditional TV broadcaster | 34% / 48% | 56% / 68% | 24% / 54% | 40% / 56% | 20% / 51% | 20% / 50% |
| Telecommunication/ISP/broadband company | 38% / 32% | 30% / 20% | 62% / 40% | 33% / 27% | 52% / 30% | 42% / 23% |
| A brand new Internet brand/company | 14% / 13% | 7% / 9% | 6% / 4% | 15% / 12% | 13% / 13% | 19% / 19% |
| TV or gaming console manufacturer | 14% / 7% | 7% / 3% | 8% / 2% | 12% / 5% | 15% / 6% | 19% / 8% |

■ 2012   ■ 2013

Source: Accenture Video Solutions Survey 2013

© 2013 Accenture.  All rights reserved. | Video-Over-Internet Consumer Survey 2013   9



# The questions our research prompts

The trends identified in this year's research confirm that much progress has been made in providing video over Internet services; and, particularly for broadcasters, that is good news. As providers consider their strategy and investments for the coming months and years, our research raises two important questions central to those efforts:

**What is the role of the second screen?** The rise in multi-tasking is a central finding of the research. The tablet, on which video consumption is growing aggressively, is the only device that shows multi-tasking correlated to linear TV programming. What is online video service providers' strategy to increase consumer engagement and monetize this second screen?

**Is a vertical or horizontal services strategy best?** In other words, which will prevail: A democratic over-the-top platform on a proprietary device or a proprietary platform on a democratic range of devices? The former offers all available over-the-air content differentiated by a superior customer experience on the proprietary device. The latter requires ease of access, regardless of device, and is differentiated on the content it provides.

The underlying economics and value proposition for the consumer are quite different and the best response is likely to vary by geography.

The consumer holds the decision-making power over the video-over-Internet strategies that will ultimately triumph. To that end, having a deep understanding of consumer behavior and preferences is fundamental. Our research aims to provide some of that insight. Accenture's whitepaper "*The Future of Broadcasting: Strategy Delivers*" provides further detail on how to leverage that insight into strategy.



© 2013 Accenture.   All rights reserved. | Video-Over-Internet Consumer Survey 2013   11

## Pay a premium for YouTube?

YouTube is likely to release paid premium content channels in the near future and our survey data indicates there is a propensity among consumers to pay for it (Figure 16). Half of consumers are willing to pay for a single premium YouTube channel that interests them, but less than $10 per month. In countries where there is very high quality output availability, such as the US and UK, consumers aren't as inclined to pay for a paid premium channel as are consumers in countries with lesser quality output, or where the market is currently dominated by a single provider.

## House of Cards: A New Model for TV?

In the past year, Netflix tested a new strategy by releasing the entire first season of the series *House of Cards* at one time. Among consumers surveyed in the United States, 9 percent have watched at least one episode. However, an additional 46 percent have at least heard of the new show. Given that Netflix has 25 percent market penetration, this means that up to one-third of Netflix subscribers have watched it.

Figure 16: Willingness to Pay for YouTube

YouTube is likely to release paid premium content channels in the near future.
How much would you be willing to pay **on a monthly basis** for a single YouTube channel with premium content that interests you?



|  | USA | UK | France | Italy | Spain | Brazil |
|---|---|---|---|---|---|---|
| Up to $2 | 19% | 14% | 15% | 17% | 17% | 21% |
| Up to $5 | 15% | 15% | 13% | 18% | 16% | 24% |
| Up to $10 | 10% | 12% | 13% | 17% | 14% | 12% |
| Up to $15 | 1% | 1% | 2% | 6% | 8% | 9% |
| Greater than $15 | 1% |  |  | 1% | 3% | 3% |
| I would not be willing to pay | 54% | 58% | 57% | 41% | 42% | 32% |

Source: Accenture Video Solutions Survey 2013

Figure 17: *House of Cards* viewership



45%   46%   7%   2%

■ No, I've never heard of it    ■ No, but I've heard of it    ■ Yes, I've watched at least one episode    ■ Yes, I've watched the entire first season

Source: Accenture Video Solutions Survey 2013

# Conclusion

Broadcasters, under the threat of new entrants such as Netflix, Lovefilm and others, have made significant investments in innovation to defend and maintain a central role under attack in the non-linear world. This research shows signs they are succeeding. Yet as consumers heighten their viewing sophistication, their expectations from providers continue to rise and important strategic questions remain to be answered. Status quo operations are not an option. In the rapidly transforming world of broadcast, continuous innovation is mandatory to win the battle.



## For more information, contact:



**Francesco Venturini**
francesco.venturini@accenture.com

Francesco is the global broadcast lead within the Media and Entertainment (M&E) business practice of Accenture's Communications, Media & Technology (CMT) industry group. A broadcasting trendsetter with more than 15 years industry experience, Francesco is known for shaping transformational strategies enabling major broadcasters to compete more effectively in the fast changing landscape in the multiplatform digital era. From content creation to distribution, he helps clients develop strategies for digitally convergent products and services. A Communications, Media & Technology industry stalwart with strong financial acumen, he has been instrumental in shaping cutting-edge financial deals within the media industry.



**Bouchra Carlier**
bouchra.o.carlier@accenture.com

Bouchra is a Senior Manager within Accenture Research, a global organization devoted to Business and Strategic analysis. Bouchra leads Media and Entertainment high performance research globally. She has more than 15 years' experience within the Communications Media & Entertainment industry.



**Bikash Mishra**
Bikash.mishra@accenture.com

Bikash is a leader in Accenture's Media and Entertainment strategy consulting practice. Bikash's experience includes over 7 years in media and entertainment driving strategic growth initiatives to help launch next generation digital products and services. Bikash has advised top executives from leading content providers, wireline and wireless network operators, device OEMs, network infrastructure providers, software vendors and retailers in North America and Asia.

## About Accenture Digital Services

Accenture Digital Services provides an integrated portfolio of services, solutions, and platforms that enable businesses to orchestrate their activities across the entire digital spectrum. From consulting to outsourcing, Accenture Digital Services affords truly end-to-end capabilities and unmatched industry experience and insight that can help businesses master the complexity of the digital world to build value. Accenture Digital Services include:

- Accenture Video Solution
- Accenture Live Events and Sport Solution
- Accenture Digital Music Solution
- Accenture Digital Content Solution
- Accenture Rights and Royalties Management Solution
- Accenture Digital Advertising Solution

## About Accenture

Accenture is a global management consulting, technology services and outsourcing company, with approximately 261,000 people serving clients in more than 120 countries. Combining unparalleled experience, comprehensive capabilities across all industries and business functions, and extensive research on the world's most successful companies, Accenture collaborates with clients to help them become high-performance businesses and governments. The company generated net revenues of US$27.9 billion for the fiscal year ended Aug. 31, 2012. Its home page is www.accenture.com.

This document makes descriptive reference to trademarks that may be owned by others. The use of such trademarks herein is not an assertion of ownership of such trademarks by Accenture and is not intended to represent or imply the existence of an association between Accenture and the lawful owners of such trademarks.

Copyright © 2013 Accenture
All rights reserved.

Accenture, its logo, and
High Performance Delivered
are trademarks of Accenture.