# EXHIBIT I

| | | | |
|---|---|---|---|
| APPLE042374 | Biderman, David | apex streaming review aug27 v2.key | 8/26/2009 |
| APPLE042395 | Biderman, David | apex streaming review aug27 v3 - backup.key | 8/27/2009 |
| APPLE042419 | Biderman, David | apex streaming review aug27 v3-for meriko.key | 8/27/2009 |
| APPLE042444 | Biderman, David | apex streaming review aug27 v4 - formeriko.key | 8/27/2009 |
| APPLE042468 | Biderman, David | apex streaming review aug27 v4.key | 8/27/2009 |
| APPLE042492 | Biderman, David | att streaming bandwidth briefing.rtfd | 6/18/2009 |
| APPLE042494 | Biderman, David | core media streaming meeting notes 10-8-2007.rtf | 10/9/2007 |
| APPLE042495 | Biderman, David | coremedia streaming meeting notes 10-29-2007.rtf | 10/30/2007 |
| APPLE042496 | Biderman, David | dennis backus streaming meeting - feb 18 2008.rtf | 2/18/2008 |
| APPLE042498 | Biderman, David | directv streaming notes 5-19-2009.rtf | 5/19/2009 |
| APPLE042499 | Biderman, David | draft-pantos-http-live-streaming-00-1.txt | 3/12/2009 |
| APPLE042517 | Biderman, David | http live stream app approval diagnostic tool 9-14-2009.rtf | 9/14/2009 |
| APPLE042519 | Biderman, David | HTTP Live Streaming 2010 Roadmap.key | 8/21/2009 |
| APPLE042529 | Biderman, David | HTTP Live Streaming Overview.pdf | 4/10/2009 |
| APPLE042537 | Biderman, David | HTTP Live Streaming Protocol Specification_HTTP Live Streaming.pdf | 4/10/2009 |
| APPLE042548 | Biderman, David | HTTP Live Streaming Test Plan.pdf | 8/19/2009 |
| APPLE042551 | Biderman, David | http streaming brainstorm 6-16-2009.rtf | 6/16/2009 |
| APPLE042553 | Biderman, David | iPhoneStreamingMediaGuideforWebDevelopers.pdf | 3/9/2009 |
| APPLE042573 | Biderman, David | Live Streaming with HTTP slides.key | 11/27/2008 |
| APPLE042585 | Biderman, David | Media Stream Seg. & Val. ReadMe (Beta) v2.5.pages | 10/23/2009 |
| APPLE042590 | Biderman, David | Near Realtime Streaming v2.key | 2/13/2009 |
| APPLE042603 | Biderman, David | Near Realtime Streaming.key | 2/12/2009 |
| APPLE042616 | Biderman, David | Near-Realtime Streaming Overview v2.pages | 2/4/2009 |
| APPLE042623 | Biderman, David | Near-Realtime Streaming Overview v2.pdf | 2/4/2009 |
| APPLE042629 | Biderman, David | Near-Realtime Streaming Overview v3.pages | 2/4/2009 |
| APPLE042637 | Biderman, David | Near-Realtime Streaming Overview v3.pdf | 2/4/2009 |
| APPLE042644 | Biderman, David | Near-Realtime Streaming Overview v4.pages | 2/5/2009 |
| APPLE042652 | Biderman, David | Near-Realtime Streaming Overview v4.pdf | 2/5/2009 |
| APPLE042660 | Biderman, David | Near-Realtime Streaming Overview v5.pages | 2/13/2009 |
| APPLE042668 | Biderman, David | Near-Realtime Streaming Overview v5.pdf | 2/5/2009 |
| APPLE042676 | Biderman, David | Near-Realtime Streaming Overview.pages | 2/4/2009 |
| APPLE042681 | Biderman, David | Near-Realtime Streaming Overview.rtf | 2/4/2009 |
| APPLE042687 | Biderman, David | near-realtime-streaming-77.pdf | 5/11/2009 |
| APPLE042688 | Biderman, David | near-realtime-streaming.graffle | 5/11/2009 |
| APPLE042691 | Biderman, David | near-realtime-streaming.pdf | 2/11/2009 |
| APPLE042692 | Biderman, David | near-realtime-streaming2.pdf | 2/5/2009 |
| APPLE042693 | Biderman, David | near-realtime-streaming3.pdf | 2/11/2009 |
| APPLE042694 | Biderman, David | smw - smooth streaming 11-18-2009.rtf | 11/19/2009 |
| APPLE042697 | Biderman, David | streaming acceptance test.numbers | 3/27/2009 |
| APPLE042698 | Biderman, David | streaming brainstorm.rtf | 4/30/2008 |
| APPLE042699 | Biderman, David | streaming demo details.rtf | 6/26/2008 |
| APPLE042700 | Biderman, David | streaming meeting 12-5-2007.rtf | 12/6/2007 |
| APPLE042701 | Biderman, David | streaming meeting 2-2-2010.rtf | 2/8/2010 |