# EXHIBIT J

1/8/2014 Inlet Adds Real-Time Encoding of ASI/IP and HD Content to Spinnaker(TM) Live Streaming Appliances.

Case5:11-cv-01079-PSG Document432-12 Filed05/20/14 Page2 of 5

# Inlet Adds Real-time Encoding of ASI/IP and HD Content to Spinnaker(TM) Live Streaming Appliances.

Print

Date:       Apr 14, 2008
Words:      709
Publication: Business Wire

New Spinnaker Models Enable Direct Delivery of Broadcast Content to IP Networks

RALEIGH, N.C. & LAS VEGAS -- Inlet Technologies, the leader in advanced encoding solutions for new media, announced today at the 2008 NAB Show the availability of two additions to its Spinnaker family of live streaming appliances - the Spinnaker 4000 and 7000. Designed to impress both content distributors and viewers, these latest offerings follow Inlet's breakthrough November 2007 launch of Spinnaker 2.0, the first professional streaming appliance with simultaneous Flash, VC-1 and Silverlight output. The Spinnaker 4000 introduces ASI and IP input into the Spinnaker product line, and the Spinnaker 7000 supports high definition. Inlet has also introduced a third format to the Spinnaker family - H.264. With the inclusion of this popular codec in its live encoding product, content creators have more options than ever for how they deliver streaming media.

ASI/IP is an industry standard transmission protocol that traditional broadcasters, cable companies and video distributors use to receive content through their existing backhaul infrastructures. Spinnaker's support of ASI/IP inputs enables a direct, built-in conversion of video into H.264, Flash, VP6, WMV, VC-1, or Silverlight streams. The Spinnaker 4000 eliminates the need for ASI to SDI converters, improving plant density and reducing the infrastructure cost of decoding the video signal intended for delivery over an IP network.

"With the new Spinnaker 4000, broadcasters and other distributors can take their content directly off their backhaul feeds and deliver it over IP, without additional, expensive equipment," said Neal Page, Inlet Technologies CEO. "This exciting new product model represents another way in which Inlet bridges the gap between traditional broadcast infrastructures and streaming, thereby expanding the reach of video over IP networks. With the Spinnaker 4000, broadcasters can scale their operations to easily realize the potential of additional revenue streams derived from online content, while saving on infrastructure costs."

The Spinnaker 4000 will eliminate several decoding steps that would otherwise require tens of thousands of dollars worth of equipment. It improves channel density, reduces the hardware footprint and lowers the overhead costs associated with managing content from many channels of video.

Inlet's Spinnaker 7000 addresses the demand from both content creators and viewers for higher

1/8/2014 Inlet Adds Real-Time Encoding of Adobe® Flash® Content to Spinnaker(TM) Streaming Applianc...

Case5:11-cv-01079-PSG Document432-12 Filed05/20/14 Page3 of 5

resolution content as the bandwidth of broadband to the home increases. Content creators can now distribute high-quality, live HD content for viewing over IP networks in real time. With support for both H.264 and VC-1, the Spinnaker 7000 offers a full range of HD viewing options in the formats consumers want.

"While consumers have been able to download pre-fabricated, canned HD files from the web, to date there has not been a viable solution that would allow creators to offer live streaming content in the same HD quality consumers expect on their TV sets," commented Page.

"With this latest Inlet innovation, creators can produce live sports, entertainment and news content for real-time delivery over IP, in the same rich, high-quality detail viewers are used to seeing. Programmers looking to support platforms such as Flash and Silverlight now have a professional HD streaming appliance that can be deployed anywhere on their networks," he added.

These latest additions to the Spinnaker family as well as other Inlet products are on display at NAB 2008. For a product demo or to receive more information, please stop by booth number SL8325 in the South Hall.

About Inlet Technologies

Recently named to Frost & Sullivan's Hot Company Watchlist for World Video Encoders and Transcoders, Inlet Technologies is the leading provider of advanced encoding solutions, enabling new media for new networks. Inlet solutions produce the highest quality video, faster and more efficiently than any other solution. Inlet allows content creators, programmers and distributors to increase production efficiency, reduce costs and deliver superior quality video over any Internet Protocol (IP) network. Inlet's award-winning products - the Fathom[R] and Spinnaker[TM] encoder families and Semaphore[TM] automated quality control software - scale seamlessly from mobile to web to high-definition. Inlet solutions are ideal for applications such as Video-on-Demand, Web- based video, real-time, professional streaming and digital archiving and dailies. Inlet customers, such as Modern Video, MLB.com and Microsoft, are able to expand their audiences and create new revenue from their valuable content. For more information, visit www.inlethd.com.

COPYRIGHT 2008 Business Wire

Copyright 2008 Gale, Cengage Learning. All rights reserved.

1/8/2014 Inlet Technologies unveils two new Spinnaker real-time encoders | Cable & IPTV content from Broadcast Engineering

Case5:11-cv-01079-PSG Document432-12 Filed05/20/14 Page4 of 5

Contact Us | About Us | JobZone

REGISTER | LOG IN

News | Production | Newsrooms | Post-Production | Distribution | Infrastructure | Products

Resources

HOME > DISTRIBUTION > CABLE & IPTV > INLET TECHNOLOGIES UNVEILS TWO NEW SPINNAKER REAL-TIME ENCODERS

# Inlet Technologies unveils two new Spinnaker real-time encoders

| Broadcast Engineering    May 1, 2008

Inlet Technologies has rolled out the Spinnaker 4000 and 7000, the two latest additions to its Spinnaker family of live streaming appliances.

The Spinnaker 4000 introduces ASI and IP input into the Spinnaker product line, and the Spinnaker 7000 supports HD. Inlet has also added H.264 support to the Spinnaker family.

Spinnaker's support of ASI/IP inputs enables a direct, built-in conversion of video into H.264, Flash, VP6, WMV, VC-1 or Silverlight streams. The Spinnaker 4000 eliminates the need for ASI-to-SDI converters, and allows broadcasters and other distributors to take their content directly off their backhaul feeds and deliver it over IP.

Inlet's Spinnaker 7000 allows content creators to distribute high-quality, live HD content for viewing over IP networks in real time. With support for both H.264 and VC-1, the Spinnaker 7000 offers a full range of HD viewing options.

For more information, visit www.inlethd.com.

Please Log In or Register to post comments.



## Commentaries and Blogs

**World's largest storage system**
by Brad Dick
Posted 10 weeks ago
in Brad on Broadcast

**4K: Business as usual, con the consumers**
by David Austerberry
Posted 11 weeks ago
in Broadcast Engineering Blog

**Cardless security brings battleground inside the chip**
by Philip Hunter
Posted 11 weeks ago
in Broadcast Engineering Blog



## Briefing Room

**Sennheiser receives Engineering Emmy's® Philo T. Farnsworth Award**

**Small Tree Demonstrates TitaniumZ-5 Mobile Shared Storage System at CCW Expo 2013**

**TSL Products Features a Mix of Solutions for Broadcast, IT and Industrial Sectors at PALME Vietnam 2013**

**Match any system delays with four new variable video delays from Crystal Vision**

**Industry Vets Matt Cowan and Garrett J. Smith Join Entertainment Technology Consultants in Key Roles**

View All



### Broadcast Engineering Newsletters

*Subscribe to our newsletters and get regular updates on the technology that most interests you.*

SUBSCRIBE

Connect With Us

---

## BroadcastEngineering.com

Browse Back Issues | Newsletters | Blogs | Video | Podcasts | Training | Web Seminars

### Site Features
Digital Reference Guide
Job Listings
Site Archive
View Mobile Site

### Broadcast Engineering Corporate
About Us
Privacy Statement
Terms of Use

Follow Us

### Search BroadcastEngineering.com

---

## Broadcast Engineering

News | Production | Newsrooms | Post-Production | Distribution | Infrastructure | Products | Resources

Copyright © 2014 Penton