# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EMBLAZE LTD., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 45:11-cv-01079-SBA |
| | ) (PSG) (N.D. Cal.) |
| APPLE INC., A CALIFORNIA | ) Magistrate Judge Paul Singh Grewal |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**CONFIDENTIAL – ATTORNEY'S EYES ONLY**

**EXPERT REPORT OF CATHARINE M. LAWTON**

**NOVEMBER 9, 2013**

Expert Report of Catharine M. Lawton

(315)   Beginning in 2005, Flash began to challenge Microsoft's dominance.  By March 2008, Flash was the number one format for video on the Internet—with 75% of online videos viewed with Flash technology.

> Penetration measures the percentage of viewers on the available platforms that have downloaded the respective player, and Flash shines here with an overall penetration rate of 98 percent 62 percent of which were H.264-capable. Not surprisingly, in March 2008, research firm comScore reported that 75 percent of online videos are viewed with Flash technology, making Flash the number-one format for video on the Web.[611]

(316)   On April 30, 2007, Microsoft released **Silverlight (beta) as a "Flash Killer"**[612] in an effort to stem the tide of Flash:

> Via VP6, Macromedia (and then Adobe, who acquired Macromedia in 2005), could match Microsoft's video quality in a brandable player that could be integrated with the rest of a Flash-based site, and was truly cross platform and near ubiquitous. This proved irresistible to most broadcast and entertainment sites, where Microsoft's share in these markets dropped to single digits by 2010. Microsoft released a Flash competitor called Silverlight in 2007 to stem the tide, but the player never achieved the penetration necessary to convince Flash users to adopt it.[613]

(317)   By early-2007, Flash and Microsoft were in a competitive battle "to become the platform of choice for rich internet applications ("RIA")"[614] that was described in early-2008 as follows:

---

[611] Ozer, Jan, "Flash vs. Silverlight," Streaming Media, June 8, 2008, (http://www.streaminglearningcenter.com/articles/flash-vs-silverlight.html?page=1).

[612] Montalbano, Elizabeth, "Microsoft Goes Open Source?" TechHive, April 28, 2007, (http://www.techhive.com/article/131331/article.html). "Microsoft Unveils Silverlight as Flash Killer," TechHive, April 2007, (http://www.techhive.com/article/130744/article.html). Clarke, Gavin, "Silverlight glow dimmed by cross-platform concerns; Bad for web health," The Register, May 1, 2007, (http://www.theregister.co.uk/2007/05/01/microsoft_open_source_mix/). *See, also,* Malik, Om, "Another fight ... Microsoft vs. Adobe." Gigaom.com, April 15, 2007, (http://gigaom.com/2007/04/15/another-fight-microsoft-vs-adobe/).

[613] Ozer, Jan, "What is Streaming?" Streaming Media Magazine, February 26, 2011, (http://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-is-Streaming-74052.aspx).

[614] Ozer, Jan, "Flash vs. Silverlight," Streaming Media, June 8, 2008, (http://www.streaminglearningcenter.com/articles/flash-vs-silverlight.html?page=3).  (In essence, RIAs are browser-based programs that provide similar functionality to desktop applications. . . . Why are RIAs so strategically important? Primarily because from a development tools' perspective, RIAs sit at the intersection

Expert Report of Catharine M. Lawton

> What's Microsoft to do when Adobe comes knocking on its door? Take the battle to the internet, moving desktop applications to the web in the same way the competition wants to bring the web to the desktop. Such is the strategy behind the current competition between Microsoft's Silverlight and Adobe's Flash. . . .

> Adobe is making a play for dominance of the desktop—any desktop— and shooting to go well beyond the level of integration of web and desktop that was the crowning achievement of Macromedia Director's glory days. . . .

> Microsoft's Silverlight is more than just a set of content creation tools; the company sees it as a cross-browser, cross-platform plug-in for delivering next-generation media experiences and rich interactive applications for the web. . . .[615]

(318)   The Adobe v. Microsoft battle was characterized by another streaming media writer:

> In short, Microsoft traditionally dominated the desktop, and it is moving to the Web. While Adobe has dominated the Web, it is moving to the desktop — with RIAs in the middle of the two strategic moves. The approach that ultimately wins will sell the dominant share of development tools for creating RIAs and perhaps both web and desktop applications. In the words of Silverlight developer Scott Stanfield, CEO of Vertigo — the company that designed the Hard Rock Café Memorabilia website using Silverlight: "Adobe has the hearts and minds of the design community, while Microsoft has the hearts and minds of the developer community. You need both to create RIAs."[616]

(319)   And, Microsoft was reportedly focusing on video streaming—from mobile to desktop to its HD entertainment systems—in a bid to combat Flash's dominance:

> To combat Flash's dominance, Microsoft has chosen to use video streaming—from the mobile device that runs Windows CE to the desktop and entertainment system that's capable of high-definition

---

of Adobe and Microsoft's past and future. Although they are less well-known than the Windows operating system and Office Suite, Microsoft development tools such as Visual Basic (VB), C#, and .NET are very widely used to primarily develop desktop applications. Now the Silverlight browser plug-in is the vehicle to port these applications to the Web in the form of RIAs. With Flash, Adobe was primarily focused on Internet functionality, but with the new Adobe Integrated Runtime (AIR), the company is porting these RIAs to the desktop.)

[615] Siglin, Tom, "More Flash Brings More Light," Streaming Media Magazine, February/March 2008, (http://www.streamingmedia.com/Articles/Editorial/Featured-Articles/More-Flash-Brings-More-Light-65117.aspx).

[616] Ozer, Jan, "Flash vs. Silverlight," Streaming Media, June 8, 2008, (http://www.streaminglearningcenter.com/articles/flash-vs-silverlight.html?page=1).

Confidential - Attorney's Eyes Only     CORRECTED

content playback—as a key component of its marketing strategy against Adobe. . . . Microsoft notes that "Silverlight scales video quality to everything from mobile devices to desktop browsers to 720p HDTV video mode." . . .

**Microsoft is pushing streaming equally hard, as it knows that video is one of the best ways to create a user experience with deep impact.** To better serve those developers interested in pushing beyond the application to use video streaming, Microsoft is offering the free streaming and application hosting package called Silverlight Streaming by Windows Live. The company pitches the ability to author content in Microsoft Expression Encoder as well as other "third-party editing environments," in such a way that web designers have control of not just their applications but also the total delivery environment for up to 4GB worth of applications and streaming video content.[617]   (Emphasis added.)

(320)   By early-2008, "Microsoft Silverlight has achieved a number of high-profile design wins — including mlb.com,[618] nba.com, and NBC's streaming technology for the broadcast of the upcoming [summer 2008] Olympics."[619]   The 2008 Beijing Summer Olympics "were supposed to be the coming out party for Microsoft's Silverlight . . . Microsoft signed their biggest third party partner for Silverlight in NBC, who will stream 2,200 hours of video content at its Olympics site using Microsoft's technology."[620]   Microsoft's Alex Zambelli explained its move into HTTP-based adaptive streaming as follows:

Move Networks proved on several occasions in 2008 that HTTP-based media delivery could be done successfully on a large scale—both on-demand and live, such as with the broadcast of the **Democratic**

[617] Siglin, Tom, "More Flash Brings More Light," Streaming Media Magazine, February/March 2008, (http://www.streamingmedia.com/Articles/Editorial/Featured-Articles/More-Flash-Brings-More-Light-65117.aspx).
[618] "MLB Brightens Microsoft Silverlight Player," WebProNews, August 8, 2007, (http://www.webpronews.com/mlb-brightens-microsoft-silverlight-player-2007-08).
[619] Ozer, Jan, "Distribute Expertise: Flash vs. Silverlight," Digital Content Producer, June 1, 2008, (http://digitalcontentproducer.com/videoencodvd/revfeat/flash_vs_silverlight//index.html).
[620] Catone, Josh, "Adobe Wins Gold in Online Olympics," Sitepoint, August 6, 2008, (http://www.sitepoint.com/adobe-wins-gold-in-online-olympics/). On November 16, 2008, Microsoft's Scott Guthrie summarized the 2008 Summery Olympics:  "The **NBC Olympics** site used Silverlight 2 to serve more than 3,500 hours of live and on-demand Olympic coverage to over 60 million unique visitors this summer. Visitors to the site watched an *average* of 27 minutes of video - which is stunningly high for online video. The site used the new Silverlight adaptive streaming capability to support 1.5Mbit bitrates - which helped deliver an awesome video experience.") Guthrie, Scott, "Update on Silverlight 2 – and a glimpse of Silverlight 3," ScottGu's Blog, November 16, 2008, (http://weblogs.asp.net/scottgu/archive/2008/11/16/update-on-silverlight-2-and-a-glimpse-of-silverlight-3.aspx).

Expert Report of Catharine M. Lawton

**National Convention**, using Microsoft® Silverlight™ as the client framework. Microsoft demonstrated this again during coverage of the **2008 Beijing Summer Olympic Games**, when it prototyped its own HTTP-based adaptive streaming platform.[621] (Emphasis added.)

(321)   Microsoft described "the NBC [2008 Beijing Summer] Olympics site being a **huge success** for Silverlight and HTTP-based adaptive streaming" and stated:

> With this implementation, NBC and Microsoft were able to offer a better-than-WMS streaming experience while using just simple HTTP download, with increased average content viewing times that directly translated to better advertising and monetization opportunities. . . .[622] (Emphasis added.)

(322)   Microsoft was also making a bid with Silverlight on smartphones in an effort to beat Adobe on phones:[623]

> Jobs's comments [dissing Flash] came on the same day Microsoft Corp. announced a deal to make its Silverlight media player available on mobile phones using Nokia Corp. software.
>
> Microsoft launched Silverlight, a challenger to Flash, for PCs in April 2007. It will run on smartphones that use the newer S60 version of Nokia's Symbian mobile phone operating system, as well as older ones using the S40 version, Microsoft said.
>
> Symbian is the dominant system on smartphones in terms of market share, with Nokia shipping about 53 per cent of the 35.5 million smartphones sent out in the fourth quarter of 2007.[624]

---

[621] Zambelli, Alex, "IIS Smooth Streaming Technical Overview," Microsoft, March 24, 2009, 3, (http://www.microsoft.com/en-us/download/details.aspx?id=17678).

[622] Zambelli, Alex, "IIS Smooth Streaming Technical Overview," Microsoft, March 24, 2009, 9, (http://www.microsoft.com/en-us/download/details.aspx?id=17678).

[623] Frommer, Dan, "Steve Jobs: Flash not Good Enough for iPhone. Is Microsoft's Silverlight?" Business Insider, March 5, 2008, (http://www.businessinsider.com/2008/3/steve-jobs-flash-not-good-enough-for-iphone-is-microsofts-silverlight).

[624] "Flash video not suitable for iPhone, Apple CEO says," CBC News, March 5, 2008, (http://www.cbc.ca/news/technology/flash-video-not-suitable-for-iphone-apple-ceo-says-1.696486). *See, also,* Higginbotham, Stacey, "Silverlight Goes Mobile With Nokia" Gigcom.com, March 3, 2008, (http://gigaom.com/2008/03/03/silverlight-goes-mobile-with-nokia/).

Expert Report of Catharine M. Lawton

(326)    Notwithstanding these provisions, for Apple iPhone users, by November 2008, "lack of Flash support has been a paramount complaint about the handset since its release,":

> This could come as major disappointment to iPhone owners, **as the lack of Flash support has been a paramount complaint about the handset since its release.** No Flash means that the iPhone browser is incapable of displaying a large portion of the internet. For example, free Flash games aren't supported, videos can't be streamed from the vastly popular television and movie site Hulu, and websites that use Flash to render content or navigation won't work on the iPhone.[639]   Emphasis added.)

(327)    Based on my investigation, I have not been able to locate information regarding the terms of Apple's license with Google.


## J.  Samsung Launches Instinct as "iPhone Killer" with Streaming Multimedia and Live TV, among other features

(328)    On April 1, 2008, Sprint announced the "Samsung Instinct, a new wireless GPS-capable smart phone with a touch screen that will undoubtedly draw comparisons to the Apple iPhone."[640]  The Instinct was the "platform for Sprint's data services—streaming Sprint TV, the Sprint Music Store, and Sprint Navigation."[641]  "Sprint has always been more about streaming media through the Internet than about syncing it from a PC – the company offers a wide range of streaming radio and video channels, and their selection once got our Editors' Choice for mobile video services."[642]

(329)    An April 1, 2008 *TechCrunch* article reviewed the Samsung Instinct against the iPhone, noted that **"Features-wise, the Instinct is the clear winner"** and "could indeed

---

[639] Chen, Brian X., "Why Apple Won't Allow Adobe Flash on iPhone," Wired, November 17, 2008, (http://www.wired.com/gadgetlab/2008/11/adobe-flash-on/).

[640] Hamblen, Matt, "Sprint, Samsung announce 'Instinct' to rival iPhone," *ComputerWorld*, April 1, 2008 (http://www.computerworld.com/s/article/9074118/Sprint_Samsung_announce_Instinct_to_rival_iPhone ).

[641] Segan, Sascha, "Sprint Gets Touchy With Samsung Instinct," PC Magazine, April 1, 2008, (http://www.pcmag.com/article2/0,2817,2280600,00.asp).

[642] Segan, Sascha, "Sprint Gets Touchy With Samsung Instinct," PC Magazine, April 1, 2008, (http://www.pcmag.com/article2/0,2817,2280600,00.asp).

Expert Report of Catharine M. Lawton

challenge the iPhone;" on a features by features comparison, **the iPhone lacked "Streaming multimedia" and "Mobile TV,"** as shown in **Table 2,**[643] below:

> **The juicy phone from CTIA that's getting all the hot press so far today is the Samsung Instinct for Sprint, the phone our own John Biggs said could rival the iPhone itself. ... Features-wise, the Instinct is the clear winner.** That being said, the Safari browser, iPod, and other features the iPhone matches the Instinct with are superior, and we also know a 3G version is coming, and likely updates will add support for video. When that's taking into consideration, they're fairly well matched handsets. We'll have to see how both sides work it out, **but the Instinct could indeed challenge the iPhone.**[644]   (Emphasis added.)

---

[643] Hickey, Matt, "Versus: iPhone and the Samsung Instinct," *TechCrunch*, April 1, 2008, (http://techcrunch.com/2008/04/01/versus-iphone-and-the-samsung-instinct/).
[644] Hickey, Matt, "Versus: iPhone and the Samsung Instinct," *TechCrunch*, April 1, 2008, (http://techcrunch.com/2008/04/01/versus-iphone-and-the-samsung-instinct/).

Expert Report of Catharine M. Lawton

**Table 2**

| Feature | iPhone | Instinct |
|---|---|---|
| Virtual QWERTY | x | x |
| Visual voicemail | x | x |
| Video recording | | x |
| Camera | x | x |
| Web browser | x | x |
| Voice navigation | | x |
| 3G | | x |
| WiFi | x | |
| Bluetooth | x | x |
| Expandable memory | | x |
| Streaming multimedia | | x |
| Email | x | x |
| SMS | x | x |
| MMS | | x |
| True GPS | | x |
| Music | x | x |
| Maps | x | x |
| Mobile TV | | x |
| YouTube | x | |
| Live home view | | x |

(330)    On June 19, 2008, the Samsung Instinct became available to Sprint customers, and was available to all customers June 20, 2008.  The functionalities of the Instinct include, among many others, the ability to "watch live TV," something that the iPhone 3G was not offering at the time.

Confidential - Attorney's Eyes Only    172    CORRECTED

Expert Report of Catharine M. Lawton

Initial indications show extremely heavy use of the device for email access, web browsing and GPS navigation with Live Search for Sprint providing access to directory information on-the-go, interactive maps and one-touch click to call access. Instinct also offers the ability to quickly share pictures, watch live TV, listen to commercial-free radio and more as Sprint's first EVDO Rev A consumer device.

Instinct boasts many advanced features including Visual Voicemail, allowing users to listen to messages in their order of preference and manage them with a simple tap of the screen. Additional features include advanced stereo Bluetooth(R) 2.0, SMS voice and text messaging with threaded text, picture caller ID, a 2.0 megapixel camera with camcorder, haptic feedback, expandable microSD memory of up to 8GB and Sprint Mobile Sync.[645]

(331)   A June 8, 2008 *Mobile Tech Review* review of the Samsung Instinct stated that it "loved the rich feature set including . . . streaming media players":

Pitting the Instinct vs. the iPhone, Sprint has reminded us that the Instinct has key features that the 1st generation iPhone lacks including the ability to send MMS pictures and video, GPS, a removable battery, **streaming TV content** over EVDO and voice dialing. Yes, 'tis true the Instinct has all these and so far, they've worked extremely well for us. Cool. . . .

Remember when a phone was just a phone? Forget those memories. The Samsung Instinct is a music player, **streaming radio player**, **streaming video player**, web browser, email machine, GPS and handheld gaming device. . . .

[T]he Instinct is fun, generally easy to use and it has lots of features the first generation iPhone lacks. We love the rich feature set including the GPS, **streaming media players**, Live Search, Bluetooth stereo support, an SDHC expansion slot and lots more.[646]  (Emphasis added.)

(332)   A June 23, 2008 *Wired* article noted that the **iPhone had "nothing" to stream live TV**, and the Samsung Instinct won the round because it "clearly has a capability the iPhone lacks":

---

[645] "Samsung Instinct Becomes Sprint's Fastest-Selling EVDO Handset within First Week of Availability," Sprint Press Release (http://newsroom.sprint.com/article_print.cfm?article_id=696).
[646] Gade, Lisa, "Samsung Instinct for Sprint," June 8, 2008, Mobile Tech Review, (http://www.mobiletechreview.com/phones/Samsung-Instinct.htm).

Confidential - Attorney's Eyes Only                   173

**The Instinct will stream live TV,** although we'll see if it manages to overcome the audio and video dropouts which usually plague these services. **Sprint says 30-plus channels are available. The iPhone? Nothing,** although you can buy TV and movies from the iTunes store to watch later. I gave up watching regular TV years ago, so I'd pick the iPhone here, **but as the Sprint clearly has a capability the iPhone lacks, it wins this round.**[647] (Emphasis added.)

(333)   Beginning in April 2008, Sprint was promoting the Samsung Instinct as an **"iPhone Killer,"** highlighting **Live TV,** among other features.[648]   Samsung and Sprint "hyper-marketed" the Instinct "pitching [it] hard with TV commercials, movie theater spots and of course their website." [649]   The ads:

- Highlighted the Instinct's features,[650] including **Live TV,**[651] shooting videos to upload to YouTube,[652] among other features.

- Compared **Instinct vs. iPhone** claiming **"Instinct wins!"** and highlighted the iPhone's lack of **Live TV,**[653] Sprint's faster 3G network,[654] Instinct's faster

[647] Sorrel, Charlie, "Marketing Showdown: Samsung Instinct vs iPhone 3G," *Wired*, June 23, 2008 (http://www.wired.com/gadgetlab/2008/06/showdown-instin/).

[648] *See, e.g.,* O'Grady, Jason D., "Yet another iPhone killer: Samsung's Instinct," ZDNet, April 1, 2008, (http://www.zdnet.com/blog/apple/yet-another-iphone-killer-samsungs-instinct/1495). "Sprint's Samsung Instinct: At Last, a Decent iPhone Competitor," Gizmodo, April 1, 2008, (http://gizmodo.com/374454/sprints-samsung-instinct-at-last-a-decent-iphone-competitor).

[649] Gade, Lisa, "Samsung Instinct for Sprint," June 8, 2008, Mobile Tech Review, (http://www.mobiletechreview.com/phones/Samsung-Instinct.htm).

[650] "Sprint Instinct Romance Commercial," (http://www.youtube.com/watch?v=dg52BMTBkbQ). ("You want everything" commercial.). "Sprint Instinct Commercial," (http://www.youtube.com/watch?v=YUOlFJ5TZeA). (Short 20 second general promotion "I love your phone" commercial.)

[651] "Samsung Instinct National Commercial," (http://www.youtube.com/watch?v=wOSqPqTpn0k). ("It's My Instinct, It's My World," highlighting "it's my update" showing LIVE – BREAKING NEWS.)

[652] "Samsung Instinct – Cop," (http://www.youtube.com/watch?v=DFz1O9TzAto). ("Making a video, gonna put it on YouTube, you know how many hits it's going to get?").

[653] "Samsung Instinct Commercial Movie Trailer," (http://www.youtube.com/watch?v=mPyY-mUT0lA). ("Movie Trailer" commercial, highlighting the Instinct as "an iPhone Killer;" featuring GPS navigation, Live TV, and lightning fast Internet.). "Samsung Instinct from Sprint," (http://www.youtube.com/watch?v=MR_Ug_p4Nm8). ("Greatest product placement movie ever made," highlighting voice-cued GPS navigation, lightning fast Internet, and "introducing Live TV."). "Sprint Instinct vs. iPhone – Live TV," (http://www.youtube.com/watch?v=pLEPy899HFE). (Short 18 second "Instinct Wins!" ad highlighting Live TV.).

[654] "Samsung Instinct Commercial," (http://www.youtube.com/watch?v=ZhJxOG_2cuo ). ("Cupcake commercial," highlighting 5x more 3G coverage, "Instinct's got it, iPhone doesn't.")

Expert Report of Catharine M. Lawton

Internet connection speed,[655] GPS navigation (pinpoint exact location), shooting video, and downloading music away from WiFi.[656]  (Emphasis added.)

(334)    By June 26, 2008, Sprint was reporting record sales of the **Samsung Instinct**, and was described as the **iPhone 3G's most competent rival**."[657] (Emphasis added.)  "And, since Sprint officially kicked off general sales of the Samsung Instinct on June 20, Sprint's been seeing these touchscreen handsets flying off their shelves.  So much so that Sprint has announced the Samsung Instinct as the best-selling EVDO handset to ever be offered from Sprint."[658]  In June 2009, Sprint and Stanton Communications earned the "Silver Anvil Award"—the public relations industry's most coveted award—for the launch and promotion of the Samsung Instinct.[659]  The launch was described as one of the most successful in Sprint's history and "[t]he campaign resulted in record-breaking sales at both Sprint retail stores and among the company's channel partners."[660]

(335)    By mid-2008, other carriers were also promoting multimedia phones, including Verizon's promotion of the LG Decoy, a slider phone:  "V CAST Video-capable – download or stream video from the best names in news, sports, entertainment and more."[661]

---

[655] "Samsung Instinct VS BYE Phone Fast Internet," (http://www.youtube.com/watch?v=zA3XLI42tuI). ("Instinct vs. iPhone:  Internet Connection Speed; Instinct wins!").  (Collection of "Instinct wins!" ads.)
[656] "Samsung Instinct vs. Apple iPhone," (http://www.youtube.com/watch?v=ugE6DPXomkQ).
[657] Park, Will, "Sprint sees record sales of Samsung Instinct," IntoMobile, June 26, 2008, (http://www.intomobile.com/2008/06/26/sprint-sees-record-sales-of-samsung-instinct/).
[658] Park, Will, "Sprint sees record sales of Samsung Instinct," IntoMobile, June 26, 2008, (http://www.intomobile.com/2008/06/26/sprint-sees-record-sales-of-samsung-instinct/).
[659] "Sprint, Stanton Communications Earn Silver Anvil Award,"  Bulldog Reporter, June 23, 2009, (http://www.bulldogreporter.com/dailydog/article/sprint-stanton-communications-earn-silver-anvil-award).
[660] "Sprint, Stanton Communications Earn Silver Anvil Award,"  Bulldog Reporter, June 23, 2009, (http://www.bulldogreporter.com/dailydog/article/sprint-stanton-communications-earn-silver-anvil-award).
[661] "Verizon Wireless And LG Introduce World's First Wireless Phone With Built-In Detachable Bluetooth Headset," Verizon, June 16, 2008, (http://www.verizonwireless.com/news/2008/06/pr2008-06-16.html). "Dare To Be Different With Hot New LG Phones From Verizon Wireless," Verizon, June 11, 2008, (http://www.verizonwireless.com/news/2008/06/pr2008-06-11a.html).  (Profiling three new LG phones with V CAST Video capability:  LG Dare, LG Decoy, and LG Chocolate 3.)

Expert Report of Catharine M. Lawton

## L. Apple's Business Opportunity

(339)     In 1997, it was recognized that "the emerging multimedia industry will include some of the largest business opportunities of the next two decades."[665]   By mid-2004, "[s]treaming media is causing a sea change in education, business, and mass media," and "streaming . . . is revolutionizing the media landscape" and mobile video was expected to be a "must-have service" in the coming years.[666] By October 2006, experts were reporting that the video market was at an inflection point.[667] "At some point in 2008, . . . RTMP and RTSP became four-letter words in the streaming video space. . . . <u>HTTP re-emerged as the "it" protocol for large event streaming</u>, . . . <u>The year [2009] started with Move Networks and Microsoft promoting HTTP as the optimal protocol for large event streaming</u>."[668] (Emphasis added.)

(340)     Notwithstanding the foregoing long wind-up to this business opportunity, based on the internal documents Apple has produced, it does not appear that Apple had established a development program prior to late-2007 to capitalize on it.   As such, it appears that once again, Apple was both slow and very late in taking action on the business opportunity related to video streaming.

(341)     Apple's potential business opportunity around HTTP Live Streaming was three-fold. <u>First</u>, it could enable Apple to challenge Flash's dominance in the mobile market—and potentially kill Flash.   <u>Second</u>, given Apple's enormous installed base of iPhones, Apple could beat Microsoft's new, and first to market HTTP-based Smooth Streaming and avoid the related—and well known—business risks associated with competition from Microsoft.   <u>Third</u>, it would respond to the competitive challenge by the new smartphones, including Samsung's Instinct.

---

[665] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 28 – 30.

[666] Krikke, Jan, "Streaming Video Transforms the Media Industry," IEEE Computer Graphic, July/August 2004, (http://www.computer.org/csdl/mags/cg/2004/04/mcg2004040006.html).

[667] "Online Video: The Market is Hot, but Business Models are Fuzzy," Knowledge@Wharton, July 12, 2006. (http://knowledge.wharton.upenn.edu/article.cfm?articleid=1519).

[668] Ozer, Jan, "The Player's the Thing . . . But So Is The Codec, Format, and Protocol, Streaming Media Magazine, Spring 2010, (http://www.streamingmediaglobal.com/Articles/ReadArticle.aspx?ArticleID=65748&PageNum=1).

Expert Report of Catharine M. Lawton

(342)    This was a particularly high stakes business situation for Apple; by May 1, 2009, Apple's iPhone "franchise" was reportedly valued at as much as $65 billion—about half of Apple's $131 billion market capitalization at the time.[669]   Apple needed to protect the house.

## 1) Challenging Flash's Dominance

(343)    Apple iDevices have never supported Flash.  Apple's first two iPhones—the iPhone in June 2007, and the iPhone 3G in June 2008—did not support Flash.  And, by mid-2009, Apple's position had persisted for _**two years**_ even though the lack of Flash support had been **"a paramount concern"** of iPhone owners since its release.[670]  (Emphasis added.)

(344)    _Tech Crunch_ wrote that the lack of Flash was a **"minor annoyance" with the iPhone**, but with the **iPad** launched in April 2010—it **"was a big deal"**:

> At the time the iPhone was announced, lack of support for Adobe Flash seemed like a glaring omission, for a platform that was so hell-bent on being a portable computing device. But it wasn't until the iPad came out, two-and-a-half years later, that the battle between Apple and Adobe, Flash vs. HTML5, and "open" vs. "proprietary" reached a fever pitch.
>
> The iPad was announced in January at WWDC, but wasn't available until March. And when it did finally become available, people began to notice that the lack of Flash, which then was the de facto standard for video playback and interactivity on the web, was missing. For the iPhone, not having Flash was a minor annoyance — after all, few other smartphones had very good Flash support at the time... But for the iPad, which in many cases was being used as a laptop replacement, at least for consumption of media, that was a big deal.
>
> It wasn't long before Google latched onto this and began promising an alternative to the "broken" Apple devices which wouldn't give users access to the full web, as publishers intended them to view it. It's tough

---

[669] Hazlett, Thomas W., "Modular Confines of Mobile Networks: Are iPhones iPhony?" George Mason University/Microsoft Conference, May 7, 2009, 17, (http://innovationforum.gmu.edu/papers/hazlett.pdf). (_Citing_, AdMob Mobile Metrics Report (March 2009), p. 3. Usage is recorded in ad responses, called "requests." While the number of devices sold influences usage, the market shares recorded here directly reflect data traffic.)

[670] Chen, Brian X., "Why Apple Won't Allow Adobe Flash on iPhone," Wired, November 17, 2008, (http://www.wired.com/gadgetlab/2008/11/adobe-flash-on/).

Expert Report of Catharine M. Lawton

to believe now, but at one point, Flash on mobile devices was actually considered a feature. There was Google's Andy Rubin in April 2010, announcing that Android would have full Flash support in Froyo, the next version of the operating system to be released.

Battle lines were drawn, and just a few days later, Steve Jobs issued his epic missive "Thoughts on Flash," which sought to explain, once and for all, why Apple didn't — and wouldn't ever — integrate Flash into its mobile and tablet devices. There were numerous reasons, and Jobs debunked the trope of Flash being "open," as well as its ability to access the full web. He also brought up security, reliability, performance, and battery life issues that plagued devices using the plugin.

Most importantly, though, Apple didn't want Adobe developers to create cross-platform apps which didn't take advantage of the latest features, development libraries and tools.[671]  (Emphasis added.)

(345)    The business rationale behind Apple's decision to not allow Flash on Apple iDevices was

described in a November 2008 *Wired* article:

Flash is Adobe's highly popular platform for displaying interactive graphics, animations and multimedia within a browser. **According to Adobe, 98 percent of desktop computers currently support Flash, which has led to its widespread use by web developers**. Adobe's recent announcement that it is working on a version of Flash for Windows Mobile has prompted speculation that an iPhone version might be coming soon. But the speculators may be waiting in vain, based on Apple's TOS and the company's history of tightly controlling applications for its smartphone platform.

**Allowing Flash — which is a development platform of its own — would just be too dangerous for Apple,** a company that enjoys exerting total dominance over its hardware and the software that runs on it. **Flash has evolved from being a mere animation player into a multimedia platform capable of running applications of its own. That means Flash would open a new door for application developers to get their software onto the iPhone: Just code them in Flash and put them on a web page. In so doing, Flash would divert business from the App Store, as well as enable publishers to distribute music, videos and movies that could compete with the iTunes Store.**

---

[671] Lawler, Ryan, "Steve Would Be Proud:  How Apple Won The War Against Flash," Tech Crunch, June 30, 2012, (http://techcrunch.com/2012/06/30/steve-jobs-war-against-flash/).

Confidential - Attorney's Eyes Only                    180                    CORRECTED

Expert Report of Catharine M. Lawton

Apple's well aware of these problems, which is why the company wrote a clause in its iPhone developers' Terms of Service agreement (.pdf) that **prohibits Flash from appearing on the iPhone**:

"An Application may not itself install or launch other executable code by any means, including without limitation through the use of a plug-in architecture, calling other frameworks, other APIs or otherwise," reads clause 3.3.2 of the iPhone SDK agreement, which was recently published on WikiLeaks. "No interpreted code may be downloaded and used in an Application except for code that is interpreted and run by Apple's Published APIs and built-in interpreter(s)."

**This could come as major disappointment to iPhone owners, as the lack of Flash support has been a paramount complaint about the handset since its release. No Flash means that the iPhone browser is incapable of displaying a large portion of the internet. For example, free Flash games aren't supported, videos can't be streamed from the vastly popular television and movie site Hulu, and websites that use Flash to render content or navigation won't work on the iPhone.**

. . .

**And aside from taking software control away from Apple, Flash would introduce a slew of other potential headaches as well.** Flash apps could hurt battery life, suck up the graphics-processing unit's power, use an inordinate amount of memory, or potentially introduce security risks. Apple has plenty of customer complaints to address about the iPhone; the last thing it needs is to add Adobe and Flash to the pile.

**In August, Britain's Advertising Standards Authority pulled an iPhone advertisement because the commercial said, "All the parts of the internet are on the iPhone." The lack of Flash and Java support on iPhone were enough for the ad to be deemed misleading**. And it's looking like Apple won't be able to air that ad again.[672] (Emphasis added.)

---

[672] Chen, Brian X., "Why Apple Won't Allow Adobe Flash on iPhone," Wired, November 17, 2008, (http://www.wired.com/gadgetlab/2008/11/adobe-flash-on/). *See, also*, Ferreira, Armando, "Why Steve Jobs Killed Flash," The Droid Effect, March 28, 2013, (http://thedroideffect.com/why-steve-jobs-killed-flash/). ("If there was one company that had any chance to stop Apple from growing it would have been Adobe. Prior to the success of Android, Adobe had the potential to really hurt Apple. Many believe to this date the reason why Apple chose not to support Flash was due to poor performance and lack of optimization on a mobile platform. Although this is partially true, the biggest reason why Mr. Jobs really wanted Flash to die was the fact that it would really put a dent on Apples App Store.  If Apple would have supported Flash like

(346)    By April 2010, **"the Apple v. Adobe vendetta [got] nastier."** One commenter described the situation at the time under the headline, **"The real reason why Steve Jobs hates Flash"**:

> There has been some ... *interesting* news from the tech sector this week.
>
> Firstly, the Apple vs. Adobe vendetta gets even nastier, with a public letter from Steve Jobs explaining why Adobe's Flash multimedia format will not *ever* be allowed into the garden of pure ideology that is the iPhone/iPad fork of OSX.
>
> Secondly, Hewlett-Packard are buying Palm, apparently for Palm's WebOS — with rumors of plans to deploy a range of WebOS tablets to rival the iPad — at the same time, they're killing their forthcoming Windows 7 slate, just as Microsoft are killing the Courier tablet project.
>
> Finally, gizmodo (not, perhaps, an unbiased source in this regard given current events) have a fun essay discussing Apple's Worldwide Loyalty Team, the internal unit tasked with hunting down and stopping leaks.
>
> It's probably no exaggeration to say that Apple's draconian security policies are among the tightest of any company operating purely in the private sector, with a focus on secrecy that rivals that of military contractors. But even so, the control freak obsessiveness which Steve Jobs is bringing to bear on the iPad — and the desperate flailing around evident among Apple's competitors — bears some examination. What's going on?
>
> **<u>I've got a theory, and it's this: Steve Jobs believes he's gambling Apple's future — the future of a corporation with a market cap well over US $200Bn — on an all-or-nothing push into a new market</u>**. HP have woken up and smelled the forest fire, two or three years late; Microsoft are mired in a tar pit, unable to grasp that the inferno heading towards them is going to burn down the entire ecosystem in which they exist. There is the smell of panic in the air, and here's why ...

---

they should have, developers could have easily created apps, and games that could have bypassed the App Store therefore, losing revenue from potential sales. Just imagine, being able to play awesome games from a website without having to download an app, for free on your mobile device. This was Jobs biggest fear after all, the iPhone played a huge role in the growth of mobile development. Apple wanted full control of the mobile space and the only company at that the time that posed a threat was Adobe. I sometimes wonder, what would have happened if Apple would have supported Flash development. Would the web we see today be different? HTML5 is very mature and most browsers support it, but it's still limited to what you can do when it comes to creating a rich web experience.")

Expert Report of Catharine M. Lawton

We have known since the mid-1990s that the internet was the future of computing. With increasing bandwidth, data doesn't need to be trapped in the hard drives of our desktop computers: data and interaction can follow us out into the world we live in. . . .

**Anyway, here's Steve Jobs' strategic dilemma in a nutshell: the PC industry as we have known it for a third of a century is beginning to die.**

PCs are becoming commodity items. The price of PCs and laptops is falling by about 50% per decade in real terms, *despite* performance simultaneously rising in real terms. The profit margin on a typical netbook or desktop PC is under 10%. Apple has so far survived this collapse in profitability by aiming at the premium end of the market — if they were an auto manufacturer, they'd be Mercedes, BMW, Porsche and Jaguar rolled into one. But nevertheless, the underlying prices are dropping. Moreover, the PC revolution has saturated the market at any accessible price point. That is, anyone who needs and can afford a PC has now got one. Elsewhere, in the developing world, the market is still growing — but it's at the bottom end of the price pyramid, with margins squeezed down to nothing.

At the same time, wireless broadband is coming. As it does so, organizations and users will increasingly move their data out into the cloud (read: onto hordes of servers racked up high in anonymous data warehouses, owned and maintained by some large corporation like Google). Software will be delivered as a service to users wherever they are, via whatever device they're looking at — their phone, laptop, tablet, the TV, a direct brain implant, whatever. (Why is this? Well, it's what everyone *believes* — everyone in the industry, anyway. Because it offers a way to continue to make money, by selling software as a service, despite the cost of the hardware exponentially dropping towards zero. And, oh, it lets you outsource a lot of annoying shitty admin tasks like disk management, backup, anti-virus, and so on.)

**My take on the iPhone OS, and the iPad, isn't just that they're the start of a whole new range of Apple computers that have a user interface as radically different from their predecessors as the original Macintosh was from previous command-line PCs. Rather, they're a hugely ambitious attempt to keep Apple relevant to the future of computing, once Moore's law tapers off and the personal computer industry craters and turns into a profitability wasteland.**

**The App Store and the iTunes Store have taught Steve Jobs that ownership of the sales channel is *vital*. Even if he's reduced to**

Expert Report of Catharine M. Lawton

**giving the machines away, as long as he can charge rent for access to data (or apps) he's got a business model**. He can also maintain quality (whatever that is), exclude malware, and beat off rivals. A well-cultivated app store is actually a customer draw. It's also a powerful tool for promoting the operating system the apps run on. Operating system, hardware platform, and apps define an ecosystem.

**Apple is trying desperately to force the growth of a new ecosystem — one that rivals the 26-year-old Macintosh environment — to maturity in five years flat. That's the time scale in which they expect the cloud computing revolution to flatten the existing PC industry**. **Unless they can turn themselves into *an entirely different kind of corporation by 2015* Apple is doomed to the same irrelevance as the rest of the PC industry — interchangeable suppliers of commodity equipment assembled on a shoestring budget with negligible profit.**

Signs of the Macpocalypse abound. This year, for the first time, the Apple Design Awards at WWDC'10 are only open to iPhone and iPad apps. Mac apps need not apply; they don't contribute to Apple's new walled garden ecosystem.

**Any threat to the growth of the app store software platform is going to be resisted, vigorously, at this stage**. Steve Jobs undoubtedly believes what he (or an assistant) wrote in his thoughts on flash: "Flash is a cross platform development tool. It is not Adobe's goal to help developers write the best iPhone, iPod and iPad apps. It is their goal to help developers write cross platform apps." And he really *does not want* cross-platform apps that might divert attention and energy away from his application ecosystem. **The long term goal is to support the long-term migration of Apple from being a hardware company with a software arm into being a cloud computing company with a hardware subsidiary** — almost like Google, if you squint at the Google Nexus One in the right light. The alternative is to join the PC industry in a long death spiral into irrelevance.

. . .

This is why there's a stench of panic hanging over silicon valley. this is why Apple have turned into paranoid security Nazis, why HP have just ditched Microsoft from a forthcoming major platform and splurged a billion-plus on buying up a near-failure; it's why everyone is terrified of Google:

Expert Report of Catharine M. Lawton

**The PC revolution is almost coming to an end, and everyone's trying to work out a strategy for surviving the aftermath**[673] (Emphasis added.)

(347)   Later data shows that Charlie Stross's prediction was spot on, and the inflection point was in 2010, just as he had suggested in April 2010.   As shown in **Chart 14**, below, the data shows that smartphones alone overtook desktops and notebooks for the first time in 2011—and have really taken off with global unit computers shipments were forecasted to shrink year over year  beginning in 2012.[674]

**Chart 14**



---

[673] Stross, Charles, "The real reason why Steve Jobs hates Flash," Charlie's Diary, April 30, 2010, (http://www.antipope.org/charlie/blog-static/2010/04/why-steve-jobs-hates-flash.html).   Charles Stross is a published author and has worked as a technical writer, freelance journalist, programmer and pharmacist. He holds degrees in Pharmacy and Computer Science.  Between 1994 and 2004, he was also an active writer for the magazine *Computer Shopper* and was responsible for the monthly Linux column.  *See,* "Charles Stross," (http://en.wikipedia.org/wiki/Charles_Stross#cite_note-2).

[674] Meeker, Mary, "Internet Trends @ Stanford – Bases," Kleiner Perkins Caufield Byers, December 3, 2012, Slide 25, (http://www.kpcb.com/insights/2012-internet-trends-update).

(348)   The most recent May 2013 report further confirms the decline of desktops and notebooks shipments as shown in **Chart 15**, below[675]:

### Chart 15



(349)   In addition, Apple would have recognized that it needed to move fast.  Given Flash's dominant market penetration on the desktop and efforts to move into mobile, if Adobe introduced an HTTP-based protocol before Apple—and it was adopted by the industry—Apple would come under even more pressure to allow Flash on its iDevices. Adobe, however, stumbled, and did not announce its HTTP Dynamic Streaming ("HDS") until October 2009;[676] HDS did not launch until June 2, 2010.[677]   Ironically, Adobe

---

[675] Meeker, Mary, Wu, Liang, "Internet Trends – D11 Conference,"  Kleiner Perkins Caufield Byers, May 29, 2013, Slide 46 (http://www.kpcb.com/insights/2013-internet-trends).

[676] *See, e.g.,* "RTMP, RTMFP and HTTP – The multi-protocol experience with Flash Media Delivery on Flash Player 10.1," Adobe, October 5, 2009, (http://blogs.adobe.com/ktowes/2009/10/rtmp_rtmfp_and_http_the_multi-.html).  "FMS Announcements from Adobe MAX 2009," Adobe, October 27, 2009, (http://groups.adobe.com/index.cfm?event=post.display&postid=7250).  (Announcement of meeting to discuss "new HTTP Streaming technology with Project Zeri," among other things.).  Rayburn, Dan, "Adobe to

Expert Report of Catharine M. Lawton

launched HDS the day after **Steve Jobs said "that Adobe Flash was on the wane and old technology not unlike a floppy disk drive."**[678]  (Emphasis added.)

(350)    The fact that Adobe was late—and "slow to adopt and support HTTP based streaming"—created a window of opportunity for Apple and Steve Jobs.

> **Adobe has really been behind Microsoft when it comes to the functionality, capability, scalability and pricing model of their streaming server and has been slow to adopt and support HTTP based streaming.** This has led some CDNs like Akamai to not wait for Adobe to support HTTP and forced them to develop and deploy their own HTTP based Flash streaming technology, which they announced in September of last year. And while I've heard that this has made Adobe quite unhappy, CDNs can't always rely on third party companies for services they need today.[679]  (Emphasis added.)

## 2) Beating Microsoft's Smooth Streaming

(351)    In late-March 2009, Microsoft introduced its HTTP-based Smooth Streaming Technical Overview.[680]  Given the industry's technological sea change and move toward HTTP-

---

Release Support For HTTP Flash Streaming Next Month," Streaming Media, March 2, 2010, (http://blog.streamingmedia.com/2010/03/adobe-to-release-support-for-http-flash-streaming-very-shortly.html).  ("Back in October, Adobe announced that sometime in 2010 they would provide support for HTTP streaming enabling CDNs to leverage their existing HTTP infrastructure and cache technologies for video delivery. The platform, called "project Zeri", will provide support for all Flash Codecs, support adaptive bit-rate switching, support live and on-demand delivery, enable the protection of content and will include full support within the Open Source Media Framework, to help provide a standard player. Kevin Towes from Adobe detailed all of this in a post on the Adobe blog six months ago.")

[677] Dreier, Troy, "Adobe Releases HTTP Dynamic Streaming," June 2, 2010, (http://www.streamingmedia.com/Articles/News/Online-Video-News/Adobe-Releases-HTTP-Dynamic-Streaming-67571.aspx).

[678] Dreier, Troy, "Adobe Releases HTTP Dynamic Streaming," June 2, 2010, (http://www.streamingmedia.com/Articles/News/Online-Video-News/Adobe-Releases-HTTP-Dynamic-Streaming-67571.aspx).

[679] Rayburn, Dan, "Adobe to Release Support For HTTP Flash Streaming Next Month," Streaming Media, March 2, 2010, (http://blog.streamingmedia.com/2010/03/adobe-to-release-support-for-http-flash-streaming-very-shortly.html).

[680] Zambelli, Alex, "IIS Smooth Streaming Technical Overview," Microsoft, March 24, 2009, 3, (http://www.microsoft.com/en-us/download/details.aspx?id=17678).

Expert Report of Catharine M. Lawton

based protocols,[681] and Microsoft's focus on killing Flash since at least 2007,[682] Apple likely would have wanted to *"beat Microsoft to the punch."*

(352)    And, in 2008, Apple was presented with an opportunity when Microsoft's live streaming with Silverlight stumbled.   In November 2008, Microsoft Silverlight suffered a high profile setback when the MLB—Silverlight's first major deployment[683]—announced that it would <u>not</u> use Silverlight for the 2009 season and instead "selected Adobe's Flash video platform to deliver its live and on-demand video for the next two years starting in 2009."[684] NBC also reverted to Flash following the 2008 Summer Olympics in Beijing.[685]

(353)    At MLB, various issues with Silverlight were reported including in April 2008,[686] and in August 2008.[687]

---

[681] Ozer, Jan, "The Player's the Thing . . . But So Is The Codec, Format, and Protocol, Streaming Media Magazine, Spring 2010, (http://www.streamingmediaglobal.com/Articles/ReadArticle.aspx?ArticleID=65748&PageNum=1)
[682] Montalbano, Elizabeth, "Microsoft Goes Open Source?" TechHive, April 28, 2007, (http://www.techhive.com/article/131331/article.html). "Microsoft Unveils Silverlight as Flash Killer," TechHive, April 2007, (http://www.techhive.com/article/130744/article.html).  Clarke, Gavin, "Silverlight glow dimmed by cross-platform concerns; Bad for web health," The Register, May 1, 2007, (http://www.theregister.co.uk/2007/05/01/microsoft_open_source_mix/). *See, also,* Malik, Om, "Another fight ... Microsoft vs. Adobe." Gigaom.com, April 15, 2007, (http://gigaom.com/2007/04/15/another-fight-microsoft-vs-adobe/).
[683] Montalbano, Elizabeth, "Microsoft's Silverlight makes major league debut," InfoWorld, August 7, 2007, (http://www.infoworld.com/t/applications/microsofts-silverlight-makes-major-league-debut-633).
[684] Albrecht, Chris, "MLB to Silverlight:  You're Out!" Gigaom.com, November 17, 2008, (http://gigaom.com/2008/11/17/mlb-to-silverlight-youre-out/).  (Describing MLB.com: "MLB.com streams live every Major League spring training, regular season and postseason game, more than 2,500 annually, via its out-of-market subscription product, which has seen more than 1.5 million total subscribers since its debut on Opening Day 2003. Since that time, fans have accessed more than 1.8 billion streams of live and on-demand multimedia offerings on MLB.com, representing nearly 200 million hours of participation. By the end of 2008, MLB.com will once again stream nearly 12,000 live video events, including Major League Baseball games and thousands of events for its various business partners.").  "MLB.com Selects the Adobe Flash Platform," Adobe, November 17, 2008, (http://www.adobe.com/aboutadobe/pressroom/pressreleases/200811/111708AdobeandMLB.com.html).  *See, also,* Dilger, Daniel Eran, "Brightcove adds support HTTP Live Streaming for Apple iOS devices," Apple Insider, November 2, 2010, (http://appleinsider.com/articles/10/11/02/brightcove_adds_support_http_live_streaming_for_apple_ios_devices).
[685] Dilger, Daniel Eran, "Brightcove adds support HTTP Live Streaming for Apple iOS devices," Apple Insider, November 2, 2010, (http://appleinsider.com/articles/10/11/02/brightcove_adds_support_http_live_streaming_for_apple_ios_devices).
[686] Albrecht, Chris, "MLB.TV Whiffs the Start of Baseball Season," Gigaom.com, April 3, 2008, (http://gigaom.com/2008/04/03/mlbtv-whiffs-the-start-of-baseball-season/).

Confidential - Attorney's Eyes Only                    188                    CORRECTED

Expert Report of Catharine M. Lawton

MLB.com no longer uses Microsoft's Silverlight to stream games to its 500,000 subscribers. This season fans will watch live and on-demand video via Adobe's Flash player.

In November [2008], Major League Baseball Advanced Media, the league's tech unit, announced it would discontinue using Silverlight, the browser plug-in that MLBAM had signed up for barely a year earlier.[688] The decision was not insignificant. MLBAM not only runs the profitable MLB.com streaming-video service, the Web's most successful subscription service, but the group is also influential with other leagues and sporting events. MLBAM handles much of the back-end operations for CBS's Webcasts of the NCAA Basketball Tournament and this year will do the encoding for the 2009 Masters golf tournament (CBS is the parent company of CNET News).

Baseball never detailed the reasons for dropping Silverlight but sources close to the negotiations between the league and Microsoft said it was a series of glitches and conflicts between the companies that led to the split.[689]

(354)    MLB's decision to dump Microsoft's Silverlight created an important window of opportunity for Apple to attack Flash's dominance—particularly given the fact that MLB chose Silverlight over Flash for the 2008 season because **Flash "is especially bad on the Mac OS X.**  [MLB was interested in adopting Silverlight], [s]pecifically for media playback, so that it would allow us to create a uniform experience across the board and capture the new Mac market users. . . . I think that is the Golden Egg which they have that differentiates themselves from every other technology out there which is the media playback."[690]  (Emphasis added.)

---

[687] McLaughlin, Kevin, "Microsoft's Silverlight Striking Out on MLB.com, CRN, August 5, 2008, (http://www.crn.com/news/applications-os/209903322/microsofts-silverlight-striking-out-on-mlb-com.htm).

[688] Sandoval, Greg, "MLB.com drops Silverlight for Adobe Flash," CNET News, November 17, 2008, (http://news.cnet.com/8301-1023_3-10098963-93.html).

[689] Sandoval, Greg, "Silverlight strikes out with MLB," ZDNet, April 6, 2009, (http://www.zdnet.com/news/silverlight-strikes-out-with-mlb/285784).

[690] Allen, Jonathan, "Silverlight at Major League Baseball.com; Interview with Henry Belmont & Thaniya Keereepart," InfoQ, February 26, 2008, (http://www.infoq.com/interviews/mlb-silverlight).

Expert Report of Catharine M. Lawton

### 3) Responding to New Smartphone Challengers

(355)     At the same time, as discussed previously, Apple was being challenged by Samsung's April 2008 announcement and June 2008 launch of the highly successful Samsung Instinct phone, which was being "hyper-marketed" as an **"iPhone Killer"** that had capabilities that the iPhone did not have, including Live TV.[691]  (Emphasis added.)

### 4) Apple's Strategy – <u>HTTP Live Streaming</u>

(356)     Apple's business strategy to address the foregoing business situation was to introduce the accused infringing HTTP Live Streaming.  By late-2008, Apple had a unique and highly time dependent opportunity to attempt to address the foregoing situation by proposing a new video standard, rapidly driving acceptance of the standard by requiring its use on all iOS devices, and quickly encouraging a few "killer apps" like MLB At Bat to use it—*a move that had the potential to make Apple the leader in video.*

(357)     At least six considerations underpinned Apple's HTTP Live Streaming business strategy:

(358)     **<u>First</u>**, "[b]ecause Apple owns both a very popular platform (iDevices) and operating system (iOS), it retains absolute power to control standards adapted by Apple devices."[692]  Apple's **vertical integration** and focus on end-to-end solutions proved to be an advantage (which will be discussed in more detail later in this report).

(359)     **<u>Second</u>**, by June 2009, Apple had **scale** with an installed iOS base (iPhone, iTouch) base of 40 million units,[693] which represented an attractive market for publishers and software developers.[694]  By October 2011, "[t]he iOS platform is a critical target for

---

[691] *See, e.g.,* Gade, Lisa, "Samsung Instinct for Sprint," June 8, 2008, Mobile Tech Review, (http://www.mobiletechreview.com/phones/Samsung-Instinct.htm).
[692] Ozer, Jan, "What is Streaming?" Streaming Media Magazine, February 26, 2011, (http://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-is-Streaming-74052.aspx).
[693] *See, e.g.,* Siegler, MG, "State Of The iPhone Ecosystem:  40 Million Devices and 50,000 Apps," TechCrunch, June 8, 2009, (http://techcrunch.com/2009/06/08/40-million-iphones-and-ipod-touches-and-50000-apps/).
[694] Ozer, Jan, "What is HLS (HTTP Live Streaming)?"  Streaming Media, October 14, 2011, (http://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-is-HLS-(HTTP-Live-Streaming)-78221.aspx). ("HLS can distribute both live and on-demand files and is the sole technology available for

Expert Report of Catharine M. Lawton

virtually all streaming publishers, and HLS can deliver the best possible experience to that platform, and others that support HLS playback."[695] As a result, Apple's iPhone was well positioned to continue benefitting from network effects and increasing returns (which will be discussed in detail later in this report).

(360)    **Third,** Apple wanted to continue increase its installed base, gain market share, and **lock in customers** in order to achieve the positive feedback loop and increasing returns. This is a particularly important factor in network effects industries—and a factor that Apple understood well—as demonstrated by Apple's Phil Schiller's testimony at the *Apple v. Samsung* trial:

> So as more and more customers start to get these smartphones, like the iPhone, then you, again, as we see these two categories, you're either trying to sell to a new user who doesn't have one or you're selling to an upgrade user. And we know from all of our products and experiences we've had selling to customers that a customer who already has one is used to that one, that whole ecosystem. If I have an iPhone, I'm used to how the iPhone works, and I've invested in the applications, and I've invested in the accessories. So I'm more invested in that product, and I'm more likely to stick with that product line once I have it. So we're at this really critical juncture where customers are either getting into an ecosystem for the first time or they're staying with that ecosystem and most often upgrading and staying with it.[696]

(361)    **Fourth,** Apple wanted to avoid the **risk of being locked out** of the market (which will be discussed in more detail later in this report). This point is established in a July 2009 article, shortly after HLS launched, as well as in Steve Jobs April 2010 letter regarding Flash:

▪ **July 2009 Article:**   Apple's HTTP Live Streaming proposed draft [submitted to the IETF on May 1, 2009] looks a lot like a method Microsoft began selling last year, called Smooth Streaming. The difference is that Apple's proposed IETF standard can use anybody's

---

adaptively streaming to Apple devices, which is an increasingly important target segment to streaming publishers.")

[695] *See, also,* Ozer, Jan, "What is HLS (HTTP Live Streaming)?"  Streaming Media, October 14, 2011, (http://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-is-HLS-(HTTP-Live-Streaming)-78221.aspx).

[696] Apple v. Samsung Trial Tr. August 3, 2012 Vol. 3 (Schiller),  615 – 616.

Expert Report of Catharine M. Lawton

encoder and broadcast server, and will work with any client software designed to receive the stream. In contrast, Microsoft's Smooth Streaming is of course designed to exclusively use Microsoft Expression Encoder, Microsoft Internet Information Server with a Smooth Streaming extension, and requires Microsoft's Silverlight 2 on the client.

**Essentially, Apple wants a standard for streaming video that anyone can use so that it can continue selling hardware without being either shut out of the market by proprietary software, or held captive by it; Microsoft, as a software vendor, wants to create another captive market where it has the power to shut out competitors at its whim.** In parallel to Microsoft's Silverlight Smooth Streaming, Adobe also offers an equivalent Flash-based streaming server of its own.

If this is all beginning to sound familiar, it's because video streaming has followed much of the same historical trajectory as multimedia playback, making the history of streaming another chapter in the history of QuickTime.[697] (Emphasis added.)

▪ **Steve Jobs April 2010 Letter (described as an "epic missive")**: **We know from painful experience** that letting a third party layer of software come between the platform and the developer ultimately results in sub-standard apps and hinders the enhancement and progress of the platform. If developers grow dependent on third party development libraries and tools, they can only take advantage of platform enhancements if and when the third party chooses to adopt the new features. **We cannot be at the mercy of a third party deciding if and when they will make our enhancements available to our developers.**

This becomes even worse if the third party is supplying a cross platform development tool. The third party may not adopt enhancements from one platform unless they are available on all of their supported platforms. Hence developers only have access to the lowest common denominator set of features. **Again, we cannot accept an outcome where developers are blocked from using our innovations and enhancements because they are not available on our competitor's platforms**.

Flash is a cross platform development tool. It is not Adobe's goal to help developers write the best iPhone, iPod and iPad apps. It is their goal to help developers write cross platform apps. **And Adobe has been**

---

[697] McLean, Prince, "Apple Launches HTTP Live Streaming standard in iPhone 3.0." *Apple Insider*. July 08, 2009.
(http://appleinsider.com/articles/09/07/08/apple_launches_http_live_streaming_standard_in_iphone_3_0).

Expert Report of Catharine M. Lawton

> **painfully slow to adopt enhancements to Apple's platforms. For**
> **example, although Mac OS X has been shipping for almost 10 years**
> **now, Adobe just adopted it fully (Cocoa) two weeks ago when they**
> **shipped CS5. Adobe was the last major third party developer to**
> **fully adopt Mac OS X.**
>
> **Our motivation is simple – we want to provide the most advanced**
> **and innovative platform to our developers, and we want them to**
> **stand directly on the shoulders of this platform and create the best**
> **apps the world has ever seen. We want to continually enhance the**
> **platform so developers can create even more amazing, powerful,**
> **fun and useful applications. Everyone wins – we sell more devices**
> **because we have the best apps, developers reach a wider and**
> **wider audience and customer base, and users are continually**
> **delighted by the best and broadest selection of apps on any**
> **platform.**[698]  (Emphasis added.)

(362)    **Fifth.**  Apple would have been motivated by the success of the iPhone and its head start
and first mover advantage (which will be discussed in detail later in this report) in the
new smartphone category that it represented.  In the face of new competition including
the Samsung Instinct, Apple would have been motivated to protect its new iPhone
franchise that in May 2009, was reportedly valued at as much as $65 billion—nearly
half of Apple's market capitalization at the time.

(363)    **Sixth**, Apple had been motivated since at least July 1999[699] to try to establish its
streaming video technology as an industry standard—but had been unsuccessful, and
remained in third place in streaming video.  Apple's technology had failed to gain
"traction."   Apple's continuing motivation is reflected in its decision to submit HTTP
Live Streaming to the IETF as a proposed standard on May 1, 2009.  The facts clearly
establish that Apple was highly motivated to try and establish its technology as a digital

---

[698] Jobs, Steve, "Thoughts on Flash," Apple, April 2010, (http://www.apple.com/hotnews/thoughts-on-flash/).
[699] Beale, Stephen, "Final Cut Is Finally Here," Macworld, July 1, 1999,
(http://www.macworld.com/article/1015102/finalcut.html). ("Apple sees DV as one of several factors
contributing to explosive growth in digital video. Tim Myers, Apple's senior product manager for video
products, notes that video professionals and consumers alike now have access to relatively inexpensive
digital-video-capture devices. In addition, opportunities for distributing digital video are expanding, thanks
to the Internet and DVD. What's missing, he says, are affordable, easy-to-use tools that are well integrated
with supporting hardware, a niche that Apple hopes to fill with Final Cut and special configurations of the
Power Mac G3.")

Expert Report of Catharine M. Lawton

video standard.   Furthermore, it is well known in the computer industry that many economic benefits accrue to a **"standard bearer"** (which will be discussed in detail later in this report).  In addition, if Apple's proposed standard were to become a *de facto* standard, Apple could position itself as a leader in video—a sharp contrast from its persistent third place position for more than a decade.

### M.  "iPhone 3.0 introduces mobile streaming"

(364)     On March 17, 2009, Apple announced that iOS 3.0 would have "Streaming Video" and "Streaming Audio," however, it was "(literally limited to writing 'streaming video' on the slide of other features, below), leaving out any details about how it would work and not even mentioning the feature in any detail in the presentation."[700]   The slide that Apple presented in March 2009 is shown below:[701]



---

[700] McLean, Prince, "Apple Launches HTTP Live Streaming standard in iPhone 3.0." *Apple Insider.* July 08, 2009.
(http://appleinsider.com/articles/09/07/08/apple_launches_http_live_streaming_standard_in_iphone_3_0).
*See, also,* Foresman, Chris, "Apple proposes HTTP streaming feature as IETF standard – Apple has touted new HTTP Live Streaming features of the iPhone OS 3.*de facto . . .*" ars technica, July 9, 2009,
(http://arstechnica.com/apple/2009/07/apple-proposes-http-streaming-feature-as-a-protocol-standard/).
[701] Snell, Jason and Dan Moren, "Live Update:  iPhone Software 3.0," *Macworld,* March 17, 2009
(http://www.macworld.com/article/1139401/appleevent.html).

Expert Report of Catharine M. Lawton

## G. Date of Hypothetical Negotiation

(967)    The date of the hypothetical negotiation was discussed previously.  For the reasons that I have explained, I assume that Apple's date of first infringement is **not earlier than July 30, 2008**—the date that Apple used an ESPN feed to test demo software—and **not later than February 12, 2009**—the date that Apple had an HLS Demo configuration.

## H. Parties to the Hypothetical Negotiation

(968)    The Parties to the Hypothetical Negotiation are **Emblaze**, the owner of the '473 patent-in-suit, and **Apple**, the entity that designed, tested and has used the allegedly infringing technology and requires the use of HLS on iDevices that are streaming live content greater than 10 minutes of 5 MB, as well as promoted and supported the use of HLS within the Apple Developer group, and others.

(969)    There is little doubt that Steve Jobs would have been personally involved in the hypothetical negotiation.   He was hands on and reportedly "micromanaged to a shockingly high degree to an amazingly low level in the organization. . . . At the height of his power Jobs personally ran marketing, oversaw product development, involved himself in the details of every acquisition and met weekly with Apple's advertising agency."[1597]   "Jobs had many [meetings]:   an executive staff session every Monday, a marketing strategy session all Wednesday afternoon, and endless product review sessions."[1598]

## I. Reconstructing the "But-For" World

(970)    In determining Emblaze's damages, the determinative question is "Had Apple not infringed what would Apple have made?"[1599] The "but for" inquiry has been described as follows:

---

[1597] Lashinsky, Adam, "Inside Apple:  How America's Most Admired—and Secretive—Company Really Works," (New York:  Hachette Book Group, 2012), 20.
[1598] Isaacson, Walter, Steve Jobs, (New York:  Simon & Schuster Paperbacks, 2013), 362.
[1599] *Grain Processing Corporation v. American Maize Products Company*, 185 F.3d 1341 (Fed. Cir. 1999).