1  Martin B. Pavane (*admitted pro hac vice*)
   Lisa A. Ferrari (*admitted pro hac vice*)
2  Andrew P. Nemiroff (*admitted pro hac vice*)
   Marilyn Neiman (*admitted pro hac vice*)
3  COZEN O'CONNOR
   277 Park Avenue
4  New York, New York 10172
   Telephone: 212.883-4900
5  Facsimile: 212.986-0604
   Email:   mpavane@cozen.com
6           lferrari@cozen.com
            anemerioff@cozen.com
7           mneiman@cozen.com

8  Nathan Dooley (SBN 224331)
   COZEN O'CONNOR
9  601 South Figueroa Street
   Suite 3700
10 Los Angeles, CA 90017
   Telephone: 213.892.7900
11 Toll Free Phone: 800.563.1027
   Facsimile: 213.892.7999
12 Email: ndooley@cozen.com

13 Mark V. Isola (SBN 154614)
   REHON & ROBERTS
14 A Professional Corporation
   830 The Alameda
15 San Jose, CA 95126
   Telephone: (408) 494-0900
16 Facsimile: (408) 494-0909
   Email: misola@rehonroberts.com
17
   *Attorneys for Plaintiff Emblaze, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., a California Corporation, , <br><br> Defendant. | Case No.: 5:11-cv-01079-PSG <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> [Assigned for all purposes to Hon. Paul S. Grewal] |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Mark V. Isola, of the law firm Rehon & Roberts, A |
| 3 | Professional Corporation, enters this Notice of Appearance as local counsel for Plaintiff Emblaze |
| 4 | Ltd. Copies of all future pleadings, motions, and other papers filed in this matter should be |
| 5 | served on the undersigned. |

DATED: May 21, 2014

REHON & ROBERTS
A Professional Corporation

By:   /s/ Mark V. Isola
      Mark V. Isola
      Attorneys for Plaintiff Emblaze, Ltd.

1

NOTICE OF APPEARANCE OF COUNSEL