MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
ERIN GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
ROBERT C. WILLIAMS (Bar. No. 246990)
robert.williams@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

SARAH BARROWS (Bar No. 253278)
barrowss@gtlaw.com
STEPHEN ULLMER (Bar No. 277537)
ullmers@gtlaw.com
GREENBERG TAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Tel: 415.655.1300
Fax: 415.707.2010

JAMES J. DECARLO (*Pro Hac Vice*)
decarloj@gtlaw.com
MICHAEL A. NICODEMA (*Pro Hac Vice*)
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | CASE NO. 5:11-CV-01079 PSG <br><br> **DEFENDANT APPLE INC.'S PROPOSED VERDICT FORM** |

## DEFENDANT APPLE INC.'S PROPOSED VERDICT FORM

**Section No. I — Questions Regarding Infringement**

**QUESTION NO. 1: PRACTICE OF THE '473 PATENT**

Do you find by a preponderance of the evidence that the accused HLS streams when viewed on the accused Apple products literally satisfy all limitations of any of the following claims of the '473 Patent? Answer "YES" (the claims are satisfied) or "NO" (the claims are not satisfied) as to each claim for each accused HLS stream:

| Accused HLS Streams | ABC News | PGA | MLB at Bat | NFL Preseason | ESPN | Apple Keynotes | iTunes Festival |
|---|---|---|---|---|---|---|---|
| Claim 1 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 2 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 8 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 9 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 10 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 11 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 12 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |

| Accused HLS Streams | ABC News | PGA | MLB at Bat | NFL Preseason | ESPN | Apple Keynotes | iTunes Festival |
|---|---|---|---|---|---|---|---|
| Claim 13 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 14 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 21 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 23 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 24 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 25 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 26 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 27 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 28 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 29 | Yes:____ No: ____ | Yes:____ No: ____ | Document: ____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |

| Accused HLS Streams | ABC News | PGA | MLB at Bat | NFL Preseason | ESPN | Apple Keynotes | iTunes Festival |
|---|---|---|---|---|---|---|---|
| Claim 36 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 37 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 38 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 40 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |
| Claim 41 | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ | Yes:____ No: ____ |

**QUESTION NO. 2: ACTIVE INDUCEMENT OF INFRINGEMENT OF THE '473 PATENT**

*Please answer Question 2 only if you answered "YES" to any part of Question 1.*

Do you find by a preponderance of the evidence that Apple has actively induced direct infringement of any of the following claims of the '473 Patent? Answer "YES" (has actively induced direct infringement) or "NO" (has not actively induced direct infringement) as to each claim:

| | | |
|---|---|---|
| Claim 1 | Yes (for Emblaze): | No (for Apple): |
| Claim 2 | Yes (for Emblaze): | No (for Apple): |
| Claim 8 | Yes (for Emblaze): | No (for Apple): |
| Claim 9 | Yes (for Emblaze): | No (for Apple): |

| | | |
|---|---|---|
| Claim 10 | Yes (for Emblaze): | No (for Apple): |
| Claim 11 | Yes (for Emblaze): | No (for Apple): |
| Claim 12 | Yes (for Emblaze): | No (for Apple): |
| Claim 13 | Yes (for Emblaze): | No (for Apple): |
| Claim 14 | Yes (for Emblaze): | No (for Apple): |
| Claim 21 | Yes (for Emblaze): | No (for Apple): |
| Claim 23 | Yes (for Emblaze): | No (for Apple): |
| Claim 24 | Yes (for Emblaze): | No (for Apple): |
| Claim 25 | Yes (for Emblaze): | No (for Apple): |
| Claim 26 | Yes (for Emblaze): | No (for Apple): |
| Claim 27 | Yes (for Emblaze): | No (for Apple): |
| Claim 28 | Yes (for Emblaze): | No (for Apple): |
| Claim 29 | Yes (for Emblaze): | No (for Apple): |
| Claim 36 | Yes (for Emblaze): | No (for Apple): |
| Claim 37 | Yes (for Emblaze): | No (for Apple): |
| Claim 38 | Yes (for Emblaze): | No (for Apple): |
| Claim 40 | Yes (for Emblaze): | No (for Apple): |
| Claim 41 | Yes (for Emblaze): | No (for Apple): |

**Section No. II — Questions Regarding Invalidity**

**QUESTION NO. 3: INVALIDITY—ANTICIPATION**

Do you find by clear and convincing evidence that any of the following claims of the '473 Patent are invalid as anticipated by the prior art? Answer "Yes" or "No" as to each claim:

| | | |
|---|---|---|
| Claim 1 | Yes (for Apple): | No (for Emblaze): |
| Claim 2 | Yes (for Apple): | No (for Emblaze): |
| Claim 8 | Yes (for Apple): | No (for Emblaze): |
| Claim 9 | Yes (for Apple): | No (for Emblaze): |
| Claim 10 | Yes (for Apple): | No (for Emblaze): |
| Claim 13 | Yes (for Apple): | No (for Emblaze): |
| Claim 14 | Yes (for Apple): | No (for Emblaze): |
| Claim 21 | Yes (for Apple): | No (for Emblaze): |
| Claim 23 | Yes (for Apple): | No (for Emblaze): |
| Claim 24 | Yes (for Apple): | No (for Emblaze): |
| Claim 25 | Yes (for Apple): | No (for Emblaze): |
| Claim 26 | Yes (for Apple): | No (for Emblaze): |
| Claim 27 | Yes (for Apple): | No (for Emblaze): |
| Claim 28 | Yes (for Apple): | No (for Emblaze): |
| Claim 29 | Yes (for Apple): | No (for Emblaze): |

| | | |
|---|---|---|
| Claim 36 | Yes (for Apple): | No (for Emblaze): |
| Claim 37 | Yes (for Apple): | No (for Emblaze): |
| Claim 38 | Yes (for Apple): | No (for Emblaze): |
| Claim 41 | Yes (for Apple): | No (for Emblaze): |

**QUESTION NO. 4: INVALIDITY—OBVIOUSNESS**

Do you find by clear and convincing evidence that any of the following claims of the '473 Patent are invalid as obvious in view of the prior art? Answer "Yes" or "No" as to each claim:

| | | |
|---|---|---|
| Claim 1 | Yes (for Apple): | No (for Emblaze): |
| Claim 2 | Yes (for Apple): | No (for Emblaze): |
| Claim 8 | Yes (for Apple): | No (for Emblaze): |
| Claim 9 | Yes (for Apple): | No (for Emblaze): |
| Claim 10 | Yes (for Apple): | No (for Emblaze): |
| Claim 11 | Yes (for Apple): | No (for Emblaze): |
| Claim 12 | Yes (for Apple): | No (for Emblaze): |
| Claim 13 | Yes (for Apple): | No (for Emblaze): |
| Claim 14 | Yes (for Apple): | No (for Emblaze): |
| Claim 21 | Yes (for Apple): | No (for Emblaze): |
| Claim 23 | Yes (for Apple): | No (for Emblaze): |

| | | |
|---|---|---|
| Claim 24 | Yes (for Apple): | No (for Emblaze): |
| Claim 25 | Yes (for Apple): | No (for Emblaze): |
| Claim 26 | Yes (for Apple): | No (for Emblaze): |
| Claim 27 | Yes (for Apple): | No (for Emblaze): |
| Claim 28 | Yes (for Apple): | No (for Emblaze): |
| Claim 29 | Yes (for Apple): | No (for Emblaze): |
| Claim 36 | Yes (for Apple): | No (for Emblaze): |
| Claim 37 | Yes (for Apple): | No (for Emblaze): |
| Claim 38 | Yes (for Apple): | No (for Emblaze): |
| Claim 40 | Yes (for Apple): | No (for Emblaze): |
| Claim 41 | Yes (for Apple): | No (for Emblaze): |

**QUESTION NO. 5: INVALIDITY—ENABLEMENT**

Do you find by clear and convincing evidence that any of the following claims of the '473 Patent are invalid as not enabled?  Answer "Yes" or "No" as to each claim:

| | | |
|---|---|---|
| Claim 11 | Yes (for Apple): | No (for Emblaze): |
| Claim 12 | Yes (for Apple): | No (for Emblaze): |
| Claim 40 | Yes (for Apple): | No (for Emblaze): |

**Section No. III – Questions Regarding Damages**

*Please answer the following questions only if you answered "YES" to any part of Question 2 and you answered "NO" for the same claim(s) for Questions 3, 4 and 5.*

**QUESTION NO. 6: FORM OF DAMAGES**

In the hypothetical negotiation, do you find that the parties would have entered into a fully paid-up lump sum license agreement?

_____ Yes                                                       _____ No

**QUESTION NO. 7: DAMAGES**

What sum of money, if any, do you find from a preponderance of the evidence is adequate to compensate Emblaze for any induced infringement by Apple? Provide the amount, if any, in dollars and cents.

$_____

**Certification of Jury Verdict**

The foregoing is the unanimous verdict of the jury.

Dated: _____                    _____
                                            Jury Foreperson

                                            _____
                                            Printed Name of Foreperson