| | |
|---|---|
| MARK FOWLER (Bar No. 124235) | SARAH BARROWS (Bar No. 253278) |
| mark.fowler@dlapiper.com | barrowss@gtlaw.com |
| ROBERT BUERGI (Bar No. 242910) | STEPHEN ULLMER (Bar No. 277537) |
| robert.buergi@dlapiper.com | ullmers@gtlaw.com |
| DLA PIPER LLP (US) | GREENBERG TAURIG, LLP |
| 2000 University Avenue | 4 Embarcadero Center, Suite 3000 |
| East Palo Alto, CA 94303-2214 | San Francisco, CA 94111-5983 |
| Tel: 650.833.2000 | Tel.: 415.655.1300 |
| Fax: 650.833.2001 | Fax: 415.707.2010 |
| | |
| JOHN ALLCOCK (Bar No. 98895) | JAMES J. DECARLO (*Pro Hac Vice*) |
| john.allcock@dlapiper.com | decarloj@gtlaw.com |
| ERIN GIBSON (Bar No. 229305) | MICHAEL A. NICODEMA (*Pro Hac Vice*) |
| erin.gibson@dlapiper.com | nicodemam@gtlaw.com |
| ROBERT C. WILLIAMS (Bar. No. 246990) | GREENBERG TRAURIG, LLP |
| robert.williams@dlapiper.com | MetLife Building |
| DLA PIPER LLP (US) | 200 Park Avenue, 34th Floor |
| 401 B Street, Suite 1700 | New York, New York 10166 |
| San Diego, CA 92101 | Tel: 212.801.9200 |
| Tel: 619.699.2700 | Fax: 212.801.6400 |
| Fax: 619.699.2701 | |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 5:11-CV-01079 PSG <br><br> **DEFENDANT APPLE INC.'S WITNESS LIST** <br><br> Trial Date: June 30, 2014 <br> Time: 9:30 a.m. <br> Place: Courtroom 5, 4th Floor <br> Judge: Hon. Paul S. Grewal |

WEST/248301386.1

CASE NO. 5:11-CV-01079 PSG
APPLE INC.'S WITNESS LIST

Defendant Apple Inc. ("Apple") respectfully submits the following list of witnesses who may testify as to the issues on which Apple has the burden of proof. Apple reserves the right to amend and/or supplement this list. Some of these witnesses are third parties, and Apple does not have control over their appearance. Apple therefore reserves the right to add and remove witnesses and to change the designations of witnesses' testimony—e.g., from "may call" to "will call"—as necessary, and reserves the right not to call any particular witness.

Apple further reserves the right to call as a witness anyone who is: (a) deposed in this case; (b) identified as a witness by Plaintiff Emblaze Ltd., even if the witness is subsequently removed from that party's witness list or supplemental witness list; or (c) called by Plaintiff Emblaze Ltd. at trial as a direct, rebuttal or impeachment witness.

For witnesses that Apple currently intends to call by deposition video, Apple reserves the right to call those witnesses live if they are available. Apple also reserves the right to call by deposition video a witness that Apple currently intends to call live.

|     | **WITNESS**        | **WILL CALL** | **MAY CALL** | **LIVE OR BY DEPOSITION VIDEO** |
|-----|--------------------|---------------|--------------|----------------------------------|
| 1.  | David Biderman     | X             |              | Live                             |
| 2.  | James Malackowski  | X             |              | Live                             |
| 3.  | Joe Inzerillo      | X             |              | Live                             |
| 4.  | Christopher Knox   | X             |              | Live                             |
| 5.  | Meriko Borogove    | X             |              | Live                             |
| 6.  | Michael Orchard    | X             |              | Live                             |
| 7.  | Nathaniel Polish   | X             |              | Live                             |
| 8.  | Roger Pantos       | X             |              | Live                             |
| 9.  | Bill May           |               | X            | Live                             |
| 10. | Dennis Backus      |               | X            | Live                             |
| 11. | Mark Buckley       |               | X            | Live                             |
| 12. | Travis Brown       |               | X            | Live                             |
| 13. | Erik Vershen       |               | X            | Live                             |
| 14. | Alon Cohen         | X             |              | Live                             |

|    | **WITNESS** | **WILL CALL** | **MAY CALL** | **LIVE OR BY DEPOSITION VIDEO** |
|----|-------------|---------------|--------------|----------------------------------|
| 15. | Dror Ginzberg | X | | Video |
| 16. | Tzur Daboosh | | X | Video |
| 17. | Edan Ayal | | X | Video |
| 18. | Joel Swensson | | X | Video |
| 19. | Sharon Carmel | X | | Video |
| 20. | Hagit Gal | | X | Video |
| 21. | Ziv Eliraz | | X | Video |
| 22. | Naftali Shani | X | | Video |
| 23. | Moshe Dgani | | X | Video |
| 24. | Dan Rabinowitz | | X | Video |
| 25. | Bruce Edwards | X | | Video |

Dated: June 3, 2014

DLA PIPER LLP (US)

By: /s/ Erin Gibson
  Mark Fowler (Bar No. 124235)
  mark.fowler@dlapiper.com
  Robert Buergi (Bar No. 242910)
  robert.buergi@dlapiper.com
  DLA PIPER LLP (US)
  2000 University Avenue
  East Palo Alto, California 94303
  T: 650.833.2000
  F: 650.833.2001

  John Allcock (Bar No. 98895)
  john.allcock@dlapiper.com
  Erin Gibson (Bar No. 229305)
  erin.gibson@dlapiper.com
  Robert Williams (Bar No. 246990)
  robert.williams@dlapiper.com
  DLA PIPER LLP (US)
  401 B Street, Suite 1700
  San Diego, California 92101
  T: 619.699.2862
  F: 619.764.6662

| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | Sarah Barrows (SBN 253278) |
| 3 | barrowss@gtlaw.com<br>Stephen Ullmer (SBN 277537) |
| 4 | ullmers@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 5 | 4 Embarcadero Center, Suite 3000 |
| 6 | San Francisco, CA 94111-5983<br>Telephone: (415) 655-1300 |
| 7 | Facsimile: (415) 707-2010 |
| 8 | James J. DeCarlo (Admitted *Pro Hac Vice*) |
| 9 | decarloj@gtlaw.com<br>Michael A. Nicodema (Admitted *Pro Hac Vice*) |
| 10 | nicodemam@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 11 | MetLife Building |
| 12 | 200 Park Avenue, 34th Floor<br>New York, New York 10166 |
| 13 | Tel.: (212) 801-9200<br>Fax: (212) 801-6400 |
| 14 | |
| 15 | *Attorneys for Defendant Apple Inc.* |