# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

EMBLAZE LTD.,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   Civil Action No. 45:11-cv-01079-SBA
                                       )   (PSG) (N.D. Cal.)
APPLE INC., A CALIFORNIA               )   Magistrate Judge Paul Singh Grewal
CORPORATION,                           )
                                       )
            Defendant.                 )
                                       )
                                       )

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXPERT REPORT OF CATHARINE M. LAWTON

NOVEMBER 9, 2013

# I. Assignment, Qualifications & Summary of Opinions

## A. Assignment

(1)    My name is Catharine M. Lawton.  I am a Director at Berkeley Research Group, LLC ("BRG").  I have been retained as an intellectual property damages expert by Cozen O'Connor, counsel to Emblaze, Ltd., formerly known as Geo Interactive Media Group, Ltd. ("Emblaze"), in the matter of *Emblaze Ltd.  v. Apple Inc.*

(2)    In particular, I have been retained to investigate and provide my opinions regarding the amount of damages, if any, which Emblaze has sustained as a result of Apple's alleged infringement of U.S. Patent No. 6,389,473 ("the '473 Patent").

(3)    This report sets forth the opinions about which I expect to testify at trial if asked to do so, along with the basis and reasons for these opinions based on my assignment, the information I have reviewed, and my analysis as of November 9, 2013.  I reserve the right to supplement this report and the opinions expressed in this report based upon any additional information that I receive.

## B. Independence & Compensation Disclosure

(4)    BRG has no past, current or contemplated future interest in either Emblaze or Apple or this litigation.  BRG is being compensated for services it has performed in connection with this assignment based upon BRG's hourly billing rates plus expenses.  BRG's compensation is in no way contingent upon BRG's work in this case, my opinions, analyses, testimony, or the outcome in any proceeding relating to this case.  My current billing rate for this engagement is $545 per hour.

(5)    The opinions expressed herein are my own, and have been developed based on my investigation, currently available information, my work to date, as well as my education and professional experience.

Expert Report of Catharine M. Lawton

---

## XII.    The Economics of the Computer Industry

(601)    Two facets of the economics of the computer industry, and technology-intensive industries more generally, are particularly relevant to this case:  network effects, and convergence.  The combination of the convergence of computing and communications in an industry characterized by network effects provided the potential for "winner-take-all" opportunities in which the winner(s) stood to realize exceptionally large economic returns.

(602)    While the convergence of computing and communications was recognized by the mid- to late-1990s, it was "[l]ong predicted but never realized."  As David Yoffie noted, it was not until the mid-2000s that "digital convergence was really happening":

> "As I developed new materials [as part of a three-year effort, beginning in or about 2003/2004, to update an Harvard Business School elective course on strategy development in technology-intensive companies], I realized that digital convergence was really happening," [Harvard's David] Yoffie says. Long predicted but never realized, convergence is the idea that as the worlds of entertainment, computing, and communication go digital, they can be combined to create exciting new products, services, and business opportunities.[1044]

### A. Network Effects

(603)    The dynamics of the computer software industry are quite different from conventional markets.  This is because software products are subject to "network effects":  "the idea that a product will become more valuable as its user base expands."[1045]  Harvard's David Yoffie describes network effects the **potential "winner-take-all" outcome** for businesses with strong network effects:

> "[N]etwork effects"—the idea that the value or utility of a product goes up as more people use it.  A telephone holds no value if there is only

---

[1044] Silverthrone, Sean, "Developing a Strategy for Digital Convergence," HBS Working Knowledge, July 17, 2006, (http://hbswk.hbs.edu/item/5445.html).
[1045] Gallaugher, John M., Yu-Ming Wang, "Understanding Network Effects in Software Markets:  Evidence from Web Server Pricing," MIS Quarterly, December 2002, 1, (https://www2.bc.edu/~gallaugh/misq02networkeffectsinsoftwaremarkets.pdf).

Expert Report of Catharine M. Lawton

> one in the world—but the technology becomes increasingly valuable as more people use it. In a business with strong network effects, "you have the capability of winner-take-all," says Yoffie. . . .
>
> Network effects can speed the adoption of a new product as well as create high barriers to entry for competitors. "All of this creates a sense of urgency if you want to play in this world," says Yoffie.[1046] (Emphasis added.)

(604)   In addition, software products can be classified as digital or information goods, for which the theoretical marginal cost is zero.[1047] Tech companies are different because they have high, upfront fixed costs and low marginal costs.[1048]

(605)   There are critical differences in the dynamics of network markets versus conventional markets, including the following:

a. **Competition in network markets differs significantly from that in conventional markets.** For example, in markets where network effects are strong, it can be especially difficult for newcomers to unseat rivals. In addition, establishing an early market share advantage is important, and as a result, competition tends to develop early and can be particularly fierce. Network markets also tend toward monopolistic competition; leading firms are often able to exploit network externalities through higher pricing.

b. **Standards threaten incumbents and can lock in customers and raise switching costs.**[1049] "Product standards for new technologies can pose grave threats to established incumbents. Their main concern is that as soon as the agreed standard initiates a network effect and fuels a positive feedback loop, it can easily cannibalize sales from an older technology. Historical examples are numerous."[1050]

c. **Applications can be used as a barrier to entry.**

---

[1046] Silverthrone, Sean, "Developing a Strategy for Digital Convergence," HBS Working Knowledge, July 17, 2006, (http://hbswk.hbs.edu/item/5445.html).
[1047] Gallaugher, John M., Yu-Ming Wang, "Understanding Network Effects in Software Markets: Evidence from Web Server Pricing," MIS Quarterly, December 2002, 1, (https://www2.bc.edu/~gallaugh/misq02networkeffectsinsoftwaremarkets.pdf).
[1048] Silverthrone, Sean, "Developing a Strategy for Digital Convergence," HBS Working Knowledge, July 17, 2006, (http://hbswk.hbs.edu/item/5445.html).
[1049] Silverthrone, Sean, "Developing a Strategy for Digital Convergence," HBS Working Knowledge, July 17, 2006, (http://hbswk.hbs.edu/item/5445.html).
[1050] Lee, William Chee-Leong, "Clash of the Titans: Impact of Convergence and Divergence on Digital Media," MIT, June 2003 (http://dspace.mit.edu/bitstream/handle/1721.1/16984/53990219.pdf).

Expert Report of Catharine M. Lawton

    d. **Installed base and market dominance are important**.  As a result, the importance of feature richness or quality may be diminished—the "best" product or service does not always win.

    e. **Network externalities may facilitate platform change**.  This results from the bandwagon effect, when consumers rush to adopt a new technology they expect will become dominant.

    f. **"Dominant firms may be able to leverage their market share in a number of ways.**  These include using the installed base as a distribution channel for additional services, and distorting open standards to their own advantage."[1051]

    g. **Frequency of First-Mover Advantages.**  "One of the most striking features of standardization in consumer electronics is the frequency with which early entrants capture and retain leadership in their industries.. . . A close inspection of first movers' approaches reveals subtle dynamics. Theory suggests that first movers have a window of opportunity during which they may be protected from significant competition.  During this period, they experience relatively less pressure from imitators and therefore have greater opportunities to implement a razor-and-blade strategy.  Under these conditions, we would expect first movers to sell both hardware and software (at least at initial stages), and to subsidize either hardware or software, if necessary, to build an installed base."[1052]

(606)    Installed base is particularly important, as Gallaugher explained in 2002:

> The positive relationship between value and installed base (i.e., the base of users for a particular product or service) develops from three factors: *exchange*, *stability*, and *extrinsic benefits*. All network goods foster some sort of exchange (e.g., content, money, programs). Therefore, each new network user adds potential value through exchange with other network members (Economides, 1996). Because the number of network users is assumed to reflect long-term market stability (Katz and Shapiro, 1992), consumers generally prefer firms with large installed bases. IT users are particularly concerned about being stranded with a failed and unsupported product given that many users have sunk investments in learning, files, and other resources that

---

[1051] Gallaugher, John M., Yu-Ming Wang, "Understanding Network Effects in Software Markets:  Evidence from Web Server Pricing," MIS Quarterly, December 2002, 5, (https://www2.bc.edu/~gallaugh/misq02networkeffectsinsoftwaremarkets.pdf).
[1052] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 258.

Expert Report of Catharine M. Lawton

may greatly exceed a product's initial purchase price (Fichman and Kemerer, 1993). Consumers also prefer dominant products that are more likely to attract extrinsic benefits such as supportive content, books, manuals, add-on products, and skilled labor (Parker and Van Alstyne, 2000; Shurmer, 1993). In extreme cases, the lack of a rich market for these extrinsic products may lead to incomplete adoption and an inability to achieve critical mass (Moore and Benbasat, 1991). Although many studies have discussed network effects within the context of proprietary standards (Church and Gandal, 1992; Farrell and Saloner, 1985; Farrell and Saloner, 1986; Farrell and Saloner, 1992), the implied significance of stranding concerns and extrinsic benefits are particularly noteworthy because they suggest that firms can generate network externalities even in environments that support open standards.[1053]

(607)    Microsoft's Windows rise to dominance is the leading example of the economic result of network effects in the computer industry. **Chart 23**, below shows Microsoft's rise and long domination—which was disrupted by the mobile revolution.[1054]

---

[1053] Gallaugher, John M., Yu-Ming Wang, "Understanding Network Effects in Software Markets: Evidence from Web Server Pricing," MIS Quarterly, December 2002, 4 – 5, (https://www2.bc.edu/~gallaugh/misq02networkeffectsinsoftwaremarkets.pdf).
[1054] Meeker, Mary, "Internet Trends @ Stanford – Bases," Kleiner Perkins Caufield Byers, December 3, 2012, Slide 24, (http://www.kpcb.com/insights/2012-internet-trends-update).

Expert Report of Catharine M. Lawton

**Chart 23**



Re-Imagination of Computing Operating Systems -
iOS + Android = 45% Share vs. 35% for Windows

## B. Convergence

(608)     By the mid- to late-1990s, the trend toward digital convergence was recognized.  At that time, three forces were accelerating the trend:  semiconductor, software, and digital communications technologies; government deregulation; and managerial creativity.[1055] "The inexorable expansion of computing power from the microprocessor, the inevitable decline in the price of bandwidth, and creative combinations of technologies and content will increasingly lead to new products and services with overlapping functionality."[1056]   And, it was projected that convergence would "**drive a massive**

---

[1055] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 6.
[1056] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 6 – 7.

Expert Report of Catharine M. Lawton

**restructuring of consumer electronics, entertainment, and telecommunications industries."**[1057]  (Emphasis added.)

(609)    The age of digital convergence was associated with a number of market developments. By the end of 1994, 35% of American homes had computers.[1058]  In July 1995, the number of Internet users was projected to grow from 40 million in 1994 to 100 million in 1997.[1059]  With computers and access to the Internet becoming mainstream, the stage was set for a "discontinuity."  As David Yoffie explained in 1997:  "When creativity combined with Web browsers, like Mosaic and Netscape, the WWW on the Internet became available to any nontechnical user who owned a computer and a modem, and could point a mouse.  Suddenly communications, computing, and various forms of entertainment and business information were integrated into one medium."[1060]

(610)    It is well accepted that the discontinuities associated with the introduction of new information technologies often present huge economic opportunities:

> During the introductory phase of new information technologies, like the creation of the personal computer, the development of the computer workstation, and the emergence of the Internet, barriers to entry seem to disintegrate for a period of time, leaving a window of opportunity for new players to pioneer new segments.  Digital Equipment (DEC), for instance, was the start-up that pioneered the minicomputer in the 1960s; Apple, which started in a garage, pioneered the PC industry in the late 1970s; and Apollo and Sun Microsystems, both start-ups, pioneered the stand-alone workstation in the 1980s.  During each of these discontinuities, many incumbents failed: GE, RCA, and Honeywell never completed successful transitions to mainframes or minicomputers; and Prime Computer and Wang could not make the transition from minicomputers to workstations or PCs. . . .
>
> After each of these previous transitions, a significant consolidation took place.  Economies of scale, network externalities, and the need for

---

[1057] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence*, (Boston:  Harvard Business School Press, 1997), 12.

[1058] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence*, (Boston:  Harvard Business School Press, 1997), 7.

[1059] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence*, (Boston:  Harvard Business School Press, 1997), 11.

[1060] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence*, (Boston:  Harvard Business School Press, 1997), 12.

Expert Report of Catharine M. Lawton

standards, . . . made it difficult for the majority of start-ups and small competitors to survive.  In fact, history tells us that in similar industries characterized by many startups, survival rates tend to be low.[1061]

(611)   And, the history of computing growth establishes that new major technology cycles often support "10x more users & devices by lower price + improved functionality," as shown in **Chart 24** below[1062]:

**Chart 24**



(612)   And, by 1997, success in the digital convergence world was likely to be associated with a number of specific strategies.  In his 1997 book, *Competing in the Age of Digital Convergence,* David Yoffie discussed this subject using the acronym, "CHESS":

[1061] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 12 – 13.
[1062] Meeker, Mary, Wu, Liang, "Internet Trends – D11 Conference,"  Kleiner Perkins Caufield Byers, May 29, 2013, Slide 50, (http://www.kpcb.com/insights/2013-internet-trends).  *See, also,* Meeker, Mary, Matt Murphy, "Top 10 Mobile Internet Trends," Kleiner Perkins Caufield Byers, February 2011, Slide 49, (http://www.kpcb.com/insights/top-10-mobile-internet-trends).  (More detailed version of the May 29, 2013 slide.)

Confidential - Attorney's Eyes Only                    318                    CORRECTED

Expert Report of Catharine M. Lawton

> Our research, which focused mainly on the computer industry, suggests that incumbents and start-ups alike need a CHESS strategy to master the intricacies of digital convergence.[1063]

(613)   I have relied David B. Yoffie's (Editor) 1997 book as a representative source of the well-known economics of the high tech industry.  The excerpts I cite below are unusually lengthy.  This is because Apple has produced no business or strategic plans, therefore, this section provides important industry and economic context for describing and evaluating Apple's apparent business strategy and how that strategy would have affected the hypothetical negotiation in this case—which will be addressed later in this report.

(614)   Furthermore, while this book was published more than a decade before the date of the hypothetical negotiation in this case, in my opinion, the findings outlined in the book have continuing relevance both in general, to this industry, and in the context of the facts of this case for the following reasons:

   a.   The Editor, David Yoffie's, "who has been on the Harvard faculty [teaching courses on strategy, technology and international competition] since 1981," continued work in this area establishes the continuing relevance of these economic principles;[1064]

   b.   The Editor, David Yoffie, "once was the academic's world's foremost authority on Apple, having roamed the halls freely in the early 1990s. 'For my first case study on Apple, [then-CEO John] Sculley gave me total access for six to eight months, including tons of internal interviews,' Yoffie said."[1065] In addition, his original Apple case study has been revised eight times; the latest revision in September 2010, won the European Case Clearing House award for best case study in 2011;[1066]

---

[1063] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 13 – 14.

[1064] Silverthrone, Sean, "Developing a Strategy for Digital Convergence," HBS Working Knowledge, July 17, 2006, (http://hbswk.hbs.edu/item/5445.html).

[1065] Lashinsky, Adam, "Inside Apple:  How America's Most Admired—and Secretive—Company Really Works," (New York:  Hachette Book Group, 2012), 107 – 108.

[1066] Lashinsky, Adam, "Inside Apple:  How America's Most Admired—and Secretive—Company Really Works," (New York:  Hachette Book Group, 2012), 108.

Expert Report of Catharine M. Lawton

c. It discusses Apple strategy and history and provides facts and information that Apple did not produce in this litigation;

d. It presents an accurate, in-depth historical backdrop that would have been known to both Apple and Emblaze, and, most importantly;

e. The strategic issues attendant to the economic forces outlined—particularly the importance, power, and value of: **creative combinations**; **horizontal v. vertical solutions**; **standards**, including **network effects**,[1067] **lock-in/lock-out**; **scale and scope**, including **bundling** and the **incumbent's advantage**; and

---

[1067] Steve Jobs has been described as "a master at harnessing network effects." See, Miller, Roger, Marcel Cote, Innovation Reinvented: Six Games that Drive Growth, (Toronto: University of Toronto press, 2012), 122 – 125. For a Bibliography on Network Externalities, See, Page, William H., John E. Lopatka, "Network Externalities," 1999, (http://encyclo.findlaw.com/0760book.pdf). See, also, Vakulenko, Michael, Platforms 101: Not All Mobile Platforms are Created Equal," VisionMobile, July 2011, (http://www.visionmobile.com/blog/2011/07/platforms-101-not-all-mobile-platforms-are-created-equal/). ("When an application platform reaches a critical mass of developers, applications and users, it starts to grow exponentially. This is because of network effects, i.e. a positive feedback loops between users and applications, users and users, and developers and developers. Applications attract users, which motivate developers to create more applications, which attract more users, which attract more developers, and so forth. From the end-user perspective each new application adds value to the platform. From an application developer perspective, a platform becomes more valuable with each and every new user. . . . The self-sustaining nature of network effects in the application platform is akin to wildfire: The first burning trees generate enough heat to ignite more trees, that generate more heat, that ignites more trees, and so on. Application platforms have another very important property: The ability to attract external investment by developers. For example, given 400,000 iOS applications and a modest estimation of a $30,000 of development cost per "simple" application, developers, investors and brands have invested over $12 Billion into iOS platform. All this investment has directly contributed to the value that iOS brings in the eyes of users and developers. Apple iOS set a gold standard for a mobile application platform. It's hardly surprising that iOS comes from a company with decades of experience in personal computing. iOS is end-to-end optimised for nurturing and reinforcing network effects between users and developers. With each of over 400,000 apps adding to the reasons to buy an iOS device, Apple reported all-time record revenue and earnings for Q2 2011."). Cocotas, Alex, "Apple iOS Network Effects Kick In," Business Insider, April 2, 2012, (http://www.businessinsider.com/apples-smartphone-market-share-surges-2012-4). ("Apple has garnered a developer "network effect" because it monetizes at more than 4 times the rate of Android. As a result, new project starts for apps have overwhelmingly skewed towards iOS. Why does this matter? Consumers are largely drawn by the content ecosystem that surrounds their phones, not just the hardware. In other words, as goes the developer, so goes the consumer."). See, also, Gobry, Pascal-Emmanuel, "Here's Why Apple Will Keep Crushing It," July 26, 2012, (http://www.forbes.com/sites/pascalemmanuelgobry/2012/07/26/heres-why-apple-will-keep-crushing-it-and-why-the-stock-still-looks-great/). ("The biggest misunderstanding that people have about Apple is that it's a hardware company. Steve Jobs liked to use the quote "People who are serious about software make their own hardware," and it's impossible to understand Apple without understanding that the value in its products comes from the software, and not the hardware. At the end of the day, it's software that determines why people buy a product. People want to buy the phone/tablet/computer with the best apps and services, and if it comes in a sexy package then all the better. It's because Apple controls the whole company, including hardware, that it's able to offer great software, but the hardware is a consequence of this software focus, it's not the core thing. What does this mean? It means that what will determine Apple's success over the long run is whether it's got the best and most attractive suite of software and services, not whether it has the sexiest gizmo at any given moment.")

Expert Report of Catharine M. Lawton

> **systems focused processes**, including **iterative development** and **time-to-market**—have continuing relevance both in general and in the context of the facts of this case; and finally,

f. The economics forces are applicable to the digital media market, as explained in the *RealNetworks, Inc. v. Microsoft Corp.* Complaint dated December 18, 2003,[1068] For example, in December 2003, RealNetworks described the danger inherent in Microsoft's attempts to dominate the streaming media services market:

> The cycle is self-reinforcing:  as content encoded in Windows Media format and codecs increases, end-users' use of Windows Media Player increases, giving content providers further incentive to use Microsoft's digital media technology.  Because the market is susceptible to these feedback effects, there is a dangerous probability of the market "tipping" to become dominated by Microsoft's ubiquitous product and protected from competition by network effects, as well as by Microsoft's anticompetitive tactics.  As more content is encoded in Windows Media codecs, PC makers will have even less incentive to install competing digital media players.  The decreasing distribution of competing players in turn discourages content providers from using competing digital media systems.[1069]

> If Microsoft's conduct leads to a situation where a dominant portion of digital media content is only available in Windows Media format and codecs, Microsoft will be in a position to exercise monopoly power over companies that want to broadcast or play digital music or video.  This includes content providers and manufacturers of portable devices, set-top boxes and cell phones.   If Microsoft's conduct goes unremedied, there is a dangerous probability that Microsoft will achieve this monopoly power.[1070]

> Because the PC is currently the hub for the use of digital media, if Microsoft comes to control the market for digital music players, digital media streaming server software and/or digital media systems, then its proprietary codecs, formats and DRM

---

[1068] *See, RealNetworks, Inc. v. Microsoft Corp.* Complaint and Demand for Jury Trial dated December 18, 2003, ¶¶ 54 – 60, ¶¶ 73 – 74, (http://fl1.findlaw.com/news.findlaw.com/wsj/docs/microsoft/realms121803cmp.pdf). (Discussing Network Effects in Software Markets and The Applications Barrier to Entry, Lock-in).

[1069] *RealNetworks, Inc. v. Microsoft Corp.* Complaint and Demand for Jury Trial dated December 18, 2003. ¶ 181, (http://fl1.findlaw.com/news.findlaw.com/wsj/docs/microsoft/realms121803cmp.pdf).

[1070] *RealNetworks, Inc. v. Microsoft Corp.* Complaint and Demand for Jury Trial dated December 18, 2003. ¶ 182, (http://fl1.findlaw.com/news.findlaw.com/wsj/docs/microsoft/realms121803cmp.pdf).

Expert Report of Catharine M. Lawton

> technology will also constitute a significant barrier to entry in all related markets in which digital media technologies are used. These markets include the markets for digital media players on wireless information devices and on-line music delivery.[1071]

(615)   For the reasons I have outlined, the following excerpts (which he refers to as "CHESS") from David B. Yoffie's 1997 book, *Competing in the Age of Digital Convergence,* provide important background regarding the economics of the high tech industry.

## 1) Creative Combinations[1072]

(616)   "Success is most likely to be fueled by companies that exploit 'creative combinations' – of old and new technologies, old and new channels of distribution, and old and new corporate capabilities. . . ."

(617)   "[N]umerous managers see convergence as an opportunity to redefine the battlefield through radical innovations.  They see convergence delivering Joseph Schumpeter's promise of 'creative destruction' . . . seeking the great new idea or grand combination that can be used to create a new digital era, sweeping away the existing order.  Early efforts to pioneer the personal digital assistant and to build the broadband, interactive television service [by Apple, and others] are a few examples . . . that sought 'creative destruction.'  But in the search for creative destruction, we cannot lose sight of Schumpeter's equally important insight that prior to creative destruction, entrepreneurs who 'have created no original means of production' will flourish by carrying out 'new combinations' that take existing approaches and use them 'more appropriately, more advantageously."

(618)   "In fact, the lessons of the computer revolution are that many of the greatest commercial successes were creative combinations of available technologies with new models of doing business. . . . The power of creative combinations of new and old technologies, new and old methods of production and marketing, and so on, is that the

---

[1071] *RealNetworks, Inc. v. Microsoft Corp.* Complaint and Demand for Jury Trial dated December 18, 2003. ¶ 183,  (http://fl1.findlaw.com/news.findlaw.com/wsj/docs/microsoft/realms121803cmp.pdf).
[1072] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 14 – 17.

Expert Report of Catharine M. Lawton

resulting products and services can open entirely new markets while simultaneously exploiting more leverage from existing skills and competencies. Moreover, when creative combinations start as complements to the installed base, working in concert with existing technologies, the adoption rates are likely to be faster and switching costs lower. . . ."

(619)    **Chart 25**, below, highlights that new players are often big winners in technology creative destruction cycles:[1073]

**Chart 25**



_____

[1073] Meeker, Mary, Matt Murphy, "Top 10 Mobile Internet Trends," Kleiner Perkins Caufield Byers, February 2011, Slide 50, (http://www.kpcb.com/insights/top-10-mobile-internet-trends).

Expert Report of Catharine M. Lawton

## 2) Horizontal Solutions[1074]

(620)   "[S]cale economies, government deregulation, and technology are driving the information industry toward a horizontal structure and away from a vertical orientation. . . ."

(621)   "Several years ago, the CEO of Intel, Andrew Grove, argued that a new horizontal model had emerged.  The winners of this model are the firms that have a large, and usually dominant, market share within a horizontal layer.  High profits are a function of the new economics of computers:   growing scale economies and the rising importance of network externalities drive firms to dominate a horizontal layer, such as operating systems, disk drives, LCD screens, or microprocessors. . . . Apple Computer's decision to license its operating system in 1994 and pursue a more horizontal model was a belated recognition of these economics."

(622)   "There is considerable debate as to whether a similar transition to the horizontal model will take place in the telecommunications, consumer electronics, and entertainment pieces of the business.  On the one hand, many media and communications companies have been investing large sums to increase their vertical integration in the 1990s, . . . On the other hand, economies of scale and deregulation could drive the telecommunications and consumer electronics firms toward a horizontal structure similar to that of computers. . . ."

(623)   "If a horizontal structure does indeed emerge, [] horizontally configured industries are no panacea.  In fact, one of the biggest obstacles to digital convergence is overcoming the inherent weaknesses of the horizontal model.  The biggest advantage to a vertical structure is that firms can usually offer the customer a highly coordinated package of goods and services. . . . [C]oordination is usually easier in a vertical market because one vendor takes responsibility.  At the same time, coordination can be a nightmare in a horizontal model.  While a customer can pick and choose the best pieces or components

---

[1074] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 17 – 21.

Expert Report of Catharine M. Lawton

in a horizontal industry, it requires a high degree of coordination, common interfaces, and standards."

(624)   "Over time, consumer electronics companies solved this problem with 'plug and play' standards: virtually any stereo component can be attached to virtually any speakers, CD players, and so on.  However, this ability to create common interfaces across horizontal layers has not yet emerged within the PC paradigm, not to mention the broader world of communications and consumer electronics converging with PCs.  If the horizontal model spreads to the new converging technologies, it stands to reason that dominant market share within a horizontal slice and the ability to 'plug and play' to create standard interfaces across horizontal layers and converging technologies will become the key drivers of competitive success."

### 3) Exploiting Externalities to Set Global Standards[1075]

(625)   "[T]he winners in this new digital world will set and control the standards."

(626)   "Firms that set important standards, create dominant designs, or control a dominant architecture may be even more important in converging industries than they were in PCs or consumer electronics.  Unlike the stand-alone products of the early consumer electronics industry or the early personal computer industry, competition in the new digital industries will revolve around networks and communication.  If there are multiple standards, there will be less ability to communicate and interact.  In addition, the lack of common interfaces, particularly in a horizontal market structure, slows market acceptance. . . . [C]ustomers resist adoption of new architectures, like client-server computing, or new products, like PDAs, if there are multiple, competing standards, a lack of complementary assets (software or hardware), and the expectations of eventual shakeouts. . . ."

(627)   "A related reason for the crucial importance of standards is the role of network effects or network externalities.   To overcome consumer resistance, new converging

---

[1075] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 21 – 25.

Expert Report of Catharine M. Lawton

technologies require a wide array of complementary products and services: on-line services and the World Wide Web, five hundred TV channels, and CD-ROMs need content; PDAs, PCs, and smart telephones need a wide range of software; and so on. As we learned from the histories of computers and consumer electronics, the variety and range of available software and services increase the 'network' or number of users grows."

(628)   "In fact, what makes network effects so crucial is that they create virtuous cycles: a growing variety of CD titles induces additional buyers to purchase CD hardware, and as the installed base of CD hardware expands, there are greater incentives to produce more CD titles. Or in the case of Microsoft's Oss, as the installed base of Windows users expands, more ISVs [Independent Software Vendors] want to write applications for Windows, and as more applications become available for Windows, more users want to adopt the OS. Network effects are also important because they drive down the cost of learning, distribution, and service. . . ."With multiple standards, a higher degree of sales and service support is required. But a single standard reduces sales and support costs for the user as well as the provider. . . ."

(629)   "The role of standards in converging industries is further reinforced because of the threats of 'lockin' and 'lockout.' 'Lockin' means that once firms and customers make a commitment to a particular path, it becomes increasingly difficult to change course. Once a standard is set, the customer sinks so much investment in complementary assets and training that it is often cheaper to stick with the known migration path than to reincur start-up costs and move down a new and sometimes superior, technology path. . . ."

(630)   "When companies started buying IBM's solutions for mainframe computing in the 1960s, they got locked in for decades. The IBM customer built mission-critical applications around the IBM product, and any effort to move away from that one solution could, at worst, bring an operation to a halt and, at best, cost millions of dollars to change. A similar pattern has been created by Microsoft and Intel. Both companies

Expert Report of Catharine M. Lawton

have locked in the majority of computer users because, like corporate investments in IBM's mainframes, so much time, money, and energy have been spent on buying hardware based on Intel architecture, and training corporate personnel on DOS or Windows-based software, that few customers have been eager to switch."

(631)    "And, finally, much of the excitement over Netscape—the dominant provider of WWW browser software—is a function of Netscape's ability to set a de facto standard.  By giving away its browser, Netscape took a page directly from Microsoft's early history to build an installed base of almost 70 percent of Internet users.  If Netscape can retain market share by building more functionality and complements around its product, it, too, may lock in its customers for future generations."

(632)    "The dangers of 'lockout' are an equally important strategic problem for firms in converging industries.  If a company is not part of a standard, it can be excluded from participating in the growth and profits that historically have been earned by standard-bearers, such as IBM and Microsoft.  In addition, many of the investments required to be successful in any given technology generation are highly specific.  A decision not to invest in the current generation may be much more expensive to reverse in the next generation."

(633)    "The fear of lockout helps to explain the herd mentality that has been so pervasive in the battles for converging industries.  When Apple first introduced the concept of the PDA in 1992, for example, there was pandemonium in computer, telecommunications, and consumer electronics circles.  What if Apple could create a standard around the Newton?  Could Apple become the next Microsoft of the converging world, locking out competitors?   Fearing the answer, dozens of firms around the world almost immediately announced that similar products were in the offing. . . . A similar pattern occurred when Apple announced its intentions to reinvent the television set with set-top boxes for televisions.  Companies ranging from Oracle and Sun Microsystems to Microsoft and Intel rapidly responded."

Expert Report of Catharine M. Lawton

(634)    "This herd mentality and fear of lockout explain why it is so difficult for individual or small numbers of companies to set or control new standards.  Most of the successful standard setters have gained control over global standards by following Trojan horse strategies:  they innocently proliferate their products in the early stages of maturity, make the technology a de facto standard, and then appropriate returns once the standard grows."

(635)    "Intel's original strategy for its X86 microprocessor architecture, Microsoft's original DOS strategy, and Netscape's browser strategy were all reminiscent of Trojan horses.  [] [E]ach hoped that its standard would catch on before the latent value of the standard attracted direct competition. . . ."

(636)    "A second approach to standards has been to embrace open standards, to try to enhance them, and, in some cases, ultimately to lead them. . . . While the market-share leaders in PCs, Apple and IBM, had been trying to set new standards since the mid-1980s, Compaq's success was based on embracing and enhancing the standards set by Microsoft, Intel and others. . . ."

(637)    "A third approach to standards has been to proclaim the standard and try to implement it through brute force.  While this worked for IBM with the original IBM PC, it has rarely worked in the last fifteen years.  In the early 1980s, IBM had roughly 60 percent of the world computer market, which allowed it to set de facto standards through unilateral moves.  In the 1990s, no company—not Intel, Microsoft, IBM, AT&T, or any other firm in the broad realm of information technology, communications, or consumer electronics—has the kind of market power that IBM had in the early 1980s.  Moreover, ex post, everyone sees the rewards reaped by Intel and Microsoft as standard-bearers; thus ex ante, the competition for setting new standards has become fierce.  The herd mentality has meant that virtually every effort to set a new proprietary standard in the late 1980s and 1990s has been met by ferocious resistance and countervailing movements. . . ."

(638)    "Apple and AT&T wanted to create new standards around their PDAs, but, like Sun, they met significant resistance:  both companies proclaimed an 'open' standard, but both

retained significant proprietary components.  The proprietary approach plus the lack of momentum behind their products reduced the appeal of widespread adoption of their standards. . ."

### 4) Scale and Scope[1076]

(639)   "Industries with standards have a unique problem, which is often described as 'the tyranny of the installed base.'  The history of computers, telecommunications, and consumer electronics tells us that the sheer size of the installed base can generate excessive inertia and resistance to change, even when better solutions are available.  As this tyranny plays out in converging industries, it leads to another imperative:  firms must reach large economies of scale within core horizontal businesses, and find ways to leverage those economies into adjacent markets.  . . ."

(640)   "[C]ompanies that build scale (e.g., create large numbers in the installed base) and expand their scope (e.g., bundle technologies and services into adjacent horizontal layers) can build more enduring competitive advantages for future generations.  Scale has become critical partly because of the forces driving standards and horizontal markets []. . . ."

(641)   "[A large installed base] gives at least two advantages to incumbent companies with scale:  one, it generates a huge annuity from servicing the installed base, which supports large ongoing investments; two, network externalities make defection by customers and complements very difficult.  The numbers support a particular standard can become so large, and the momentum so great, that the reasons to switch standards must be overwhelming. . . ."

(642)   "Furthermore, Microsoft's presence in the installed base is so great that many natural complements for converging industries will be attracted to Microsoft.  Whether it be NBC, Wal-Mart, or MCI, most firms with complementary products that are looking for a digital partner naturally turn to Microsoft because of its scale and presence."

---

[1076] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 25 – 28.

Expert Report of Catharine M. Lawton

(643)   "While scale economics may be necessary for long-run success, they are not sufficient. Convergence is about the coming together of diverse technologies and capabilities. Firms with broad scope can gain an advantage over narrowly focused firms if they can bring together competencies through bundling their products into adjacent markets. When an incumbent company dominates a standard in a horizontal layer, it will be easier for that firm to influence standards in closely related technologies. Bundling, for example, allows the incumbent to add functionality incrementally, incorporating more of the value into the dominant products or services."

(644)   "In a world of revolutionary technological change, bundling might not be successful: new firms and capabilities could destroy the sources of advantage for the incumbent. But in a world of creative combinations, bundling closely related products gives the incumbent a leg up. The incumbent should have superior information about existing products and demand, which should help point toward the appropriate bundle complementary products, especially if they expand primary demand. While a de novo entrant must realize a return on a stand-alone basis, incumbents may be willing to bundle complements, as long as the complements help generate incremental sales of the core product."

(645)   "Finally, as computers become more modular, [], the move to adjacent layers becomes even easier. Modularity and bundling can facilitate a strategy of fast following: start-ups may pioneer new categories and segments, but as long as those new categories and segments are in an adjacent layer, the incumbent's existing credibility with the customer base should provide a natural advantage. . . ."

(646)   "In the late 1980s and the 1990s, Microsoft was one of the best examples of a company exploiting the incumbent's advantage. In the early 1980s, Microsoft began with software tools and operating systems. Lotus Development was the leader in applications, followed by WordPerfect. Over time, Microsoft moved into applications, then applications suites, ultimately garnering close to an 80 percent market share in suites. Similarly, while not the pioneer in CD-ROMs and multimedia applications,

Expert Report of Catharine M. Lawton

Microsoft as able to leverage its competencies in applications, its original equipment manufacturer (OEM) relationships and its power in the retail channel to become the overall volume leader in CD-ROMs in 1994. And as Microsoft's new operating system, Windows 95, has proliferated, it has created a potential competitive advantage for the Internet Explorer, a bundled World Wide Web browser."

(647)    "Scale and scope, however, do not guarantee dominance for large incumbents in converging industries, or even in the next generation of technology within an existing industry boundary. In many cases, it is unclear, ex ante, which firm is the natural incumbent and which scale and scope economies are most relevant. . . ."

(648)    "Moreover, scale and scope can be a liability to incumbents in converging industries if the firms do not develop a capability for rapid change and a willingness to cannibalize their own businesses. The history of information technology provides very clear lessons on this point: if you have the capability to cannibalize your own product lines and choose not to, someone else surely will. The danger of refusing to cannibalize your own sales is that when new products or technologies emerge as substitutes, they get locked in and you get locked out. The strategic question of cannibalization is not one of 'if'; it is only a question of 'when.' . . . Whenever the technology is possible, other firms will find a way to utilize it. Ed McCracken, the CEO of Silicon Graphics, captures the essence of his incumbent's advantage []:

> The source of our competitiveness in this industry is our ability to manage in chaotic environment. But it's more proactive than that. We actually help create the chaos in the first place—that's what keeps a lot of potential competitors out."

### 5) System Focused Processes[1077]

(649)    "Successful internal processes [including research, development, and market introduction methodologies] for the converging world will have to reflect at least two potentially conflicting imperatives: first, they have to be highly flexible and adaptive;

---

[1077] Yoffie, David. B., Ed. *Competing in the Age of Digital Convergence*, (Boston: Harvard Business School Press, 1997), 28 – 30.

Expert Report of Catharine M. Lawton

and second, they must be very time sensitive. . . . The answer is a set of processes that are more *iterative* (i.e., they start with a broad vision and allow for new information to be integrated into product design) and *system-focused* (i.e., they focus on tight integration of the entire project rather than its component pieces) while retaining milestones and forcing deadlines on the organization. . . .

(650)     "[R]etaining fluid, adaptive development processes was not enough.   Disciplined milestones were equally critical.   While time-to-market is always important, new technologies in converging industries must pass through a whole spectrum of windows: there are technical windows, where standards are formulated; there are competitive windows, where competing products or services are not yet available; there are financial windows, where debt and equity markets are more accessible; and there are marketing windows, where brand, distribution, and pricing options are relatively open. The lesson of 'lockout' is that these windows have limited life, and when they close, even superior products can be preempted.   While Microsoft has had an incumbent's advantage that has allowed it to miss the announced release date for products like Windows 95, it also has a luxury that most other competitors could not afford."

(651)     **Chart 26**, below, shows how, as explained above, "barriers to entry seem to disintegrate for a period of time, leaving a window of opportunity for new players to pioneer new segments,"[1078] resulting in new players leading the new tablet and smartphone categories:[1079]

---

[1078] Yoffie, David. B., Ed., *Competing in the Age of Digital Convergence,* (Boston:  Harvard Business School Press, 1997), 12 – 13.
[1079] Meeker, Mary, Wu, Liang, "Internet Trends – D11 Conference,"  Kleiner Perkins Caufield Byers, May 29, 2013, Slide 47 (http://www.kpcb.com/insights/2013-internet-trends).

Expert Report of Catharine M. Lawton

**Chart 26**



Top Vendors Largely Same in Desktop & Notebook Cycles – Very Different in Tablet (& Smartphone) Cycles

| Desktop PC Market Share 2000 | % Share | Notebook PC Market Share 2010 | % Share | Tablet Market Share 2012 | % Share | Smartphone Market Share 2012 | % Share |
|---|---|---|---|---|---|---|---|
| Compaq | 13% | HP | 19% | Apple | 51% | Samsung | 30% |
| Dell | 11% | Acer | 17% | Samsung | 13% | Apple | 19% |
| HP | 8% | Dell | 12% | Amazon | 8% | Sony | 5% |
| IBM | 7% | Lenovo | 10% | ASUS | 5% | ZTE | 5% |
| NEC | 4% | ASUS | 8% | Lenovo | 1% | BlackBerry | 5% |
| Others | 57% | Others | 34% | Others | 20% | Others | 37% |

KPCB