| | |
|---|---|
| 1 | MARTIN B. PAVANE *(admitted pro hac vice)* |
| 2 | LISA A. FERRARI *(admitted pro hac vice)* |
|   | ANDREW NEMIROFF *(admitted pro hac vice)* |
| 3 | MARILYN NEIMAN *(admitted pro hac vice)* |
|   | COZEN O'CONNOR |
| 4 | 277 Park Avenue |
|   | New York, New York 10172 |
| 5 | Telephone: (212) 883-4900 |
|   | Facsimile: (212) 986-0604 |
| 6 | Email: mpavane@cozen.com |
| 7 | lferrari@cozen.com |
|   | anemiroff@cozen.com |
| 8 | mneiman@cozen.com |

MARK V. ISOLA (SBN 154614)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email: misola@rehonroberts.com

NATHAN DOOLEY (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 892-7900
Toll Free Phone: (800) 563-1027
Facsimile: (213) 892-7999
Email: ndooley@cozen.com

*Attorneys for Plaintiff Emblaze Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EMBLAZE LTD., | CASE NO. 5:11-cv-01079-PSG |
| Plaintiff, | **PLAINTIFF EMBLAZE LTD.'S PROPOSED *VOIR DIRE*** |
| v. | |
| APPLE INC., a California Corporation, | Judge: Hon. Paul Singh Grewal |
| Defendant. | Trial Date: June 30, 2014 |
| | Time: 9:30 a.m. |
| | Place: Courtroom 5, 4th Floor |

Emblaze respectfully submits the following proposed *voir dire* questions to be asked to prospective jurors, along with follow-up as appropriate:

1) Do you have any personal knowledge of this case, or have you read about it or heard it discussed, or have any opinion regarding it?

2) You have been handed a list of companies. (See attachment.)

   a. Have you, a family member, or a close friend ever worked for any of these companies?

   b. Are you, a family member, or a close friend acquainted with any current or former employee or officer of any of these companies?

   c. Have you, a family member, or a close friend ever owned any stocks or bonds in any of these companies?

   d. Do you have any negative or positive opinions toward any of these companies? If so, please describe your opinion.

3) On the same attachment you have been handed is a list of attorneys and law firms involved in this litigation. (See attachment.) Are you related to, or personally acquainted with, any of these attorneys, or have you ever been represented by any of these attorneys or the listed law firms?

4) On the same attachment you have been handed is a list of the individuals who might appear as witnesses in this case. (See attachment.) Are you related to, or personally acquainted with, any of these individuals?

5) Do you know any of your fellow prospective jurors?

6) What is your current occupation? If unemployed, what was your past occupation?

7) Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit or criminal proceeding? If so, please explain the circumstances and nature of the proceeding.

8) Have you ever served as a juror in a civil lawsuit? If so, please explain the nature of the proceeding and the outcome.

9) Have you or anyone close to you ever worked for the United States Patent and Trademark Office?

10) Do you have any strong negative or positive feelings about the U.S. Patent and Trademark Office?

11) Have you ever applied for or received a patent? If so, please generally describe the nature of the patent.

12) Have you ever been involved in a dispute related to a copyright, patent, trade secret or trademark? If so, please explain the nature of the dispute and the outcome.

13) Do you have any strong feelings positive or negative about patents?

14) Have you ever been involved in the development of a new product or process that was challenged by another person or company? If so, please explain.

15) What is the highest education level you completed?

16) Do you have any education, training or experience in law? If so, please describe.

17) Do you have any education, training or experience in engineering or science? If so, please describe.

18) Do you own a smart phone? If so, which one?

19) Do you have any strong negative or positive opinions about cell phones, smart phones or technology in general?

20) Do you own any of the following Apple products: iPhone, iPad, iPod touch, Apple TV or Mac desktop or laptop?

    a. If so, which products do you own and how long have you owned them?

    b. Do you have any strong negative or positive opinions toward any of these products?

21) Do you use your cell phone, tablet, or computer to watch or listen to live events, such as sports games or live news? If so, what type of content do you watch and how often do you watch it?

22) Do you have any issues or concerns with awarding money damages to a foreign company?

23) This case will involve technology related to live streaming over the Internet. Are you unwilling or uncomfortable serving as a juror considering such technology?

24) Do you have any special disability or problem that would make it difficult or impossible for you to serve as a juror in this case?

25) Is there any reason why you could not give a fair and impartial verdict in this case?

Date: June 3, 2014            /s/ *Martin B. Pavane*
Martin B. Pavane (Admitted Pro Hac Vice)
Lisa A. Ferrari (Admitted Pro Hac Vice)
Andrew Nemiroff (Admitted Pro Hac Vice)
Marilyn Neiman (Admitted Pro Hac Vice)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 208-4363
Email:    mpavane@cozen.com
           lferrari@cozen.com
           anemiroff@cozen.com
           mneiman@cozen.com

Mark V. Isola (CA State Bar No. 154614)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email:    misola@rehonroberts.com

Nathan Dooley (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Toll Free: (800) 563-1027
Facsimile: (213) 892-7999
Email:    ndooley@cozen.com

Counsel for Plaintiff

**ATTACHMENT**

**List of Companies**

Apple Inc.

Emblaze Ltd.

Geo Interactive Media Group Ltd.

Major League Baseball

National Football League

PGA (Professional Golfers' Association)

ESPN

ABC News

Akamai Technologies

UpLynk

Haivision Network Video


**List of Law Firms**

Cozen O'Connor

Rehon & Roberts

DLA Piper

Greenberg Traurig


**List of Attorneys**

Martin B. Pavane

Lisa A. Ferrari

Andrew P. Nemiroff

1. Darren S. Mogil
2. Mark V. Isola
3. Mark Fowler
4. John Allcock
5. Erin Gibson
6. Michael Nicodema
7. James DeCarlo

**List of Potential Witnesses**

Bruce Edwards
Dr. Vijay Madisetti
Catharine M. Lawton
David Teece
Naftali Shani
Christopher R. Knox
Roger Pantos
William May
Sharon Carmel
William May
Sharon Carmel
Roger Pantos
Joseph Inzerillo
Christopher R. Knox
Travis Brown

| | |
|---|---|
| 1 | Mark Buckley |
| 2 | Beth Kellermann |
| 3 | David Singer |
| 4 | David Frederick Brueck |
| 5 | Howard Lefkowitz |
| 6 | Bryan Miles |
| 7 | Dennis Backus |
| 8 | C.K. Haun |
| 9 | Joel Matthew Swennson |