Martin B. Pavane (Admitted *Pro Hac Vice*)
Lisa A. Ferrari (Admitted *Pro Hac Vice*)
Andrew Nemiroff (Admitted *Pro Hac Vice*)
Marilyn Neiman (Admitted *Pro Hac Vice*)
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 208-4363
Email: mpavane@cozen.com
       lferrari@cozen.com
       anemiroff@cozen.com
       mneiman@cozen.com

Mark V. Isola (CA State Bar No. 154614)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email:   misola@rehonroberts.com

Nathan Dooley (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone:   (213) 892-7900
Toll Free:   (800) 563-1027
Facsimile:   (213) 892-7999
Email:       ndooley@cozen.com

*Attorneys for Plaintiff Emblaze Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 5:11-cv-01079-PSG <br><br> **PLAINTIFF EMBLAZE LTD.'S PROPOSED VERDICT FORM** <br><br> Judge:   Hon. Paul Singh Grewal |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**A.     FINDINGS ON INFRINGEMENT CLAIMS**

**INDUCED INFRINGEMENT**

1.  Did Emblaze prove by a preponderance of the evidence that Apple induces others to infringe any of the following claims?

    **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Emblaze.  An answer of NO is a finding for Apple).

    Claim 1        _____
    Claim 2        _____
    Claim 8        _____
    Claim 9        _____
    Claim 10       _____
    Claim 11       _____
    Claim 12       _____
    Claim 13       _____
    Claim 14       _____
    Claim 21       _____
    Claim 23       _____
    Claim 24       _____
    Claim 25       _____
    Claim 26       _____
    Claim 27       _____
    Claim 28       _____
    Claim 29       _____
    Claim 36       _____
    Claim 37       _____
    Claim 38       _____
    Claim 40       _____
    Claim 41       _____

B.   **FINDINGS ON INVALIDITY CLAIMS**

## ANTICIPATION

2.  Did Apple prove by clear and convincing evidence that any of the following claims are invalid as anticipated by the prior art?

    **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Apple. An answer of NO is a finding for Emblaze).

    Claim 1    _____
    Claim 2    _____
    Claim 8    _____
    Claim 9    _____
    Claim 10   _____
    Claim 11   _____
    Claim 12   _____
    Claim 13   _____
    Claim 14   _____
    Claim 21   _____
    Claim 23   _____
    Claim 24   _____
    Claim 25   _____
    Claim 26   _____
    Claim 27   _____
    Claim 28   _____
    Claim 29   _____
    Claim 36   _____
    Claim 37   _____
    Claim 38   _____
    Claim 40   _____
    Claim 41   _____

## OBVIOUSNESS

3.  Did Apple prove by clear and convincing evidence that any of the following claims are invalid as obvious in view of the prior art?

    **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Apple. An answer of NO is a finding for Emblaze).

    Claim 1    _____
    Claim 2    _____
    Claim 8    _____
    Claim 9    _____
    Claim 10   _____
    Claim 11   _____

|   |   |
|---|---|
| Claim 12 | _____ |
| Claim 13 | _____ |
| Claim 14 | _____ |
| Claim 21 | _____ |
| Claim 23 | _____ |
| Claim 24 | _____ |
| Claim 25 | _____ |
| Claim 26 | _____ |
| Claim 27 | _____ |
| Claim 28 | _____ |
| Claim 29 | _____ |
| Claim 36 | _____ |
| Claim 37 | _____ |
| Claim 38 | _____ |
| Claim 40 | _____ |
| Claim 41 | _____ |

**ENABLEMENT**

4. Did Apple prove by clear and convincing evidence that any of the following claims are invalid as not enabled?

**Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Apple. An answer of NO is a finding for Emblaze).

|   |   |
|---|---|
| Claim 11 | _____ |
| Claim 12 | _____ |
| Claim 40 | _____ |

**C. DAMAGES**

**REASONABLE ROYALTY**

**If you have found any claim infringed and not invalid, answer question 5. Otherwise, do not answer question 5.**

5. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Emblaze for Apple's infringement through June 30, 2013?

**Answer with the amount:** $_____

_____
JURY FOREPERSON

_____
DATE