NATHAN DOOLEY (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 892-7900
Toll Free Phone: (800) 563-1027
Facsimile: (213) 892-7999

Email: ndooley@cozen.com

MARTIN B. PAVANE *(admitted pro hac vice)*
LISA A. FERRARI *(admitted pro hac vice)*
ANDREW NEMIROFF *(admitted pro hac vice)*
MARILYN NEIMAN *(admitted pro hac vice)*
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 986-0604
Email: mpavane@cozen.com
lferrari@cozen.com
anemiroff@cozen.com
mneiman@cozen.com

MARK V. ISOLA (SBN 154614)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email: misola@rehonroberts.com

*Attorneys for Plaintiff Emblaze Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 5:11-cv-01079-PSG <br><br> **PLAINTIFF EMBLAZE LTD.'S WITNESS LIST** <br><br> Judge: Hon. Paul Singh Grewal <br><br> Trial Date: June 30, 2014 <br> Time: 9:30 a.m. <br> Place: Courtroom 5, 4th Floor |

Plaintiff Emblaze Ltd. ("Emblaze") respectfully submits the following list of witnesses. Emblaze reserves the right to amend and/or supplement this list, including the right to change the designations of the testimony for any witness (e.g., from "may call" to "will call" or from "live" to "by deposition", and vice-versa) as necessary, and reserves the right not to call any particular witness.

Emblaze further reserves the right to call as a witness anyone who has been: (a) deposed in this case; (b) identified as a witness by Defendant Apple Inc. even if the witness is subsequently removed from Apple's witness list; or (c) called by Defendant Apple Inc. as a witness at trial.

| WITNESS | WILL CALL | MAY CALL | SUBJECT MATTER OF TESTIMONY |
|---|---|---|---|
| **WITNESSES TO BE CALLED LIVE** | | | |
| Bruce Edwards | X | | Emblaze's business and operations, including Emblaze's products and the patent-in-suit. |
| Dr. Vijay Madisetti | X | | Expert testimony regarding infringement and validity of the patent-in-suit. |
| Catharine M. Lawton | X | | Expert testimony regarding damages. |
| David Teece | X | | Expert testimony regarding digital convergence, network effects, and implications for licensing of the patent-in-suit. |
| Naftali Shani | | X | Emblaze's business and operations, including Emblaze's products and the patent-in-suit. |
| Christopher R. Knox | | X | HTTP Live Streaming ("HLS") and Akamai's streaming services. |
| Roger Pantos | | X | HLS and its use. |
| William May | | X | HLS and its use. |
| Sharon Carmel | | X | Emblaze, the patent-in-suit, the genesis of the patented technology, and Emblaze's products incorporating the patented technology. |
| **WITNESSES TO BE CALLED BY DEPOSITION** | | | |
| William May | X | | See deposition designations. |
| Sharon Carmel | X | | See deposition designations. |
| Roger Pantos | X | | See deposition designations. |
| Joseph Inzerillo | X | | See deposition designations. |
| Christopher R. Knox | X | | See deposition designations. |
| Travis Brown | | X | See deposition designations. |

| | | | |
|---|---|---|---|
| Mark Buckley | | X | See deposition designations. |
| Beth Kellermann | | X | See deposition designations. |
| David Singer | | X | See deposition designations. |
| David Frederick Brueck | | X | See deposition designations. |
| Howard Lefkowitz | X | | See deposition designations. |
| Bryan Miles | | X | See deposition designations. |
| Dennis Backus | | X | See deposition designations. |
| C.K. Haun | X | | See deposition designations. |
| Joel Matthew Swennson | | X | See deposition designations. |

Respectfully Submitted,

DATED: June 3, 2014

REHON & ROBERTS
COZEN O'CONNOR

By: /s/ Martin B. Pavane
    Martin B. Pavane *(admitted pro hac vice)*

*Attorneys for Plaintiff Emblaze Ltd.*

LEGAL\19180910\1