1  MARK FOWLER (Bar No. 124235)  SARAH BARROWS (Bar No. 253278)
   *mark.fowler@dlapiper.com*  *barrowss@gtlaw.com*
2  ROBERT BUERGI (Bar No. 242910)  STEPHEN ULLMER (Bar No. 277537)
   *robert.buergi@dlapiper.com*  *ullmers@gtlaw.com*
3  DLA PIPER LLP (US)  GREENBERG TRAURIG, LLP
   2000 University Avenue  4 Embarcadero Center, Suite 3000
4  East Palo Alto, CA 94303-2214  San Francisco, CA 94111-5983
   Tel: 650.833.2000  Tel.: 415.655.1300
5  Fax: 650.833.2001  Fax: 415.707.2010

6  JOHN ALLCOCK (Bar No. 98895)  JAMES J. DECARLO (*Pro Hac Vice*)
7  *john.allcock@dlapiper.com*  *decarloj@gtlaw.com*
   ERIN GIBSON (Bar No. 229305)  MICHAEL A. NICODEMA (*Pro Hac Vice*)
8  *erin.gibson@dlapiper.com*  *nicodemam@gtlaw.com*
   ROBERT C. WILLIAMS (Bar. No. 246990)  GREENBERG TRAURIG, LLP
9  *robert.williams@dlapiper.com*  MetLife Building
   DLA PIPER LLP (US)  200 Park Avenue, 34th Floor
10 401 B Street, Suite 1700  New York, New York 10166
   San Diego, CA 92101  Tel: 212.801.9200
11 Tel: 619.699.2700  Fax: 212.801.6400
12 Fax: 619.699.2701

13 Attorneys for Defendant
   APPLE INC.

14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

19

| EMBLAZE LTD., | CASE NO. 5:11-CV-01079 PSG |
|---|---|
| Plaintiff, | **APPLE INC.'S NOTICE OF MOTIONS *IN LIMINE*** |
| v. | Date: June 17, 2014 |
| APPLE INC., a California corporation, | Time: 10 a.m. |
| Defendant. | Place: Courtroom 5, 4th Floor |
| | Judge: Hon. Paul S. Grewal |

1  NOTICE IS HEREBY GIVEN that Apple will, and hereby does, move the Court on June

2  17, 2014, 2014 at 10:00 a.m., or at such other time as this matter may be heard, for an order *in*

3  *limine* excluding the arguments and evidence addressed in the memorandum concurrently filed as

4  Docket No. 445, and all arguments, evidence and declarations submitted in support thereof.

Dated:  June 3, 2014                     DLA PIPER LLP (US)


By: */s/ Erin Gibson*
    Mark Fowler (Bar No. 124235)
    mark.fowler@dlapiper.com
    Robert Buergi (Bar No. 242910)
    robert.buergi@dlapiper.com
    DLA PIPER LLP (US)
    2000 University Avenue
    East Palo Alto, California 94303
    T: 650.833.2000
    F: 650.833.2001

    John Allcock (Bar No. 98895)
    john.allcock@dlapiper.com
    Erin Gibson (Bar No. 229305)
    erin.gibson@dlapiper.com
    Robert Williams (Bar No. 246990)
    robert.williams@dlapiper.com
    DLA PIPER LLP (US)
    401 B Street, Suite 1700
    San Diego, California 92101
    T: 619.699.2862
    F: 619.764.6662

    GREENBERG TRAURIG, LLP

    Sarah Barrows (SBN 253278)
    barrowss@gtlaw.com
    Stephen Ullmer (SBN 277537)
    ullmers@gtlaw.com
    GREENBERG TRAURIG, LLP
    4 Embarcadero Center, Suite 3000
    San Francisco, CA 94111-5983
    Telephone: (415) 655-1300
    Facsimile: (415) 707-2010

    James J. DeCarlo (Admitted *Pro Hac Vice*)
    decarloj@gtlaw.com
    Michael A. Nicodema (Admitted *Pro Hac Vice*)

APPLE INC.'S NOTICE OF MOTIONS *IN LIMINE*                -1-                CASE NO. 5:11-CV-01079 PSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

nicodemam@gtlaw.com
GREENBERG TAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Apple Inc.*

APPLE INC.'S NOTICE OF MOTIONS *IN LIMINE*   -2-   CASE NO. 5:11-CV-01079 PSG