# EXHIBIT D

```
           UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA

                 SAN JOSE DIVISION


APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
CORPORATION,                  )
                              )  SAN JOSE, CALIFORNIA
            PLAINTIFF,        )
                              )  AUGUST 3, 2012
     VS.                      )
                              )  VOLUME
SAMSUNG ELECTRONICS CO.,      )
LTD., A KOREAN BUSINESS       )  PAGES 556-930
ENTITY; SAMSUNG               )
ELECTRONICS AMERICA,          )
INC., A NEW YORK              )
CORPORATION; SAMSUNG          )
TELECOMMUNICATIONS            )
AMERICA, LLC, A DELAWARE      )
LIMITED LIABILITY             )
COMPANY,                      )
                              )
            DEFENDANTS.       )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE



APPEARANCES ON NEXT PAGE



OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                 CERTIFICATE NUMBER 9595

1    THE WITNESS: I ABSOLUTELY BELIEVE IT'S
2    HAD AN IMPACT ON OUR SALES.
3    BY MR. MCELHINNY:
4    Q    AND WE'LL HAVE EXPERTS COME IN TO TALK ABOUT
5    THE NUMBERS LATER, BUT WHAT IS THE OVERALL EFFECT,
6    SIR?
7    A    ONE OF THE JOBS OF MY TEAM IS THE FORECASTING
8    PROCESS AND UNDERSTANDING IMPACTS OF THESE THINGS,
9    AND WE HAVE TO GUESS AT THIS EVERY DAY.
10           AND IT IS OUR BELIEF THAT CUSTOMERS, SOME
11   CUSTOMERS ARE CHOOSING TO BUY A SAMSUNG PRODUCT
12   BECAUSE ONE OF THE THINGS IT DOES IS LOOK A LOT
13   LIKE THE IPHONE, A LOT LIKE THE IPAD.
14           I ALSO THINK IT HAS AN EFFECT AROUND
15   THOSE FIRST PURCHASES WHERE SUBSEQUENT PURCHASES
16   THEN ARE AFFECTED BECAUSE YOU'RE USED TO AN
17   ECOSYSTEM THAT YOU'VE STARTED ON, AND THE PEOPLE
18   AROUND YOU ARE AFFECTED BECAUSE IF ONE PERSON IN
19   YOUR FAMILY HAS A CERTAIN PRODUCT THAT RUNS A
20   CERTAIN OPERATING SYSTEM AND USES CERTAIN
21   APPLICATIONS, OTHERS ARE MORE LIKELY IN THAT FAMILY
22   TO CHOOSE A SIMILAR PRODUCT.
23           SO I THINK IT HAS EFFECTS IN THE INITIAL
24   SALES, AS WELL AS ON RELATED SALES.
25           MR. MCELHINNY: THANK YOU, MR. SCHILLER.

1  YOU HEARD THAT?
2  A    NO, I HAVE NOT.
3  Q    IT'S AN INNIE.  IT'S RECESSED.  DO YOU SEE
4  THAT?
5       AND IT'S THE ONLY COMMON ELEMENT ON, ON
6  ALL THE APPLE PRODUCTS; CORRECT?
7  A    NO.
8  Q    EVERY ONE?
9  A    NO.  I DON'T KNOW WHY YOU SAY THAT'S THE ONLY.
10 IT'S A COMMON ELEMENT.  I WOULDN'T SAY IT'S THE
11 ONLY COMMON ELEMENT.
12 Q    SO IS ONE OF THE REASONS YOU DIDN'T PUT THESE
13 FOUR BUTTONS AT THE BOTTOM, IS YOUR THOUGHT IT
14 WOULD BE UNATTRACTIVE, NOT AS BEAUTIFUL?
15 A    WE PUT IT THERE BECAUSE THAT ISN'T HOW OUR
16 SYSTEM WORKS.  THAT'S HOW ANDROID WORKS.  NOT HOW
17 OUR IOS WORKS.
18 Q    I'M SORRY?
19 A    THAT'S HOW ANDROID WORKS.  NOT PART OF OUR
20 INTERFACE.
21 Q    AS PART OF THE DESIGN, YOU CAN PUT BUTTONS ON
22 THE BOTTOM OF THE IPHONE?
23 A    YOU ASKED WHY WE DIDN'T, AND MY ANSWER IS
24 BECAUSE THAT'S NOT HOW IT WORKS ON IOS.  THAT'S HOW
25 ANDROID WORKS.

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
 6   CORPORATION,                  )
                                   )  SAN JOSE, CALIFORNIA
 7              PLAINTIFF,         )
                                   )  AUGUST 6, 2012
 8        VS.                      )
                                   )  VOLUME 4
 9   SAMSUNG ELECTRONICS CO.,      )
     LTD., A KOREAN BUSINESS       )  PAGES 931-1296
10   ENTITY; SAMSUNG               )
     ELECTRONICS AMERICA,          )
11   INC., A NEW YORK              )
     CORPORATION; SAMSUNG          )
12   TELECOMMUNICATIONS            )
     AMERICA, LLC, A DELAWARE      )
13   LIMITED LIABILITY             )
     COMPANY,                      )
14                                 )
                DEFENDANTS.        )
15   _____

16             TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24                            IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25
```

1  THE FLAT FRONT FACE AND THE BEZEL OF AN ELECTRONIC
2  DEVICE.  AS YOU CAN SEE BY THE BROKEN LINES, AGAIN,
3  IT'S NOT CLAIMING THE BODY.  IT'S CLAIMING THE
4  BEZEL AND THE FRONT FACE.
5           THAT FRONT FACE IS A RECTANGULAR DESIGN
6  WITH ROUNDED CORNERS IN THE PROPORTIONS AND THE
7  SCALE, LENGTH TO WIDTH AND PROPORTIONAL RATIOS THAT
8  ARE BEING SHOWN HERE IN THE DRAWING.
9           AND IT INCLUDES A RECTANGULAR DISPLAY, AS
10 DID THE OTHER PATENT, WITH NARROW BORDERS ON EITHER
11 SIDE AND WIDER BORDERS TOP AND BOTTOM.
12          AND IT SHOWS THAT RECTANGULAR FRONT FACE
13 AREA AS NOT HAVING ANY SPECIFICATION.  IT DOESN'T
14 HAVE DIAGONAL CROSS ACTION, IT DOESN'T HAVE
15 SHEETING.  SO THAT FLAT FRONT SURFACE COULD BE ANY
16 COLOR.  IT COULD BE TRANSPARENT.  IT COULD BE
17 ANYTHING.  NOTHING IS BEING SPECIFIED.
18          THE OTHER PART OF IT TO NOTICE IS IN THE
19 SIDE VIEWS THAT, AGAIN, THIS IS SPECIFYING A FRONT
20 FACE AND BEZEL THAT ARE ABSOLUTELY FLAT.
21          MS. KREVANS:  YOUR HONOR, MAY I APPROACH
22 THE WITNESS AND HAND HIM SOME OF THE PHONES --
23          THE COURT:  YES.
24          MS. KREVANS:  -- HE HAS TO TALK ABOUT?
25          THE WITNESS:  THANK YOU.

1  THE COURT: LET'S BREAK AT 10:25. OKAY?
2  THANK YOU.
3  BY MS. KREVANS:
4  Q   MR. BRESSLER, I'VE HANDED YOU FOUR PHONES, THE
5  ORIGINAL IPHONE; THE 3G; THE 3GS; AND THE IPHONE 4.
6      THOSE ARE EXHIBITS JX 1000, 1001, 1002
7  AND 1003, ALL IN EVIDENCE, YOUR HONOR.
8      DID YOU STUDY THESE IPHONES FOR THIS
9  CASE?
10 A   I DID.
11 Q   OKAY. COULD YOU LOOK AT PX 8 IN YOUR BINDER.
12 THAT'S GOING TO BE BACK CLOSER TO THE FRONT. WHAT
13 IS PX 8, MR. BRESSLER?
14 A   PX 8 IS A PHOTOGRAPHIC PRESENTATION OF ALL OF
15 THE VIEWS OF ALL OF THE PHONES THAT YOU PRESENTED
16 TO ME.
17 Q   SO PX 8 SHOWS A COLLECTION OF PHOTOS OF ALL
18 THE DIFFERENT VIEWS OF THE FOUR IPHONES THAT I JUST
19 GAVE YOU, THE ORIGINAL, 3G, 3GS, AND 4?
20 A   CORRECT. AND THEY'RE IN VIEWS THAT YOU MIGHT
21 SEE THEM -- SEE A DESIGN THAT IS SIMILAR TO THEM IN
22 THE PATENT.
23 Q   OKAY.
24     YOUR HONOR, WE'D MOVE THE ADMISSION OF PX
25 8.

```
 1              THE COURT:  ANY OBJECTION?
 2              MR. VERHOEVEN:  IT'S A DEMONSTRATIVE,
 3   YOUR HONOR, SO MY UNDERSTANDING IS DEMONSTRATIVES
 4   SHOULDN'T BE INTRODUCED INTO EVIDENCE.
 5              MS. KREVANS:  YOUR HONOR, IT'S NOT A
 6   DEMONSTRATIVE.  IT WAS OFFERED AS AN EXHIBIT.
 7   THERE WERE OBJECTIONS THAT WERE MADE PREVIOUSLY
 8   THAT YOUR HONOR HAS OVERRULED.
 9              THE COURT:  IT'S ADMITTED.
10              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 8,
11              HAVING BEEN PREVIOUSLY MARKED FOR
12              IDENTIFICATION, WAS ADMITTED INTO
13              EVIDENCE.)
14              THE COURT:  GO AHEAD.
15   BY MS. KREVANS:
16   Q    DID YOU REACH ANY CONCLUSIONS, MR. BRESSLER,
17   ABOUT WHETHER THE DESIGNS OF THE IPHONE ARE ANY OF
18   THE IPHONES IN FRONT OF YOU WERE THE DESIGN OF THE
19   D'677 PATENT?
20   A    YES.  I BELIEVE ALL OF THESE PHONES ARE
21   SUBSTANTIALLY THE SAME AS THE '677 PATENT.
22   Q    OKAY.  COULD WE SEE YOUR SLIDE 26.5, PLEASE,
23   MR. LEE.
24              WHAT HAVE YOU DEPICTED ON YOUR SLIDE
25   26.5?
```

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5

6    APPLE INC., A CALIFORNIA    )   C-11-01846 LHK
     CORPORATION,                )
7                                )   SAN JOSE, CALIFORNIA
              PLAINTIFF,         )
8                                )   AUGUST 13, 2012
          VS.                    )
9                                )   VOLUME 7
     SAMSUNG ELECTRONICS CO.,    )
10   LTD., A KOREAN BUSINESS     )   PAGES 1989-2320
     ENTITY; SAMSUNG             )
11   ELECTRONICS AMERICA,        )
     INC., A NEW YORK            )
12   CORPORATION; SAMSUNG        )
     TELECOMMUNICATIONS          )
13   AMERICA, LLC, A DELAWARE    )
     LIMITED LIABILITY           )
14   COMPANY,                    )
                                 )
15            DEFENDANTS.        )

16           TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
24

25

1         THE COURT: OVERRULED.

2         GO AHEAD.

3         THE WITNESS: SORRY. CAN YOU REPEAT THE

4 QUESTION?

5 BY MR. MUELLER:

6 Q   SURE. WHAT RIGHTS WERE NOT GIVEN TO MICROSOFT

7 WITH RESPECT TO THESE DESIGN PATENTS?

8 A   SO THERE WAS NO RIGHT WITH RESPECT TO THESE

9 DESIGN PATENTS TO BUILD CLONE PRODUCTS OF ANY TYPE

10 IN THESE, AND THERE WAS A LIMITED CAPTURE

11 ASSOCIATED WITH THEM AS WELL.

12 Q   NOW, HOW DOES THIS PROVISION IN THE MICROSOFT

13 LICENSE COMPARE WITH HOW APPLE GENERALLY TREATS ITS

14 USER EXPERIENCE PATENT?

15 A   IT'S COMPLETELY CONSISTENT. THESE ARE AREAS

16 THAT WE DO NOT WANT PEOPLE TO COPY US.

17 Q   NEXT TOPIC, IF WE CAN SHIFT GEARS AND FOCUS ON

18 PX 51, WHICH IS AN EXHIBIT THAT MS. MAROULIS ASKED

19 YOU ABOUT. THIS IS FROM OCTOBER 5TH, 2010.

20         DO YOU RECALL MS. MAROULIS HIGHLIGHTED

21 CERTAIN LICENSE TERMS THAT APPLE PROPOSED?

22 A   YES.

23 Q   WHY WAS APPLE OFFERING THESE TERMS TO SAMSUNG?

24 A   WELL, WE WERE TRYING VERY HARD TO COME UP WITH

25 AN AMICABLE RESOLUTION WITH SAMSUNG, AND CONSISTENT

1  WITH OUR STRATEGY OF LICENSING, WHICH IS WE WANT TO
2  GET PROPERLY COMPENSATED FOR THAT WHICH THEY
3  INFRINGE; AND WE WANTED THEM TO RESPECT AND PROTECT
4  OUR UNIQUE USER EXPERIENCE.
5       AND THAT'S EXACTLY WHAT WE WERE TRYING TO
6  DO IN THIS PRESENTATION.
7  Q   LET'S PUT PAGE 13 ON THE SCREEN IF WE COULD,
8  PLEASE.
9       MR. TEKSLER, MY QUESTION IS, DID APPLE'S
10 OFFER TO SAMSUNG INCLUDE RIGHTS TO APPLE'S USER
11 EXPERIENCE PATENTS?
12 A   ABSOLUTELY NOT.  WE WERE VERY CLEAR IN THE
13 DISCUSSIONS WITH SAMSUNG THAT WE WEREN'T OFFERING
14 THEM A LICENSE TO EVERYTHING, AND WE SAID THAT WE
15 STILL HAD YET TO DISCUSS SOME VERY SPECIFIC, WHAT
16 WE SORT OF TERMED UNTOUCHABLES, IF YOU WILL.
17       AND IN RETURN, WHAT WE REALLY WANTED TO
18 DO AT THIS STAGE OF THE DISCUSSIONS WAS GET THEM TO
19 ACKNOWLEDGE THEY NEEDED A LICENSE AND TO STOP
20 COPYING AND TO PAY US APPROPRIATELY FOR THE RIGHTS
21 THAT THEY DO NEED.
22 Q   AND LET'S BE CLEAR.  WHAT WERE THE
23 UNTOUCHABLES?
24 A   THE UNTOUCHABLES WERE THE SPECIFIC PROPRIETARY
25 FEATURES THAT NEEDED TO BE ADDRESSED WHICH IS ON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., A CALIFORNIA CORPORATION, | ) C-11-01846 LHK |
| | ) |
| | ) SAN JOSE, CALIFORNIA |
| PLAINTIFF, | ) |
| | ) AUGUST 16, 2012 |
| VS. | ) |
| | ) VOLUME 10 |
| SAMSUNG ELECTRONICS CO., LTD., A KOREAN BUSINESS ENTITY; SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY, | ) |
| | ) PAGES 2966-3386 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

APPEARANCES ON NEXT PAGE

OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
                         IRENE RODRIGUEZ, CSR, CRR
                         CERTIFICATE NUMBER 8074

1  BUT IT COMES FROM A RELIABLE ACTING
2  SYSTEM, AND THAT IS THIS S.A.P. SYSTEM.  S.A.P. IS
3  THE LARGEST PROVIDER OF SOFTWARE IN THE WORLD TO
4  BUSINESSES.  THEY HAVE MORE ACCOUNTING SOFTWARE IN
5  THE MAJOR COMPANIES IN THE WORLD.  IT HAS
6  INTEGRITY.
7  PRICEWATERHOUSECOOPERS, A FIRM I USED TO
8  BE A PARTNER IN, AND SO DOES MR. MUSIKA, RELIED ON
9  THAT DATA TO PROVIDE THE FINANCIAL STATEMENTS.  SO
10 IT COMES FROM A RELIABLE SOURCE.
11 AND AS FAR AS THE METHODS OF ALLOCATION,
12 THEY ARE TYPICAL THAT I SEE AT COMPANIES OVER MY
13 CAREER.  THEY USE THE SAME GENERAL METHODOLOGY THAT
14 APPLE USES TO ALLOCATE COMMON COSTS.  SO I HAVE NO
15 PROBLEM WITH THE WAY THEY ALLOCATED COSTS.
16 AND THEN, FINALLY, THE RESULTS OF THIS
17 ANALYSIS ARE CONSISTENT WITH SAMSUNG'S FINANCIAL
18 STATEMENTS IN GENERAL.
19 Q   NOW, THIS SPREADSHEET GOES OVER 115 PAGES?
20 A   IT'S 115 PAGES THAT YOU CAN'T EVEN READ
21 BECAUSE IT'S SO COMPRESSED.  IF YOU REALLY WANTED
22 TO MAKE IT READABLE, IT WOULD PROBABLY BE A COUPLE
23 HUNDRED PAGES OR MORE THAN THAT.
24 Q   AND WHICH YOU SAID THAT THE METHOD OF
25 ALLOCATION IS SIMILAR TO WHAT APPLE DOES, HOW DOES

1  APPLE ALLOCATE ITS OPERATING COSTS?
2  A    WHEN THEY CAN DIRECTLY ATTRIBUTE IT TO A
3  PRODUCT LINE, THEY DON'T EVER ALLOCATE TO A
4  PRODUCT, LIKE ONE OF THEIR MODELS BUT THEY DO HAVE
5  PRODUCT LINE FINANCIALS FOR THE IPHONE AND FOR THE
6  IPAD.
7       BUT WHEN THEY ALLOCATE TO THOSE PRODUCT
8  LINE FINANCIALS, IF THEY CAN DIRECTLY ATTRIBUTE,
9  SAY, R&D ENGINEER ONLY WORKED ON THE IPAD, THEY
10 DIRECTLY ATTRIBUTE IT TO IT.
11      IF IT'S AN ENGINEER THAT HAS COMMON
12 TASKS, THEY WOULD HAVE SOME TYPE OF ALLOCATION
13 BASED ON EITHER TIME OR SPACE OR SOME OTHER DRIVER
14 OF, MEASURE OF THAT ACTIVITY.  AND IF THEY CAN'T DO
15 ANY OF THOSE THINGS, THEY USE REVENUE, AND THAT'S
16 EXACTLY WHAT SAMSUNG DOES AS WELL.
17 Q    SO NOW USING THE OPERATING COSTS AND
18 SUBTRACTING THEM FROM THE REVENUE TO GET THE
19 OPERATING INCOME, DID YOU MAKE A CALCULATION AS TO
20 WHAT SAMSUNG'S TOTAL PROFITS WERE ON THE PHONES
21 THAT ARE AT ISSUE HERE?
22 A    I DID FOR A NUMBER OF DIFFERENT PERIODS OF
23 TIME.
24 Q    AND IF YOU LOOK AT EXHIBIT 781, IS THAT A
25 SUMMARY OF YOUR CALCULATIONS WHICH, DEPENDING UPON

1  THEY INTRODUCED THE IPAD 2, THEY COULD NOT SELL
2  ENOUGH PRODUCT.  TIM COOK, THEIR CEO, TO PUBLIC
3  INVESTORS STATED WE HAVE THE MOTHER OF ALL
4  BACKLOGS.  HOW COULD THEY HAVE SOLD ANOTHER IPAD 2
5  DURING THIS DAMAGES PERIOD?  THEY COULDN'T EVEN
6  MEET THE DEMAND WITH THE COMPETITION WITH SAMSUNG.
7  SO THERE SHOULD BE NO LOST PROFITS DURING THAT
8  PERIOD OF TIME.
9  Q    NOW, LET ME ASK YOU TO ASSUME THAT THERE WOULD
10 BE CUSTOMERS THAT WOULD SAY, I DON'T HAVE
11 BOUNCEBACK, I'M GOING TO SWITCH TO AN APPLE.
12      DO YOU HAVE ANY DISAGREEMENTS WITH
13 MR. MUSIKA'S CALCULATIONS OF THE WAY HE DID PROFITS
14 FOR APPLE, ASSUMING THERE WAS A SWITCH?
15 A    I DO.  I THINK HE'S OVERSTATED THE ACTUAL
16 PROFITS THAT WOULD HAVE BEEN EARNED.
17 Q    AND IF WE CAN LOOK AT 3965.011.  AND THE FIRST
18 POINT HERE, IT SAYS, USES WORLDWIDE PRICES INSTEAD
19 OF U.S. PRICES?
20 A    WHAT I'M TALKING ABOUT IS APPLE DOESN'T
21 PRODUCE THE INFORMATION ON A PERIODIC BASIS THAT
22 YOU WOULD NEED TO DO THE CALCULATIONS IN THIS CASE.
23 THIS CASE IS ABOUT THE U.S. MARKET.  APPLE ONLY
24 PRODUCES INFORMATION ON A PRODUCT LINE BASIS ON
25 WORLDWIDE SALES, BUT IT DOES PRODUCE INFORMATION TO

1  THEIR MANAGEMENT AS TO U.S. PRICES, U.S. UNITS,
2  WORLDWIDE PRICES AND WORLDWIDE UNITS.
3  　　　AND MR. MUSIKA USED THE WORLDWIDE PRICES
4  INSTEAD OF U.S. PRICES, AND THEY ARE HIGHER THAN
5  U.S. PRICES.  THAT OVERSTATES HIS DAMAGE CLAIM IN
6  THE U.S.
7  Q  SO IF WE CAN LOOK AT 3965.013, AND COULD YOU
8  TELL US WHAT WE'RE LOOKING AT HERE?
9  A  WELL, THE TOP PART OF IT IS INFORMATION
10 STRAIGHT OUT OF THE WORK PAPERS THAT SUPPORT
11 MR. MUSIKA'S CALCULATIONS, AND THE BOTTOM PART I'VE
12 GIVEN YOU THE INFORMATION THAT'S THE AVERAGE PRICES
13 IN THE U.S. VERSUS WORLDWIDE FOR THE IPHONE DURING
14 2010 AND 2011.
15 　　　AND YOU CAN SEE IN 2010, THE WORLDWIDE
16 AVERAGE PRICE IS $630.82.  FOR THE U.S. IN THIS
17 PERIOD, IT'S ONLY $567.78.
18 　　　AND IN 2011, THE WORLDWIDE PRICE IS
19 $651.32.  WHERE IN THE U.S., THE AVERAGE PRICE IS
20 ONLY $615.87.  HE SHOULD HAVE USED U.S. PRICES.
21 Q  AND BY USING THE HIGHER SELLING PRICE, YOU GET
22 MORE PROFITS?
23 A  CORRECT, YOU HAVE A HIGHER PROFIT MARGIN.
24 Q  AND DID HE HAVE THE INFORMATION WHERE HE COULD
25 HAVE CALCULATED THE U.S. AVERAGE PRICE AS OPPOSED

1  TO WORLDWIDE?

2  A   HE DID. I GOT THIS INFORMATION RIGHT OUT OF
3  HIS WORK PAPERS. HE HAD THE INFORMATION.
4  Q   NOW, IF WE GO BACK TO 3965.011, ALSO GO TO THE
5  NEXT ONE, WE HAVE GOT FAILS TO ADJUST FOR APPLE'S
6  HIGHER PRICES. WHAT ARE YOU TALKING ABOUT HERE?
7  A   WHAT I'M TALKING ABOUT IS A FUNDAMENTAL
8  ECONOMIC PRINCIPAL. IF YOU TOOK ECON IN COLLEGE,
9  ECON 101, THE FIRST THING YOU LEARN IS THE HIGHER
10 THE PRICE, THE LOWER QUANTITY YOU SELL. IT'S THE
11 BASIC LAW OF DEMAND. THERE'S A THING CALLED PRICE
12 ELASTICITY. IF YOU RAISE YOUR PRICE, YOU'RE GOING
13 TO SELL FEWER UNITS.

14      HE HAS USED APPLE'S PRICES, HIGHER PRICES
15 THAN SAMSUNG'S PRICES AND ASSUMED THERE WILL BE NO
16 PRICE ELASTICITY, AND THESE CUSTOMERS IN THE REAL
17 WORLD WHO PAY A LOWER PRICE FOR SAMSUNG PHONES WHEN
18 THEY SWITCH WOULD PAY A HIGHER PRICE FOR APPLE.
19 NOT EVERYONE WOULD BE WILLING TO DO THAT, AND HE
20 DID NOT CONSIDER THAT FACT.
21 Q   YOU WERE HERE WHEN HE TESTIFIED; CORRECT?
22 A   I WAS.
23 Q   AND THERE WAS SOME DISCUSSION ABOUT WHAT A
24 CONSUMER WOULD ACTUALLY PAY FOR AN IPHONE VERSUS
25 SAMSUNG PHONES, AND I'M GOING TO PLACE UP FOR YOU