UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 5:11-CV-01079 PSG <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR ORDER PERMITTING APPLE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT ON SHORTENED TIME ON PLAINTIFF EMBLAZE'S INDUCED INFRINGEMENT CLAIMS IN LIGHT OF THE SUPREME COURT'S JUST-ISSUED *AKAMAI* DECISION <br><br> Judge: Hon. Paul S. Grewal |

On this day, Defendant Apple Inc.'s ("Apple") Motion For Order Permitting Apple to File A Motion For Partial Summary Judgment On Shortened Time On Plaintiff Emblaze's Induced Infringement Claims In Light Of The Supreme Court's Just-Issued *Akamai* Decision ("Motion") came before the Court for consideration. Having considered the papers and finding good cause appearing therefor, the Court enters the following order:

1. Apple's Motion is GRANTED. Apple may file a motion for partial summary judgment on the asserted method claims based on the U.S. Supreme Court decision *Limelight Networks, Inc. v. Akamai Technologies, Inc.*, No. 12-786, 2014 WL 2440535 (U.S. June 2, 2014).

2. Apple's motion papers are due by the later of Friday June 6, 2014, or the date on which the Court grants the present motion for relief.

3. Emblaze's opposition papers are due June 12, 2014, by 10:00 a.m.

4. Apple may not file a reply brief.

5. The hearing on Apple's motion for summary judgment shall take place at the Pre-Trial Conference on June 17, 2014.

DATED: June 6, 2014

Honorable Paul S. Grewal
U.S. Magistrate Judge U.S. District Court
Northern District of California