MARTIN B. PAVANE *(admitted pro hac vice)*
LISA A. FERRARI *(admitted pro hac vice)*
ANDREW NEMIROFF *(admitted pro hac vice)*
MARILYN NEIMAN *(admitted pro hac vice)*
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone:      (212) 883-4900
Facsimile:      (212) 986-0604
Email:        mpavane@cozen.com
              lferrari@cozen.com
              anemiroff@cozen.com

MARK V. ISOLA (SBN 154614)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email: misola@rehonroberts.com

NATHAN DOOLEY (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Los Angeles, California  90017
Telephone:      (213) 892-7900
Toll Free Phone: (800) 563-1027
Facsimile:      (213) 892-7999
Email:        ndooley@cozen.com
*Attorneys for Plaintiff Emblaze Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | CASE NO.  5:11-cv-01079-PSG |
| Plaintiff, | **PLAINTIFF EMBLAZE LTD.'S OBJECTIONS TO APPLE'S PROPOSED *VOIR DIRE* AND VERDICT FORM** |
| v. | |
| APPLE INC., a California Corporation, | Judge:  Hon. Paul Singh Grewal |
| Defendant. | Trial Date: June 30, 2014<br>Time: 9:30 a.m.<br>Place: Courtroom 5, 4th Floor |

PLAINTIFF EMBLAZE LTD.'S
OBJECTIONS TO APPLE'S PROPOSED
VOIR DIRE AND VERDICT FORM

LEGAL\19340495\1

*Emblaze Ltd. v. Apple, Inc.,*
Case No. 5:11-CV-01079-PSG

Emblaze submits the following objections to Apple's proposed *voir dire* (Dkt. 439) and proposed verdict form (Dkt. 440).

While Emblaze does not object to the topics of Apple's proposed *voir dire* (Dkt. 439), it does object to the wording of certain questions, and for failing to include additional questions that would be helpful in assessing jury prejudice.  For these reasons, Emblaze submitted its own verdict form which Emblaze believes cures these defects.

Emblaze objects to Question Nos. 1 and 2 on Apple's verdict form (Dkt. 440) for at least the following reasons.  First, Apple improperly separates the finding of inducement into two separate questions (i.e., Question Nos. 1 and 2).  The question of inducement is one distinct finding that must be made by the jury and separating the issue into two distinct questions is unnecessary and confusing.  Second, Emblaze objects to the use of the word "literally" before "satisfy all limitations" in Question No. 1.  The jury instructions will clarify that Emblaze is only asserting literal infringement.  The use of the word "literally" in the verdict form is gratuitous and confusing.  Third, Emblaze objects to the use of the word "when viewed" prior to "on the accused Apple products" in Question No. 1 as suggesting that infringement can only occur "when viewed" on an Apple product.  Several asserted claims do not require the stream to be viewed on an Apple product.  Finally, Emblaze objects to the use of the words "active" before "inducement" and "actively" before "induced" in Question No. 2 as confusing.  "Active" and "actively" are not used in the "Inducement" section of the Model Patent Jury Instructions for the Northern District of California, and introducing them in the verdict form is confusing.

Emblaze objects to Question No. 6 on Apple's verdict form as likely to lead to jury confusion, and for only presenting Apple's argument to the jury.  Apple requests that the jury determine in the verdict form whether the parties "would have entered into a fully paid-up lump sum license agreement."  The argument that the parties would have entered into a fully paid-up lump sum license agreement is solely Apple's contention.  By presenting this question to the jury with only

PLAINTIFF EMBLAZE LTD.'S
OBJECTIONS TO APPLE'S PROPOSED
VOIR DIRE AND VERDICT FORM
LEGAL\19340495\1

1

*Emblaze Ltd. v. Apple, Inc.,*
*Case No. 5:11-CV-01079-PSG*

Apple's contention, it suggests: a) that Apple's position is the only one in the case; and b) that there

is no other option (e.g., a running royalty) for the jury to pick.

Emblaze objects to Question No. 7 on Apple's verdict form for not mentioning or limiting

damages through June 30, 2013.  Upon agreement of the parties and approval of the Court, June 30,

2013, is the last date for which Apple produced financial data, and the last date through which the

jury will be asked to determine infringement, with the Court doing an accounting for infringement

after that date.


Date:  June 10, 2014                                         ____/s/_  Martin B. Pavane_____

                                                            Martin B. Pavane (Admitted Pro Hac Vice)
                                                            Lisa A. Ferrari (Admitted Pro Hac Vice)
                                                            Andrew Nemiroff (Admitted Pro Hac Vice)
                                                            Marilyn Neiman (Admitted Pro Hac Vice)
                                                            COZEN O'CONNOR
                                                            277 Park Avenue
                                                            New York, New York 10172
                                                            Telephone:  (212) 883-4900
                                                            Facsimile:  (212) 208-4363
                                                            Email:        mpavane@cozen.com
                                                                          lferrari@cozen.com
                                                                          anemiroff@cozen.com

                                                            Mark V. Isola (CA State Bar No. 154614)
                                                            REHON & ROBERTS
                                                            A Professional Corporation
                                                            830 The Alameda
                                                            San Jose, CA 95126
                                                            Telephone:  (408) 494-0900
                                                            Facsimile:  (408) 494-0909
                                                            Email:        misola@rehonroberts.com

                                                            Nathan Dooley (CA State Bar No. 224331)
                                                            COZEN O'CONNOR
                                                            601 South Figueroa Street
                                                            Suite 3700
                                                            Los Angeles, CA 90017
                                                            Telephone:    (213) 892-7900
                                                            Toll Free:      (800) 563-1027
                                                            Facsimile:    (213) 892-7999
                                                            Email:        ndooley@cozen.com

                                                            Counsel for Plaintiff

PLAINTIFF EMBLAZE LTD.'S                              2                    *Emblaze Ltd. v. Apple, Inc.,*
OBJECTIONS TO APPLE'S PROPOSED                                             Case No. 5:11-CV-01079-PSG
VOIR DIRE AND VERDICT FORM

**<u>CERTIFICATION OF CONFERENCE</u>**

Pursuant to Section IV.B.4 of the Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Paul S. Grewal (June 2014), I hereby certify that I, counsel for Emblaze, conferred telephonically with counsel for Apple Inc. and attempted in good faith to resolve the issues presented in these objections.  Counsel for Appdle Inc. agreed to continue to meet-and-confer regarding the objections.

/s/ Andrew P. Nemiroff
_____
Andrew P. Nemiroff

PLAINTIFF EMBLAZE LTD.'S
OBJECTIONS TO APPLE'S PROPOSED
VOIR DIRE AND VERDICT FORM

3

*Emblaze Ltd. v. Apple, Inc.,*
Case No. 5:11-CV-01079-PSG