1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | Case No. 5:11-cv-01079-PSG |
| Plaintiff, | **TRIAL SCHEDULE** |
| v. | **(Re: Docket No. 514)** |
| APPLE INC., | |
| Defendant. | |

Last week, the parties appeared for a pre-trial conference. At that conference the court and the parties laid out a schedule for next week's trial. Each side shall have an hour for voir dire, an hour for opening statements, an hour for closing arguments, and a total of twenty hours for direct and cross-examination of witnesses. Should it become necessary, the court will entertain requests for additional time.

The court will address disputes over exhibits, demonstratives and deposition testimony on the day in which they are to be used, before the jury arrives. In addition, the court will hold a charging conference to decide on final jury instructions partway through the case. In general, the schedule for trial will be as follows:

- 8:30 AM – Attorneys in court to address housekeeping and evidentiary matters
- 9:00 AM – Testimony begins before the jury
- 10:30 AM – 10:40 AM – Morning break
- 10:40 AM – 12:15 PM – Additional morning testimony
- 12:15 PM – 1:00 PM – Lunch
- 1:00 PM – Attorneys in court to address housekeeping and evidentiary matters
- 1:15 PM – Testimony begins before the jury
- 2:45 PM – 2:55 PM – Afternoon break
- 2:55 PM – 4:30 PM – Additional afternoon testimony
- 4:30 PM – Trial day ends

This schedule will vary as described below:

| Weekday | Date | Attorney Arrival Time | Jury Arrival Time | Trial Day Ends |
| --- | --- | --- | --- | --- |
| Fri. | 6/27/14 | 10:30 AM | 11:30 AM | 4:30 PM |
| Mon. | 6/30/14 | 8:30 AM | 9 AM | 4:30 PM |
| Tues. | 7/1/14 | 8:30 AM | 9 AM | 4:30 PM |
| Wed. | 7/2/14 | 8:30 AM | 9 AM | 4:30 PM |
| Thurs. | 7/3/14 | 8:30 AM | 9 AM | 4:30 PM |
| Fri. | 7/4/14 | DARK – INDEPENDENCE DAY HOLIDAY | | |
| Mon. | 7/7/14 | 8:30 AM | 9 AM | 4:30 PM |
| Tues. | 7/8/14 | 8:30 AM | 9 AM | 4:30 PM |
| Wed. | 7/9/14 | 8:30 AM | 9 AM | 4:30 PM |
| Thurs. | 7/10/14 | 8:30 AM | 9 AM (if needed) | 4:30 PM (if needed) |
| Fri. | 7/11/14 | 8:30 AM | 9 AM (if needed) | 4:30 PM (if needed) |
| Mon. | 7/14/14 | 8:30 AM | 9 AM (if needed) | 4:30 PM (if needed) |

Additional questions regarding logistics should be addressed to Mr. Oscar Rivera at 408-535-5378.

**IT IS SO ORDERED.**

Dated: June 23, 2014

PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:11-cv-01079-PSG
TRIAL SCHEDULE