UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br> v. <br> APPLE INC., <br><br> Defendant. | Case No. 5:11-cv-01079-PSG <br><br> **ORDER** <br><br> **(Re: Docket Nos. 514 and 521)** |

Last week, the parties appeared for a pre-trial conference. At that conference the parties agreed to meet and confer to narrow the asserted claims and invalidity references within seven days.[1] The parties shall submit a one-page status report to update the court on their discussions no later than 5 PM tomorrow.

**IT IS SO ORDERED.**

Dated: June 24, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 521 at 169-170.

1

Case No. 5:11-cv-01079-PSG
ORDER