**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., ) | Case No. 5:11-cv-01079-PSG |
| ) Plaintiff, ) | **ORDER RE: JOINT STATUS REPORT** |
| v. ) | |
| APPLE INC., ) | **(Re: Docket Nos. 543 and 545)** |
| ) Defendant. ) | |

Pursuant to the agreement of the parties,[1] Emblaze shall "identify to Apple by no later than 10 a.m. on Thursday, June 26, 2014, a narrowed set of claims to be asserted at trial," and Apple shall "confine its allegations of invalidity to those claims, and by no later than 5 p.m. on Friday June 27, 2014," identify "to Emblaze a narrowed list of prior art it intends to rely upon in support of its allegation of invalidity of Emblaze's narrowed set of claims."[2]

---

[1] In light of the parties' agreement to narrow the case, the court will issue its proposed preliminary jury instructions without identifying the claim(s) that will be asserted at trial.

[2] Docket No. 545 at 1.

1

Case No. 5:11-cv-01079-PSG
ORDER RE: JOINT STATUS REPORT

**IT IS SO ORDERED.**

Dated: June 25, 2014

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge