IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMBLAZE LTD.,

      Plaintiff,

   v.

APPLE INC.,

      Defendant.

Case No. 5:11-cv-01079-PSG

## [~~PROPOSED~~] ORDER

Upon consideration of the Stipulation of plaintiff Emblaze Ltd. ("Emblaze") and defendant Apple Inc. ("Apple") pursuant to Local Civil Rules 6-2 and 7-12; sections IV.A.3, IV.A.7.e and IV.B.3 of the Court's Standing Order For Civil Cases Assigned For All Purposes to Magistrate Judge Paul S. Grewal; and the accompanying Declaration of Lisa A. Ferrari, and finding good cause therefor, IT IS HEREBY ORDERED that the Stipulation is APPROVED.

The parties shall file (1) a joint set of all proposed substantive jury instructions on July 2, 2014, and (2) an electronic copy of all proposed jury instructions in a three-ring binder for the Court's use on July 3, 2014.

Dated: 6/27/2014

*/s/ Paul S. Grewal*
Honorable Paul S. Grewal
U.S. Magistrate Judge
U.S. District Court
Northern District of California