UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 30, 2014                                                    Time in Court: 6 hours and 10 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter(s): Irene Rodriguez

**TITLE: Emblaze Ltd. v. Apple, Inc.**
**CASE NUMBER**: **CV11-01079 PSG**
Plaintiff Attorney(s) present: Martin Pavane, Lisa Ferrari & Andrew Nemiroff.  Also present: Nancy Gonsalves, Naftali Shani, Mark Boezi & Daniel Shieh
Defendant Attorney(s) present: Mark Fowler, Erin Gibson & John Allcock.  Also present: David Melaugh, Roger Pantos & Ryan Moran

**PROCEEDINGS:**
**Jury Trial (Day 1)**

All jurors are present.
Opening statement presented by Martin Pavane.
Opening statement presented by Mark Fowler.
Naftali Shani & Bruce Edwards are sworn & examined.
Video deposition testimony of Sharon Carmel, Howard Lefkowitz & Roger Pantos presented to the jury.
Jury is excused for the day & instructed not to discuss case.  Jurors to return 7/1/14 at 9:00 a.m.

///

**The following exhibits are admitted into evidence:**
Plaintiffs (PTX): 1, 283, 326, 328, 374, 251, 252, 262, 1410, 1411, 765, 1485, 1486, 1500, 1501, 101, 106 & 113
Defendants (DTX): 456, 74, 83, 240, 312, 423, 518, 531, 565, 628, 1339, 1406, 1407, 1408, 1410, 1412, 1414 & 73

**Time remaining:**
Plaintiff: 16:57.39
Defendant: 19:04.54