# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 9, 2014                             Time in Court: 7 hours & 47 minutes
                                               (Courtroom Sealed: 1:52 to 2:11 PM)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter(s): Lee-Anne Shortridge & Irene Rodriguez

**TITLE: Emblaze Ltd. v. Apple, Inc.**
**CASE NUMBER**: **CV11-01079 PSG**

Plaintiff Attorney(s) present: Martin Pavane, Lisa Ferrari & Andrew Nemiroff.  Also present: Nancy Gonsalves, Naftali Shani, Mark Boezi & Daniel Shieh

Defendant Attorney(s) present: Mark Fowler, Erin Gibson, John Allcock, Jacob Anderson & Robert Buergi.  Also present: David Melaugh, Roger Pantos, Ryan Moran & Josh Splansky

### PROCEEDINGS:
### Jury Trial (Day 7)

Hearing held outside the presence of the jury re: evidentiary issues.
Jury is summoned.  All jurors are present
Video deposition testimony of Dror Ginzberg is presented to the jury.
Michael Orchard & James Malackowski are sworn & examined.
Defense rests.
Plaintiff makes oral Motion for Judgment as a Matter of Law.
Begin rebuttal case by Plaintiff.  Vijay Madisetti is sworn & examined.
Jury is excused for the day & instructed not to discuss case.  Jurors to return 7/10/14 at 9:00 AM.
Hearing re Rule 50(a) Motions held. The court denies Defendant's and Plaintiff's Rule 50(a) Motions.
Charging conference held.
Attorneys to return 7/10/14 at 8:00 AM

///

**The following exhibits are admitted into evidence:**
Plaintiffs (PTX): 37, 152, 156, 300, 348, 372, 390, 413, 416, 419, 437, 438, 440, 453, 482, 536, 561, 569, 578, 579, 603, 625, 642, 644, 706, 772, 774, 781, 815, 820, 821, 822, 830, 844, 866, 871, 878, 879, 884, 904, 956, 959, 991, 992, 1009, 1020, 1027, 1038, 1048, 1053, 1090, 1095, 1112, 1117, 1120, 1338, 399, 1564, 1165, 713, 1050, 383 Schedule 11B, 1165, 713, 399, 1564, 1339, 383 schedule 9, 413, 416, 419, 1110, 1112, 1117, 1120, 419 & 416.
Defendants (DTX): 423, 441, 1496, 392, 464, 1487, 1515, 448, 1443, 1447, 1495, 1506, 1508, 1509, 1511, 688, 689, 690, 705, 1441, 1442, 1443, 1445, 1447, 1495, 1506, 1508, 1509, 1495, 747, 639, 1464, 1470, 430, 440, 1344, 372, 430, 397, 583 & 423.  DTX 1339 replaced with PTX 1339.

**Time remaining:**
Plaintiff: 00:01.51
Defendant: 06:06.41