UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EMBLAZE LTD., | ) | Case No. 5:11-cv-01079-PSG |
| Plaintiff, | ) | **VERDICT FORM** |
| v. | ) | |
| APPLE INC., | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED.**

Date: July 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the Jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

A.  **FINDINGS ON INFRINGEMENT**

### INDUCED INFRINGEMENT

1. Do you find by a preponderance of the evidence that any of the accused HLS streams satisfy the limitations of any of the following claims of the '473 patent?

    **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Emblaze. An answer of NO is a finding for Apple).

| Accused HLS Streams | ABC News | PGA | MLB at Bat | NFL Preseason | ESPN | Apple Keynotes | iTunes Festival |
|---|---|---|---|---|---|---|---|
| Claim 23 | ■ | ■ | Yes:____<br>No: ____ | ■ | ■ | ■ | ■ |
| Claim 28 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |
| Claim 37 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |
| Claim 40 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |

**Only answer Question 2 if you answered YES for any claim in Question 1. Otherwise skip to Question 3.**

2.  Do you find by a preponderance of the evidence that Apple has induced others to infringe any of the following claims of the '473 patent?

    **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Emblaze. An answer of NO is a finding for Apple).

| Accused HLS Streams | ABC News | PGA | MLB at Bat | NFL Preseason | ESPN | Apple Keynotes | iTunes Festival |
|---|---|---|---|---|---|---|---|
| Claim 23 | ■ | ■ | Yes:____<br>No: ____ | ■ | ■ | ■ | ■ |
| Claim 28 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |
| Claim 37 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |
| Claim 40 | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ | Yes:____<br>No: ____ |

**B. FINDINGS ON INVALIDITY**

**ANTICIPATION**

3. Did you find by clear and convincing evidence that any of the following claims are invalid as anticipated by the prior art?

   **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Apple. An answer of NO is a finding for Emblaze).

   Claim 23 _____
   Claim 28 _____
   Claim 37 _____

**OBVIOUSNESS**

4. Did you find by clear and convincing evidence that any of the following claims are invalid as obvious in view of the prior art?

   **Answer "YES" or "NO" for each listed claim.** (An answer of YES is a finding for Apple. An answer of NO is a finding for Emblaze).

   Claim 23 _____
   Claim 28 _____
   Claim 37 _____
   Claim 40 _____

4

Case No. 5:11-cv-01079-PSG
VERDICT FORM

C.  **FINDINGS ON DAMAGES**

**REASONABLE ROYALTY**

**If you have found any claim infringed and not invalid, answer Questions 5-7. Otherwise, do not answer Questions 5-7.**

5. In the hypothetical negotiation, do you find that the parties would have agreed to a license agreement for **a running royalty** or for a **fully paid-up lump sum? Choose only one.**

    **Running royalty**: _____    OR    **Fully paid-up lump sum**: _____

    **Only answer the following Question 6 if you chose "running royalty" in Question 5. If you chose "fully paid-up lump sum" in Question 5 skip to Question 7.**

6. What "royalty base" and what "royalty rate" do you find from a preponderance of the evidence would fairly and reasonably compensate Emblaze for Apple's infringement through June 30, 2013 (fill in the numbers in the empty columns):

| ROYALTY BASE | | ROYALTY RATE | |
|---|---|---|---|
| Number of Devices | | amount per unit ($) | |
| Number of Software Upgrades | | amount per unit ($) | |
| Total Amount of Application Revenues | | percentage (%) | |

    **Only answer the following Question 7 if you chose "fully paid-up lump sum" in Question 5.**

7. What paid-up lump sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Emblaze for Apple's infringement?

    **Answer with the amount: $_____**

**Certification of Jury Verdict**

_____
JURY FOREPERSON

_____
DATE