UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:11-cv-01079-PSG <br><br> **ORDER RE: TRANSCRIPT** <br><br> **(Re: Docket No. 590)** |

The transcript from July 7, 2014, (Docket No. 590) was erroneously filed in unredacted form. The Clerk shall remove that transcript. A partially redacted transcript will follow.

**IT IS SO ORDERED.**

Dated: July 10, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:11-cv-01079-PSG
ORDER RE: TRANSCRIPT