UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 10, 2014                               Time in Court: 4 hours & 11 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter(s): Lee-Anne Shortridge

**TITLE: Emblaze Ltd. v. Apple, Inc.**
**CASE NUMBER**: **CV11-01079 PSG**
Plaintiff Attorney(s) present: Martin Pavane, Lisa Ferrari & Andrew Nemiroff.  Also present: Nancy Gonsalves, Naftali Shani, Mark Boezi & Daniel Shieh
Defendant Attorney(s) present: Mark Fowler, Erin Gibson & John Allcock.  Also present: David Melaugh, Roger Pantos, Ryan Moran & Josh Splansky

**PROCEEDINGS:**
**Jury Trial (Day 8)**
**Begin Deliberations**

Hearing held outside the presence of the jury.
The court allots 10 additional minutes per side for closing arguments.
Jury is summoned.  All jurors are present.
Continue examination of Vijay Madisetti, previously sworn.
Plaintiff rests in rebuttal case.  Defense makes oral Motion for Judgment as a Matter of Law.
Closing argument presented by Martin Pavane & Lisa Ferrari.
Closing argument presented by Mark Fowler & John Allcock.
Rebuttal argument presented by Martin Pavane & Lisa Ferrari.
The court instructs the jury.
The jury is excused for deliberations.
Parties submit admitted exhibits binders with index.
Hearing held re Defendant's Rule 50(a) Motions.  Rule 50(a) Motions are denied.
Hearing held re: Jury Notes 1 & 2.
Jury is excused for the day & instructed not to discuss case.  To return 7/11/14 at 9:00 AM.

///

**The following exhibits are admitted into evidence:**
Plaintiffs (PTX): 410
Defendants (DTX): 21, 43, 246 & 535