UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | ) Case No. 5:11-cv-01079-PSG |
| Plaintiff, | ) **ORDER RE: APPLE'S MOTION FOR** |
| v. | ) **LEAVE TO FILE A MOTION FOR** |
| APPLE INC., | ) **RECONSIDERATION OF THE** |
| | ) **COURT'S PRIOR SEALING ORDER** |
| Defendant. | ) **(Re: Docket No. 552)** |

Before the court is a motion construed as a motion for leave to file a motion for reconsideration[1] of the court's prior order addressing a series of administrative motions to file certain documents under seal.[2] Apple does not squarely address the burden it faces under Civil L.R. 7-9, but rather files its motion "to further establish good cause and to clarify the reasons it seeks to seal narrowly tailored redacted portions" of certain documents.[3] In light of the burden the parties faced preparing for and during trial, the court will move beyond the procedural shortcomings of this approach and focus on the merits of Apple's request.[4]

---

[1] *See* Docket No. 552.

[2] *See* Docket No. 519.

[3] Docket No. 552 at 1.

[4] *See* Docket No. 552-1.

1

Case No. 5:11-cv-01079-PSG
ORDER RE: APPLE'S MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION OF THE COURT'S PRIOR SEALING ORDER

The court rules as follows:

A. **Docket No. 444-4 – Ex. A to the Gibson Declaration in Support of Apple's Motions in Limine**

- Pages 386, 421, 432 and 436 may not be filed under seal. Apple has not demonstrated with sufficient particularity why sealing is warranted.

B. **Docket No. 447-9 – Ex. L to the Gibson Declaration in Support of Apple's Opposition to Emblaze's Motion to Exclude Apple's Damages Expert**

- The proposed redactions at pages 12-15 may be filed under seal.

C. **Docket No. 463-4 – Emblaze's Opposition to Apple's Motion to Exclude Opinion and Testimony of Catharine Lawton**

- Pages 4, 5 and 6 may not be filed under seal. Apple has not demonstrated with sufficient particularity why sealing is warranted.

D. **Docket No. 463-8 – Ex. C to the Ferrari Declaration in Opposition to Apple's Motion to Exclude Opinion and Testimony of Catharine Lawton**

- The proposed redactions at pages 46-48 and 227-28 and 231-232 may be filed under seal.
- Page 262 may not be filed under seal. Apple has not demonstrated with sufficient particularity why sealing is warranted.

E. **Docket No. 463-17 – Ex. N to the Ferrari Declaration in Opposition to Apple's Motion to Exclude Opinion and Testimony of Catharine Lawton**

- The proposed redactions at page 7 may be filed under seal.
- Pages 8 and 12 may not be filed under seal. Apple has not demonstrated with sufficient particularity why sealing is warranted.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:11-cv-01079-PSG
ORDER RE: APPLE'S MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION OF THE COURT'S PRIOR SEALING ORDER