UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD.,                                          No. CV11-01079 PSG

      Plaintiff(s),

  v.                                             JURY NOTES

APPLE, INC.,

      Defendant(s).

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find Jury Notes following testimony and during jury deliberations.

Dated: July 11, 2014

FOR THE COURT,
Richard W. Wieking, Clerk

Oscar Rivera
Courtroom Deputy



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV11-01079 PSG
CASE TITLE: Emblaze Ltd. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 7/3/14

The Jury has the following question:

I Don'T understand The purpose of this testimony

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV11-01079 PSG
CASE TITLE: Emblaze Ltd. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/10/14
Time: 2:50

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

Where are the definitions of the courts claim constructions located?

Answer: Final instructions.
Instruction #3, 4 at page 4-5, ln. 12 — page ln. 13.

Judge Merce

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV11-01079 PSG
CASE TITLE: Emblaze Ltd. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/10/14
Time: 3:10PM

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark] (____)

or

2. The Jury has the following question:

May we each have a copy of Patent '973 (9 copies total) so we do not need to refer to the 1 copy in the evidence.

Answer: Yes. I will provide copies shortly.

Judge Grewal

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV11-01079 PSG
CASE TITLE: Emblaze Ltd. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/11/14 p.m.
Time: 12:20

Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

Can we all get copies of the Cohen and Aharoni patents?

Answer — yes. I will provide them shortly.

Judge Grewal

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV11-01079 PSG
CASE TITLE: Emblaze Ltd. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: July 11, 2014
Time: 4:20

Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark] ( ✓ )

or

2. The Jury has the following question:

_____
Signature of Juror