IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., | No. CV 11-01079 PSG |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| APPLE INC., | |
| Defendant. | |

**(X) Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed July 11, 2014, judgment is entered in favor of defendant.

Dated: July 11, 2014                    Richard W. Wieking, Clerk

                                        By: Oscar Rivera
                                        Deputy Clerk