| | |
|---|---|
| MARK FOWLER (Bar No. 124235) | SARAH BARROWS (Bar No. 253278) |
| *mark.fowler@dlapiper.com* | *barrowss@gtlaw.com* |
| ROBERT BUERGI (Bar No. 242910) | STEPHEN ULLMER (Bar No. 277537) |
| *robert.buergi@dlapiper.com* | *ullmers@gtlaw.com* |
| DLA PIPER LLP (US) | GREENBERG TRAURIG, LLP |
| 2000 University Avenue | 4 Embarcadero Center, Suite 3000 |
| East Palo Alto, CA 94303-2214 | San Francisco, CA 94111-5983 |
| Tel: 650.833.2000 | Tel.: 415.655.1300 |
| Fax: 650.833.2001 | Fax: 415.707.2010 |
| | |
| JOHN ALLCOCK (Bar No. 98895) | JAMES J. DECARLO (*Pro Hac Vice*) |
| *john.allcock@dlapiper.com* | *decarloj@gtlaw.com* |
| ERIN GIBSON (Bar No. 229305) | MICHAEL A. NICODEMA (*Pro Hac Vice*) |
| *erin.gibson@dlapiper.com* | *nicodemam@gtlaw.com* |
| ROBERT C. WILLIAMS (Bar No. 246990) | GREENBERG TRAURIG, LLP |
| *robert.williams@dlapiper.com* | MetLife Building |
| DLA PIPER LLP (US) | 200 Park Avenue, 34th Floor |
| 401 B Street, Suite 1700 | New York, New York 10166 |
| San Diego, CA 92101 | Tel: 212.801.9200 |
| Tel: 619.699.2700 | Fax: 212.801.6400 |
| Fax: 619.699.2701 | |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD., | CASE NO. 5:11-CV-01079 PSG |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | Judge: Hon. Paul S. Grewal |
| APPLE INC., a California corporation, | |
| Defendant. | |

Notice is hereby given that Defendant Apple Inc. ("Apple") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment in a Civil Case with respect to the issue of invalidity and the Findings on Invalidity (Docket No. 609 at 4; Docket No. 610), and any other opinions and orders subsumed therein including, without limitation, the order issued orally on July 9, 2014 denying Apple's Rule 50(a) motion as to invalidity (Docket No. 605) and the Court's order denying Apple's motion for summary judgment of invalidity (Dkt. No. 424 at 24-27).

Apple also gives notice that the following post-judgment motions were filed on August 8, 2014 and are now pending in this Court: Docket No. 631, Plaintiff Emblaze's Motion Pursuant To Fed. R. Civ. P. 50(b) For Judgment As A Matter Of Law Or, In The Alternative, Pursuant To Fed. R. Civ. P. 59 For A New Trial; and Docket No. 630, Defendant Apple Inc.'s Conditional Motion for Judgment as a Matter of Law on Invalidity, which included an alternative request for a new trial on invalidity. Accordingly, Apple expects the Federal Circuit to deactivate this appeal until this Court decides the pending post-judgment motions.

Dated: August 11, 2014

DLA PIPER LLP (US)

By: /s/ Erin Gibson
Mark Fowler (Bar No. 124235)
mark.fowler@dlapiper.com
Robert Buergi (Bar No. 242910)
robert.buergi@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303
T: 650.833.2000
F: 650.833.2001

John Allcock (Bar No. 98895)
john.allcock@dlapiper.com
Erin Gibson (Bar No. 229305)
erin.gibson@dlapiper.com
Robert Williams (Bar No. 246990)
robert.williams@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101

-1-

| | |
|---|---|
| 1 | T: 619.699.2862 |
| 2 | F: 619.764.6662 |
| 3 | GREENBERG TRAURIG, LLP |
| 4 | Sarah Barrows (SBN 253278) |
| | barrowss@gtlaw.com |
| 5 | Stephen Ullmer (SBN 277537) |
| | ullmers@gtlaw.com |
| 6 | GREENBERG TRAURIG, LLP |
| 7 | 4 Embarcadero Center, Suite 3000 |
| | San Francisco, CA 94111-5983 |
| 8 | Telephone: (415) 655-1300 |
| | Facsimile: (415) 707-2010 |
| 9 | |
| | James J. DeCarlo (Admitted *Pro Hac Vice*) |
| 10 | decarloj@gtlaw.com |
| | Michael A. Nicodema (Admitted *Pro Hac Vice*) |
| 11 | nicodemam@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| 12 | MetLife Building |
| 13 | 200 Park Avenue, 34th Floor |
| | New York, New York 10166 |
| 14 | Tel.: (212) 801-9200 |
| | Fax: (212) 801-6400 |
| 15 | |
| | *Attorneys for Defendant Apple Inc.* |

-2-

NOTICE OF APPEAL
CASE NO. 5:11-CV-01079 PSG