IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMBLAZE LTD.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 5:11-cv-01079-PSG

## [PROPOSED] ORDER

Upon consideration of the Stipulation of plaintiff Emblaze Ltd. ("Emblaze") and defendant Apple Inc. ("Apple"), pursuant to Local Civil Rules 6-2 and 7-12, and the accompanying Declaration of Lisa A. Ferrari, and finding good cause therefor, IT IS HEREBY ORDERED that the Stipulation is APPROVED.

The hearing on post-trial motions previously scheduled for October 2, 2014, at 10:00 a.m. is adjourned to October 21, 2014, at 10:00 a.m.

Dated: September 29, 2014

Honorable Paul S. Grewal
U.S. Magistrate Judge
U.S. District Court
Northern District of California