AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

EMBLAZE LTD., )
  )
          v. )   Case No.: 5:11-CV-01079 PSG
  )
APPLE INC., a California corporation )
  )

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on ____7/11/2014____ against   EMBLAZE LTD.
                                                                     *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................................................................... | $ |
| Fees for service of summons and subpoena .................................................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ... | 60,877.33  ~~93,187.81~~ |
| Disallowed $32,310.48 as outside the ambit of LR 54-3(b)(c) | |
| Fees and disbursements for printing ............................................................................ | |
| Fees for witnesses *(itemize on page two)* ................................................................... | 3,931.50  ~~6,945.90~~ |
| Disallowed $3,014.40 as outside the ambit of LR 54-3(e) | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case .............................................................. | 1,100.00  ~~220,644.66~~ |
| Disallowed $219,544.66 as outside the ambit of LR 54-3(d) | |
| Docket fees under 28 U.S.C. 1923 ............................................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................................... | |
| Compensation of court-appointed experts .................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... | 7,200.00 |
| Other costs *(please itemize)* ........................................................................................ | |
| TOTAL  $ | ~~327,978.37~~ |
| | $73,108.83 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service           ☐   First class mail, postage prepaid
☐   Other:  _____

s/ Attorney:   /s/ Erin Gibson  /s/ Douglas R. Weider
     Name of Attorney:   Erin Gibson and Douglas R. Weider

For:  APPLE INC.                                                                               Date: August 22, 2014
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of   $73,108.83   *Richard W. Wieking*   and included in the judgment.

Richard W. Wieking                        By:  *Sandy Morris*                                                10/10/2014
      *Clerk of Court*                                    *Deputy Clerk*                                              *Date*

