| | |
|---|---|
| MARK FOWLER (Bar No. 124235)<br>*mark.fowler@dlapiper.com*<br>ROBERT BUERGI (Bar No. 242910)<br>*robert.buergi@dlapiper.com*<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel:  650.833.2000<br>Fax:  650.833.2001<br><br>JOHN ALLCOCK (Bar No. 98895)<br>*john.allcock@dlapiper.com*<br>ERIN GIBSON (Bar No. 229305)<br>*erin.gibson@dlapiper.com*<br>ROBERT C. WILLIAMS (Bar No. 246990)<br>*robert.williams@dlapiper.com*<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel:  619.699.2700<br>Fax:  619.699.2701 | SARAH BARROWS (Bar No. 253278)<br>*barrowss@gtlaw.com*<br>STEPHEN ULLMER (Bar No. 277537)<br>*ullmers@gtlaw.com*<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA  94111-5983<br>Tel.:  415.655.1300<br>Fax:  415.707.2010<br><br>JAMES J. DECARLO (*Pro Hac Vice*)<br>*decarloj@gtlaw.com*<br>MICHAEL A. NICODEMA (*Pro Hac Vice*)<br>*nicodemam@gtlaw.com*<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue, 34th Floor<br>New York, New York  10166<br>Tel:  212.801.9200<br>Fax:  212.801.6400 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>            Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO.  5:11-CV-01079 PSG<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Judge:     Hon. Paul S. Grewal |

1    Notice is hereby given that Defendant Apple Inc. ("Apple") hereby appeals to the United
2 States Court of Appeals for the Federal Circuit from the January 29, 2015 Order Denying
3 Motions for Judgment as a Matter of Law and for New Trial (Docket No. 667), including any
4 other opinions and orders subsumed therein, and from the Judgment in a Civil Case with respect
5 to the issue of invalidity and the Findings on Invalidity (Docket No. 609 at 4; Docket No. 610),
6 and any other opinions and orders subsumed therein including, without limitation, the order
7 issued orally on July 9, 2014 denying Apple's Rule 50(a) motion as to invalidity (Docket No.
8 605) and the Court's order denying Apple's motion for summary judgment of invalidity (Dkt. No.
9 424 at 24-27).

10   This notice of appeal amends the notice of appeal that Apple filed in the above-captioned
11 action on August 11, 2014.

Dated:  March 2, 2015                           DLA PIPER LLP (US)

                                                By: /s/ Erin Gibson
                                                    Mark Fowler (Bar No. 124235)
                                                    mark.fowler@dlapiper.com
                                                    Robert Buergi (Bar No. 242910)
                                                    robert.buergi@dlapiper.com
                                                    DLA PIPER LLP (US)
                                                    2000 University Avenue
                                                    East Palo Alto, California 94303
                                                    T: 650.833.2000
                                                    F: 650.833.2001

                                                    John Allcock (Bar No. 98895)
                                                    john.allcock@dlapiper.com
                                                    Erin Gibson (Bar No. 229305)
                                                    erin.gibson@dlapiper.com
                                                    Robert Williams (Bar No. 246990)
                                                    robert.williams@dlapiper.com
                                                    DLA PIPER LLP (US)
                                                    401 B Street, Suite 1700
                                                    San Diego, California 92101
                                                    T: 619.699.2862
                                                    F: 619.764.6662

/////

-1-

AMENDED NOTICE OF APPEAL
CASE NO. 5:11-CV-01079 PSG

| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | |
| 3 | Sarah Barrows (SBN 253278)<br>barrowss@gtlaw.com<br>Stephen Ullmer (SBN 277537) |
| 4 | ullmers@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 5 | 4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111-5983 |
| 6 | Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010 |
| 7 | |
| 8 | James J. DeCarlo (Admitted *Pro Hac Vice*)<br>decarloj@gtlaw.com |
| 9 | Michael A. Nicodema (Admitted *Pro Hac Vice*)<br>nicodemam@gtlaw.com |
| 10 | GREENBERG TRAURIG, LLP<br>MetLife Building |
| 11 | 200 Park Avenue, 34th Floor<br>New York, New York 10166 |
| 12 | Tel.: (212) 801-9200<br>Fax: (212) 801-6400 |
| 13 | |
| 14 | *Attorneys for Defendant Apple Inc.* |

-2-

AMENDED NOTICE OF APPEAL
CASE NO. 5:11-CV-01079 PSG