| | |
|---|---|
| MARTIN B. PAVANE (admitted pro hac vice) | MARK V. ISOLA (SBN 154614) |
| LISA A. FERRARI (admitted pro hac vice) | REHON & ROBERTS |
| ANDREW NEMIROFF (admitted pro hac vice) | A Professional Corporation |
| MARILYN NEIMAN (admitted pro hac vice) | 830 The Alameda |
| DARREN S. MOGIL (admitted pro hac vice) | San Jose, CA 95126 |
| COZEN O'CONNOR | Telephone: (408) 494-0900 |
| 277 Park Avenue | Facsimile: (408) 494-0909 |
| New York, New York 10172 | Email: misola@rehonroberts.com |
| Telephone:   (212) 883-4900 | |
| Facsimile:   (212) 986-0604 | |
| Email:   mpavane@cozen.com | |
|          lferrari@cozen.com | |
|          anemiroff@cozen.com | |
|          mneiman@cozen.com | |
|          dmogil@cozen.com | |

NATHAN DOOLEY (CA State Bar No. 224331)
COZEN O'CONNOR
601 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 892-7900
Toll Free Phone: (800) 563-1027
Facsimile:   (213) 892-7999
Email:   ndooley@cozen.com

*Attorneys for Plaintiff Emblaze Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EMBLAZE LTD., | CASE NO. 5:11-cv-01079-PSG |
| Plaintiff, | **PLAINTIFF EMBLAZE'S NOTICE OF APPEAL CONCERNING THE DISTRICT COURT'S TAXATION OF COSTS** |
| v. | |
| APPLE INC., a California Corporation, | |
| Defendant. | Judge:   Hon. Paul S. Grewal |

Notice is hereby given that Plaintiff Emblaze Ltd. ("Emblaze," now named B.S.D. Crown Ltd.) in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit ("Federal Circuit") from the Order Granting-In-Part Motions Seeking Review Of Clerk's Taxation Of Costs [D.E. 677] entered March 20, 2015, including all interlocutory decisions and orders subsidiary thereto and subsumed therein.

Emblaze notes that, on August 11, 2014, defendant Apple Inc. filed a Notice Of Appeal, from the merits judgment in the above-captioned matter, which has been designated by the Federal Circuit as Appeal Number 14-1734, and that on February 25, 2015, plaintiff Emblaze also filed a Notice Of Appeal from the merits judgment, which has been designated by the Federal Circuit as Appeal Number 15-1400. Those two appeals have been consolidated by the Federal Circuit into Appeal Number 14-1734. Emblaze respectfully requests that the Federal Circuit likewise consolidate this appeal with Appeal No. 14-1734.

DATED: April 8, 2015

Respectfully Submitted,

REHON & ROBERTS, APC
COZEN O'CONNOR
By: /s/ Mark V. Isola
 Mark V. Isola
 Attorneys for Plaintiff Emblaze Ltd.