AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

<u>EMBLAZE LTD.</u>-v-<u>APPLE INC.</u>
Plaintiff(s)            Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent**

<u>Docket No.</u>   CV 11-01079 PSG          <u>Date of Judgment/Order:</u>   **3/20/15**

<u>Cross or related appeal?</u> **No**    <u>Date of Notice of Appeal:</u>   **4/8/15**

<u>Appellant is:</u>  (X)  Plaintiff     ()  Defendant     ()  Other (explain

<u>DOCKET FEE STATUS:</u>
    (X)  Paid     ()  Not Paid    <u>Billed On:</u>
<u>U.S. Appeal?</u>  Yes ()   No  ()
<u>In forma pauperis?</u>
  ()  Granted     ()  Denied     ()  Revoked      ()  Pending    ()  Never requested

<u>COUNSEL</u>
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

| | |
|---|---|
| **Mark V. Isola** | Mark Fowler |
| Rehon & Roberts | DLA Piper LLP (US) |
| 830 The Alameda | 2000 University Avenue |
| San Jose, CA 95126 | East Palo Alto, CA 94303 |
| 408-494-0900 | 650-833-2048 |
| Fax: 408-949-0909 | Fax: 650-833-2001 |
| Email: misola@rehonroberts.com | Email: mark.fowler@dlapiper.com |
| <u>Attorney for Plaintiff</u> | Attorney for Defendant |

<u>COURT REPORTER:</u>   Summer Fisher, Telephone number 408-288-6150
                summer_fisher@cand.uscourts.gov.; Lee-Anne Shortridge, Telephone number 408-287-4580
                email: lee-anne_shortridge.

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.